Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle ___ District of Florida

Tampa ___ Division

|  |  |
|---|---|
| William B. Ball | Case No. $9:25$ cv432 $-$ KKM-AAS |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| -v- |  |
| Donovan G. Davis, Jr., Christiane Davis, Frank L. Amodeo |  |
| _Defendant(s)_ |  |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ |  |

## COMPLAINT FOR A CIVIL CASE

FEB 20 2025 PM12:14
FILED - USDC - FLMD - TPA

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William B. Ball |
| Street Address | FCC Coleman Low • Unit A-1 • P.O. Box 1031 |
| City and County | Coleman, Sumter County |
| State and Zip Code | Florida, 33521-1031 |
| Telephone Number | N/A |
| E-mail Address | N/A |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Donovan G. Davis, Jr. |
| Job or Title *(if known)* | inmate |
| Street Address | FMC Butner · Old North Carolina Highway 75 |
| City and County | Butner |
| State and Zip Code | North Carolina 27509 |
| Telephone Number | (919)-575-3900 |
| E-mail Address *(if known)* | 60439018@inmatemail.net |

**Defendant No. 2**

| | |
|---|---|
| Name | Christiane Davis |
| Job or Title *(if known)* | Self employed |
| Street Address | 3326 Verdi Circle, S.E. |
| City and County | Palm Bay, Brevard County |
| State and Zip Code | Florida 32909 |
| Telephone Number | (407)-230-1280 |
| E-mail Address *(if known)* | ptchristie13@yahoo.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Frank L. Amodeo |
| Job or Title *(if known)* | Former convict |
| Street Address | 6129 Lost Tree Court |
| City and County | Orlando, Orange County |
| State and Zip Code | Florida 32808 |
| Telephone Number | (407)-247-5272 |
| E-mail Address *(if known)* | unknown |

**Defendant No. 4**

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* ___William B. Ball___ , is a citizen of the State of *(name)* ___Mississippi___ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* ___All Defendants___ , is a citizen of the State of *(name)* ___Florida___ .  Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Each one of the Defendants defrauded Plaintiff out of funds in excess of $75,000.00 or more, as more fully detailed in the Complaint.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.    Each Defendant made false statements for the purpose of defrauding Plaintiff out of hundreds of thousands of dollars under the pretence of providing Plaintiff with legal services.

2.    Defendants' fraudulent conspiracy rose to the level of a racketeering enterprise based on predicate offenses of mail and wire fraud and abuse of the federal courts.

    See Continuation page for full Statement of Claim.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks actual damages in the amount of $358,874.45.

Plaintiff seeks treble damages in the amount of $1,076,623.35.

Plaintiff seeks consequential damages which are ongoing, as the result of return on investment income.
See Continuation page for full Relief.

COMPLAINT FOR A CIVIL CASE - PAGE 4 - CONTINUATION PAGE
-----------------------------------------------------------

III.  Statement of Claim:

1. Each Defendant made false statements for the purpose of defrauding Plaintiff out of hundreds .of thousands of dollars under the pretence of providing Plaintiff with legal services.

2. Defendants' fraudulent conspiracy rose to the level of a racketeering enterprise based on predicate offenses of mail and wire fraud and abuse of the federal courts.

3. Christiane breached her fiduciary duties to Plaintiff through her conflict in interest and defrauding of Plaintiff.

4. Each Defendant was unjustly enriched from Plaintiff by receiving funds for services they did not provide.

5. Each Defendant breached their seperate contracts with Plaintiff by failing to provide the services they were obligated to provide.

------------------------------------

IV.  Relief:

* Plaintiff seeks actual damages. in the amount of $358,874.45.

* Plaintiff seeks treble damages in the amount of $1,076,623.35.

* Plaintiff seeks consequential damages which are ongoing, as the result of return on investment income Plaintiff has been deprived of as the result of Defendants defrauding Plaintiff out of $358,874.45.

* Plaintiff seeks back interest.

* Plaintiff will also seek attorneys fees should he ever have an attorney represent him in this matter.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    13 February 2025

Signature of Plaintiff    Will B Ball

Printed Name of Plaintiff    William B. Ball, pro se litigant

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

February 13, 2025

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

United States District Court
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602

Re: Notice of Filing of Complaint

Dear Clerk,

Please find attached to this letter the following:

* Civil Cover Sheet

* Complaint

* Exhibits for Complaint

* Motion to Seal Complaint

* Motion for Leave to Use USMS to Serve Defendants

* Notice of Related Cases

* Motion Requesting Leave to Proceed Under Psuedonym

* Notice of Intent to pay Filing Fees

Once the case opened and the above-listed documents have been filed, please send me
a docket for the case, so that I may know the case number.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Sent under USPS Certified Mail, Tracking No.: 9589 0710 5270 1747 4518 93.