UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

William B. Ball,

    Plaintiff,

v.                                        Case No.: _____

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.

_____/

## COMPLAINT

    Plaintiff William B. Ball (hereinafter "Ball"), proceeding pro se, brings this action against Defendants Donovan G. Davis, Jr. (hereinafter "Donovan"), Christiane Davis (hereinafter "Christiane"), and Frank L. Amodeo (hereinafter "Amodeo") (collectively known as "Defendants"), and states the following:

### NATURE OF ACTION

1. This is an action under Civil RICO, 18 U.S.C. § 1961 et seq., to order Defendants to pay damages caused to Plaintiff, see 18 U.S.C. § 1964(c); fraudulent misrepresentation; fraudulent inducement; conspiracy to commit fraud; unjust enrichment; breach of fiduciary duty; mail and wire fraud; abuse of process; unauthorized practice of law (UPL); and breach of contract.

### JURISDICTION AND VENUE

2. This court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as Plaintiff Ball is a resident of the State of Mississippi, all Defendants are residents of the State of Florida, and the amount in controversy exceeds $75,000.00.

3. This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331, federal question, as to the causes of action brought pursuant to 18 U.S.C. § 1961 et seq, and should exercise supplemental jurisdiction over all remaining causes of

action pursuant to 28 U.S.C. § 1367(a).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2), as the fraudulent acts occurred in this district.

## PARTIES

5. Ball——currently incarcerated at the Federal Correctional Complex (Low Custody) in Coleman, Florida——is a citizen of the State of Mississippi.

6. Donovan——currently incarcerated at the Federal Medical Center in Butner, North Carolina——is a citizen of the State of Florida.

7. Christiane is a citizen of the State of Florida, and currently resides in Palm Bay, Florida.

8. Amodeo is a citizen of the State of Florida, and currently resides in Orlando, Florida.

## FACTS

### Relationship between the parties

9. Ball was convicted in 2018 in this district on sexual offenses.

10. Ball was sentenced to a term of 262 months imprisonment.

11. Ball's current projected release date is September 22, 2036.

12. The district court ordered Ball to provide financial support for his minor son.

13. Ball resided in Mississippi prior to his arrest, and intends to reside in Mississippi upon his release.

14. Ball's only living relative in the United States is his brother, Joe, who resides in Mississippi.

15. Ball did not communicate with Joe between October 2019 and October 2024.

16. Ball's wife and son reside in Japan, and are Japanese citizens.

17. Due to cultural and language barriers, Ball's wife and son are unable to assist Ball with his litigation.

18. Prior to his arrest, Ball had no working knowledge of criminal, civil, or contract law.

-2-

19. Due to the nature of Ball's offense, the Bureau of Prisons has barred him from using its email-like messaging system known as "TRULINCS."

20. The only method of incoming communication Ball can receive from the outside world is via postal mail.

21. Trustmark National Bank (hereinafter "Trustmark") is based in Jackson, Mississippi.

22. Ball has banked with Trustmark since the 1980s.

23. After Ball's mother died in 2015, her estate was placed in an Investment Management account (hereinafter "IMA") on Ball's behalf, which opened in April 2016. A true and correct letter verifying this fact has been attached at Exhibit "A."

24. In January of 2019, Ball's IMA was valued at $987,501.62. A true and correct copy of Ball's January 31, 2019 IMA statement has been attached at Exhibit "B."

25. Due to Defendants' fraudulent acts, the value of Ball's IMA siginifically declined.

26. As of December 31, 2024, Ball's IMA was valued at $272,820.55. A true and correct copy of Ball's December 2024 IMA statement has been attached at Exhibit "C."

27. On February 28, 2024, Trustmark sent a letter to Ball informing him that his IMA would be depleted within 5-6 years if the rate of disbursements did not abate. A true and correct copy of this letter has been attached at Exhibit "D."

28. On March 26 , 2024, Ball received a letter from Trustmark containing a Trustmark business record listing all disbursements paid out from Ball's IMA to Christiane. A true and correct copy of this letter has been attached at Exhibit "E."

29. Donovan was convicted in 2015 on mail fraud, wire fraud, and money laundering.

30. Donovan was sentenced in this district to a term of 204 months imprisonment.

31. Donovan's current release date is December 30, 2028.

32. Donovan began serving his sentence at FCC Coleman Low in 2015.

33. The district court ordered Donovan to pay $10,520,005.00 in restitution, which

he has so far repaid approximately $1,000,000.00.

34. Donovan has never attended law school.

35. Donovan is not licensed to practice law in any jurisdiction in the United States or abroad.

36. Christiane assisted Donovan and Amodeo with their criminal cases by preparing documents, providing PACER lookups, and other legal services without charge.

37. Christaine has never attended law school.

38. Christiane is not licensed to practice law in any jurisdiction in the United Stats or abroad.

39. Christiane provided legal assistance to other inmates for a fee.

40. Amodeo is a disbarred bankruptcy attorney.

41. Amodeo is a twice-convicted felon.

42. Amodeo was convicted in this district in 2009 on wire fraud, mail fraud, and tax evasion.

43. Amodeo was sentenced to a term of 270 months imprisonment, which he commenced at FCC Coleman Low in 2010.

44. Amodeo's sentence was commuted by President Joseph Biden in December of 2024.

45. Amodeo is currently serving his eight-year term of supervised release, scheduled to end sometime in 2032.

46. Amodeo was ordered by the district court to pay a total of $181,810,518.66 in restitution, of which Amodeo has thus far repaid approximately $6,000,000.00.

47. In 2017, a Florida court deemed Amodeo incompetent to handle his own business and financial affairs.

48. As a result, in Palaxar Group v. Williams, No.: 6:14-cv-00758-Orl-28GJK, Doc. 308, the district court ordered Amodeo's state-appointed guardian, Charles T. Rahn, to represent him in litigation related to his business and financial affairs.

49. Brian David Horwitz (hereinafter "Horwitz") owns Vatic Law LLC, in Belle Isle, Florida.

-4-

50. Horwitz represents Amodeo in his business litigation.

51. Horwitz represents Amodeo in his criminal litigation.

52. Horwitz represents Donovan in his criminal litigation.

53. Ball has never met Horwitz.

54. Ball has never communicated with Horwitz in any shape, form, or fashion.

55. In attempts to circumvent court rules, Donovan and Amodeo filed multiple unsuccessful Next Friend motions in this district; see, e.g., Amodeo v. Warden, 2019 U.S. Dist. LEXIS 147000 (M.D. Fla. 2019); Amodeo v. United States, 2018 U.S. Dist. LEXIS 54302 (M.D. Fla. 2018).

56. After arriving at FCC Coleman Low, Amodeo began performing legal serviecs for inmates at the prison, in relation to their criminal cases and appeals.

57. Over time, Donovan became Amodeo's number one trusted assistant.

58. Donovan introduced Amodeo and Christiane to each other.

59. In exchange for Amodeo's assistance with Donovan's appeals, Christiane provided Amodeo with free PACER lookups, research, and other legal services.

60. Christiane also managed Amodeo's public relations with the outside world by using social media and liaising with reporters.

61. Christiane managed Donovan's public relations with the outside world by using social media and liaising with reporters, such as Walter Pavlo.

62. Amodeo's collaboration with Donovan and Christiane coalesced into creating a "Law Office" inside an activity room in the B-3 housing unit of FCC Coleman Low.

63. Amodeo headed the "Law Office," and Donovan recruited other inmates to perform menial tasks for the "Law Office," such as typing and making copies.

64. Many inmates volunteered in the "Law Office" in hopes that they would receive priority attention from Donovan and Amodeo with regard to their litigation.

65. Amodeo demanded and received compensation from his fellow inmates in exchange for the legal services he performed.

66. Such compensation included commissary items, food from the kitchen, personal servants, and money transfers from inmates' families.

67. After arriving at FCC Coleman Low, Donovan began providing legal services to fellow inmates at FCC Coleman Low, alongside Amodeo.

68. Donovan also demanded and receive compensation from his fellow inmates in exchange for the legal services he performed.

69. Such compensation included commissary items, food from the kitchen, personal servants, and money transfers from inmates' families.

70. Christaine——through her association with Donovan and Amodeo——began providing legal services to inmates at FCC Coleman Low.

71. Christiane demanded and received compensation from inmates at FCC Coleman Low in exchange for the legal services she performed.

72. Christiane was compensated in the form of wire transfers from inmates' families.

73. Christiane shared the funds she received——from inmates and inmates' families—— with Donovan and Amodeo according to the agreed-upon distribution terms of their shared enterprise.

The scheme to defraud

74. Ball arrived at FCC Coleman Low in November of 2018.

75. Ball was assigned to the same Housing Unit (B-3) as Donovan and Amodeo.

76. Amodeo developed the false persona——described in Chapter 9 of the book "It's Insanity" by Matthew B. Cox (a former Coleman Low inmate)——of a highly successful criminal attorney and advocate of incarcerated individuals.

77. In December of 2018, Ball began providing Donovan and Amodeo free labor in the "Law Office" as a typist.

78. Once Ball adjusted to prison life, and settled in the "Law Office," Donovan and Amodeo began working to gain Ball's trust.

79. On December 8, 2018, Donovan prepared a Freedom of Information Act ("FOIA") re-

quest on Ball's behalf, free of charge, to obtain information on Ball's criminal case, and to provide a sample of the type of work the "Law Office" could provide.

80. Donovan and Amodeo would also brag about how, through their legal services, Donovan, Christiane, and Amodeo helped many inmates have their sentences reduced—and displayed their "wins" on a massive whiteboard inside the "Law Office."

81. To further gain Ball's trust, Donovan and Amodeo provided him with news articles describing Amodeo's legal successes, as well as a copy of "It's Insanity."

82. Donovan and Amodeo worked to undermine the credibility of Ball's appellate attorney, Rachael Reese, Esq., of Tampa, Florida, by asserting that the "Law Office" could do a better job on Ball's appeal than Reese could.

83. Donovan and Amodeo worked to discredit Reese by showing Ball the cases of other inmates on the prison Law Library that Reese represented, and lost their appeals.

84. Once Donovan and Amodeo believed they had gained Ball's trust, they began asking Ball about the particulars of his arrest, pretrial proceedings, and financial situation.

85. Donovan and Amodeo were particularly interested in—and spent an inordinate amount of time discussing—Ball's finances.

86. Amodeo told Ball that he should not worry about divulging his finances to him, as Amodeo was a former bankruptcy attorney, and, therefore, was experienced in handling confidential financial matters.

87. Amodeo told Ball this in order to induce Ball into trusting Amodeo, and divulging his finances to Amodeo.

88. At this point, Ball disclosed to Donovan and Amodeo the existence of his IMA and the $987,501.02 in his account.

89. Unbeknownst to Ball, Donovan began telling other inmates that Ball was a multi-millionaire, a claim many inmates still believe to this day, despite Ball never disclosing his finances to any other inmates besides Donovan and Amodeo.

90. On February 13, 2019, Donovan and Amodeo met with Ball inside the B-3 Housing Unit's "Law Office."

91. Donovan and Amodeo informed Ball that——after having thoroughly reviewed his situation——Ball had a "winnable case," based on government misconduct and lack of jurisdiction.

92. In order to induce Ball into paying Defendants for legal services, Donovan and Amodeo falsely represented to Ball that with their help, Ball would "walk," meaining that his conviction would be overturned——despite Donovan and Amodeo knowing that Ball signed a guilty plea that waived his appeal rights.

93. Donovan promised Ball that he, Christiane, and Amodeo would perform all legal services necessary to overturn Ball's criminal conviction and sentence, in exchange for Ball paying Donovan, Christiane, and Amodeo.

94. Donovan explained such legal services would include, but not be limited to: review of all district court filings and transcripts; review of all evidence; formulation of appellate arguments and legal strategy; drafting of all necessary appellate briefs and other filings; and actual filing of all briefs, motions, and other documents in the U.S. Court of Appeals, Supreme Court, and the U.S. District Court.

95. Donovan promised Ball that he, Christiane, and Amodeo would perform all legal work, and that all Ball would have to do is type and sign the filings.

96. All briefs, motions, and other documents, after being drafted by Donovan and Amodeo, and signed by Ball, would be mailed to Christiane for filing.

## STAGES OF THE FRAUD

### The Oral Contract

97. On February 20, 2019, Donovan informed Ball that before he, Christiane, and Amodeo could proceed with performing legal services on his behalf, Ball would need to send Christiane a $1,500.00 deposit to secure her services.

98. On February 20, 2019, Donovan drafted, and Ball wrote, a letter to Trustmark outlining the reasons for this deposit.

-8-

99. On February 25, 2019, Trustmark sent a wire transfer in the amount of $1,500.00 to Christiane's bank account. A true and correct copy of the bank record reflecting this transaction has been attached at Exhibit "F."

100. On February 25, 2019; Trustmark sent Christiane a W-9 tax form, which she returned to Trustmark on March 12, 2019, disclosing her status as an individual. A true and correct copy of this form has been attached at Exhibit "G."

101. Once Christiane confirmed the $1,500.00 deposit to Donovan and Amodeo, Defendants began to devise a scheme to defraud Ball out of as much money as possible, and then to divide the funds.

102. Donovan subsequently told Ball that Christiane would require a second deposit of $6,000.00 before she could begin assisting Ball, and this second deposit would secure her services.

103. Donovan further informed Ball that this $6,000.00 deposit would cover the cost of producing transcripts, provide copies of Ball's pretrial motions, and ensure the timely filing of future motions.

104. Donovan further informed Ball that upon deposit of the $6,000.00 into Christiane's account, he would work on filing a Motion for the Return of Property on Ball's behalf.

105. On March 5, 2019, Donovan drafted, and Ball wrote, a letter to Trustmark requesting the $6,000.00 deposit. A true and correct copy letter has been attached at Exhibit "H."

106. On March 11, 2019, Christiane sent to Trustmark an invoice in the amount of $6,000.00, which included the first $1,500.00 payment. A true and correct copy of this invoice has been attached at Exhibit "I." Fx. "F."

107. On March 12, 2019, Trustmark paid $6,000.00 to Christiane per the invoice attached at Exhibit "I."

108. On March 24, 2019, Donovan and Ball met on the prison recreation yard to dis-

cuss the long-term trajectory of Ball's case.

**109.** In order to induce Ball into paying Defendants for their legal services, Donovan informed Ball that he had a great case, but that Ball would require the assistance of Donovan, Christiane, and Amodeo, or else Ball would lose his appeal.

**110.** Donovan proceeded to describe to Ball all the things he would need for a "winning case," using Christiane's non-felon status to do such tasks as obtain a copy of Ball's discovery from his pretrial attorney.

**111.** Donovan emphasized that access to Christiane's services was a privilege, and Donovan acted as the gatekeeper by screening which clients would receive her help.

**112.** In this same conversation, Donovan discussed Amodeo's involvement with Ball's appeal.

**113.** Donovan informed Ball that Amodeo needed law books for his "Law Office" in exchange for writing Ball's direct appeal brief.

**114.** Donovan also stated that in order to assist with Ball's appeal, he and Amodeo would require access to WestLaw, an online, subscription-based service for reading court cases.

**115.** Donovan informed Ball that the law books and WestLaw subscription would require a $10,000.00 payment, which would be sent to Christiane.

**116.** In the same conversation, Donovan informed Ball that he should feel comfortable leaving the legal work to him, as he was enrolled in paralegal courses at Adams State University.

**117.** Donovan encouraged Ball to take the same courses for rehabilitative purposes.

**118.** Donovan informed Ball that someone outside must register for the courses on Ball's behalf, as inmates cannot register on their own.

**119.** Donovan offered to Ball that Christiane would register Ball with Adams State, for a $15,000.00 payment.

**120.** In the same conversation, Donovan impressed upon Ball the need to hire a private

investigator to determine whether any of the agents in Ball's case had prior reports of misconduct.

121. Donovan informed Ball that for a $5,000.00 payment to Christiane, she would begin coordinating the hiring and implementing of a private investigator.

122. In the same conversation, Donovan touted the unique advantage of the services he offered to Ball included access to Donovan's personal attorney, Brian Horwitz.

123. Donovan informed Ball that all motions and briefs Donovan and Amodeo wrote would be reviewed and edited by Horwitz.

124. Donovan even went as far as to claim that he would use his unmonitored legal calls to discuss Ball's case with Horwitz.

125. Donovan requested that Ball send a $15,000.00 payment to Christiane to cover the costs for the private investigator and counseling fees to Horwitz.

126. In the same conversation, Donovan described to Ball how other inmates lost their appeals because correctional officers threw away their legal documents.

127. Donovan offered to Ball that Christiane would keep a digital archive of all of Ball's paperwork and legal documents, so they would be safely stored.

128. Donovan informed Ball that Christiane would need a $10,000.00 payment to initiate this digital record archive.

129. In the same conversation, Donovan informed Ball that he required a $20,000.00 retainer for his services, which was seperate from the deposits Ball previously paid to secure Christiane's services.

130. Donovan admitted to Ball that, as an inmate, he was not supposed to be paid for giving legal advice.

131. To work around this issue, Donovan informed Ball that he would have to present the $20,000.00 payment to Trustmark as payment to Christiane for her liaising services.

132. On March 25, 2019, Donovan drafted, and Ball signed, a letter to Trustmark au-

thorizing payments for the $1,500.00 deposit, the $6,000.00 deposit, and the legal books. A true and correct copy of this letter has been attached at Exhibit "J."

133. On March 27, 2019, Christiane sent to Trustmark an invoice in the amount of $8,800.00 for legal books, which also claimed a prior payment of $1,200.00 for transcripts. A true and correct copy of this invoice has been attached at Exhibit "K."

134. On April 23, 2019, Christiane sent to Trustmark an invoice in the amount of $15,000.00 for private investigator funding, retainer for Horwitz, initial brief research, and collateral petition (Motion to Vacate) research. A true and correct copy of this invoice has been attached at Exhibit "L."

135. On May 1, 2019, Christiane sent to Trustmark an invoice in the amount of $15,000.00 for registration, fees, tuition, textbooks, and class materials related to Adams State University. A true and correct copy of this invoice has been attached at Exhibit "M."

136. On July 25, 2019, Christiane sent to Trustmark an invoice in the amount of $10,000.00 for the costs associated with configuring the digital archive. A true and correct copy of this invoice has been attached at Exhibit "N."

137. On August 23, 2019, Christiane sent to Trustamrk an invoice in the amount of $10,000.00 for liaising fees——Donovan's retainer. A true and correct copy of this invoice has been attached at Exhibit "O."

138. On Septempber 24, 2019, Christiane sent to Trustmark an invoice in the amount of $10,000.00 for liaising fees——Donovan's retainer. A true and correct copy of this invoice has been attached at Exhibit "P."

139. The total amount for the above-listed invoices totals $68,800.00. Ex. "F."

140. On March 29, 2019, Trustmark paid $8,800.00 to Christiane per the invoice attached at Exhibit "K." Ex. "F."

141. On May 6, 2019, Trustmark paid $15,000.00 to Christiane per the invoice attached at Exhibit "L." Ex. "F."

142. On May 6, 2019, Trustmark paid $15,000.00 to Christiane per the invoice attached at Exhibit "M." Ex. "F."

143. On July 25, 2019, Trustmark paid $10,000.00 to Christiane per the invoice attached at Exhibit "N." Ex. "F."

144. On August 23, 2019, Trustmark paid $10,000.00 to Christiane per the invoice attached at Exhibit "O." Ex. "F."

145. On September 26, 2019, Trustmark paid $10,000.00 to Christiane per the invoice attached at Exhibit "P." Ex. "F."

146. Trustmark paid a total of $68,800.00 for invoices "K" through "P." Ex. "F."

147. To avoid suspicion from other inmates, Defendants agreed that if anyone asked Ball how much he was paying for Defendants' services, Defendants would tell them that Ball only paid $1,500.00 per month for all services; no retainers.

The Direct Appeal

148. Ball first met Rachael Reese, Esq. (hereinafter "Reese") in August of 2018 at the Pinellas County Jail in Clearwater, Florida.

149. Even before Ball's sentencing, he believed he had appealable issues that his pretrial counsel failed to address.

150. Ball reached out to Reese and requested that she represent him on Direct Appeal, once he had been sentenced.

151. In August of 2018, Ball signed an Agreement with Reese under O'Brien Hatfield PA of Tampa that stated Reese would represent Ball on Direct Appeal, for a flat fee of $15,000.00.

152. The $15,000.00 fee covered the Initial Brief, Reply Brief, paralegal fees, visits, and legal calls.

153. On November 8, 2018——Ball's first day at FCC Coleman Low——Donovan and Amodeo filed a pro se Notice of Appeal on Ball's behalf.

154. Even before Ball paid Defendants for their legal services, they actively under-

-13-

mined Reese's credibility.

155. On January 31, 2019, Donovan and Amodeo wrote and filed a motion on Ball's behalf, requesting leave to proceed pro se, so that Donovan and Amodeo could write Ball's appeal briefs.

156. Seperately, Amodeo emailed Reese to inform her that he would write Ball's appeal, and asked her to move to withdraw as counsel, which she did on February 27, 2019.

157. On May 8, 2019, the Eleventh Circuit denied Ball permission to proceed pro se.

158. On May 23, 2019, Reese, at Amodeo's behest, moved the Eleventh Circuit to reconsider its denial of granting Ball pro se status.

159. On June 3, 2019, Donovan and Amodeo wrote, and Christiane filed, a motion requesting reconsideration of the Eleventh Circuit's denial to permit Ball leave to proceed pro se.

160. On July 15, 2019, the Eleventh Circuit denied Ball and Reese's reconsideration motions.

161. In August and September of 2019, Amodeo wrote Reese several emails in order to convince her to review and edit Defendants' version of Ball's Initial Brief.

162. Amodeo also asked Reese if she would submit Defendants' brief under her name.

163. On October 21, 2019, Reese met with Amodeo in the visitation room of FCC Coleman Low to discuss the finer points of Ball's appeal.

164. On November 8, 2019, Reese filed Defendants' Initial Brief.

165. On January 30, 2020, the Eleventh Circuit granted the United States' request to enforce the appeal waiver in Ball's guilty plea.

166. Despite Ball having paid Reese $15,000.00, Defendants insisted that Ball fire her and hire Amodeo's friend, Baylor Johnson, Esq., of Urban, Thier & Federer, PA of Orlando to write a motion for reconsideration of the appeal waiver enforcement, and to write the Reply Brief.

-14-

167. Defendants told Ball that he would be sure to lose his appeal if he did not hire Johnson.

168. Based on Defendants' advice, Ball fired Reese and hired Johnson.

169. Ball paid Urban, Thier & Federer PA a total of $51,939.86 to draft the Reply Brief and Motion for Reconsideration.

170. Johnson's Reply Brief and Motion for Reconsideration failed, and the Eleventh Circuit enforced the plea waiver.

171. On November 17, 2020, Ball lost his Direct Appeal: the one Defendants claimed would be a winner.

172. On November 29, 2020, Donovan informed Ball that due to his success with other inmates' cases, Christiane had become very busy.

173. Donovan informed Ball that if he wanted to stay on top of Defendants' priority list, he would have to start paying a yearly retainer for their services.

174. On November 29, 2020, Donovan dictated, and Ball typed, a letter to Trustmark authorizing a yearly retainer payment to Christiane in the amount of $6,000.00. A true and correct copy of this letter has been attached at Exhibit "Q."

175. Donovan further dictated in this letter that the yearly retainer fee would cover Christiane's legal research and fiduciary duties, including the FPOA.

176. Christiane did not provide Trustmark with an invoice for this payment.

177. On December 7, 2020, Trustmark paid $6,000.00 to Christane per the letter attached at Exhibit "Q." Ex. "F."

178. On December 21, 2020, the Eleventh Circuit entered its Judgment in Ball's appeal.

179. On December 22, 2020, Donovan, ostensibly with Horwitz's assistance, prepared a Motion for Panel Rehearing in Ball's appeal.

180. Donovan was late in preparing the Motion for Panel Rehearing, and as such, when Ball filed the Motion, the Eleventh Circuit denied it as being untimely.

181. In January of 2021, Donovan, with Horwitz's purported assistance, filed a Motion to Recall the Mandate, which, if granted, would reopen Ball's appeal.

182. On March 1, 2021, the Eleventh Circuit granted the Motion to Recall the Mandate.

183. The Eleventh Circuit only granted the motion because it failed to apply the prison mailbox rule to the original, untimely-filed motion.

184. But for this technicality, the motion would have been otherwise denied.

185. Ball did not understand the law, and failed to grasp that the granting of the Recall the Mandate was strictly procedural in nature.

186. Donovan took advantage of Ball's ignorance of the law to praise the win as a one-in-a-thousand win.

187. Donovan showed the grant to many other inmates around the prison, and posted the win on the "Law Office"'s whiteboard of major wins.

188. Donovan informed Ball that with this win, he would be able to relitigate his appeal, and overturn his enticement (2422(b)) conviction.

189. Donovan asked for extra payments to write the Motion for Panel rehearing, because he asserted that his win made him worthy of being paid more.

190. On March 5, 2021, Donovan dictated, and Ball typed, a letter to Trustmark, requesting two payments of $10,000.00 to be sent to Christiane. A true and correct copy of this letter has been attached at Exhibit "R."

191. On March 31, 2021, Christiane sent an invoice to Trustmark for $10,000.00, as per the letter at Exhibit "R." A true and correct copy of this invoice has been attached at Exhibit "S."

192. On April 9, 2021, Trustmark paid $10,000.00 to Christiane per the invoice at Exhibit "S." Ex. "F."

193. On May 3, 2021, Christiane sent an invoice to Trustmark for $10,000.00, as per the letter at Exhibit "R." A true and correct copy of this invoice has been attached at Exhibit "T."

-16-

194. On May 10, 2021, Trustmark paid $10,000.00 to Christiane per the invoice at Exhibit "T." Ex. "F."

195. On April 13, 2021, the Eleventh Circuit denied Ball's Motion for Panel Rehearing.

196. Defendants charged Ball a total of $26,000.00 in fees for the Direct Appeal, Motion to Recall the Mandate, and Motion for Panel Rehearing, in addition to the monthly fees and the $68,800.00 charged in the Oral Contract.

197. Defendants represented that they consulted with Horwitz on Ball's Direct Appeal, Briefs, Motion to Recall the Mandate, and Motion for Panel Rehearing.

198. Donovan claimed that he used his unmonitored legal calls with Horwitz to discuss Ball's Direct Appeal, Briefs, Motion to Recall the Mandate, and Motion for Panel Rehearing.

199. Defendants claimed that Horwitz reviewed and edited Ball's Direct Appeal, Briefs, Motion to Recall the Mandate, and Motion for Panel Rehearing.

Power of Attorney

200. On April 15, 2018, Ball's brother, Joe, assumed power of Attorney over Ball's affairs.

201. In May of 2019, Joe was involved in an automobile accident.

202. Joe's injuries included four broken ribs and a lacerated kidney; Joe almost died.

203. In the summer of 2019, Trustmark stopped answering Ball's correspondence, which led to a breakdown in the fiduciary relationship.

204. Defendants saw what they believed to be a perfect storm of events to take advantage of Ball's vulnerable situation, and convinced Ball that Christiane should have Power of Attorney over his financial matters.

205. Defendants stated that with Christiane assuming Ball's fiduciary duties, he could rest assured his family would receive their monthly, court-ordered support.

-17-

206. Defendants further stated that if Christiane had Power of Attorney over Ball, it would simplify his obtaining the discovery file from his pretrial attorney.

207. On October 30, 2019, Ball canceled Joe's Power of Attorney, and provided Trustmark with Christiane's Financial Power of Attorney [FPOA]. A true and correct copy of this instrument has been attached at Exhibit "U."

208. From this point, Christiane assumed responsibility of, and carried the fiduciary duties for, Ball's fiannces, including his IMA.

209. After Trustmark confirmed receipt of Christiane's FPOA, Defendants immediately accelerated their defrauding of Ball.

210. On October 31, 2019, Donovan informed Ball that Christiane would require additional payments for access to court documents and online research.

211. On October 31, 2019, Donovan dictated, and Ball typed, a letter to Trustmark requesting $13,500.00, to be distributed in three monthly payments. A true and correct copy of this letter has been attached at Exhibit "V."

212. Christiane did not send an invoice to Trustmark for these payments.

213. On November 29, 2019, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "V." Ex. "F."

214. On December 31, 2019, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "V." Ex. "F."

215. On January 31, 2020, Trustamrk paid $4,500.00 to Christiane per the letter at Exhibit "V." Ex."F."

216. On February 28, 2020, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "V." Ex."F."

217. The letter at Exhibit "V" did not authorize the November 29, 2019 payment.

218. Defendants received $18,000.00 in fees related to the Power of Attorney form. Ex. "F."

## Motion for Return of Property

**219.** On February 5, 2020, Defendants demanded additional fees for continuing their litigation of Ball's case.

**220.** On February 6, 2020, Donovan dictated, and Ball typed, a letter to Trustmark requesting $4,000.00 in fees relating to a Motion for Return of Property. A true and correct copy of this letter has been attached at Exhibit "W."

**221.** On August 8, 2020, Defendants repeated that they would need to begin what they referred to as a new lawsuit on Ball's behalf.

**222.** Defendants presented the purpose of the lawsuit—actually the Motion for Return of Property—was to gather evidence to help Ball obtain an evidentiary hearing in his upcoming Motion to Vacate.

**223.** Defendants asked for $5,000.00 to be sent to Christiane before they would begin writing the Motion for Return of Property.

**224.** On August 13, 2020, Donovan dictated, and Ball typed, a letter to Trustmark requesting two payments of $2,500.00. A true and correct copy of this letter has been attached at Exhibit "X."

**225.** On August 18, 2020, Christiane sent an invoice to Trustmark requesting the two payments: one due upon receipt of the invoice; the other due on September 18, 2020. A true and correeect copy of this invoice has been attached at Exhibit "Y."

**226.** On August 20, 2020, Trustmark paid $2,500.00 to Christiane per the invoice at Exhibit "Y." Ex. "F."

**227.** On September 21, 2020, Trustmark paid $2,500.00 to Chrsitiane per the invoice at Exhibit "Y." Ex. "F."

**228.** On September 8, 2020, Trustmark paid $4,000.00 to Christiane per the letter at Exhibit "W"—a duplicate payment for the Motion for Return of Property.

**229.** On October 4, 2020, the district court granted Ball's Motion for Return of Property, where Ball received copies of the family photos from his seized iPhone.

-19-

230. The evidence Ball received in the course of this motion, however, was not released until 2022. Ball litigated the forensics portion of the motion all by himself.

231. Despite the modest import of the motion being granted, Donovan bragged to his friends around the prison that it would remand Ball back to court.

232. On October 4, 2020, Donovan dictated, and Ball wrote, a letter to Trustmark, requesting $45,000.00 to retain the forensic services of Richard Connor, Esq., of ESI Consulting in Winter Park, Florida.

233. Donovan further directed the payments be made in 10 installments of $4,500.00. A true and correct copy of this letter has been attached at Exhibit "Z."

234. Christiane did not provide Trustmark with any invoices for these payments.

235. On October 13, 2020, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

236. On November 12, 2020, Trustmark paid $4,500.00 to Chrsitaine per the letter at Exhibit "Z." Ex. "F."

237. On December 7, 2020, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

238. On January 12, 2021, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

239. On February 12, 2021, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

240. On March 12, 2021, Trustamrk paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

241. On April 12, 2021, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

242. On May 12, 2021, Trustmark paid $4,500.00 to Christiane per the letter at Exhibit "Z." Ex. "F."

243. On June 14, 2021, Trustmark paid $4,500.00 to Christaine per the letter at Exhibit "Z." Ex. "F."

244. On July 12, 2021, Trustmark paid $4,500.00 to Christaine per the letter at Exhibit "Z." Ex. "F."

245. Defendants received $54,000.00 in fees related to the Motion for Return of Property. Ex. "F."

246. Defendants represented that they consulted with Horwitz on Ball's Motion for Return of Property.

247. Donovan represented that he used his unmonitored legal calls to discuss Ball's Motion for Return of Property with Horwitz.

248. Defendants represented that Horwitz reviewed and edited Ball's Motion for Return of Property.

Writ of Certiorari

249. As part of the next phase of litigation discussed in Exhibit "W," Defendnats demanded money to write Ball's Writ of Certiorari to the Supreme Court.

250. On February 6, 2020, Donovan dictated, and Ball typed, a letter to Trustmark requesting a total of $13,000.00 for fees related to the Writ of Certiorari. Ex. "W."

251. The letter at Exhibit "W" requested that $4,500.00 be sent to Christaine on May 5, 2020; $4,500.00 to be sent on June 5, 2020; and $4,000.00 to be sent on August 5, 2020.

252. On May 29, 2020, Trustmark paid $4,500.00 to Christaine per the letter at Exhibit "W." Ex. "F."

253. On June 18, 2020, Trustmark paid $4,500.00 to Christaine per the letter at Exhibit "W." Ex. "F."

254. On July 31, 2020, Trustmark paid $4,000.00 to Christaine per the letter at Exhibit "W." Ex. "F."

255. Defendants received a total of $13,000.00 in fees related to the Writ of Certiorari. Ex. "F."

256. Defendants claimed they consulted with Horwitz on Ball's Writ of Certiorari.

257. Donovan claimed he used his unmonitored legal calls with Horwitz to discuss Ball's Writ of Certiorari.

258. Defendants claimed that Horwitz reviewed and edited Ball's Writ of Certiorari.

<u>The Contract Agreement</u>

259. In mid-March of 2021, Donovan learned that he would be transferred to a Minimum Security prison (Camp).

260. Defendants did not want to lose their steady stream of income, so they coerced Ball into signing a contract on pain of losing Defendants' assistance.

261. Defendants further preyed on Ball's vulnerable situation and desperation to have someone assist him with his case, as he had no outside assistance.

262. On March 22, 2021, Donovan drafted and typed a Contract Agreement which reaffirmed Christiane's fiduciary duties to Ball.

263. Defendants never provided Ball with a copy of the Contract Agreement.

264. Trustmark provided Ball with a copy of the Contract Agreement in July of 2024. A true and correct copy of this instrument has been attached at Exhibit "AA."

265. The Contract Agreement further laid out the terms, in the barest of detail, for the personal assistance and research Christiane would provide.

266. The Contract Agreement stated that the parties agreed to a yearly retainer of $6,000.00

267. The Contract Agreement stated that the parties agreed to a personal assistance fee of $4,500.00 per month.

268. The Contract Agreement stated that the parties agreed to a yearly stipend of $2,500 to provide Ball with books, newspapers, and magazines.

269. On April 29, 2021, Donovan left FCC Coleman Low.

270. On August 13, 2021, Trustmark paid $4,500.00 per the Contract Agreement at Exhibit "AA" to Christiane. Ex. "F."

271. On September 2, 2021, Trustmark paid $4,500.00 per the Contract Agreement at Exhibit "AA" to Christaine. Ex. "F."

272. On October 12, 2021, Trustmark paid $4,500.00 per the Contract Agreement at Exhibit "AA" to Christaine. Ex. "F."

273. On October 12, 2021, Ball received a letter from Christiane containing instructions from Donovan that Defendants preferred the yearly $6,000.00 retainer be changed to monthly installments of $500.00 each.

274. Based on Defendants' instructions, on October 12, 2021, Ball wrote a letter to Trustmark requesting the yearly retainer be paid in monthly installments. A true and correct copy of this letter has been attached at Exhibit "BB."

275. The Contract Agreement contained no provisions for altering its terms.

276. On November 8, 2021, Trustmark paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibits "AA" and "BB" to Christiane. Ex. "F."

277. On December 7, 2021, Trustmark paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibit "AA" and "BB" to Christiane. Ex. "F."

278. On January 7, 2022, Trustmark paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibits "AA" and "BB" to Christiane. Ex. "F."

279. On February 7, 2022, Trustamrk paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibits "AA" and "BB" to Christiane. Ex. "F."

280. On March 7, 2022, Trustmark paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibits "AA" and "BB" to Christiane. Ex. "F."

281. On April 7, 2022, Trustmark paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibits "AA" and "BB" to Christiane. Ex. "F."

282. On May 9, 2022, Trustmark paid $5,000.00 per the Contract Agreement and October 12, 2021 letter at Exhibits "AA" and "BB" to Christiane. Ex. "F."

283. Defendants received a total of $48,500.00 in fees related to the Contract Agreement and the October 12, 2021 letter.

Adams State University

284. In December of 2021, Ball wrote a letter to Christiane requesting a refund of the $15,000.00 he paid for Adams State University registration. Ex. "M."

285. Ball believed these funds to still be in Defendants' possession, as Ball never attended any classes at Adams State.

286. Ball further believed the funds should have remained intact as Christiane never paid any fees to Adams State for Ball to attend classes.

287. Christiane responded to Bal's letter by informing him that she would transfer the $15,000.00 back to the IMA.

288. The $15,000.00 was never transferred back to Ball's IMA. Ex. "F."

Private Investigator

289. On January 6, 2022, Ball wrote a letter to Christiane requesting a refund of the fees he paid for hiring a private investigator in 2019; specifically, Mike Flynn of All Clear Investigations in Orlando. The July 11, 2019 letter memorializing this agreement has been atached at Exhibit "CC."

290. On January 12, 2022, Christiane responded, stating that Donovan would use the $8,000.00 credit originally reserved for Flynn to go towards a private investigator that would be needed for the Motion to Vacate's claim regarding how Ball's arrest took place. A true and correct copy of this letter has been attached at Exhibit "DD."

291. On January 31, 2023, Christaine informed Ball that the private investigator would not be needed until the discovery phase of the Motion to Vacate. Ex. "QQ."

292. By April of 2023, Defendants still had not hired a private investigator—Flynn or otherwise—despite their promise to do so.

293. In April of 2023, Ball wrote to Christiane, requesting specific information on the specific private investigator Defendants would hire, and their scope of work.

294. On April 18, 2023, Christiane sent a letter to Ball informing him that Donovan

-24-

believed that Ball's Motion to Vacate was still not at the stage where a private investigator needed to do any work; that he needed to see how the Motion to Vacate unfolded. A true and correct copy of this letter has been attached at Exhibit "EE."

295. On July 15, 2023, Ball sent a letter to Christiane asking her to contact A Very Private Eye in Orlando for a quote on the scope of work he wrote himself.

296. On July 28, 2023, Christiane responded by informing him that Ollie Phipps from A Very Private Eye would be willing to assist Ball with his request. A true and correct copy of this letter has been attached at Exhibit "FF."

297. Defendants received a total of $18,000.00 in fees related to hiring a private investigator.

Motion to Vacate

298. After Ball lost his Direct Appeal, Defendants advised him that he should prepare to file a 28 U.S.C. § 2255 Motion to Vacate.

299. Defendants advised Ball they were experts in the habeas law, and would be the best ones to assist him.

300. Before Defendants would assist Ball, however, they demanded payemnts be sent to Christiane to cover administrative and paralegal costs associated with what Defendants described as the new litigation described in Exhibit "W."

301. On February 28, 2020, Trustmark paid $4,500.00 per the letter at Exhibit "W" to Christiane. Ex. "F."

302. On March 31, 2020, Trustmark paid $4,500.00 per the letter at Exhbit "W" to Christiane. Ex. "F."

303. Christiane did not provide invoices for the payments requested in Exhibit "W."

304. Ball did not receive any further updates from Defendants regarding his Motion to Vacate until May of 2022: more than two years later.

305. During this time, Ball became increasingly worried and desperate that Defendants would abandon him, and Ball did not know enough about the law to write the

-25-

Motion to Vacate by himself, and Ball had no one to assist him.

306. Defendants further used Christiane's possession of all of Ball's evidence as leverage to ensure that Ball continued to pay Defendants for as long as possible before Defendants provided the agreed services.

307. Defendants convinced Ball that, but for their guidance, Ball would lose his Motion to Vacate.

308. On May 17, 2022, Ball received a letter from Christiane containing instructions from Donovan.

309. The instructions contained a demand that Ball increase the monthly fees agreed in the Contract Agreement at Exhibit "AA" from $5,000.00 per month to $6,250.00 per month.

310. Based on these instructions, Ball wrote, on May 25, 2022, a letter to Trustmark requesting Defendants' demand. A true and correct copy of this letter has been attached at Exhibit "GG."

311. On June 7, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

312. On July 7, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

313. On August 8, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

314. On September 7, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" Christiane. Ex. "F."

315. On October 7, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

316. On November 7, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

317. On December 7, 2022, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane.

318. On January 9, 2023, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

319. On February 7, 2023, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

320. On March 7, 2023, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

321. On April 7, 2023, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

322. On May 10, 2023, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

323. On June 7, 2023, Trustmark paid $6,250.00 per the letter at Exhibit "GG" to Christiane. Ex. "F."

324. Defendants received a total of $95,500.00 in fees related to the Motion to Vacate.

325. Defendants provided Ball no guidance regarding the Motion to Vacate between January and July of 2022, despite his one-year statute of limitations being October 12, 2022.

326. On July 17, 2022, Ball wrote a letter to Christiane requesting an update on the status of the Motion to Vacate.

327. On July 25, 2022, Christiane responded with a message from Donovan, instructing Ball to write the Motion to Vacate himself, and to send the copies of the draft to Christiane once completed. A true and correct copy of this letter has been attached at Exhibit "HH."

328. At this point, Ball believed he could not terminate Defendants' Contract Agreement, as Defendants were already familiar with Ball's case, Christiane possessed Ball's evidence, and Ball lacked the legal knowledge necessary to write the Motion to Vacate on his own.

329. When Ball learned that Defendants wanted him to write the Motion to Vacate on

his own, he went into shock.

330. Ball attempted to write the Motion to Vacate using an outline left to him by Amodeo.

331. Ball completed the draft Motion to Vacate and mailed it to Christiane.

332. On August 23, 2022, Christiane sent a letter to Ball informing him that Donovan was ready to write the final draft of the Motion to Vacate——only three weeks after Ball sent Christiane the draft. A true and correct copy of this letter has been attached at Exhibit "II."

333. On September 1, 2022, Homeland Security released to Ball a CD-ROM of forensic data from his iPhone through FOIA litigation. A true and correct copy of this letter has been attached at Exhibit "JJ."

334. As Ball could not possess digital media while in prison, he sent the CD-ROM to Christiane for safekeeping.A true and correct copy of the Certified Mail Receipt for this mailing has been attached at Exhibit "KK."

335. On September 21, 2022, Christiane sent a letter to Ball informing him that Donovan was in the final stages of drafting the Motion to Vacate. A true and correct copy of this letter has been attached at Exhibit "LL."

336. The September 21, 2022 letter also informed Ball that Donovan was experienced with Motions to Vacate, and that he knows what he is doing; that Ball should not stress.

337. On September 27, 2022, Christiane sent a letter to Ball informing him that everything Donovan and Horwitz wrote in the Motion to Vacate will win, and anything more will lose. A true and correct copy of this letter has been attached at Exhibit "MM."

338. On October 6, 2022, the Motion to Vacate was docketed with the district court.

339. At the time the Motion to Vacate was filed, Ball's IMA had shrunk to $352,706.83. A true and correct copy of the October 2022 Trustmark IMA Statement has been

-28-

attached at Exhibit "NN."

340. On December 5, 2022, Christiane sua sponte sent an invoice to Trustmark for $6,000.00 requesting payment for the yearly retainer fee originally agreed to at Exhibit "Q." A true and correct copy of this invoice has been attached at Exhibit "OO."

341. Chrisitane sent this invoice despite superseding instructions to convert the yearly payment to monthly payments of $500.00. Ex. "BB."

342. On December 5, 2022, Trustmark emailed Christine to confirm whether her invoice was accurate. A true and correct copy of this email has been attached at Exhibit "PP."

343. Christiane responded to Trustmark's email by confirming that the $6,000.00 was for the yearly research fee, in spite of previous instructions otherwise. Ex. "PP."

344. On January 25, 2023, the United States filed its Response to Ball's Motion to Vacate.

345. On January 31, 2023, Christiane wrote a letter to Ball informing him that he would need to write the Motion to Vacate Reply Brief, and Donovan and Horwitz would edit the draft. A true and correct copy of this letter has been attached at Exhibit "QQ."

346. On February 3, 2023, Christiane sent a letter to Ball informing him that Donovan had reviewd the facts of Ball's case with Horwitz regarding the Motion to Vacate, and they were working on the Reply Brief. A true and correct copy of this letter has been attached at Exhibit "RR."

347. On February 13, 2023, Christiane sent a letter to Ball informing him that Donovan and Horwitz were busy working on Ball's Reply Brief. A true and correct copy of this letter has ben atached at Exhibit "SS."

348. On March 28, 2023, Christiane sent Ball a copy of the Motion to Vacate Reply Brief. A true and correct copy of the letter confirming this fact has been attached at Exhibit "TT."

-29-

349. On May 30, 2023, Christiane sent a letter to Ball informing him that his Motion for Discovery, Reply Brief, and other evidence had been docketed with the district court. A true and correct copy of this letter has been attached at Exhibit "UU."

350. On October 24, 2024, the district court denied Ball's Motion to Vacate——the motion Defendants promised Ball he would win. Ex. "MM."

351. Defendants received a total of $95,500.00 in fees related to the Motion to Vacate.

352. Defendants represented that they consulted with Horwitz on Ball's Motion to Vacate, Reply Brief, Motion for Discovery, and Interrogatories.

353. Donovan represented to Ball that he used his unmonitored legal calls with Horwitz to discuss Ball's Motion to Vacate, Reply Brief, Motion for Discovery, and Interrogatories.

354. Defendants represented that Horwitz reviewed and edited Ball's Motion to Vacate, Reply Brief, Motion for Discovery, and Interrogatories.

Digital Record Archive

355. As early as July 11, 2019, Ball requested Christiane to archive records to the Digital Record Archive that he paid $10,000.00 for in the Oral Contract. Ex. "CC."

356. Christiane failed to properly maintain the Digital Record Archive for several years.

357. On November 10, 2021, Ball wrote a letter to Trustmark informing it that Ball could not keep track of possible duplicate correspondence, as he did not have access to his archived records. A true and correct copy of this letter has been attached at Exhibit "VV."

358. Defendants warned Ball not to keep financial and personal correspondence records in his prison legal locker, as other inmates could break into it and steal Ball's personal information.

359. Ball depended on and trusted Defendants would keep his records readily avail-

-30-

able, especially given Christiane's fiduciary and FPOA duties.

360. On January 24, 2023, Ball wrote a letter to Christiane requesting that she produce an index of all records stored in his Digital Record Archive.

361. On January 31, 2023, Christiane responded, stating that she was working on compiling a list of the digitized records. Ex. "QQ."

362. On February 1, 2023—nearly four years after Ball paid for the service—Christiane sent Ball a letter containing a lost of the records stored in the Digital Record Archive. A true and correct copy of this letter has been attached at Exhibit "WW."

363. In this letter, Christiane also informed Ball that she maintained copies of all correspondence letters between her and Ball, and kept copies of all Trustmark IMA statements. Ex. "WW."

364. Defendants charged Ball $10,000.00 in fees for the Digital Record Archive, which was simply a free subscription to Dropbox. Ex. "WW."

### DISCOVERY OF THE FRAUD

365. On November 1, 2021, Donovan informed Ball through Christiane that Horwitz demanded counseling fees in order to assist Donovan with the writing and editing of the Motion to Vacate.

366. This letter instructed the payment be divided into two payments of $2,500.00.

367. On November 10, 2021, based on Defendants' instructions, Ball sent a letter to Trustmark requesting the funds be sent to Christiane. A true and correct copy of this letter has been attached at Exhibit "VV."

368. On November 30, 2021, Trustmark paid $2,500.00 per the letter at Exhibit "VV" to Christiane. Ex. "F."

369. On December 31, 2021, Trustmark paid $2,500.00 per the letter at Exhibit "VV" to Christiane. Ex. "F."

370. Christiane did not provide Trustmark with an invoice for these payments.

371. On October 10, 2022, Chrisitane sent a letter to Ball informing him that Donovan was in talks with Horwitz regarding the Motion to Vacate, and that Horwitz demanded a one-time payment for counseling fees. A true and correct copy of this letter has been attached at Exhibit "XX."

372. On February 13, 2023, Christiane sent a letter to Ball providing him with an amount for the one-time payment for counseling fees mentioned in the Exhibit "XX" letter.

373. In this letter, Christiane informed Ball that Horwitz demanded $4,950.00, and that Ball would need to pay immediately so that the Motion to Vacate would be done perfectly. Ex. "SS."

374. By February of 2023, Ball's IMA had shrunk to $400,561.56. A December 5, 2024 letter from Trustmark confirming this fact has been attached at Exhibit "YY."

375. Due to the skrinking IMA, Ball requested that Trustmark pay the $4,950.00 in two installments.

376. On February 28, 2023, Christiane sent an invoice to Trustmark for what she represented to be Horwitz's counseling fees. A true and correct copy of this invoice has been attached at Exhibit "ZZ."

377. On March 1, 2023, Trustmark paid $2,475.00 per the invoice at Exhibit "ZZ" to Christiane. Ex. "F."

378. On April 3, 2023, Trustmark paid $2,475.00 per the invoice at Exhibit "ZZ" to Christiane. Ex. "F."

379. Christiane never provided Trustmark with any invoices from Horwitz confirming the payments in Exhibits "XX" and "ZZ" indeed went to Horwitz.

380. Separately, Ball began working on a Motion for Discovery with interrogatories to accompany the Motion to Vacate Reply Brief.

381. In late March of 2023, Ball sent copies of the draft Motion for Discovery and interrogatories to Christiane for review by Donovan and, ostensibly, Horwitz.

-32-

382. On April 5, 2023, Christiane sent a letter to Ball stating that Donovan and Horwitz were in the process of reviewing Ball's draft Motion for Discovery and interrogatories. A true and correct copy of this letter has been attached at Exhibit "AAA."

383. On April 28, 2023, Christiane sent Ball the final version of the Motion for Discovery, ostensibly reviewed and edited by Horwitz. Ex. "QQ." A true and correct copy of a letter confirming this fact has been attached at Exhibit "BBB."

384. On May 9, 2023, Chrisitane sent a letter to Ball informing him that Donovan was working with Horwitz on the interrogatories, and once they were complete, she would send them to Ball. A true and correct copy of this letter has been attached at Exhibit "CCC."

385. Ball typed the draft interrogatories on a prison typewriter. A true and correct copy of Ball's draft interrogatories has been attached at Exhibit "DDD."

386. On May 16, 2023, Christiane sent a letter to Ball again informing him that Donovan and Horwitz were working on Ball's interrogatories. Ex. "DDD." A true and correct copy of this letter has been attached at Exhibit "EEE."

387. On May 24, 2023, Christiane sent the Motion for Discovery, exhibits, and interrogatories to the district court on Ball's behalf for filing. A true and correct copy of this mailing envelope has been attached at Exhibit "FFF."

388. On May 24, 2023, Christiane sent a letter to Ball informing him that everything had been sent to the district court, and that Horwitz had reviewed Ball's interrogatories, and were attached to the Motion for Discovery. A true and correct copy of this letter has been attached at Exhibit "GGG."

389. On May 25, 2023, the district court filed the Motion to Vacate Reply Brief, but for reasons unknown, did not file the Motion for Discovery, interrogatories, and CD-ROM.

390. On June 15, 2023, Christiane sent a letter to Ball informing him that she spoke

-33-

with the Clerk of the Court, and only after speaking with the Clerk were the documents filed. A true and correct copy of this letter has been attached at Exhibit "HHH."

391. On June 20, 2023, Christiane sent a copy of the discovery motion and interrogatories she filed on Ball's behalf.

392. Ball received the Motion for Discovery and interrogatories on June 25, 2023.

393. Ball reviewed what Christiane filed, and noticed the interrogatories were the exact ones he typed on the prison typewriter. A true and correct copy of the docketed interrogatories has been attached at Exhibit "III."

394. Neither Defendants nor Horwitz reviewed or edited Ball's draft interrogatories.

395. It was at this point that Ball realized Defendants had been defrauding him the entire time.

396. This was also the point where Ball began making plans to terminate Defendants' Contract Agreement and Christiane's FPOA.

397. Meanwhile, on June 30, 2023, the district court issued an Order instructing Ball to serve the United States with a physical copy of the FOIA CD-ROM as it was incompatible with PACER.

398. On July 11, 2023, Ball filed a motion with the district court requesting leave to strike the CD-ROM from the record, have it to Christiane for copying and service to the United States, as the docketed CD-ROM was the only copy. Ex. "JJ."

399. On July 13, 2023, the district court granted Ball's motion.

400. On July 15, 2023, Christiane sent a letter to Ball informing him that she was moving from Tampa to a new house. A true and correct copy of this letter has been attached at Exhibit "JJJ."

401. Christiane did not leave a forwarding address with the Tampa Post Office for the P.O. Box she instructed Ball to use.

402. Moreover, Christiane did not regularly check PACER, and therefore was not aware

of the July 13, 2023 Order until after she moved to Palm Bay.

403. Christiane failed to inform the Clerk of the Court of her change of address despite being Ball's court-approved Designee in the Motion to Vacate.

404. As a result, when the Clerk of the Court sent the FOIA CD-ROM back to Christiane, she did not receive it, and the Tampa Post Office could not forward it to her.

405. On July 19, 2023, Ball sent a letter to Christiane to confirm whether she had been made aware of the district court's July 13, 2023 Order. A true and correct copy of this letter has been attached at Exhibit "KKK."

406. Several days later, Ball's July 19, 2023 letter to Christiane was returned to him, because the Post Office was unable to forward the correspondence to Christiane's new address, which she did not provide. A true and correct copy of the returned envelope, postmarked July 20, 2023, has been attached at Exhibit "LLL."

407. On July 23, 2023, Ball received correspondence from Christiane containing her new address.

408. On July 23, 2023, Ball sent a letter to Christiane at her Palm Pay address, to confirm whether she was apprised on the developments in the Motion to Vacate. A true and correct copy of this letter has been attached at Exhibit "MMM."

409. Because Christiane failed in her duties to liaise on Ball's behalf in the Motion to Vacate, the FOIA CD-ROM——important forensic evidence——was lost.

410. On July 30, 2023, Ball sent a letter to Trustmark requesting it suspend all further payments to Christiane, and to suspend her online IMA access. A true and correct copy of this letter has been attached at Exhibit "NNN."

411. On December 5, 2024, Trustmark informed that Christiane never accessed the IMA at any point during her FPOA. Ex. "YY."

412. On August 1, 2023, Ball sent a letter to Christiane notifying her of termination of her services effective September 30, 2023.

413. On August 7, 2023, Christiane, without notifying Ball, sent letters to Trust-
mark and the district court terminating the Contract Agreement, FPOA, and Designee
status. A true and correct copy of this letter has been attached at Exhibit "OOO."

414. On August 17, 2023, Trustmark sent a letter to Ball confirming that Christiane
terminated the Contract Agreement with immediate effect. A true and correct copy of
this letter has been attached at Exhibit "PPP."

415. Because Christiane abruptly terminated the Contract Agreement, she left many
tasks associated with Ball's litigation incomplete, such as the hiring of a private
investigator. Ex. "MMM."

416. On August 23, 2023, Ball wrote a letter to ICE requesting a duplicate copy of
the FOIA CD-ROM that Christiane lost. A true and correct copy of this letter has
been attached at Exhibit "QQQ."

417. On August 29, 2023, Christiane sent a letter to Ball in an attempt to renego-
tiate the Contract Agreement she abruptly terminated. A true and correct copy of
this letter has been attached at Exhibit "RRR."

418. Christiane offered to perform half the work she previously did for what she
claimed to be the very reduced price of $3,500.00 per month. Ex. "RRR."

419. The letter at Exhibit "RRR" did not specify how much work half would be, as the
Contract Agreement did not specify, Ex. "AA," nor did Christiane ever provide Ball
or Trustmark with itemized or hourly billing.

420. On September 7, 2023, Ball sent a letter to Christiane stating that despite the
parties being at an impasse, he would consider limited, hourly-billable work in the
future. A true and correct copy of this letter has been attached at Exhibit "SSS."

421. On September 19, 2023, Christiane sent a letter to Ball proposing to continue
her work for Ball on an hourly, itemized rate of $45.00 per hour. A true and cor-
rect copy of this letter has been attached at Exhibit "TTT."

422. Ball only continued negotiations to this point because Christiane was in pos-

session of the Digital Record Archive, and he lacked PACER access otherwise.

423. Before Ball could respond to Christiane's September 19, 2023 letter, she sent another letter on October 2, 2023, stating that she would no longer have time to help Ball, as others had requested her services; this was Christiane's final letter to Ball. A true and correct copy of this letter has been attached at Exhibit "UUU."

424. In the letter at Exhibit "UUU," Christiane alleged it was Ball that abruptly terminated the Contract Agreement, despite evidence to the contrary. Ex. "OOO"; Ex. "PPP."

425. After Christiane terminated the Contract Agreement, Ball was left without anyone to assist with the hiring of a private investigator or access PACER.

426. After the termination of the Contract Agreement, Ball contacted Elite Paralegal Services in Appleton, Wisconsin (hereinafter "EPS").

427. EPS specializes in services for inmates, including PACER lookups, online research, and advocacy services.

428. By using EPS, Ball learned just how much he was being overcharged for the services Defendants provided.

429. While Defendants charged Ball $6,250.00 per month, EPS only charged Ball $5.00 to access his PACER docket sheet for the Motion to Vacate. A true and correct copy of the November 21, 2023 EPS receipt has been attached at Exhibit "VVV."

430. In December of 2023, Ball ordered three PACER docket sheets for $15.00, and requested the use of EPS's advocacy service, which contacted A Very Private Eye on Ball's behalf. Ex. "DD," "FF." A true and correct copy of the December 28, 2023 EPS receipt has been attached at Exhibit "WWW."

431. On December 28, 2023, EPS contacted A Very Private Eye, by emailing Ollie Phipps—the same person Christiane ostensibly contacted in July of 2023. Ex. "FF." A true and correct copy of the December 28, 2023 EPS email has been attached at Exhibit "XXX."

-37-

432. On December 28, 2023, Phipps responded to FPS stating that he would not as-
sist    Ball, contrary to Christiane's prior claims. Fx. "FF."

433. It was at this point that Ball had additional confirmation that Defendants
defrauded Ball, and only made promises to hire an investigator so that Ball would
keep paying them. Ex. "CC," Ex. "EE," Ex. "FF."

434. Through additional requests from FPS, Ball learned that the $8,800.00 Defen-
dants charged Ball for legal books at Exhibit "K" were grossly overpriced.

435. In addition to the Federal Rules of Criminal and Appellate and Civil Procedu-
res being available for free on the prison's Law Library, the BlueBook of Citations
only cost $54.50. A true and correct copy of the online price quote for this book
has been attached at Exhibit "YYY."

436. An additional FPS search revealed that the Georgetown Journal only costs $31.51.
A true and correct copy of the online price quote for this book has been attached
at Exhibit "ZZZ."

437. An additional FPS search revealed that the Black's Law Dictionary only costs
$146.17. A true and correct copy of the onine price quote for this book has been
attached at Exhibit "AAAA."

438. In sum, Defendants charged $8,800.00 for books that were valued at $1,000.00
or less. Ex. "F," Ex. "K."

439. The $20,000.00 in retainer and liaising fees Defendants charged Ball in Exhi-
bits "O" and "P" amounts to a duplicate charge of the $6,000.00 for liaising ser-
vices Defendants charged in Exhibit "I."

440. Defendants charged Ball $10,000.00 for the Digital Record Archive in Exhibit
"N." Defendants overcharged Ball by $10,000.00, as they used free sowfware to cre-
ate the archive. Ex. "CC," Ex. "QQ," Ex. "WW."

441. Defendants charged Ball $26,000.00 for work related to the work ostensibly
done on the Direct Appeal, Motion to Recall the Mandate, and Motion for Panel Re-

hearing. Ex. "O," Ex. "Q," Ex. "R," Ex. "S," Ex. "T."

442. Defendants overcharged Ball by $24,000.00, because the standard fees for PACER lookups, typing supplies, and motions written by jailhouse lawyers for three motions would not exceed $500.00 per motion X 3 + $500.00 for PACER lookups and research. Ex. "VVV," "WWW."

443. Defendants overcharged Ball for the work related to the Power of Attorney. Ex. "F," "U," "V."

444. As Defendants were already receiving payments for all other services rendered, Defendants overcharged Ball $18,000.00 for the Power of Attorney.

445. Defendants overcharged Ball for work related to the Motion for Return of Propeerty. Ex. "F," "W," "X," "Y," "Z."

446. Defendants overcharged Ball by $46,000.00, as Connor charges $150.00 per hour for the same work performed in Ball's Motion to Vacate. A true and correct copy of the March 24, 2022 district court opinion stating this fact has been attached at Exhibit "BBBB."

447. Defendants overcharged Ball for work related to the Writ of Certiorari. Ex. "F," "W,"

448. Defendants overcharged Ball by $12,500.00, as the standard fees for PACER lookups, typing supplies and motions written by jailhouselawyers for one motion would not exceed $500.00. Ex. "VVV," "WWW."

449. Defendants overcharged Ball for work related to the Contract Agreement. Ex. "F," "AA," "BB."

450. Defendants overcharged Ball by $43,500.00, as the standard fees for PACER lookups and related services for this time period would not exceed $5,000.00. Ex. "VVV," "WWW."

451. Defendants overcharged Ball for work related to the Motion to Vacate. Ex. "F," "W," "GG, "HH."

452. Defendants overcharged Ball by $90,500.00, as the liaising fees, PACER look-ups, and mailing fees over this time period would not exceed $5,000.00. Ex. "VVV," Ex. "WWW."

453. The $20,000.00 Defendants charged Ball are duplicate payments for the liaising fees charged on March 11, 2019. Compare Ex. "I" contra Ex. "O" and "P."

454. The December 5, 2022 invoice for $6,000.00 constitutes a duplicate payment of the yearly retainer fee Christiane previously requested. Ex. "BB," "OO," "PP."

455. The $15,000.00 Defendants charged Ball for Adams State University Registration, Fees, Tuition, Textbooks, and Class Materials, Ex. "M," amounts to services not rendered, as Ball never attended any classes at Adams State, and Defendants did not refund the $15,000.00. Ex. "F."

456. The $18,000.00 Defendants charged Ball for the hiring of a Private Investigator, Ex. "L," "DD," "EE," "FF," amounts to services not rendered, as Defendants never hired any private investigator, Ex. "XXX," and Defendants did not refund the $18,000.00. Ex. "F."

457. The $24,500.00 Defendants charged Ball for services attributed to the editing and reviewing services ostensibly performed by Brian Horwitz, Esq., Ex. "L," "MM," "RR," "SS," "TT," amounts to services not rendered, as Horwitz never performed any work on any of Ball's litigation. Ex. "Z."

458. After itemizing the above statements, Ball found that Defendants overcharged him a total of $251,300.00

459. After itemizing the above statements, Ball found that Defendants duplicated payments totaling $26,000.00.

460. After itemizing the above statements, Ball found that Defendants charged him $55,500.00 in services not rendered.

Count I
Fraudulent Misrepresentation
(Against Donovan)

461. Plaintiff Ballre-alleges and incorporates the allegations of paragraphs 1
through 460 herein.

462. Defendant Donovan engaged in a scheme to defraud Plaintiff Ball out of $358,
874.45 on the basis of Donovan's false promises to help Ball with his legal matters.

463. Spefically, on February 13, 2019, Donovan made the false representation that
Ball had winnable grounds for his appeal in Criminal Case No.: 8:18-cr-00069-T-
VMC-AAS (M.D. Fla.).

464. Donovan made this statement despite knowing full well that Ball's plea waiver
precluded nearly all grounds for appeal.

465. Further, on February 13, 2019, Donovan falsely stated that Ball could not pre-
vail on appeal unless Ball hired Donovan, Christiane, and Amodeo.

466. Further, on March 24, 2019, Donovan falsely alleged that Christiane would re-
gister Ball for courses with Adams State University, which never happened.

467. Further, on March 24, 2019, Donovan falsely stated that he, Christiane, and
Amodeo would hire a private investigator on Ball's behalf to investigate the agen-
ts from Homeland Security Investigations in Tampa that arrested Ball.

468. Further, on March 24, 2019, Donovan falsely stated that he and Amodeo required
$10,000.00 worth of law books, yet the total value of books Ball untimately pur-
chased for Defendants were valued at less than $1,000.00.

469. Further, on March 24, 2019, Donovan falsely stated that the legal briefs he,
Christiane, and Amodeo wrote for Ball would include the benefit of review and edit-
ing by Donovan and Amodeo's personal lawyer, Brian Horwitz, Esq.

470. Further, on March 24,2019, Donovan falsely stated that he would spend his
personal and unmonitored legal call time with Horwitz discussing Ball's appeal.

471. Further, on March 24, 2019, Donovan falsely stated that Christiane would keep

-41-

a digital record archive of Ball's records, court filings, and other documents.

472. Further, on March 24, 2019, Donovan falsely stated that he required a personal retainer for his legal services to Ball, to be seperate from the other costs incurred on Ball for Donovan, Christiane, and Amodeo's legal assistance.

473. Further, on December 22, 2020, after Ball lost his Direct Appeal, Donovan falsely stated that he would work with Horwitz to write a Motion for Panel Rehearing to convince the Eleventh Circuit to reconsider Ball's appeal.

474. Further, in January of 2021, after the Eleventh Circuit denied the Motion for Panel Rehearing, Donovan falsely stated that he would work with Horwitz to write a Motion to Recall the Mandate to restore Ball's Motion for Panel Rehearing.

475. Further, on October 6, 2020, Donovan falsely stated that he would work with Horwitz on Ball's Motion to Vacate, Motion for Return of Property, and Writ of Certiorari.

476. Further, on October 6, 2020, Donovan falsely stated that it would cost Ball $45,000.00 to hire Richard Connor, Esq. as a forensic expert in support of his Motion for Return of Property, when Connor's work for the motion was valued at only around $8,000.00.

477. Further, in March of 2021, Donovan falsely stated that Ball was required to sign a Contract Agreement to continue his services with Donovan, Christiane, and Amodeo.

478. Further, in March of 2021, Donovan falsely stated to Ball that he would write the Motion to Vacate and Reply Brief, which Ball ultimately wrote by himself.

479. Further, in May of 2023, Donovan falsely stated that he worked with Horwitz on the interrogatories Ball drafted for the Motion to Vacate, yet only Ball's original draft of the interrogatories which were unedited and typed on a prison typewriter were ever filed on the docket.

480. Donovan preyed on Ball's desperate and vulnerable situation as an inmate at

FCC Coleman, Low who had limited contact with the outside world and was facing decades in prison.

481. At the time Donovan made the statements, representations, and promises listed above, Donovan knew them all to be false and knew neither he nor Christiane nor Amodeo were capable of or ever intended to fulfill these promises.

482. Donovan made these statements in order to induce Ball to rely on them to his detriment.

483. Donovan was successful in convincing Ball to believe him, and to rely on Donovan, Christiane, and Amodeo to prepare his appeal.

484. Donovan, Christiane, and Amodeo ultimately failed to provide the legal services and other obligations Donovan represented they would provide.

485. The legal briefs and work promised by Donovan, Chrisitane, and Amodeo were either never done, baseless, incompetently prepared, had no chance of succeeding, or all of the above.

486. Ball relied on Donovan's false representations to his detriment by paying Donovan $355,270.50 through Christiane.

487. Ball further relied on Donovan's false representations to his detriment by paying Donovan $3,603.95 in Commissary items and printing fees for law library printouts.

488. As a result of Donovan's fraud, Ball suffered damages of at least $358,874.45.

Wherefore Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant DONOVAN G. DAVIS, JR. and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count II
Fraudulent Misrepresentation
(Against Christiane)

489. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

490. Defendant Christiane engaged in a scheme to defraud Ball out of $358,874.45 on the basis of Christiane's false promises to help Ball with his legal matters and financial matters.

491. On March 27, 2019, Christiane falsely represented to Ball that the legal books she purchased for Donovan and Amodeo— with Ball's funds——were valued at $8,800.00 when they were in fact valued at less than $1,000.00.

492. Further, on May 1, 2019, Christiane falsely represented to Ball that she would register him with correspondence courses at Adms State University, but did not.

493. Further, on July 25, 2019, Christiane falsely alleged that she would responsibly manage Ball's legal records through a digital record archive.

494. Further, on October 31, 2019, Christiane falsely represented that she would responsibly manage Ball's finances through assuming Power of Attorney over Ball's financial affairs.

495. Further, in November of 2019, Christiane falsely represented to Trustmark that she would monitor the status of Ball's IMA through online access to his account.

496. Further, on March28, 2021, Christiane again falsely represented that she would responsibly manage Ball's finances, and memorialized this by signing the Contract Agreement.

497. Further, in December of 2021, Christiane falsely stated to Ball that she refunded the $15,000.00 Ball paid for Adams State University registration fees.

498. Further, on January 12, 2022, Christiane falsely represented that the funds Ball paid for the hiring of a private investigator would be used for the Motion to Vacate, to hire an investigator for that Motion's grounds.

499. Further, on October 10, 2022, Christiane falsely represented to Ball that

Horwitz demanded counseling fees to review Ball's Motion to Vacate.

500. Further, on December 5, 2022, Christiane falsely represented to Trustmark that the yearly retainer she demanded for her legal services was no longer being paid in monthly installments, and as such, she received a duplicate payment.

501. Throughout 2022 and 2023, Christiane falsely represented to Ball on multiple occasions that Horwitz reviewed and edited Ball's Motion to Vacate, Reply Brief, Motion for Discovery, and interrogatories.

502. On April 18, 2023, Christiane falsely stated that Ball did not require a private investigator for his Motion to Vacate, and did not offer to refund the fees.

503. Further, on April 28, 2023, Christiane falsely represented to Ball that Horwitz edited and reviewed Ball's Motion for Discovery.

504. Further, on May 9 and 16, 2023, Christiane falsely represented to Ball that Horwitz and Donovan reviewed and edited Ball's interrogatories.

505. At the time Christiane made the statements, representations, and promises listed above, Christiane knew them all to be false and knew neither she nor Donovan nor Amodeo were capable of or ever intended to fulfill these promises.

506. Christiane, Donovan, and Amodeo ultimately failed to provide the legal services Christiane represented they would provide.

507. The legal briefs and work promised by Christiane, Donovan, and Amodeo were either never done, baseless, incompetently prepared, had no chance of succeeding, or all of the above.

508. Ball relied on Christiane's false representation to his detriment by paying Christiane $355,270.50.

509. As a result of Christiane's fraudulent misrepresentation, Ball suffered damages of at least $358,874.45.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant CHRISTIANE DAVIS and award Plaintiff

WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

## Count III
### Fraudulent Misrepresentation
#### (Against Amodeo)

510. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

511. Defendant Amodeo engaged in a scheme to defraud Plaintiff Ball out of $358,874.45 on the basis of Amodeo's false promises to help Ball with his legal matters.

512. Specifically, on February 13, 2019, Amodeo made the false representation that Ball had winnable grounds for his appeal in Criminal Case No.: 8:18-cr-00069-T-VMC-AAS (M.D. Fla.).

513. Amodeo made this statement despite knowing full well that Ball's plea waiver precluded nearly all grounds for his appeal.

514. Further, on February 13, 2019, Amodeo falsely stated that Ball could not prevail on appeal unless he hired Amodeo, Donovan, and Christiane.

515. Further, Amodeo promised Ball that he, Donovan, and Christiane would perform all legal services necessary to overturn Ball's criminal conviction and sentence, in exchange for Ball paying Amodeo, Donovan, and Christiane.

516. Further, on May 8, 2019, Amodeo falsely stated that he would reach out to Mike Flynn of All Clear Investigations in Orlando, to hire him for private investigator work related to investigating the agents from Homeland Security Investigations in Tampa that arrested Ball.

517. Amodeo——along with Donovan and Christiane——went so far as to convince Ball to fire his appellate attorney, Rachael Reese, Esq., but after the Eleventh Circuit rejected Ball's attempt to proceed pro se, Amodeo convinced Reese to file the appeal brief prepared by Amodeo, Donovan, and Christiane.

518. Amodeo preyed on Ball's desperate and vulnerable position as an inmate at FCC Coleman Low who had limited contact with the outside world and was facing decades in prison.

519. As a former bankruptcy attorney, Amodeo knew that all the statements and representations he made to Ball were false.

520. At the time Amodeo made the statements, representations, and promises listed above, Amodeo knew them all to be false and knew neither he nor Donovan nor Christiane were capable of or ever intended to fulfill these promises.

521. Amodeo made these statements in order to induce Ball to rely on them to his detriment.

522. Amodeo was successful in convincing Ball to believe him, and to rely on Amodeo Donovan and Christiane to prepare his appeal.

523. Amodeo went as far as to instruct Reese to file the briefs prepared by Amodeo, Donovan, and Christiane.

524. Amodeo met with Reese in-person at the FCC Coleman visitation room to discuss the brief prepared by Amodeo, Donovan, and Christiane.

525. Amodeo, Donovan, and Christiane ultimately failed to provide the legal services Amodeo represented they would provide.

526. The legal briefs and work promised by Amodeo, Donovan, and Christiane were either never done, baseless, incompetently prepared, had no chance of succeeding, or all of the above.

527. Ball relied on Amodeo's false representations to his detriment by paying Amodeo $355,270.50 through Christiane.

528. Ball further relied on Amodeo's false representations to his detriment by paying Amodeo $3,603.95 in Commissary items and printing fees for law library printouts.

529. As a result of Amodeo's fraud, Ball suffered damages of at least $358,874.45.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant FRANK L. AMODEO and award Plaintiff William B. Ball actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count IV
Fraudulent Inducement
(Against Donovan)

530. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

531. Defendant Donvoan engaged in a scheme to defraud Plaintiff Ball out of $358, 874.45 on the basis of Donovan's false promises to help with his legal matters.

532. Specifically, on February 13, 2019, Donovan made the false representation that Ball had winnable grounds for his appeal in Criminal Case No.: 8:18-cr-00069-T-VMC-AAS (M.D. Fla.).

533. Donovan made this statement despite knowing full well that Ball's plea waiver precluded nearly all grounds for appeal.

534. Further, on February 13, 2019, Donovan falsely stated that Ball could not prevail on appeal unless Ball hired Donovan, Christiane, and Amodeo.

535. Further, on March 24, 2019, Donovan falsely alleged that Christiane would register Ball for courses with Adams State University, which never happened.

536. Further, on March 24, 2019, Donovan falsely stated that he, Christiane, and Amodeo would hire a private investigator on Ball's behalf to investigate the agents from Homeland Security Investigations in Tampa that arrested Ball.

537. Furhter, on March 24, 2019, Donovan falsely stated that he and Amodeo required $10,000.00 worth of law books, yet the total value of books Ball ultimately purchased for Defendants were valued at less than $1,000.00.

538. Further, on March 24, 2019, Donovan falsely stated that the legal briefs he, Christiane, and Amodeo wrote for Ball would include the benefit of review and editing by Donovan and Amodeo's personal lawyer, Brian Horwitz, Esq.

539. Further, on March 24, 2019, Donovan falsely stated that he would spend his personal and unmonitored legal call time with Horwitz discussing Ball's appeal.

540. Further, on March 24, 2019, Donovan falsely stated that Christiane would keep

a digital record archive of Ball's records, court filings, and other documents.

541. Further, on March 24, 2019, Donovan falsely stated that he required a personal retainer for his legal services to Ball, to be seperate from the other costs incurred on Ball for Donovan, Christiane, and Amodeo's legal assistance.

542. Further, on December 22, 2020, after Ball lost his Direct Appeal, Donovan falsely stated that he would work with Horwitz to write a Motion for Panel Rehearing to convince the Eleventh Circuit to reconsider Ball's appeal.

543. Further, in January of 2021, after the Eleventh Circuit denied the Motion for Panel Rehearing, Donovan falsely stated that he would work with Horwitz to write a Motion to Recall the mandate to restore Ball's Motion for Panel Rehearing.

544. Further, on October 6, 2022, Doovan falsely stated that he would work with Horwitz on Ball's Motion to Vacate, Motion for Return of Property, and Writ of Certiorari.

545. Further, in March of 2021, Donovan falsely stated that Ball was required to sign a Contract Agreement to continue his services with Donovan, Christiane, and Amodeo.

546. Further, in March of 2021, Donovan falsely stated to Ball that he would write the Motion to Vacate and Reply Brief, which Ball ultimately wrote by himself.

547. Further, in May of 2023, Donovan falsely stated that he worked with Horwitz on the interrogatories Ball drafted for the Motion to Vacate, yet only Ball's original draft of the interrogatories, which were unedited and typed on a prison typewriter, were ever filed on the docket.

548. Donovan made the above-listed statements to induce Ball into paying for Defendants' legal services.

549. Donovan preyed on Ball's desperate and vulnerable situation as an inamte at FCC Coleman Low, who had limited contact with the outside world and was facing decades in prison.

550. At the time Donovan made these statements, representations, and promises listed above, Donovan knew all of them to be false and knew neither he nor Christiane nor Amodeo were capable of or ever intended to fulfil these promises.

551. Donovan made these statements in order to induce Ball to rely on them to his detriment.

552. Donovan was successful in convincing Ball to believe him, and to rely on Donovan, Christiane, and Amodeo to prepare his appeal.

553. Donovan, Christiane, and Amodeo ultiamtely failed to provide the legal services and other obligations Donovan represented they would provide.

554. The legal briefs and work promised by Donovan, Christiane, and Amodeo were either never done, baseless, incompetently prepared, had no chance of succeeding, or all of the above.

555. Ball relief on donovan's false representations to his detriment by paying Donovan $355,270.50 through Christiane.

556. Ball further relied on Donovan's false representations to his detriment by paying Donovan $3,605.95 in Commissary items and printing fees for law library printouts.

557. As a result of Donovan's fraud, Ball suffered damages of at least $358,874.45.

    Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant DONOVAN G. DAVIS, JR. and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count V
Fraudulent Inducement
(Against Christiane)

558. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1
through 460 herein.

559. Defendant Christiane engaged in a scheme to defraud Ball out of $358,874.45
on the basis of Christiane's false promises to help Ball wiht his legal matters
and financial matters.

560. On March 27, 2019, Christiane falsely represented to Ball that the legal books
she purchased for Donovan and Amodeo——with Ball's funds——were valued at $8,800.00
when they were in fact valued at less than $1,000.00.

561. Further, on May 1, 2019, Christaine falsely represented to Ball that she would
register him the correspondence courses at Adams State University, but did not.

562. Further, on July 25, 2019, Christiane falsely alleged that she would respon-
sibly manage Ball's legal records through a digital record archive.

563. Further, on October 31, 2019, Christiane falsely represented that she would
responsibly manage Ball's finances through assuming Power of Attorney over Ball's
financial affairs.

564. Further, in November of 2019, Christiane falsely represented to Trustmark that
she would monitor the status of Ball's IMA through online access to his account.

565. Further, on March 28, 2021, Christiane again falsely represented that she would
responsibly manage Ball's finances, and memorialized this by signing the Contract
Agreement.

566. Further, in December of 2021, Christiane falsely stated to Ball that she re-
funded the $15,000.00 Ball paid for Adams State University registration fees.

567. Further, on January 12, 2022, Christiane falsely represented that the funds
Ball paid for the hiring of a private investigator would be used for the Motion to
Vacate, to hire an investigator for that Motion's grounds.

568. Further, on October 10, 2022, Christiane falsely represented to Ball that

-52-

Horwitz demanded counseling fees to review Ball's Motion to Vacate.

569. Further, on December 5, 2022, Christiane falsely represented to Trustmark that the yearly retainer she demanded for her legal services was no longer being paid in monthly installments, and as such, she received a duplicate payment.

570. Throughout 2022 and 2023, Christiane falsely represented to Ball on multiple occasions that Horwitz reviewed and edited Ball's Motion to Vacate, Reply Brief, Motion for Discovery, and interrogatories.

571. On April 18, 2023, Christiane falsely stated that Ball did not require a private investigator for his Motion to Vacate, and did not offer to refund the fees.

572. Further, on April 28, 2023, Christiane falsely represented to Ball that Horwitz edited and reviewed Ball's Motion for Discovery.

573. Further, on May 9 and 16, 2023, Christiane falsely represented to Ball that Horwitz and Donovan reviewed and edited Ball's interrogatories.

574. Christiane made the above-listed statements to induce Ball into paying for Defendants' legal services.

575. At the time Christiane made the statements, reprsentations, and promises listed above, Christiane knew them to all to be false and knew neither she nor Donovan nor Amodeo were capable of or ever intended to fulfill these promises.

576. Christiane, Donovan, and Amodeo ultimately failed to provide the legal services Christiane represented they would provide.

577. The legal briefs and work promised by Christiane, Donovan, and Amodeo were either never done, baseless, incompetently prepared, had no chance of succeeding, or all of the above.

578. Ball relied on Christiane's false representation to his detriment by paying Christiane $355,270.50.

579. As a result of Christiane's fraudulent misrepresentation, Ball suffered damages of at least $358,874.45.

   Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter

a judgment in his favor against Defendant CHRISITANE DAVIS and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count VI
Fraudulent Inducement
(Against Amodeo)

580. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1
through 460 herein.

581. Defendant Amodeo engaged in a scheme to defraud Ball out of $358,874.45 on the
basis of Amodeo's false promises stated to help Ball with his legal matters.

582. Specifically, on February 13, 2019, Amodeo made the false representation that
Ball had winnable grounds for his appeal in Criminal Case No.: 8:18-cr-00069-T-
VMC-AAS (M.D. Fla.)

583. Amodeo made this statement despite knowing full well that Ball's plea waiver
precluded nearly all grounds for his appeal.

584. Further, on February 13, 2019, Amodeo falsely stated that Ball could not pre-
vail on appeal unless he hired Amodeo, Donovan, and Christiane.

585. Further, Amodeo promised Ball that he, Donovan, and Christiane would perform
all legal services necessary to overturn Ball's criminal conviction and sentence,
in exchange for Ball paying Amodeo, Donovan, and Christine.

586. Further, on May 8, 2019, Amodeo falsely stated that he would reach out to
Mike Flynn of All Clear Investigations in Orlando, to hire him for private inves-
tigation work related to investigtating agents from Homeland Security Investiga-
tions in Tampa that arrested Ball.

587. Amodeo——along with Donovan and Christiane——went so far as to convince Ball
to fire his appellate attorney, Rachael Reese, Esq., but after the Eleventh Circuit
rejected Ball's attempt to proceed pro se, Amodeo convinced Reese to file the ap-
peal brief prepared by Amodeo, Donovan, and Christiane.

588. Amodeo preyed on Ball's desperate and vulnerable position as an inmate at
FCC Coleman Low who had limited contact with the outside world and was facing deca-
des in prison.

589. As a former bankruptcy attorney, Amodeo knew that all the statements and re-

-55-

resentations he made to Ball were false.

590. At the time Amodeo made the statements, representations, and promises listed above, Amodeo knew them all to be false and knew neither he nor Donovan nor Christiane were capable of or ever intended to fulfill these promises.

591. Amodeo made these statements in order to induce Ball to rely on them to his detriment.

592. Amodeo was successful in convincing Ball to believe him, and to rely on Amodeo, Donovan, and Christiane to prepare his appeal.

593. Amodeo went as far as to instruct Reese to file the briefs prepared by Amodeo, Donovan, and Christiane.

594. Amodeo met in-person with Reese at the FCC Coleman visitation room to discuss the brief prepared by Amodeo, Donovan, and Christiane.

595. Amodeo, Donovan, and Christiane ultimately failed to provide the legal services Amodeo represented they would provide.

596. The legal briefs and work promised by Amodeo, Donovan, and Christiane were either never done, baseless, incompetently prepared, had no choice of succeeding, or all of the above.

597. Ball relied on Amodeo's false representations to his detriment by paying Amodeo $355,270.50 through Chrsitiane.

598. Ball further relied on Amodeo's false representations to his detriment by paying Amodeo $3,603.95 in Commissary items and printing fees for law library printouts.

599. As a result of Amodeo's fraud, Ball suffered damages of at least $358,874.45.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant FRANK L. AMODEO and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interst, and attorneys fees and any other relief this court deems appropriate.

COUNT VII
Conspiracy to Commit Fraud
(Against all Defendants)

600. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 599 herein.

601. Donovan, Christiane, and Amodeo conspired to defraud Ball.

602. Donovan, Christiane, and Amodeo agreed they would convince Ball to pay them hundreds of thousands of dollars for legal and other services that Defendants knew they would never provide.

603. Each of the three Defendants had an essential part to play in the conspiracy in order that all three Defendants could share in the hundreds of thousands of dollars they fraudulently obtained from Ball.

604. Donovan was the initial pitchman, convincing Ball he had a winnable case—but only if Ball hired Donovan, Christiane, and Amodeo.

605. Donovan then sold Ball on Amodeo and his legal prowess, convincing Ball that his only chance of prevailing was with Amodeo.

606. Amodeo then gave Ball the false promises that he would draft the legal brief Ball needed to prevail on appeal.

607. Next, Donovan convinced Ball that Christiane's services were essential to his appeal.

608. The Defendants targeted Ball's vulnerable and desperate situation, and convinced Ball to wire Christiane money to secure their legal services.

609. Once Ball sent Christiane the first $1,500.00, the Defendants knew they had Ball hooked—they had their mark.

610. Donovan and Amodeo then confirmed their influence over Ball by convincing him he should drop Ms. Reese—a bar-licensed attorney practicing criminal law to whom he had already paid $15,000.00—in favor of Defendants.

611. Donovan and Amodeo wanted to dispatch with Ms. Reese so that Ball was ever

more dependent on Defendants.

612. Donovan and Amodeo took advantage of Ball's dependence and trust by pushing him to wire more and more money to Christiane.

613. Defendants never intended to do any legal work for Ball as evidenced by the fact that Defendants advised Ballto pay a law firm more than $50,000.00 to draft the Reply Brief for his appeal.

614. Once Ball's appeal failed, Defendants did not want the money to stop, so they convinced Ball that he should pursue a number of frivolous actions.

615. With each new legal filing, Donovan and Amodeo convinced Ball to pursue, came more exorbitant fees sent by Ball to Christiane.

616. Defendants were not satisfied with charging exorbitant fees for legal services they were not licensed to, or capable of, providing; but rather, Defendants also charged Ball for a private investigator they never hired, a paralegal course they never enrolled him in, legal books they never bought, and the legal consulting of Brian Horwitz that was never provided.

617. Christiane accepted all of the hundreds of thousands of dollars in funds from Ball on behalf of herself, Donovan, and Amodeo pursuant to their agreement to defraud Ball.

618. As a result of Defendants' conspiracy to commit fraud, Ball has suffered damages of at least $358,874.45.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendants DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO, and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees, and any other relief this court deems appropriate.

Count VIII
Unauthorized Practice of Law/Abuse of Process
(Against all Defendants)

619. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 618 herein.

620. In order to perpetrate their fraudulent scheme, Defendans engaged in the unauthorized practice of law and abused the process of the federal courts by willfully and intentionallyusing the federal court system as an instrument of their fraud.

621. Each Defendant presented and advertised themselves to Plaintiff in such a way as to lead Plaintiff Ball to believe that each Defendant was capable of providing legal services.

622. Defendants Donovan and Amodeo met with Plaintif Ball in person——both separately and together——to consult and advise Plaintiff Ball on legal matters.

623. Each of the three Defendants charged Plaintiff Ball for the legal analysis of statutory and case law.

624. Each of the three Defendants charged Plaintiff Ball for the preparation and submission of legal claims on Ball's behalf in federal court.

625. A significant portion of the money Plaintiff Ball paid to Christiane——for herself and on behalf of Donovan and Amodeo——was compensation for the legal services, whether or not actually performed, described herein.

626. The legal services described above have been ruled by the Florida Bar to be the unauthorized practice of law when performed by non-licensed attorneys, as all three Defendants were at all relevant times.

627. As a result of Defendants' unauthorized practice of law, Plaintiff Ball was damaged.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendants DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO, and award WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees, and any other relief this court deems appropriate.

COUNT IX
Mail & Wire Fraud
(Against all Defendants)

**628.** Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 627 herein.

**629.** Donovan, Christiane, and Amodeo conspired to defraud Ball out of thousands of dollars by promising Ball legal and other services that Defendants knew they would never provide.

**630.** In order to effectuate their scheme to defraud, Donovan, Christiane, and Amodeo each agreed to use the U.S. Postal Mail and wires.

**631.** Specifically, Christiane——on behalf of herself, Donovan, and Amodeo——mailed fraudulent invoices to Trustmark in order to secure payment for services neither Donovan nor Amodeo ever intended on providing.

**632.** Christiane——on behalf of herself, Donovan, and Amodeo——accepted payments from Trustmark via wire for services neither she, nor Donovan, nor Amodeo ever intended on providing.

**633.** As a result of Defendants' use of the mail and wires to further their scheme to defraud, Ball suffered damages of at least $358,874.45.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendants DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO, and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count X
RICO (Mail & Wire Fraud)
(Violation of 18 U.S.C. § 1961 et seq.)
(Against all Defendants)

634.   Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1
through 633 herein.

635. On or about December of   2018, Donovan, Christiane, and Amodeo began operating and
managing an enterprise with the purpose of defrauding inmates at the Federal Bureau
of Prisons out of money under the fraudulent guise of providing legitimate legal
services, i.e., the "Law Office."

636. Defendants have continuously operated and managed this enterprise up to the
present day.

637. On February 20, 2019, Donovan falsely represented to Ball that Donovan and
Amodeo would be able to provide Ball with legal servces relating to an appeal of
Ball's criminal conviction in exchange for monetary compensation.

638. On March 24, 2019, Donovan falsely represented to Ball that he had a great
chance of prevailing on appeal if Ball employed Donovan and Amodeo's legal services.

639. On March 24, 2019, Donovan also falsely represented to Ball that Christiane's
legal services were integral to Ball succeeding on appeal.

640. Donovan made these false representations in order to induce Ball into paying
Donovan and Amodeo for their legal services.

641. Ball began paying Defendants for their purported legal services.

642.   In Ball's case, the two predicate acts of racketeering included the initial
deposits of $1,500.00 and $6,000.00 described in paragraphs 97-107.

643. Defendants' enterprise to defraud Ball of his money continued through Christi-
ane's use of the U.S. Mail to send invoices demanding payments from Ball for fraudu-
lent services, and Christiane's acceptance of payment from Ball on behalf of all
Defendants.

644. Defendants then convinced Ball to pay $24,950.00 for what Defendants falsely

-61-

represented to be consultation fees for Brian Horwitz, Esq.

645. Defendants convinced Ball to pay $15,000.00 for what Defendants falsely represented to be registration fees for enrollment in Adams State University.

646. Defendants continued their pattern of racketeering activity by convincing Ball it was necessary for Defendants to purchase legal books and materials for $8,800.00.

647. Defendants then convinced Ball to pay $13,000.00 for what Defendants falsely represented to be private investigator fees.

648. Defendants then convinced Ball they could further help Ball if Christiane was given Power of Attorney.

649. Once Ball's appeal of his criminal conviction failed, Defendants continued their enterprise by falsely representing to Ball that he had a good chance of having a petition for Writ of Certiorari granted by the Supreme Court.

650. Ball paid $13,500.00 to Defendants for their purported legal services relating to the Writ of Certiorari.

651. Ball paid $29,000.00 to Defendants for their purported legal services relating to the Direct Appeal and Motion for Panel Rehearing.

652. Defendants then convinced Ball to pay $9,000.00 for their purported legal services relating to a Motion for the Return of Property.

653. Ball paid $45,000.00 to Defendants for their purported legal services relating to hiring Richard Connor, Esq., to assist with the Motion for Return of Property.

654. Ball paid $96,500.00 to Defendants for their purported legal services relating to the Motion to Vacate.

655. Ball paid $10,000.00 to Defendants for their purported legal services relating to the Digital Record Archive.

656. Defendants then convinced Ball they could further help Ball if Christiane was given Power of Attorney.

657. Ball proceeded to pay Christiane——on behalf of Defendants——$355,270.50 in

74 individual payments over the course of 53 months for purported services related to Christiane acting as Ball's Power of Attorney.

658. In reality, the purpose of Christiane acting as Ball's Power of Attonrey was so that Defendants would ahve access and control over Ball's financial assets.

659. All of the invoices sent by Christiane——on behalf of Defendants——were sent using the internet and email.

660. All money Defendants induced Ball to send were sent to Christiane——on behalf of Defendants——via wire transfer.

661. Further, Ball provided Donovan and Amodeo directly with compensation in the form of mailing stamps, typing supplies, copying supplies, and printouts from the law library.

662. Defendants failed to provide Ball with legal services of even the lowest level of competence.

663. Defendants lied about Horwitz consulting on Ball's case; Mr. Horwitz was never involved in any way with Ball's case.

664. Instead, Donovan, Christiane, and Amodeo performed the minimal amount of work necessary to continue fraudulently convincing Ball that he was receiving legal reprsentation.

665. Any work Defendants did perform was the illegal act of the unauthorized practice of law, as none of the Defendants were licensed to practice law at any time when receiving payment from Ball.

666. Beyond being legally unauthorized to represent Ball, Defendants fraudulently induced Ball to employ their services by falsely representing Ball that he has a winnable case.

667. Defendants were aware that their representation regarding Ball having a great case on appeal were false.

668. Defendants' knowledge of this falsity is supported by the fact that Amodeo was

-63-

previously licensed as an attorney, and would have the minimum knowledge of criminal law necessary to inform himself——and his co-conspirators Donovan and Christiane by association——that Ball did not have a great case on appeal, or even a remotely winnable case, because Ball waived his rights to appeal by entering into a plea.

669. Defendants' pattern of racketeering activity injured Ball by defrauding him out of the funds paid to Christiane——on behalf of all Defendants——and all other compensation given to Defendants.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in favor against Defendants DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO and award Plaintiff WILLIAM B. BALL actual damages, treble damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XI
RICO - Fraudulent Use of Federal Courts
(Violation of 18 U.S.C. § 1961 et seq.)
(Against all Defendants)

670. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1
through 633 herein.

671. On or about December 2018, Donovan, Christiane, and Amodeo began operating and
managing an enterprise with the purpose of defrauding inmates in the Federal Bureau
of Prisons out of money under the fraudulent guise of providing legal services,
i.e., the "Law Office."

672. Defendants have continuously operated and managed this enterprise up to the
present day.

673. At the core of Defendants' fraudulent enterprise was the use and abuse of the
federal court system to give inmate victims the false impression that Defendants
were providing legitimate legal services.

674. In actuality, Defendants were filing baseless and frivolous briefs, motions,
and other documents for the sole purpose of defrauding inmate victims out of hun-
dreds of thousands of dollars.

675. Defendant Amodeo filed numerous "Next Friend" motions, such as <u>Amodeo v. War-
den</u>, 2019 U.S. Dist. LEXIS 147000 (M.D. Fla. 2019) and <u>Amodeo v. United States</u>,
2018 U.S. Dist. LEXIS 54302 (M.D. Fla. 2018)——on behalf of inmate victims.

676. Amodeo's "Next Friend" motions were rejected as improper.

677. Donovan and Christiane both aided in the preparation, drafting, and filing of
these "Next Friend" motions.

678. Donovan, Christiane, and Amodeo all benefitted financially from payments from
the inmate victims on whose behalf the "Next Friend" motions were filed.

679. In early 2019, Donovan and Amodeo begal reeling Ball in as their next inmate
victim.

680. In order to prepetrate their fraudulend scheme, Defendants engaged in the

-65-

unauthorized practice of law and abused the process of the federal courts by willfully and intentionally using the federal court system as an instrument of their fraud.

681. Each Defendant presented and advertised themselves to Plaintiff in such a way as to lead Plaintiff Ball to believe that each Defendant was capable of providing legal services.

682. Defendants Donovan and Amodeo met with Plaintiff Ball in person——both separately and together——to consult and advise Plaintiff Ball on legal matters.

683. Defendants went so far as to convince Ball to attempt to fire Ms. Reese——a bar-licensed attorney specializing in criminal law——in favor of Defendants.

684. Ball then started paying Christiane——on behalf of herself, Donovan, and Amodeo——for baseless and frivolous legal services.

685. Ball paid Defendants tens of thousands of dollars for an appeal of his criminal conviction wherein he had waived his right to appeal in his plea agreement.

686. Ball paid Defendants tens of thousands of dollars for the "legal document storage."

687. Ball paid Defendants tens of thousands of dollars for a private investigator that was never hired.

688. Ball paid Defendants tens of thousands of dollars for Brian Horwitz to review, edit, and advise on the legal filings.

689. Ball paid Defendants tens of thousands of dollars for a pointless Motion to Recall the Mandate.

690. Ball paid Defendants tens of thousands of dollars for a pointless Motion for Return of Property.

691. Ball paid Defendants tens of thousands of dollars for a frivolous Writ of Certiorari.

692. Ball paid Defendants tens of thousands of dollars for a 28 U.S.C. § 2255 Motion to Vacate and corresponding discovery for which Defendants did little or no

work on; instead, they filed documents that Ball drafted on his own.

693. As a result of Defendants' pattern of racketeering activity, Ball suffered damages of at least $358,874.45.

Wherefore Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in favor against Defendants DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO and award Plaintiff WILLIAM B. BALL actual damages, treble damages, consequential damages, interest, and attorneys feest and any other relief this court deems appropriate.

Count XII
Unjust Enrichment
(Against Donovan)

694. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

695. Plaintiff Ball conferred benefits on Donovan in the form of: $10,000.00 for the purported purchase of law books; $20,000.00 in personal retainer fees; $10,000.00 for the Digital Record Archive; $26,000.00 for the Direct Appeal and attendant motions; $15,000.00 for Adams State University Registration; $54,000.00 for the Motion for Return of Property; $18,000.00 for the hiring of a private investigator; $13,000.00 for the Writ of Certiorari; $95,500.00 for the Motion to Vacate; $23,000.00 for the Power of Attorney; $48,500.00 for the Contract Agreement; $24,500.00 for the purported editing and review of motions by Brian Horwitz; $1,529.45 in commissary items, including postage stamps, typing supplies (ribbons and paper), copy cards, and stationery supplies; $2,074.50 in printing fees for the printing of legal research from the prison Law Library; and over 6,000 hours in free labor in the form of typing, copying, and printing legal briefs for Donovan. A true and correct copy of the prison commissary receipts for the postage, typing supplies, copy cards, and stationery supplies have been attached at Exhibit "CCCC," and a true and correct copy of the printing fees Ball paid for the printing of legal research from the prison Law Library have been attached at Exhibit "DDDD."

696. Donovan accepted and retained the benefits conferred by Ball.

697. Donovan did not provide the services promised for Ball's Direct Appeal.

698. Donovan did not hire a private investigator.

699. Donovan did not provide the services promised for the Writ of Certiorari.

700. Donovan never consulted with Brian Horwitz on Ball's case or obatined any legal services from Mr. Horwitz in regards to Ball's case.

701. Donovan never enrolled Ball in Adams State University.

702. Donovan did not spend $8,800.00 on legal books and materials.

703. Donovan dud not provide the services promised in regards to the Motion for Return of Property.

704. Donovan did not provide the services promised in regards to the Motion to Vacate.

705. Donovan did not provide the services promised with regard to the Power of Attorney.

706. Donovan did not provide the services promises in regards to the Contract Agreement.

707. Donovan did not provide the services promised in regards to the personal retainer fees.

708. Any services that Donovan actually did provide Ball were worth——if anything ——a tiny fraction of the hundreds of thousands of dollars in funds, goods, and services that Ball conferred on Donovan.

709. It would be inequitable for Donovan to retain the hundreds of thousands of dollars conferred by Ball.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant DONOVAN G. DAVIS, JR. and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XIII
Unjust Enrichment
(Against Christiane)

710. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

711. Plaintiff Ball conferred benefits on Christiane in the form of: $10,000.00 for the purported purchase of law books; $20,000.00 in personal retainer fees; $10,000.00 for the Digital Record Archive; $26,000.00 for the Direct Appeal and attendant motions; $15,000.00 for Adams State University registration; $54,000.00 for the Motion for Return of Property; $18,000.00 for the hiring of a private investigator; $13,000.00 for the Writ of Certiorari; $95,500.00 for the Motion to Vacate; $23,000.00 for the Power of Attorney; $48,500.00 for the Contract Agreement; $24,500.00 for the editing and review of motions by Brian Horwitz; $1,529.45 in commissary items, including postage stamps, typing supplies (ribbons and paper), copy cards, and stationery supplies; $2,074.50 in printing fees for the printing of legal research from the prison Law Library; and over 6,000 hours in free labor in the form of typing, copying, and printing legal briefs for Christiane. Ex. "CCCC," Ex. "DDDD."

712. Christiane accepted and retained the benefits conferred by Ball.

713. Christiane did not provide the services promised for Ball's Direct Appeal.

714. Christiane did not hire a private investigator.

715. Christiane did not provide the services promised for the Writ of Certiorari.

716. Christiane never consulted with Brian Horwitz on Ball's case or obtained any legal services from Mr. Horwitz in regards to Ball's case.

717. Christiane never enrolled Ball in Adams State University.

718. Christiane did not spend $8,800.00 on legal books and  materials.

719. Christiane did not provide the services promised in regards to the Motion for Return of Property.

720. Christiane did not provide the services promised in regards to the Motion to Vacate.

-70-

721. Christiane did not provide the services promised in regards to the Power of Attorney.

722. Christiane did not provide the services promised in regards to the Contract Agreement.

723. Christiane did not provide the services promised in regards to the personal retainer fees or the yearly retainer fees.

724. Any services that Christiane actually did provide Ball were worth——if anything——a tiny fraction of the hundreds of thousands of dollars in funds, goods, and services that Ball conferred on Christiane.

725. It would be inequitable for Christiane to retain the hundreds of thousands of dollars conferred by Ball.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant CHRISTIANE DAVIS and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XIV
Unjust Enrichment
(Against Amodeo)

726. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

727. Plaintiff Ball conferred benefits on Amodeo in the form of: $10,000.00 for the purported purchase of law books; $20,000.00 in personal retainer fees; $10,000.00 for the Digital Record Archive; $26,000.00 for the Direct Apppeal and attendand motions; $15,000.00 for Adams State University registration; $54,000.00 for the Motio for Return of Property; $18,000.00 for the hiring of a private investigator; $13,000.00 for the Writ of Certiorari; $95,500.00 for the Motion to Vacate; $23,000.00 for the Power of Attorney; $48,500.00 for the Contract Agreement; $24,500.00 for the editing and review of motions by Brian Horwitz; $1,529.45 in commissary items, including postage stamps, typing supplies (ribbons and paper), copy cards, and stationery supplies; $2,074.50 in printing fees for the printing of legal research from the prison Law Library; and over 6,000 hours in free labir in the form of typing, copying, and printing legal briefs for Amodeo. Ex. "GCCG," Ex. "DDDD."

728. Amodeo accepted and retained the benefits conferred by Ball.

729. Amodeo did not provide the services promised for Ball's Direct Appeal.

730. Amodeo did not hire a private investigator.

731. Amodeo did not provide the services promised for the Writ of Certiorari.

732. Amodeo never consulted with Brian Horwitz on Ball's case or obtained any legal services from Mr. Horwitz in regards to Ball's case.

733. Amodeo never enrolled Ball in Adams State University.

734. Amodeo did not spend $8,800.00 on legal books and materials.

735. Amodeo did not provide the services promised in regards to the Motion for Return of Property.

736. Amodeo did not provide the services promised in regards to the Motion to Vacate.

737. Amodeo did not provide the services promised in regards to the Power of Attorney.

738. Amodeo did not provide the services promised in regards to the Contract Agreement.

739. Amodeo did not provide the services promised in regards to the personal retainer fees.

740. Any services that Amodeo actually did provide Ball were worth——if anything ——a tiny fraction of the hundreds of thousands of dollars in funds, goods, and services that Ball conferred on Amodeo.

741. It would be inequitable for Amodeo to retain the hundreds of thousands of dollars conferred by Ball.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant FRANK L. AMODEO and award Plaintiff WILLIAM B. BAL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XV
Breach of Contract
(Against Donovan)

742. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

743. Plaintiff Ball pleads this cause of action in the alternative to all other counts previously pleaded.

744. On or about March 24, 2019, Plaintiff Ball and Defendant Donovan entered into an express    oral contract, whereby Donovan agreed to provide Ball with legal services in exchange for payment from Ball.

745. The legal services Donovan agreed to provide included, but were not limited to: legal advice and the drafting of legal documents related to Ball's Direct Appeal of his criminal conviction, Motion for Panel Rehearing, Motion to Recall the Mandate, Writ of Certiorari, Motion for Return of Property, and 28 U.S.C. § 2255 Motion to Vacate, Reply Brief, Motion for Discovery, and interrogatories.

746. Donovan represented to Ball, as an integral part of the agreement, that Donovan, Christiane, and Amodeo were capable of providing these legal services.

747. Ball fulfilled all of his obligations under the agreement by paying Donovan hundreds of thousands of dollars through Christane, by providing Donovan with over 6,000 hours of free labor, and by providing Donovan with other compensation, including postage stamps, typing supplies, copy cards, stationer supplies; and paying for the printing of case law from the prison's electronic Law Library.

748. Donovan breached this contract by failing to provide the legal services promised to Ball.

749. Donovan also breached this contract by severely overcahrging for any of the services he did provide to Ball.

750. Donovan further breached this contract by charging Ball for the same services ——whether or not actually performed——more than once.

751. As a result of Donovaan's breach of contract, Ball has been damaged.

Wherefore Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant DONOVAN G. DAVIS, JR., and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XVI
Breach of Contract
(Against Christiane)

752. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

753. Plaintiff Ball pleads this cause of action in the alternative to all other counts previously pleaded.

754. On March 24, 2019, Ball entered into an express oral contract with Christiane in which Christiane promised to provide services to assist Ball with his appeal, in exchange for payment.

755. The express oral contract stipulates that Christiane agreed to assist Ball by maintaining an archive of Ball's legal records (Digital Record Archive), sending PACER updates, legal research, liaising between Ball and his counsel (Reese), and ensuring that Ball's litigation and filings were properly prepared and filed with the district court.

756. Christiane represented to Ball in the express oral contract that Christiane was capable of providing these services.

757. On or about March 28, 2021, Plaintiff Ball and Defendant Christiane memorialized in writing some of the terms of the oral contract in the Contract Agreement.

758. Ball fulfilled all of his obligations under both the oral and written agreements by Christiane hundreds of thousands of dollars via wire transfers from Trustmark National Bank in Jackson, Mississippi.

759. Christiane breached these contracts by failing to provide the services promised to Ball.

760. Christiane further breached these contracts by charging Ball for the same services—whether or not actuall performed—more than once.

761. As a result of Christiane's breach of contracts, Ball has been damages.

Wherefore Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant CHRISTIANE DAVIS and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count VXII
Breach of Contract - Power of Attorney
(Against Christiane)

762. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 460 herein.

763. Plaintiff pleads this cause of action in the alternative to all other counts previously pleaded.

764. In May of 2019, Ball's brother, Joe, who previously had Power of Attorney over Ball's affairs, was involved in a terrible car accident, where he nearly died.

765. In the summer of 2019, Christiane offered, through Donovan and Amodeo, to be Ball's Power of Attorney, in order to simplify Ball's ability to obtain his pre-trial discovery.

766. Christiane further offered, through Donovan and Amodeo, to be Ball's Power of Attorney, so that she would ostensibly be a responsible manager of Ball's funds, and ensure that Ball's family received their court-ordered financial support.

767. On Oct. 30, 2019, Christiane assumed Power of Attorney over Ball's affairs.

768. In November of 2019, through the Power of Attorney, Trustmark granted Chrisitane online access to manage Ball's IMA.

769. On October 31, 2019——one day after assuming Ball's Power of Attorney——Christiane started demanding additional funds from Ball's IMA.

770. Christiane's Power of Attorney over Ball's affairs lasted from October 31, 2019 until her termination of the POA on August 7, 2023.

771. During this time period, Christiane assumed, through the POA, a fiduciary duty to responsibly manage Ball's financial affairs.

772. Christiane breached the contract she entered into with Ball by demanding ever-increasing amounts of funds from Ball's IMA while at the same time presenting a facade of responsibility with the IMA managers at Trustmark.

773. Christiane further breached the contract by placing herself in a conflict of interest, as one both tasked with preserving Ball's IMA while simultaneously defrau

ding Ball out of hundreds of thousands of dollars.

774. Christiane further breached the contract when she failed to check the status of Ball's IMA at any point that she had POA over Ball's finances.

775. As a result of Christiane's breaches of contract, Ball has been damaged by his IMA shrinking to the degree that it would not last until the end of his incarceration in 2036, and would not be available to fulfill this court's order to support his family.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant CHRISTIANE DAVIS and award Plaintiff WILLIAM B. BAL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XVIII
Breach of Contract
(Against Amodeo)

776. Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1
through 460 herein.

777. Plaintiff Ball pleads this cause of action in the alternative to all other
counts previously pleaded.

778. On or about March 24, 2019, Plaintiff and Defendant Amodeo entered into an
express oral contract, whereby Amodeo agreed to provide Ball with legal services
in exchange for payment from Ball.

779. The legal services Amodeo agreed to provide included, but were not limited
to: legal advice and the drafting of legal documents related to Ball's Direct Ap-
peal of his criminal conviction, Motion for Panel Rehearing, Motion to Recall the
Mandate, Writ of Certiorari, Motion for Return of Property, and 28 U.S.C. § 2255
Motion to Vacate, Reply Brief, Motion for Discovery, and interrogatories.

780. Amodeo represented to Ball, as an integral part of the agreement, that Amodeo,
Donovan, and Christiane were capable of providing these legal services.

781. Ball fulfilled all of his obligations under the agreement by paying Amodeo
hundreds of thousands of dollars through Christiane, by providing Amodeo over 6,000
hours of free labor, and by providing Amodeo with other compensation, including
postage stamps, typing supplies, copy cards, stationery supplies; and paying for
the printing of case law from the prison's electronic Law Library.

782. Amodeo breached this contract by failing to provide the legal services pro-
mised to Ball.

783. Amodeo also breached this contract by severely overcahrging for any of the
services he did provide to Ball.

784. Amodeo further breached this contract by charging Ball for the same services
——whether or not actually performed——more than once.

-80-

785. As a result of Amodeo's braech of contract, Ball has been damaged.

Wherefore Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant FRANK L. AMODEO, and award Plaintiff WILLIAM B. BALL actual damages, consequential damages, interest, and attorneys fees and any other relief this court deems appropriate.

Count XIX
Breach of Fiduciary Duty
(Against Christiane)

786.  Plaintiff Ball re-alleges and incorporates the allegations of paragraphs 1 through 782 herein.

787.  On October 30, 2019, Christiane voluntarily assumed fiduciary duties to Ball by taking on a Power of Attorney on Ball's behalf.

788. Christiane's Power of Attorney on Ball's behalf is memorialized in writing.

789.  This writing——signed by Christiane and Ball——specifically states that Christiane owes Ball fiduciary duties.

790. Christiane was paid tens of thousands of dollars by Ball to act as his Power of Attorney and maintain. these fiduciary duties.

791. Christiane breached her fiducuary duties by placing herself in a conflict of interest: while Christiane was conspiring with Donovan and Amodeo on how to charge Ball as much as possible, she presented a facade of responsibility to the IMA managers at Trustmark.

792  Christiane further breached her fiduciary duties by acting as both a fiduciary and a recipient of Ball's funds, thereby creating an unsolvable conflict of interst.

793. Christiane further breached her fiduciary duties by placing her personal gain over her contractually-mandated fiduciary duties towards Ball.

794. Christiane further breached her fiduciary duties when she failed to inform Ball at any point between October 30, 2019 and August 7, 2023 that the status of Ball's finances was becoming increasingly perilous, and placed the interest of herself, Donovan, and Amodeo ahead of her fiduciary duties towards Ball.

795. Christiane further breached her fiduciary duties when she reprsented to Trustmark demands for payment of services she knew to be overpriced, duplicitous, and constituing services that Defendants would not render.

-82-

796. Ball was damaged by the above-listed breaches in fiduciary duty by his IMA shrinking to the degree that it would not last until the end of his incarceration in 2036, and would not be available to fulfill this court's order to support Ball's family.

797. Christiane's breaches of fiduciary duty cause proximate damages of: the loss of over 70% of the corpus of Ball's IMA between October 30, 2019 and August 7, 2023.

798. As a result of Christiane's breaches of fiduciary duties, Ball suffered damages of at least $358,874.45.

Wherefore, Plaintiff WILLIAM B. BALL respectfully requests this court enter a judgment in his favor against Defendant CHRISTIANE DAVIS and award Plaintiff WILLIAM B. BALL actual damages, conseqneutlai damages, interest, and attorneys fees and any other relief this court deems appropriate.

Respectfully submitted by William B. Ball on this 13ᵗʰ day of February, 2025:

William B. Ball, pro se
Reg. No.: 70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031


## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this Complaint are true and correct to the best of my knowledge.

William B. Ball

Ball v. Davis et al. -- List of Exhibits
--------------------------------------

| Exhibit "A"  | November 8, 2024 letter from Trustmark to Ball -- start date |
|---|---|
| Exhibit "B"  | January 31, 2019 Trustmark IMA Statement |
| Exhibit "C"  | December 31, 2024 Trustmark IMA statement |
| Exhibit "D"  | February 28, 2024 letter from Trustmark -- IMA depletion |
| Exhibit "E"  | August 30, 2024 letter from Trustmark -- disbursement ledger |
| Exhibit "F"  | Trustmark disbursement ledger of payments to Christiane |
| Exhibit "G"  | Christiane's W-9 tax form submitted to Trustmark |
| Exhibit "H"  | March 5, 2019 letter from Ball to Trustmark |
| Exhibit "I"  | March 11, 2019 invoice from Christiane to Trustmark |
| Exhibit "J"  | March 25, 2019 letter from Ball to Trustmark |
| Exhibit "K"  | March 27, 2019 invoice from Christiane to Trustmark |
| Exhibit "L"  | April 23, 2019 invoice from Christane to Trustmark |
| Exhibit "M"  | May 1, 2019 invoice from Christiane to Trustmark |
| Exhibit "N"  | July 25, 2019 invoice from Christiane to Trustmark |
| Exhibit "O"  | August 23, 2019 invoice from Christiane to Trustmark |
| Exhibit "P"  | September 24, 2019 invoice from Christiane to Trustmark |
| Exhibit "Q"  | November 29, 2020 letter from Ball to Trustmark |
| Exhibit "R"  | March 5, 2021 letter from Ball to Trustmark |
| Exhibit "S"  | March 31, 2021 invoice from Chrsitiane to Trustmark |
| Exhibit "T"  | May 3, 2021 invoice from Christaine to Trustmark |
| Exhibit "U"  | Christiane's DPOA |
| Exhibit "V"  | October 31, 2019 letter from Ball to Trustmark |
| Exhibit "W"  | Feb 6, 2020 letter from Ball to Trustmark |
| Exhibit "X"  | August 13, 2020 letter from Ball to Trustmark |
| Exhibit "Y"  | August 18, 2020 invoice from Christiane to Trustmark |
| Exhibit "Z"  | October 4, 2020 letter from Ball to Trustmark |
| Exhibit "AA" | Contract Agreement |
| Exhibit "BB" | October 12, 2021 letter from Ball to Trustmark |
| Exhibit "CC" | July 11, 2019 letter from Ball to Trustmark |
| Exhibit "DD" | January 12, 2022 letter from Chrstiaine to Ball |
| Exhibit "EE" | April 18, 2023 letter from Christiane to Ball |
| Exhibit "FF" | July 28, 2023 letter from Christiane to Ball |
| Exhibit "GG" | May 25, 2022 letter from Ball to Trustmark |
| Exhibit "HH" | July 25, 2022 letter from Christiane to Ball |
| Exhibit "II" | August 23, 2022 letter from Christiane to Ball |

Ball v. Davis et al. -- List of Exhibits, cont.
-----------------------------------------------

| | |
|---|---|
| Exhibit "JJ" | September 1, 2022 letter from ICE to Ball |
| Exhibit "KK" | Certified Mail Receipt for FOIA CD-ROM mailing to Christiane |
| Exhibit "LL" | September 21, 2022 letter from Christiane to Ball |
| Exhibit "MM" | September 27, 2022 letter from Christiane to Ball |
| Exhibit "NN" | October 2022 Trustmark IMA Statement |
| Exhibit "OO" | December 5, 2022 invoice from Christiane to Trustmark |
| Exhibit "PP" | December 5, 2022 email from Trustmark to Christiane |
| Exhibit "QQ" | January 31, 2023 letter from Christiane to Ball |
| Exhibit "RR" | February 3, 2023 letter from Christiane to Ball |
| Exhibit "SS" | February 13, 2023 letter from Christiane to Ball |
| Exhibit "TT" | March 28, 2023 letter from Christiane to Ball |
| Exhibit "UU" | May 30, 2023 letter from Christiane to Ball |
| Exhibit "VV" | November 10, 2021 letter from Ball to Trustmark |
| Exhibit "WW" | February 1, 2023 letter from Christiane to Ball |
| Exhibit "XX" | October 10, 2022 letter from Christiane to Ball |
| Exhibit "YY" | December 5, 2024 letter from Trustamrk to Ball |
| Exhibit "ZZ" | February 28, 2023 invoice from Christiane to Trustmark |
| Exhibit "AAA" | April 5, 2023 letter from Christiane to Ball |
| Exhibit "BBB" | April 28, 2023 letter from Christiane to Ball |
| Exhibit "CCC" | May 9, 2023 letter from Christiane to Ball |
| Exhibit "DDD" | Draft interrogatories |
| Exhibit "EEE" | May 16, 2023 letter from Christiane to Ball |
| Exhibit "FFF" | May 24, 2023 mailing envelope Christiane used for interrogatories |
| Exhibit "GGG" | May 24, 2023 letter from Christiane to Ball |
| Exhibit "HHH" | June 15, 2023 letter from Christiane to Ball |
| Exhibit "III" | Docketed interrogatories |
| Exhibit "JJJ" | July 15, 2023 letter from Christiane to Ball |
| Exhibit "KKK" | July 19, 2023 letter from Ball to Christiane |
| Exhibit "LLL" | July 20, 2023 returned envelope from Ball to Christiane |
| Exhibit "MMM" | July 23, 2023 letter from Ball to Christiane |
| Exhibit "NNN" | July 30, 2023 letter from Ball to Trustmark |
| Exhibit "OOO" | August 7, 2023 letter from Christiane to Trustmark/dist. court |
| Exhibit "PPP" | August 17, 2023 letter from Trustmark to Ball |
| Exhibit "QQQ" | August 23, 2023 letter from Ball to ICE |

Exhibit "A"


November 8, 2024

Letter from Trustmark

 **Trustmark**
Tailored Wealth

November 8, 2024

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
PO Box 1031
Coleman, FL 33521-1031

Re: Trustmark Account

Dear Mr. Ball,

Per your October 19, 2024, request, this letter is to confirm that you have an Investment Management Account serviced at Trustmark National Bank, a Mississippi Based Bank. We have serviced the account since April 2016.

Sincerely,

Blake Rome
AVP & Trust Officer

Ex. "A"

Exhibit "B"


January 31, 2019

Trustmark IMA Statement

## Account Overview - ███ 3473 William Brinson Ball, IMA

## Account Investment Objective: Growth

### Summary of Financial Activity

| | Current Period ($) | Year to Date ($) |
|---|---|---|
| Beginning Market Value | 547,029.69 | 491,195.60 |
| Cash and security transfers | 437,044.75 | 440,082.25 |
| Contributions | 7,214.69 | 7,214.69 |
| Income & Capital Gain Distributions | 4,179.70 | 775.92 |
| Fees | -1,616.84 | -608.99 |
| Withdrawals | -22,807.89 | -1,074.60 |
| Change in Account Value | 16,457.52 | 49,916.75 |
| **Market Value on Jan 31, 2019** | **$987,501.62** | **$987,501.62** |

*Accrued income not included in Market Value. Refer to Portfolio Holdings schedule for accrued income. YTD values from July 1, 2018. Refer to June 30, 2018 statement for prior values.*

### Asset Allocation as of January 31, 2019

| | Market Value ($) | Percent |
|---|---|---|
| ▪ Equity | 712,935.04 | 72% |
| ▪ Fixed Income | 134,893.60 | 14% |
| ▪ Alternative | 102,877.39 | 10% |
| ▪ Cash & Equivalents | 36,795.59 | 4% |
| **Total of Your Account** | **$987,501.62** | **100%** |

*Liabilities may reflect temporary cash overdrafts, including overdrafts between the income and principal portfolios. Percentages are rounded to the nearest whole percent.*

*Please refer to the "Important Information Regarding this Statement" page to understand the methods used in obtaining market values.*

### Income and Gain/Loss Summary

| | Current Period ($) | Year to Date ($) |
|---|---|---|
| Taxable Income | 4,142.22 | 775.92 |
| Tax-Exempt Income | 37.48 | 0.00 |
| Tax-Deferred Income | 0.00 | 0.00 |
| **Total Income Earned** | **$4,179.70** | **$775.92** |
| **Total Short Term Realized Capital Gain/Loss** | **-$17,238.44** | **-$8,564.27** |
| **Total Long Term Realized Capital Gain/Loss** | **$171.54** | **$0.00** |
| **Total Realized Capital Gain/Loss** | **-$17,066.90** | **-$8,564.27** |

*This summary is for reference only. It is not intended for tax reporting purposes From July 2, 2018 only.*

Ex. "B"



Exhibit "C"


December 31, 2024

Trustmark IMA Statement



**Tailored Wealth**

xxxxx3473 William Brinson Ball, IMA
December 1, 2024 - December 31, 2024

## Account Overview - xxxxxx3473 William Brinson Ball, IMA

### Account Investment Objective: Conservative Growth

### Summary of Financial Activity

| | Current Period ($) | Year to Date ($) |
|---|---|---|
| Beginning Market Value | 288,449.93 | 322,268.06 |
| Cash & Security Transfers | 0.00 | 0.00 |
| Contributions | 0.00 | 1,000.00 |
| Income & Capital Gain Distributions | 1,607.92 | 8,133.14 |
| Fees | -416.67 | -5,150.04 |
| Withdrawals | -6,641.28 | -80,400.17 |
| Change in Account Value | -10,179.35 | 26,969.56 |
| Market Value on Dec 31, 2024 | $272,820.55 | $272,820.55 |

*Accrued income not included in Market Value. Refer to Portfolio Holdings schedule for accrued income.*

### Income and Gain/Loss Summary

| | Current Period ($) | Year to Date ($) |
|---|---|---|
| Taxable Income | 1,607.92 | 7,802.63 |
| Tax-Exempt Income | 0.00 | 330.51 |
| Tax-Deferred Income | 0.00 | 0.00 |
| Total Income Earned | $1,607.92 | $8,133.14 |
| Total Short Term Realized Capital Gain/Loss | $0.00 | $3,796.68 |
| Total Long Term Realized Capital Gain/Loss | $1,616.98 | $19,947.46 |
| Total Realized Capital Gain/Loss | $1,616.98 | $23,744.14 |

*This summary is for reference only. It is not intended for tax reporting purposes.*

### Asset Allocation as of December 31, 2024

| | Market Value ($) | Percent |
|---|---|---|
| Equity | 157,132.52 | 58% |
| Fixed Income | 106,771.56 | 39% |
| Cash & Equivalents | 8,916.47 | 3% |
| Total of Your Account | $272,820.55 | 100% |

*Liabilities may reflect temporary cash overdrafts, including overdrafts between the income and principal portfolios. Percentages are rounded to the nearest whole percent.*

*Please refer to the "Important Information Regarding this Statement" page to understand the methods used in obtaining market values.*



Ex. "C"



Exhibit "D"


February 28, 2024

Letter from Trustmark



February 28, 2024


William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031


RE: IMA Statement of Investment Objective & Documentation Request


Dear Mr. Ball,

I am writing to you regarding your accounts Investment Objective. The account is currently utilizing our Growth objective which consists of 70%-90% Equities and 10%-30% Fixed Income. With the current ongoing distributions, the account could be depleted within the next 5-6 years. We suggested that we move your objective from Growth to Conservative Growth which consist of 50%-70% Equities and 30%-50% Fixed Income. Should you agree, please find the enclosed Statement of Investment Objective for your signature as Authorized Signer. If you desire not to change the objective, no action is needed. I have also enclosed a blank form should you desire a different allocation.

Additionally, we received your request for documentation pertaining to account payments to Christiane Davis. Please allow us some time to gather this information.


Sincerely,

Blake Rome
Private Wealth Client Executive

cc: Dennis Fiveash, Tony Jasinski

Ex. "D"

Exhibit "E"


August 30, 2024

Letter from Trustmark


**Trustmark**
Tailored Wealth

March 26, 2024

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

RE: Documents, Etc.

Dear Mr. Ball,

Enclosed is the requested information from your February 20 ,2024 letter. I have also placed a clean copy of the spreadsheet, per your request. Thank you for your patience as this information was gathered. Please let me know if any additional information is needed.

Additionally, pertaining to your March 5, 2024, letter, we do not have a minimum amount that must be maintained in the IMA. However, as distributions are made and the market value depletes, a time could come when our administration/service fee would no longer be economical for said market value. You currently pay our minimum fee of $5,000.00 along with a $150.00 Tax Preparation Fee for the annual 1099.  The market value as of 3/25/2024 is $324,578.52 prior to the $6,000.00 request to Kumi and the $350.00 request to you.

If you should decide that the fee does not justify our services any longer, we can help facilitate arrangements that may be more economical for you.

Should you have any questions, please let me know.


Sincerely,

Blake Rome
Private Wealth Client Executive

cc: Dennis Fiveash


Ex. "E"

Trustmark Tailored Wealth is a division of Trustmark National Bank.

Exhibit "F"


Trustmark disbursement ledger of

Payments to Christiane

| | | | Totals | |
|---|---|---|---|---|
| Christiane Davis | 7/7/2023 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 6/7/2023 | $ (6,250.00) | | Legal Research Per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 5/16/2023 | $ (220.00) | | Invoice 222 Dated 05/16/23 for BNA's Directory of State & Federal Courts Book per Request from Christiane Davis, POA. |
| Christiane Davis | 5/10/2023 | $ (6,250.00) | | Legal Research Per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 4/20/2023 | $ (226.00) | | Legal Books Invoice 221 Dated 04/20/23 |
| Christiane Davis | 4/7/2023 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 4/3/2023 | $ (2,475.00) | | 1/2 of Invoice Number 220 per Request from William Ball Dated 02/21/23 |
| Christiane Davis | 3/7/2023 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 3/1/2023 | $ (2,475.00) | | 1/2 of Invoice Number 220 per Request from William Ball Dated 02/21/23 |
| Christiane Davis | 2/7/2023 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 1/9/2023 | $ (6,250.00) | $ (49,146.00) | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 12/7/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 12/5/2022 | $ (6,000.00) | | Annual Research Fee per Request from Christiane Davis, POA. Invoice 219 Dated 12/05/22 |
| Christiane Davis | 11/7/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 10/7/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 9/14/2022 | $ (70.00) | | Per Request from Christiane Davis, POA, Dated 09/14/22 Invoice 218 for Depositions and Trial Advocacy Books |
| Christiane Davis | 9/7/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 8/8/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 7/7/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 6/7/2022 | $ (6,250.00) | | Legal Research per Request from William B Ball Dated 05/25/22 |
| Christiane Davis | 6/6/2022 | $ (310.00) | | Per Request from Christiane Davis, POA, Invoice 310 Dated 06/03/22 for Hearing Transcripts and O'Connor Civil Trials Book |
| Christiane Davis | 5/16/2022 | $ (235.00) | | Per Request from Christiane Davis, POA  05/16/22 |
| Christiane Davis | 5/9/2022 | $ (5,000.00) | | Legal Research per Contract Dated 03/28/21 and Letter Dated 10/12/21 |
| Christiane Davis | 4/11/2022 | $ (1,560.00) | | Invoice 215 Dated 04/11/22 for 2021 Post Conviction Remedies Book per Christiane Davis, POA |
| Christiane Davis | 4/7/2022 | $ (5,000.00) | | Legal Research per Contract Dated 03/28/21 and Letter Dated 10/12/21 |
| Christiane Davis | 3/23/2022 | $ (420.00) | | Invoice 214 for Case Filing Fee per Request from Christiane Davis, POA |
| Christiane Davis | 3/7/2022 | $ (5,000.00) | | Legal Research per Contract Dated 03/28/21 and Letter Dated 10/12/21 |
| Christiane Davis | 2/15/2022 | $ (350.00) | | Court Fee for Case Number 1949 per Request from Christiane Davis, POA |
| Christiane Davis | 2/7/2022 | $ (5,000.00) | | Legal Research per Contract Dated 03/28/21 and Letter Dated 10/12/21 |
| Christiane Davis | 2/2/2022 | $ (575.00) | | Federal Habeas Manual per Request from Christiane Davis, POA, 02/01/22 Invoice Number 212 Dated 02/01/22 |
| Christiane Davis | 1/7/2022 | $ (5,000.00) | $ (78,270.00) | Legal Research per Contract Dated 03/28/21 and Letter Dated 10/12/21 |
| Christiane Davis | 12/31/2021 | $ (2,500.00) | | Two Additional Payments of 2500 for Dec and Jan per Request From William B Ball Dated 11/10/21 |
| Christiane Davis | 12/7/2021 | $ (5,000.00) | | Legal Research per Contract Dated 03/28/21 and letter Dated 10/12/21 |
| Christiane Davis | 11/30/2021 | $ (2,500.00) | | Two Additional Payments of 2500 for Dec and Jan per Requets From William B Ball Dated 11/10/21 |
| Christiane Davis | 11/8/2021 | $ (5,000.00) | | Legal Research per Contract Dated 03/28/21 and letter Dated 10/12/21 |
| Christiane Davis | 10/12/2021 | $ (4,500.00) | | Personal Assistance per Contract Dated 3/22/21 |
| Christiane Davis | 9/13/2021 | $ (4,500.00) | | Personal Assistance per Contract Dated 3/22/21 |
| Christiane Davis | 8/13/2021 | $ (4,500.00) | | personal Assistance per Contract Dated 3/28/21 |
| Christiane Davis | 7/12/2021 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 6/14/2021 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 6/2/2021 | $ (1,800.00) | | Payment to POA for Services Rendered Invoice 211 Dated 06/02/21 |
| Christiane Davis | 5/10/2021 | $ (10,000.00) | | Per Request from William B Ball Dated 03/05/21 |
| Christiane Davis | 4/12/2021 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 4/9/2021 | $ (10,000.00) | | Per Request from William B Ball Dated 03/05/21 |

Ex. "F"

| | | | | |
|---|---|---|---|---|
| Christiane Davis | 3/12/2021 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 2/12/2021 | $ (4,500.00) | | Per request from William B Ball Dated 10/02/20 |
| Christiane Davis | 1/12/2021 | $ (4,500.00) | $ (77,300.00) | Per request from William B Ball Dated 10/20/20 |
| Christiane Davis | 12/14/2020 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 12/7/2020 | $ (6,000.00) | | Legal Fees Annual Payment per Request from William B Ball Dated 11/29/20 |
| Christiane Davis | 11/12/2020 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 10/13/2020 | $ (4,500.00) | | Per Request from William B Ball Dated 10/02/20 |
| Christiane Davis | 9/21/2020 | $ (2,500.00) | | Invoice Number 203 per Request from William B Ball Dated 8/13/20 |
| Christiane Davis | 9/18/2020 | $ (3,000.00) | | Legal Fees Invoice Number 204 Dated 09/18/20 |
| Christiane Davis | 9/8/2020 | $ (3,500.00) | | Per Request from William B Ball Dated 02/06/20 |
| Christiane Davis | 8/20/2020 | $ (2,500.00) | | Inovice Number 203 Per Request from William B Ball Dated 08/13/20 |
| Christiane Davis | 7/31/2020 | $ (4,500.00) | | Legal Fees Monthly Distribution per Request from William B Ball Dated 2/6/20 |
| Christiane Davis | 7/8/2020 | $ (3,000.00) | | Invoice Number 202 07/08/20 Per Request from Christiane Davis POA |
| Christiane Davis | 6/18/2020 | $ (4,500.00) | | Legal Fees Invoice Number 1010 Dated 6/18/20 from Christiane Davis POA |
| Christiane Davis | 5/29/2020 | $ (4,500.00) | | Legal Fees Monthly Distribution per Request from William B Ball Dated 2/6/20 |
| Christiane Davis | 5/8/2020 | $ (54.50) | | Reimbursement, Paid to Davids, Christiane, US District Court Invoice Number 202000323 Dated 5/13/20 |
| Christiane Davis | 4/30/2020 | $ (4,500.00) | | Legal Fees Monthly Distribution per Request from William B Ball Dated 2/6/20 |
| Christiane Davis | 3/31/2020 | $ (4,500.00) | | Legal Fees Monthly Distribution per Request from William B Ball Dated 2/6/20 |
| Christiane Davis | 2/28/2020 | $ (4,500.00) | | Legal Fees Per Request from William B Ball Dated 2/06/20 |
| Christiane Davis | 1/31/2020 | $ (4,500.00) | $ (65,554.50) | Legal Fees Per Request from William B Ball Dated 10/31/19 |
| Christiane Davis | 12/31/2019 | $ (4,500.00) | | Legal Fees Per Request from William B Ball Dated 10/31/19 |
| Christiane Davis | 11/29/2019 | $ (4,500.00) | | Legal Fees Per Request from William B Ball Dated 10/31/19 |
| Christiane Davis | 9/26/2019 | $ (10,000.00) | | Per Request from William B Ball Dated 07/16/19 William B Ball |
| Christiane Davis | 9/16/2019 | $ (1,200.00) | | Per Request from William B Ball Dated 09/12/19 for Transcripts |
| Christiane Davis | 8/23/2019 | $ (10,000.00) | | Invoice Number 106 Dated 08/23/19 per request from William B Ball Dated 7/16/19 |
| Christiane Davis | 7/25/2019 | $ (10,000.00) | | Per Request from William B Ball Dated 7/16/19 |
| Christiane Davis | 5/6/2019 | $ (15,000.00) | | Invoice 104 Adams State University per Request from William B Ball Dated 4/28/19 |
| Christiane Davis | 5/6/2019 | $ (15,000.00) | | Invoice 103 Privage Investigator & Review of Appeal and Collateral Per Request from William B Ball dAted 4/28/19 |
| Christiane Davis | 3/29/2019 | $ (8,800.00) | | Per Request from William B Ball Dated 3/25/19 Invoice Number 102 Dated 03/27/19 |
| Christiane Davis | 3/12/2019 | $ (6,000.00) | $ (85,000.00) | Per Request from William B Ball Dated 03/05/19 |

**Total Paid Out**          $ (355,270.50)

Ex. "F"

Exhibit "G"

Christiane's W-9 tax form

Submitted to Trustmark

| Form **W-9** | **Request for Taxpayer** | **Give Form to the** |
|---|---|---|
| (Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **requester. Do not send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Christiane Davis

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

- [X] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

  **Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

218 Davis Lane

**6** City, state, and ZIP code

Palm Bay FL 32909-1308

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

_ _ _ - _ _ - 6 8 9 3

or

Employer identification number

_ _ - _ _ _ _ _ _ _

---

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ▶ *[signature]* | Date ▶ 3/12/19

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Ex. "G"

Form **W-9** (Rev. 10-2018)

Exhibit "H"


March 5, 2019 letter

from Ball to Trustmark

March 5, 2019

From: William B Ball, # 70048-018
Federal Correctional Complex
Unit R-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

To: Dennis Fiveash, Trustmark National Bank, Hattiesburg, MS
Cc: Linda Britt
Re: Paralegal request, part 2

Dear Dennis,

As a follow-up to last week's letter, (received in your office on Monday, February 25), please send a check to Christie Davis in the amount of $6,000. This amount will cover the remainder of the paralegal costs (the $1,500 being a deposit to secure her services).

The total $7,500 will cover the costs for, among other things:

- Transcripts of all court proceedings
- Copies of all docketed items

→

Ex. "H"

p. 2

Liasing with the court on my behalf to ensure that motions, briefs and other documents are filed in a timely manner (this is simply not possible for a pro se litigant to do on his own while in prison

Legal research books not available in the prison library

Coordination of files amongst the three courts that I will have to communicate with in the coming months (Tampa (District), Atlanta (Appellate), and Washington, D.C. (FOIA)).

Ms. Davis should be contacting you around the time you receive this letter, to confirm the details of this letter. She will also send you an invoice.

Thank you for your time and attention to this matter.

Kind regards,

William B Ball
William B Ball

Ex. "H"

Exhibit "I"

March 11, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

407-230-1280
ptchristie13@yahoo.com

**218 Davis Ln
Palm Bay, FL 32909**

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 3/11/19

ID  211 423 833

William B. Ball
Project Description: Case work & litigation assistance
Invoice Number: 101
Terms: On Receipt

| Description | | |
|---|---|---|
| Costs for transcripts of all court proceedings | | |
| Copies of all court docketed items | | |
| Legal research - inc. books etc. not available in the prison | | |
| Liasing Services - Ensuring that any and all motions etc. will be filed timely | | |
| Coordination of files amongst District, Appellate and DC court for the active appeals | | |
| **Deposit** | $ | 1,500 |
| **Balance Due** | $ | 6,000 |

Sincerely yours,

Christiane Davis

Ex. "I"

Exhibit "J"

March 25, 2019 letter

from Ball to Trustmark

March 25  2019

William B Ball, #70048-018
Federal Correctional Complex
UNit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

To. Dennis  Fiveash,  Trustmark  Tailored  Wealth,  Trustmark  National  Bank,
    Hattiesburg, MS
Cc: Linda Britt

Re: Clarification of payments for paralegal services

Dear Dennis:

This letter is to clarify the payments to Christie Davis for paralegal skills.
With the help of a former lawyer here, I have now figured out the components
necessary to put together a proper appeal on my own. The details are

1. Payment #1, $1500   initial deposit for paralegal services  and to begin the
   FOIA lawsuit with the District Court in Washington, D.C. (already sent)
2. Payment #2, $6000 — to cover the costs of filing and printing out court
   documents for the three cases I currently have active: the District Court in
   Tampa, FL., the Appellate Court in Atlanta, GA and the FOIA Lawsuit in
   Washington  D.C. This costs covers these costs for one year (March 2019
   February 2020)(payment sent)
3. Payment #3 — open tab, limit $10,000. This will be the final installment  and
   will cover the costs, as they come up, to purchase legal research materials.
   This will include, but not be limited to:

        — Standards of Review manual
        — Prosecutorial misconduct
        — Eleventh Circuit Criminal Law Handbook
        — Professional journal publications
        — Binding, printing, shipping and other associated fees

Service fees for Christie's work are included in the above costs. I will call
your office on or around April 1st to confirm receipt of this letter.

Thank you for your time.

Kind regards,

William B Ball

1.  1500.00   Paid   02-25-19
2.  6000.00   Paid   03-12-19
3.  8800.00   Paid   03-29-19

Ex. "J"

Exhibit "K"

March 27, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

407-230-1280
ptchristie13@yahoo.com

218 Davis Lane
Palm Bay, FL 32909

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 3/27/19

ID   215  702  456

William B. Ball
Invoice Number: 102
Terms: On Receipt

| Description | | | Cost |
|---|---|---|---|
| Westlaw's Standards of Review | | | |
| Westlaw Membership | | | |
| Westlaw's Case Update Periodical | | | |
| Eleventh Circuit Criminal Handbook | | | |
| Georgetown Journal | | | |
| Criminal Law Reporter | | | |
| Black's Law Dictionary | | | |
| Federal Rules of Criminal Procedure | | | |
| Federal Rules of Appellate Procedure | | | |
| Federal Rules of Civil Procedure | | | |
| BlueBook of Citations | | | |
| Printing, Binding, Shipping, Misc. | | | |
| | | **Balance Due** | **$8,800** |

Sincerely yours,

Christiane Davis

Ex. "K"

Exhibit "L"


April 23, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

**407-230-1280**
**ptchristie13@yahoo.com**

**218 Davis Lane**
**Palm Bay, FL 32909**

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 4/23/19

William B. Ball
Invoice Number: 103
Terms: On Receipt

| Description | | | Cost |
|---|---|---|---|
| Private Investigation Funding | | | |
| Initial Brief Research | | | |
| Collateral Petition Research | | | |

| | **Balance Due** | **$15,000** |
|---|---|---|

Sincerely yours,

Christiane Davis

1

Ex. "L"

Exhibit "M"

May 1, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

**407-230-1280**
**ptchristie13@yahoo.com**

**218 Davis Lane**
**Palm Bay, FL 32909**

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 5/1/19

William B. Ball
Invoice Number: 104
Terms: On Receipt

| Description | | | Cost |
|---|---|---|---|
| Adams State University Registration, Fees & Tuition | | | |
| Textbooks & Class Materials | | | |
| | | | |
| | | | |
| | | | |
| | | **Balance Due** | **$15,000** |

**Thank you,**

**Christiane Davis**

Ex. "M"

Exhibit "N"


July 25, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

407-230-1280
ptchristie13@yahoo.com

218 Davis Lane
Palm Bay, FL 32909

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 7/25/19

William B. Ball
Invoice Number: 105
Terms: On Receipt

| Description | | | Cost |
|---|---|---|---|
| Configuration and application of documents catalog | | | |

| | | Balance Due | $10,000 |
|---|---|---|---|

**Thank you,**

**Christiane Davis**

Ex. "N"

Exhibit "O"

August 23, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

**407-230-1280**
**ptchristie13@yahoo.com**

**218 Davis Lane**
**Palm Bay, FL 32909**

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 8/23/19

William B. Ball
Invoice Number: 106
Terms: On Receipt

| Description | | | Cost |
|---|---|---|---|
| Legal correspondence with O'Brien Hatfield, PA | | | |
| Maintenance of current case work documentation | | | |
| | | | |
| | | | |
| | **Balance Due** | | **$10,000** |

**Thank you,**

**Christiane Davis**

Ex. "O"

Exhibit "P"


September 24, 2019 invoice

from Christiane to Trustmark

**CHRISTIANE DAVIS**

# INVOICE

407-230-1280
ptchristie13@yahoo.com

218 Davis Lane
Palm Bay, FL 32909

Attention: Dennis Fiveash
Trustmark Tailored Wealth
Trustmark National Bank
P.O. Box 1071
Hattiesburg, MS 39403-9972
Date: 9/24/19

William B. Ball
Invoice Number: 107
Terms: On Receipt

| Description | | | Cost |
|---|---|---|---|
| Legal correspondence with O'Brien Hatfield, PA | | | |
| Maintenance of current case work | | | |
| Transcripts | | | $1,200 Pd. 9/17/17 |

| | Balance Due | $10,000 |
|---|---|---|

**Thank you,**

**Christiane Davis**

Ex. "P"

Exhibit "Q"


November 29, 2020 letter

from Ball to Trustmark

November 29, 2020

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Trustmark National Bank
William B. Ball IMA
248 E. Capitol Street, Suite 1000
Jackson, MS 39201

Cc: Christiane Davis
Re: Recurring payment to Davis for services

To Whom it May Concern,

Please authorize a yearly, recurring payment to Christiane Davis in the amount of $6,000. This fee is to pay Mrs. Davis for ongoing research, FPOA responsibilities, and other tasks that she will handle on my behalf for the foreseeable future.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Ex. "Q"

Exhibit "R"

March 5, 2021 letter

from Ball to Trustmark

March 5, 2021

William B. Ball, #70048-018
Federdal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dennis Fiveash
Trustmark National Bank
William B. Ball IMA
248 Capitol Street, Suite 1000
Jackson, MS 32901

Cc: Linda Britt, Christiane Davis

Dennis,

    I need to make some changes to my finances. I have made substantial progress in my case and have had some significant wins. That said, this is what I need done.

    Please process the following:

| | |
|---|---|
| For Kumi: | $5,000 per month |
| For Christiane Davis's Services | $4,500 per month |

    And in addition to Christiane's $4,500 monthly payments for the months of April and May, I need two, additional, one-time payments of:

    April 2021 — $10,000 to Christiane Davis
    May 2021   — $10,000 to Christiane Davis

    The above payments to Kumi for $5,000 per month, and to Christiane for $4,500, should remain recurring until further notice.

    To clarify, I do not forsee my finances exceeding $10,000 per month for the near future. This should help to mitigate spending out of the capital.

Thank you for your time and attention to this matter.

Regards,

_William B. Ball_____
William B. Ball

Ex. "R"

Exhibit "S"

March 31, 2021 invoice
from Christiane to Trustmark

# **Christiane Davis**

# **INVOICE**

160 Sagecrest Cir. #204
West Melbourne, FL 32904
Phone 407-230-1280
Email ptchristie13@yahoo.com

**INVOICE #** 209
**DATE 03/31/21**

Trustmark National Bank
248 E. Capitol St., Suite 1000
Jackson, MS 32901

Phone 601-583-5323 | DFiveash@trustmark.com

**FOR** W. Ball 1 of 2

**Description**

Legal case work – one-time payments for April
and May 2021

**Total**                                                                 **$10000.00**

Payment due April 1, 2021

THANK YOU!

Ex. "S"

Exhibit "T"

May 3, 2021 invoice

from Christiane to Trustmark

# Christiane Davis

# INVOICE

160 Sagecrest Cir. #204
West Melbourne, FL 32904
Phone 407-230-1280
Email ptchristie13@yahoo.com

**INVOICE #** 210
**DATE 05/03/21**

Trustmark National Bank
248 E. Capitol St., Suite 1000
Jackson, MS 32901

Phone 601-583-5323 | DFiveash@trustmark.com

**FOR** W. Ball 2 of 2

## Description

Legal case work – one-time payment for May
2021

**Total**                                                                                          **$10000.00**

Payment due on receipt

THANK YOU!

Ex. "T"

Exhibit "U"

Christiane's DPOA

October 30, 2019

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dennis Fiveash, Executive Vice President
Trustmark National Bank
Trustmark Tailored Wealth
P.O. Box 1071
Hattiesburg, MS 39403-1071

Cc: Linda Britt, Christiane Davis
Re: Changes to Power of Attorney

Dear Dennis:

Last year, I signed a Power of Attorney (DPOA) giving Joe limited powers over my affairs while I am incarcerated. Since his accident, however, I feel that it would be in the best interest of all parties if he were relieved of that burden.

I have attached two documents to this letter. The first is a signed and notarized document that cancels Joe's DPOA. The second is a signed and notarized Financial Power of Attorney (FPOA), which will give Christie authority to handle financial decision on my behalf while I am incarcerated. Copies are attached; Christie has the originals.

Please liaise with Christie regarding the monthly family support payments to Kumi, my legal fees, and any other personal matter. I will continue to send you letters by mail as before. If possible, please give Christie online access to view the IMA, and continue to send me a paper copy of the monthly statements.

I appreciate your understanding in this matter. Should you have any questions or concerns regarding this arrangement, please direct them to Christie in the first instance.

Regards,

*William B. Ball*
William B. Ball

Ex. "U"

# DURABLE POWER OF ATTORNEY FOR FINANCES

I, _____**William Brinson Ball**_____, am of sound mind, and I
       (Print or type your full name)

voluntarily make this designation.  I revoke any financial powers of attorney I have
signed in the past.

## APPOINTMENT OF AGENT

I designate _____**Christiane Davis**_____, my _____**friend**_____,
      (Insert name of agent)       (Spouse, child, friend ... )

living at _____**218 Davis Lane, Palm Bay, Florida, 32909**_____,
to act for me as my agent, with the powers set forth in this document.  If my first choice
cannot serve or cannot continue to serve, I designate _____**N/A**_____,
       (Name of successor agent)

my _____**N/A**_____, living at _____**N/A**_____,
  (Spouse, child, friend ... )

to act for me as my agent.  I have discussed this appointment with the individual or
individuals I have designated.

## EFFECTIVE DATE

(You **must** choose one paragraph by writing your initials on the line)

_____$\beta^3$_____ My agent has the powers set forth in this document immediately upon
my signing it.  These powers shall not be affected by any mental or physical disability I
may have in the future.

<div align="center"><u>**or**</u></div>

_____ My agent shall only have the powers set forth in this document when it
is determined I am unable to manage my property and financial affairs effectively.  That
determination shall be made by my attending physician, who shall put it in writing.

2

# POWERS

My agent shall exercise powers in my best interests and for my welfare, as a fiduciary. My agent shall have the following powers:

1.   **BANKING** - To receive funds, deposit funds in any financial institution, and make withdrawals by check or otherwise to pay for goods, services, and any other personal and business expenses for my benefit.  To effect her or his powers, my agent has power to sign a power of attorney drafted by the institution, and shall have access to my safe deposit box.

2.   **GOVERNMENT BENEFITS** - To apply for and receive any government benefits for which I may be eligible or become eligible, including but not limited to, Social Security, Medicare and Medicaid.

3.   **INVESTMENTS** - To invest and reinvest my funds, and to withdraw funds to the extent needed to pay for my needs.

4.   **RETIREMENT PLAN** - To contribute to, select payment option of, roll-over, and receive benefits of any retirement plan or IRA, except my agent shall not have power to change the beneficiary of any plan or IRA.

5.   **TAXES** - To complete and sign any local, state and federal tax returns, pay any taxes and assessments due and receive credits and refunds, to sign any IRS documents necessary to effectuate these powers.

6.   **INSURANCE** - To purchase, pay premiums and make claims on life, health, automobile and homeowners' insurance, except my agent shall not have the power to cash in or change the beneficiary of any life insurance policy.

7.   **REAL ESTATE** - To purchase, sell, lease, repair, improve, mortgage, and make mortgage and utility payments upon real property.  A legal description is attached.

3

8. **PERSONAL PROPERTY** - To hold personal property for safekeeping, and to buy and sell personal property, including motor vehicles.

9. **LEGAL ADVICE AND PROCEEDINGS** - To obtain and pay for legal advice, to initiate or defend legal and administrative proceedings on my behalf, including actions against third parties who refuse without cause to honor this document.

1 0. **ESTATE PLAN** - My agent has no authority to make or amend a will on my behalf, and has no power to make gifts on my behalf except to my spouse. My agent has access to my will; in exercising powers, my agent shall take into account my estate plan as known to the agent.

## SPECIAL INSTRUCTIONS

. On the following lines are any special instructions limiting or extending the powers I give to my agent. _____

_____ None _____

_____

_____

_____

## OTHER PROVISIONS

No person in Florida or in any other state who relies upon representations of my agent under this durable power of attorney shall be liable to me or my estate without actual knowledge my agent did not have power to act.

My agent shall not incur any liability to me under this power except for a breach of fiduciary duty.

My agent is entitled to reimbursement for reasonable expenses incurred in exercising powers, and to reasonable compensation for services as agent.

4

Ex. "U"

I can amend or revoke this power of attorney through a writing delivered to my agent. Revocation is not effective as to a third party until the third party learns of it.

Photocopies of this document can be relied upon as though they were originals.

## SIGNATURE OF PRINCIPAL

I sign this document voluntarily, and I understand its purpose.

Dated: _October 30, 2019_    Signed: _William B Ball_
<br>(Your signature)

_P.O. Box 1031, Coleman, Florida, 33521-1031 (FCC Coleman Low)_
(Address)

## STATEMENT AND SIGNATURE OF WITNESSES

We sign below as witnesses. This declaration was signed in our presence. The declarant appears to be of sound mind, and to be making this designation voluntarily, without duress, fraud or undue influence. Neither of us is an agent named in this document.

_DWIGHT L. GLEGG_
(Print name)

_Dwight L. Glegg_
(Signature of witness)

_COLEMAN FL_
(Address)

_Amsea P Niles IV_
(Print name)

_Amsea P. Niles IV_
(Signature of witness)

_Coleman FL_
(Address)

## SIGNATURE OF NOTARY

Sworn to and signed by _William B. Ball_    this _30th_ day of _October_ 20_19_.

_Tafferlon_
(Signature of notary public)

County _Sumter_

My commission expires _11/07/2021_

TAFFERLON CUNNINGHAM
State of Florida-Notary Public
Commission # GG 144763
My Commission Expires
November 07, 2021

5

Ex. "U"

## CANCELLATION AND REVOCATION
## POWER OF ATTORNEY

On or about April 15, 2018, I, William Brinson Ball, the undersigned, made Joe Tiser Ball of Marion County, Mississippi, my agent and power of attorney. I hereby revoke that durable power of attorney and any subsequent or derivative power of attorney that the agent may have issued during his agency. I rescind the power of attorney this _30th_ day of _October_, 2019.

_____
William Brinson Ball

_____
Witness

_DWIGHT R. GREGG_
Print name

_____
Witness

_Amosa P. Niles IV_
Print name

### NOTARY PUBLIC

On this _30th_ day of _October_ in the year 2019, William Brinson Ball personally appeared before me as the person revoking the power of attorney. The person known to me through identification and witness acknowledged he understands and freely signed the document. In witness whereof, I have set my hand and affixed my official seal. _BOP/ID # 70048-018_

_____
Tafferlon Cunningham



TAFFERLON CUNNINGHAM
State of Florida-Notary Public
Commission # GG 144763
My Commission Expires
November 07, 2021

Ex. "U"

Exhibit "V"

October 31, 2019 letter

from Ball to Trustmark

October 31, 2019

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dennis Fiveash, Executive Vice President
Trustmark National Bank
Trustmark Tailored Wealth
P.O. Box 1071
Hattiesburg, MS 39403-1071

Cc: Linda Britt, Christiane Davis
Re: Payment requests for December 2019 - February 2020

Dear Dennis:

1. Kumi and Max are preparing to move to Tokyo, so Max can attend Middle School. Expenses will include school deposits, apartment deposit and other expenses. Please allocate $20,000 for this event, divisible into a payment of $6,000 for December, and $7,000 each for January and February. This is in addition to the monthly stipend (see below).

2. Beginning December 1, please change the monthly stipend amount for Kumi and Max from $4,000 to $5,000.

3. Please allocate a payment in the amount of $13,500 to Christie, divisible in three monthly payments of $4,500 for the months of December 2019, and January and February 2020. This payment is to cover the yearly fees for access to court documents, professional online research database, and online law journal access. These payments should coincide with the schedule for the above payments.

4. Beginning December 1, please set the payment date for all payments in items #1-3 to the first of the month (January 2 for January).

5. Please consult with Christie regarding sending the payments for items #1 and 2 to Kumi.

6. In sum, the total monthly payments for items #1-3 should amount to $14,500 for December 2019, and $15,500 each for January and February of 2020.

Should you have any questions or concerns regarding these requests, please consult with Christie in the first instance.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Ex. "V"

Exhibit "W"

February 6, 2020 letter

from Ball to Trustmark

February 6, 2020

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dennis Fiveash, Executive Vice President
Trustmark National Bank
Trustmark Tailored Wealth
P.O. Box 1071
Hattiesburg, MS 39403-1071

Cc: Linda Britt, Christiane Davis
Re: Allocation of funds for subsequent postconviction appeals

Dear Dennis,

Thank you for arranging all of the previous transfers. Now that I have
established reliable counsel for my postconviction appeals, I would like to
allocate to Christie the below funds to cover the administrative and paralegal
costs associated with this phase of litigation.

Please allocate:                           AM 327 149 991

| Date: | Amount: | Purpose: |
|---|---|---|
| March 5, 2020 | $4,500.00 | fees for § 2255 admin/paral. work |
| April 5, 2020 | $4,500.00 | Fees for § 2255 admin/paral. work |
| May 5, 2020 | $4,500.00 | Fees for certiorari admin/paral. work |
| June 5, 2020 | $4,500.00 | Fees for certiorari admin/paral. work |
| August 5, 2020 | $4,000.00 | Fees for certiorari admin/paral. work |
| September 5, 2020 | $4,000.00 | Fees for 41(g) admin/paral. work |

These fees should amount to a total of $26,000. Christie can provide the details
needed for the § 2255, certiorari, and 41(g) procedures should you need them.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Outlook reminder to skip July AM.

Ex. "W"

Exhibit "X"

August 13, 2020 letter
from Ball to Trustmark

August 13, 2020

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dennis Fiveash
Executive Vice President
Trustmark National Bank
Trustmark Tailored Wealth
P.O. Box 1071
Hattiesburg, MS 39403-1071

Cc: Linda Britt, Christiane Davis
Re: Allocation of funds for lawsuit

Hi Dennis,

I will soon begin proceedings on a second lawsuit to run parallel to my appeal.

Please allocate to Christie the amount of $5,000, divided into two payments of $2,500 each, for August and September. This amount will cover the court fees, research, and other misc. work attendant to this action.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Ex. "X"

Exhibit "Y"

August 18, 2020 invoice

from Christiane to Trustmark

# Christiane Davis

# INV0ICE

160 Sagecrest Cir. #204
West Melbourne, FL 32904
Phone 407-230-1280
Email ptchristie13@yahoo.com

**INVOICE #** 203
**DATE 8/18/20**

TO
Trustmark
PO Box 1071
Hattiesburg, MS 39403-1071
Phone 601-583-5323 | DFiveash@trustmark.com

**FOR** William B. Ball

## Description

Second lawsuit– Case work, legal research,
court fees, etc.

**Total** **$5000.00**

$2500 Due on receipt

$2500 Due 9/18/20

THANK YOU!

Ex. "Y"

Exhibit "Z"


October 4, 2020 letter

from Ball to Trustmark

October 4, 2020

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P. O. Box 1031
Coleman FL 33521-1031

Trustmark National Bank
William B. Ball IMA
248 E. Capitol St.
Jackson, MS 39201
CC: Christiane Davis
Dear Trust Officer,

I have had a very positive development in my case,
and require the services of a private investigator
for forensics and the like.
Please send authorize $45,000 for this, to send
to Christiane Davis in 10 monthly installments of
$4,500. Mrs. Davis will provide all the details of
this investigator you should require.

Regards,
William B. Ball          Ex. "Z"

Exhibit "AA"

Contract Agreement

## CONTRACT AGREEMENT

I. William Brinson Ball, being over the age of 18 and of sound mind, enter into this contract with Christiane Davis for prospective research, the preparing and providing documents, personal assistance, and other duties associated with the Financial Power of Attorney ("FPOA") signed by both parties in 2019.

The following are services that have been agreed to by both parties, to be carries out prospectively:

| Item: | Amount: | Date of effectuation: |
|---|---|---|
| Research | $6,000/yr | yearly recurring |
| Personal Assistance | $4,500/mo | monthly recurring |
| Books, newspapers & Magazines | $2,500/yr | yearly recurring |

All other fees and services previously rendered and/or paid for have not been included in this contract. However, all services were paid and all work prior to this contract has been fulfilled, and I am completely satisfied.

This contract shall terminate thirty (30) days after the time that all litigation for my criminal, civil, and other attendant cases (immigration, supervised release, etc.) have been completed.

Signed by William Brinson Ball on this 22nd day of March, 2021:

_William Brinson Ball_                    March 22, 2021
William Brinson Ball                      Date

_Christiane Davis_                        3/28/21
Christiane Davis                          Date

Ex. "AA"

Exhibit "BB"

October 12, 2021 letter
from Ball to Trustmark

October 12, 2021

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Trustmark National Bank
William B. Ball IMA
248 E. Capitol Street, Suite 1000
Jackson, MS 39201

Cc:     Christiane Davis, Linda Britt
Re:     Modifications in payments for November 2021 - January 2022

To Whom it may Concern,

For the months of November 2021, December 2021, and January 2022, please send a
payment of $200.00 to my prison trust fund account, in the first week of each
month, as per previous.

Also for the same time period (Nov/Dec/Jan), please increase the payment to Kumi
from $5,000.00 to $5,900.00 each month. The purpose of this is to take care of a
semi-annual payment on the rental house in Japan (insurance & maintenance fees).
The payment shall revert to $5,000.00 in February, 2022.

It should also be noted that at the time of writing this letter, Kumi has yet to
receive her monthly payment ($5,000.00)——currently two weeks late. However, I
received my $200.00 payment on September 27——a week early. I cannot tell if the
delay in her payment is happening with Trustmark, Japan, or somewhere in the
middle. What I can say, however, is that there seems to be a routine delay of 6-10
days, depending on when the weekends and holidays fall. Please liaise with Mrs.
Davis regarding the timing of prospective payments, and how to best mitigate these
delays.

Beginning last year, Mrs. Davis has been apportioned a yearly payment of $6,000.00
to cover maintenance fees. However, in order to lessen the impact on the
principal, please change this payment beginning with November, 2021 from a once-
yearly payment to monthly installments of $500.00 ($500.00 X 12 = $6,000.00). The
standard monthly payment shall remain unchanged.

Should you have any questions or concerns regarding this matter, please contact
Mrs. Davis in the first instance.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Ex. "BB"

Exhibit "CC"

July 11, 2019 letter

from Ball to Trustmark

July 11, 2019

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dear Christie:

I have enclosed with this letter some information that I would like you to upload to my Google cloud account. In the event that I lose the paper documents here, or are moved suddenly, etc., I will need access to these.

There is no need to keep the paper copy; I have a set here. I have also included a copy of my will. As you will have POA over me soon, it would be in my best interest for you to have a copy of this as well.

I will soon sign a contract with Mike Flynn's investigation company. Through Frank's advice, he should be able to help unearth some facts that will help my case.

However, Mike will need some close guidance; guidance that neither Frank nor I can provide. Donovan said that you would be great for this, as you have a sharp eye for what would be needed or not. Would you be willing to help out with this?

If so, I will make sure that Dennis sends the payments for the investigations to you, and have you pay Mike. That way, you can make sure he doesn't blindly charge Dennis for something unnecessary. Also, this will ensure that I can pay you properly for your time and effort.

If you are ok with this arrangement, I will put the wheels into motion. If not, please let me know through Donovan.

Thank you as always.

William B. Ball

Ex. "ec"

Exhibit "DD"

January 12, 2022 letter

from Christiane to Ball

January 12, 2022

Hi Billy,

I hope you are well.

Regarding Connor and your psr, he says: I reviewed para 36. I do not know why that number is different from what I have. When I reviewed the phone extraction, they had 330 pics and 2 videos tagged. I do not know if they tagged more later, or maybe another agent tagged some in a different program. I am sure there is a simple explanation, but I do not know what it is.

As for dropbox, I did not examine the dropbox data, I only examined the phone data.

Your 5253 case: your motion to voluntarily dismiss has been docketed. I'll keep you updated on any response from the court.

The $8000 credit due to you: He will use that to go towards the investigator needed for the new claim he wants to raise regarding how the arrest went down.

Take care,
Christie

Ex. "DD"

Exhibit "EE"

April 18, 2023 letter
from Christiane to Ball

April 18, 2023

Hi Billy,

I hope you are well.

①He said to file your 2255 response and then file your Motion for Discovery a couple of days later. He said your motion is fine the way that it is. I will format it and send back to you.

2. We are not at a stage where the investigator needs to do anything. We need to see how things progress first.

3. I have ordered the Nat'l Directory of Law Enforcement (2023). You should receive it by the end of April.

4. I have ordered the U.S. Gov't Manual (2021). You should also receive that one by the end of April.

5. The BNA's Directory of State and Federal Courts is very limited in print. Most that are available are more than 10 yrs. Old. I will keep checking to see if any later dates become available. Let me know if you are open to the book being this old?

6. I have enclosed the full-size printout of the USPS tracking that you requested.

7. Your time extension for the 2255 has been granted. Doc. 19 is an Endorsed order allowing you up to May 31st to file your Reply and any motion for discovery.


Take Care,

Christie


1. Any update on Connor's Declaration and/or Reese's Affidavit?
   Are we using the interrogatories?

2. If PI won't be used in the Discovery motion, then how (or when)
   can it be added prior to disposition?

3-7 ﹒ ✓

Exhibit "FF"

July 28, 2023 letter

from Christiane to Ball

7/28/23

Hi Billy,

I hope all is well with you.

I have enclosed the docket entries, as you requested.

I have spoken with Ollie Phipps at "A Very Private Eye". He is certain he can help you with what you need. I will keep you posted on the progress.

The FOIA information has been slow going. The website is updated and working, however, it has not been an easy process due to the different locations etc. for the information. I will continue to work on this task.

Take care,

Christie

Ex. "FF"

Exhibit "GG"

May 25, 2022 letter

from Ball to Trustmark

Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

5/25/22

Trustmark National Bank
William B. Bell IMA
248 E. Capitol Street, Suite 1000
Jackson, MS 39201

Cc: Linda Brith, Christiane Davis
Re: Adjustment in Monthly Payments to Mrs. Davis

To Whom it may Concern,

Due to an increase in volume of litigation and increases to the cost of living, please increase the amount of monthly payments to Christiane Davis from $5,000.00 to $6,250.00

Please apply this adjustment upon receipt of this letter.

Thank you for your time and attention to this matter.

Regards,

William B. Bell
William B. Bell

Ex. "GG"

Exhibit "HH"

July 25, 2022 letter
from Christiane to Ball

July 25, 2022

HI Billy,

I have enclosed the Doc update for your 49 case.

29 STATUS REPORT by DEPARTMENT OF STATE, EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS, OFFICE OF INTERNATIONAL AFFAIRS, TRANSPORTATION
SECURITY ADMINISTRATION. (Dreier, Douglas) (Entered: 07/20/2022)

MINUTE ORDER: The court ADOPTS Defendants' 29 Status Report and ORDERS that
Defendants shall file a further status report by October 20, 2022. So ORDERED by Judge James
E. Boasberg on 7/20/2022. (lcjeb1) (Entered: 07/20/2022)

Set/Reset Deadlines: Status Report due by 10/20/2022. (nbn) (Entered: 07/20/2022)

As far as the Cert Jurisdiction etc. for your 2255 – he said to please write everything yourself and
send me copies once completed. I will send to him from there.

Take care,
Christie

Ex. "HH"

Exhibit "II"

August 23, 2022 letter

from Christiane to Ball

August 23, 2022

Hi Billy,

I hope you are well. Everything is moving along nicely here. He is ready to go to Final, so please send any further changes or updates.

I have yet to receive the spreadsheet from Connor. Please advise.


Enclosed are copies of Attachment 5: Interrogatories for Joseph Dyer, Motion for Evidentiary Hearing and Motion to Request Discovery.

The Motion for Discovery will NOT go with the Petition. Once the Gov't responds, then we will know exactly what to ask for etc.

As far as typing the 2255 – I think it would work best if I type it. In the event you lose the use of typewriters etc, I will have everything in a Word document and can print it and send it to you.


Books:

Trial Advocacy: Inferences, Arguments, Techniques – New from Amazon -$90, Used from Amazon - $15

Depositions in a Nutshell – New from Amazon - $60

I have requested to receive the amount sent to Kumi in Yen from Trustmark. I will pass on the information each month. I have also asked for them to make sure that your name appears in the address window when they send you any statements etc.

Be safe and take care,
Christie

Ex. "II"

Exhibit "JJ"

September 1, 2022 letter

from ICE to Ball

Case 1:21-cv-01949-JEB Document 36 Filed 11/28/22 Page 5 of 9
Case 5:25-cv-00123-TPB-PRL Document 1-1 Filed 02/20/25 Page 165 of 389 PageID
172



*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., SW
Washington, D.C. 20536

**U.S. Immigration
and Customs
Enforcement**

September 1, 2022

William Ball
Reg. No. 70048-018
Federal Correctional Complex - LOW
P.O. Box 1031 Unit B-3
Coleman, FL 33521-1031

**RE:** **ICE FOIA Case Number 2021-ICFO-35384**

Dear Mr. Ball:

This letter is the final response to your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated September 17, 2020. You have requested investigation records pertaining to William Ball. ICE has considered your request under the FOIA, 5 U.S.C. § 552.

A search of the ICE Homeland Security Investigations (HSI) for records responsive to your request produced 1 page and 4 excels that are responsive to your request. After review of those documents, I have determined that 1 page will be released in its entirety and portions of the 4 excels will be withheld pursuant to Exemptions of the FOIA as described below.
ICE has applied FOIA Exemptions 6 and 7(C) to protect from disclosure the names, e-mail addresses, and phone numbers of DHS employees contained within the documents.

FOIA Exemption 6 exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor into the aforementioned balancing test.

FOIA Exemption 7(C) protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong

Ex. "JJ"

privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information. Please note that any private interest you may have in that information does not factor into this determination.

You have a right to appeal the above withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8. You may submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

Provisions of FOIA allow DHS to charge for processing fees, up to $25, unless you seek a waiver of fees. In this instance, because the cost is below the $25 minimum, there is no charge.

If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA office and refer to FOIA case number **2021-ICFO-35384.** You may send an e-mail to ice-foia@ice.dhs.gov, call toll free (866) 633-1182, or you may contact our FOIA Public Liaison, Marcus Francis, in the same manner. Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Joshua J. Fahrnkopf
Supervisory Paralegal Specialist

Enclosures: 1 page; 4 excels

Ex. "JJ"

Exhibit "KK"


Certified Mail Receipt

Certified Mail Log                                Square Slips Club      (10)

| Date Sent | Agency & Tracking Info: | Date Returned |
|---|---|---|
| 2 Jun '22 | CD    (Omnibus 6 - NTF)<br>Tracking # 9114 9022 0078 9682 2645 03<br>USPS TRACKING # 9114 9022 0078 9682 2645 03<br>& CUSTOMER RECEIPT  For Tracking or inquiries go to USPS.com or call 1-800-222-1811. | N/A<br>[Express] |
| 17 Jul '22 | CD    (Omnibus 7 - 90-Day Final)<br>Tracking # 9114 9022 0078 9682 2642 82<br>USPS TRACKING # 9114 9022 0078 9682 2642 82<br>& CUSTOMER RECEIPT  For Tracking or inquiries go to USPS.com or call 1-800-222-1811. | N/A<br>[Express] |
| 4 Oct '22 | USMS    (Revenge of FOIA I)<br>Tracking # 7020 0090 0000 0279 8543<br>7020 0090 0000 0279 8543 | 6 Oct '22 |
| 4 Oct '22 | $2255 Petition<br>Tracking # 7005 0390 0000 8159 9909<br>[Slip attached to signature postcard] | 6 Oct '22<br>Signature<br>Post. Rec'd 10/11/22 |
| 22 Oct '22 | CD<br>Tracking # 9114 9022 0085 2099 8305 45<br>USPS TRACKING # 9114 9022 0085 2099 8305 45<br>& CUSTOMER RECEIPT  For Tracking or inquiries go to USPS.com or call 1-800-222-1811. | N/A<br>[Express] |
| 13 Dec '22 | CD    (Amended $2255 Final edits)<br>Tracking # 9114 9022 0085 2120 8668 64<br>USPS TRACKING # 9114 9022 0085 2120 8668 64<br>& CUSTOMER RECEIPT  For Tracking or inquiries go to USPS.com or call 1-800-222-1811. | N/A<br>[Express] |
| 27 Dec '22 | Amended $2255 Petition<br>Tracking # 7020 1290 0000 1129 9975<br>[Slip attached to signature postcard]      Certi → | ~~Pend~~<br>[Express]<br>29 Dec '22 |
| 29 Dec '22 | CD    [Omnibus 8]<br>Tracking # 9114 9022 0085 2120 8668 57<br>USPS TRACKING # 9114 9022 0085 2120 8668 57<br>& CUSTOMER RECEIPT  For Tracking or inquiries go to USPS.com or call 1-800-222-1811. | N/A<br>[Express] |

Ex. "KK"

Exhibit "LL"

September 21, 2022 letter

from Christiane to Ball

September 21, 2022

Hi Billy,

I hope you are well. Everything is in the final stages for your 2255.

A few things for you:

1. A Motion for Evidentiary Hearing does not go with the initial filing of a 2555. In the event the gov't gives you everything you want or they concede – a Motion for Hearing will be a moot point. You don't want to jump the gun on this.

2. A Memorandum of Law also does not get filed with the application. Doing so will set you up for a Summary Denial.

3. There is no need to "expand" the record at this point. Filing your 2255 IS the record

4. We do not need Connor's spreadsheet for the 2255.

5. The judge needs simple and to the point. We do not want to "piss the judge off by filing any unnecessary items which could get you a denial from the start".

You are an expert to the facts, which is great! Do not stress. He has already won discovery for himself and the gov't has conceded to discussing issues at a hearing. He knows what he is doing.

You will fill out a new application page once I send you the final. The final will be typed and ready to go.


Take care,
Christie

Ex. "LL"

Exhibit "MM"

September 27, 2022 letter

from Christiane to Ball

September 27, 2022

Hi Billy.

I hope all is well. Enclosed are (4) copies of the 2255 form, (4) copies of the Continuation pages and (3) copies of the Motion to Expand Pages. He said that "everything that is in this 2255 will win - anything more will lose".

Once you mail it, please send me the tracking number so that I keep track of it. Once it gets docketed I will download everything and keep a copy.

Take care,
Christie

Ex. "MM"

Exhibit "NN"

October 2022

Trustmark IMA Statement

(This exhibit is currently unavailable)

Exhibit "OO"

December 5, 2022 invoice

from Christiane to Trustmark

# Christiane Davis

# INVOICE

P.O. Box 262752
Tampa, FL 33685
Phone 407-230-1280
Email ptchristie13@yahoo.com

**INVOICE #** 219
**DATE 12/5/22**

Trustmark National Bank
248 E. Capitol St., Suite 1000
Jackson, MS 32901

Phone 601-583-5323 | DFiveash@trustmark.com

**FOR** W. Ball

| Description | |
|---|---|
| Annual Research fee | $6000.00 |
| **Total** | **$6000.00** |

Payment due on receipt

THANK YOU!

Ex. "OO"

Exhibit "PP"

December 5, 2022 email

from Trustmark to Christiane

**From:** Christie Davis <ptchristie13@yahoo.com>
**Sent:** Monday, December 5, 2022 8:56 AM
**To:** Linda Britt <LBritt@trustmark.com>
**Cc:** Dennis Fiveash <DFiveash@trustmark.com>
**Subject:** Re: W. Ball Invoice 219

Linda,

Yes, this is in addition to the monthly $6250. It is the yearly recurring research fee. Last year it was broken up into several payments.

Thank you,
Christie

Sent from Yahoo Mail for iPhone

On Monday, December 5, 2022, 9:45 AM, Linda Britt <LBritt@trustmark.com> wrote:

Christie

Is this in addition to the monthly $6250.00? (Invoice is for $6000.00)

Thank you,

 Linda Britt | Assistant Trust Administrator

Trustmark | PO Box 1071 | Hattiesburg MS 39403-1071

O: 601-583-5323 | F: 601-583-5264 | LBritt@trustmark.com



 CONFIDENTIALITY NOTICE

This email and any attachments are confidential. If you are not the intended recipient, any further dissemination or use of this email is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender. You should then delete all copies from your system and destroy any hard copies you may have made. Thank you for your cooperation.

 **From:** Christie Davis <ptchristie13@yahoo.com>
**Sent:** Monday, December 5, 2022 8:02 AM
**To:** Linda Britt <LBritt@trustmark.com>
**Subject:** W. Ball Invoice 219

 Good morning Linda,

 Attached is invoice 219. Please make note of my new address.

 Thank you,                          Ex. "PP"

 Christie Davis

Exhibit "QQ"

January 31, 2023 letter

from Christiane to Ball

January 31, 2023

Hi Billy,

I hope you are well. I have been working on compiling a list of digitized records for you. I will mail it out to you shortly.

As far as your 2255 - he wants you to write it and then he will add his edits. He already has the gov't response and is working on it. Once he gives you his edits, he does not want you to add or change anything. He is working on getting you an evidentiary hearing.
The private investigator is part of the Discovery stage - we are not there yet.

I have enclosed Doc. 30-3 Exhibit 1 of your 01230 case. Thank you for guiding me in the right direction to find the Vaughn Index. I'm not sure it has exactly what you are looking for, but I hope it helps.

Take care,
Christie

Ex. "QQ"

Exhibit "RR"

February 3, 2023 letter
from Christiane to Ball

February 3, 2023

Hi Billy,

I hope all is well with you. He has reviewed and is working on your reply. Once you have something written and ready to go, please send it to me.

The only exhibit and/or attachment to be found on the docket in the gov't response is the affidavit from Louderback.

14 RESPONSE to Motion re 12 MOTION to Vacate, Set Aside or Correct Sentence (2255) Criminal Case No. 8:18-cr-69-VMC-AAS filed by United States of America. (Attachments: # 1 Exhibit)(Thelwell, Lisa) (Entered: 01/25/2023)

Take care,
Christie

Ex. "RR"

Exhibit "SS"

February 13, 2023 letter

from Christiane to Ball

February 13, 2023

Hi Billy,

I hope you are well. He is busy working on the 2255 reply. Since the reply must be done perfectly, he would like to settle up the previous attorney fees in order to not cause delay. If you would please send Trustmark a letter informing them of said fees. I will also send them an invoice for their records. $4950 is the total amount due.

Take care,
Christie

Exhibit "TT"

March 28, 2023 letter

from Christiane to Ball

3/28/23

Hi Billy,

Here is the final from him. A couple of notes from him 1- Please do not talk down to the court 2.) Do not talk about and repeat the charges to the court.

There are a few blanks that need to get filled in. also, please reconfigure the Supplemental appendix to coordinate with the final Response. Once I get that back from you, I will finalize and send you (4) copies of everything, unless you need more.

Take Care,
Christia

Ex. "TT"

Exhibit "UU"


May 30, 2023 letter

from Christiane to Ball

May 30, 2023

Hi Billy,

I hope all is well. Your Response and Motion for leave has been docketed. I will be checking regularly for any updates. I'll let you know as they occur.

21 REPLY to Response to Motion re 12 MOTION to Vacate, Set Aside or Correct Sentence (2255) Criminal Case No. 8:18-cr-69-VMC-AAS filed by William Brinson Ball. (Attachments: # 1 Mailing Envelope)(MCB) (Entered: 05/26/2023)

22 MOTION for leave to file MOTION under seal by William Brinson Ball (Attachments: # 1 Mailing Envelope)(MCB). (Entered: 05/26/2023)

Take care,
Christie

Ex. "UU"

Exhibit "VV"

November 10, 2021 letter

from Ball to Trustmark

November 10, 2021

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-3 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Trustmark National Bank
William B. Ball IMA
248 E. Capitol Street, Suite 1000
Jackson, MS 39201

Cc:    Christiane Davis, Linda Britt

To Whom it may Concern,

I currently do not have access to my archived records, so I apologize if there are any duplicate requests.

First, Kumi's semi-annual rent deposit and key money are coming due. For the months of December 2021, January and February of 2022, please add three additional payments of $900.00 each month, for a total of $2,700.00.

Second, Kumi has a yearly education maintenance fee due for Max. Please send two payments of $650.00 in for December, 2021 and January, 2022. Total of $1,300.00

Last, There are some counseling fees that are coming up, Please distribute two, $2,500.00 payments to Mrs. Davis for December 2021 and January 2022.

The above payments are in addition to the standard monthly payments. For these payments, please distribute the day of payments as you see fit to help mitigate loss of capital.

Thank you for your time and attention to this matter.

Regards,

William B. Ball

Ex. "VV"

Exhibit "WW"

February 1, 2023 letter

from Christiane to Ball

February 1, 2023

Hi Billy,

I have compiled a list of what is in the Dropbox. Along with this list, I also have all of our correspondences and your Trustmark statements. In essence, I have kept everything that you have sent me.

X Pinellas County Sheriff's Office - (2019) 91 pages

○ Department of Homeland Security Report of Investigation & Incident Report - (2019) 70 pages

X Administration Office of the US Courts Probation and Pretrial Services Office (2019) 104 pages

○ Last Will and Testament - (July 2019) - 3 pages

X Kik Chat Logs - (July 2019) - 7 pages

○ Discovery Transcript Index - (July 2019) - 6 pages

X Witness List - (July 2019) - 8 pages

X Pre - Arrest Timeline - (July 2019) - 2 pages

X Ancillary Paperwork (Letters to AIS, Invoice from AIS, MS & FL Driver license) - (Feb. 2020) - 76 pages

X Procedural Timelines - (Feb. 2020) - 3 pages

X Maps - (Feb. 2020) - 8 pages

X BOP Paperwork - (Feb. 2020) - 125 pages

X Bank Info - (March 2020) - 214 pages

○ Letters & Correspondence - (March 2020) - 42 pages

○ DPOA & FPOA - (March 2020) - 6 pages

○ Letters from Fake Agent - (March 2020) - 3 pages

X Letter from ICE - (March 2020) 4 pages

X Data Device, Chat Network info - 55 pages

Ex. "WW"

X Forensic Psych. Evaluation - 7 pages

X Pleading Log from USAO - 1 page

X Microsoft Account Records - 2 pages
  HSBC Records - 17 pages

X Department of State Documents Redacted - (March 2022) - 19 pages

X Hillsborough Co. Sheriff's Dept - 36 pages

O ICE Documents Redacted - 28 pages

X Preliminary Order of Forfeiture e-mail & update sheet - 2 pages

X District Court Search & Seizure Warrant (icloud) - 8 pages: iPhone - 6 pages

X Google Subpoena - 5 pages

X HSBC Summons - 4 pages

O Dropbox Certificate of Business Records - 3 pages

X FOIA II Documents (Jan. 2023) - 36 pages

O X Correspondences with O'Brien Hatfield - 67 pages

X CD - 2021-ICFO-35384 ( this is the only hard copy I have received. Connor's spreadsheet was sent to me via email, with a duplicate email sent by Lisa Thelwell.

X As far as the Discovery from Baylor. It was received and saved by me via email. However, for the purpose of this letter, I went to open the link to view the documents, and the link is no longer active. In the event you need something from this Discovery, I will contact their office for them to resend a new link.

Take care,
Christie

Ex. "WW"

Exhibit "XX"

October 10, 2022 letter
from Christiane to Ball

October 10, 2022

Hi Billy,

I hope you are well. I am glad that the hurricane was not bad where you are. My family and I are safe as well. I apologize for the slight delay in writing to you. The hurricane as well as a move to Tampa has gotten me a little off track. But, all is well and I am in receipt of your recent letters. As of right now, please still mail to the W. Melbourne PO Box. I have someone checking it daily for me. When I get my new PO Box in Tampa, I will forward you the address.

Your 2255 was delivered to the court on Thursday 10/6. I have been waiting for it to get docketed and will forward that information once I see it.

I have enclosed the denial of the appointment of counsel. Do not worry about that. Once the gov't files their reply, we will know how to proceed. This includes the spreadsheet. If and when we need to know exactly what is on it - we will address it accordingly.

He had several discussions with Brian regarding issues on your 2255. A one time payment will be needed to cover those costs. I will let you know when I have the total.

On 9/27/22 - 645,000 JPY was sent to Kumi ($4500)

Dennis is doing his best to send Kumi what you have requested. PLease be aware that the US dollar continues to strengthen, and the JPY continues to weaken. It is impossible for Dennis to hit the JPY exactly. He suggests to buy JPY with the dollar amounts you have requested. If you need additional amounts to fill in the JPY, then you can request them.

The Trustmark statements you receive are from an outside company. Dennis does not have control over how they address them to you. Hopefully you will still receive them.

Take care,
Christie

Ex. "XX"

Exhibit "YY"

December 5, 2024 letter

from Trustmark to Ball


**Trustmark**
Tailored Wealth

December 5, 2024

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

RE: Response Letter

Dear Mr. Ball,

This letter is in response to your inquiries dated November 24, 2024, and November 26, 2024.

1) Christiane Davis was granted access in November 2019 and she never logged in to the system and she no longer has access.
2) I have enclosed our delivery instructions for your reference.
3) The check you referenced in your letter in the amount of $450, we should have no problem depositing into your IMA. Going further, I would suggest that you make the check payable to "William Brinson Ball IMA" and in the Memo line place the account number (      3473).
4) Lastly, below are the Month End Balances for 2023 & 2024.

|           | 2023        | 2024         |
|-----------|-------------|--------------|
| January   | $422,045.70 | $313,368.63  |
| February  | $400,561.56 | $319,423.95  |
| March     | $382,671.96 | $321,298.41  |
| April     | $370,361.84 | $310,275.17  |
| May       | $351,187.83 | $312,255.99  |
| June      | $355,727.88 | $306,678.69  |
| July      | $352,706.83 | $306,166.35  |
| August    | $339,408.39 | $293,558.19  |
| September | $318,948.66 | $294,787.34  |
| October   | $297,730.70 | $283,405.38  |
| November  | $312,966.19 | $288,449.93  |
| December  | $322,268.06 | *$282,451.55 |

*As of 12/4/2024 close

Should you have any questions, please let me know.

Sincerely,

Blake Rome

Ex. "YY"

Exhibit "ZZ"

February 28, 2023 invoice

from Christiane to Trustmark

# Christiane Davis

# INVOICE

P.O. Box 262752
Tampa, FL 33685
Phone 407-230-1280
Email ptchristie13@yahoo.com

**INVOICE #** 220
**DATE 02/28/23**

**Trustmark National Bank**
248 E. Capitol St., Suite 1000
Jackson, MS 32901

Phone 601-583-5323 | DFiveash@trustmark.com

**FOR** W. Ball

| Description | |
| --- | --- |
| Legal fees | $4950.00 |

| **Total** | **$4950.00** |
| --- | --- |

Half due upon receipt, half due
4/1/23

THANK YOU!

Ex. "ZZ"

Exhibit "AAA"


April 5, 2023 letter

from Christiane to Ball

April 5, 2023

Hi Billy,

The BNA book – Directory of State and Federal Courts etc. is $215 for the 2012 Edition.

Kumi was sent:

3/2/23    342,000 JPY   4500 USD

3/28/23   289,000 JPY   2200 USD


Please ask for an extension for the 2255. He is reviewing your 60% Motion for Discovery now as well as the interrogatories etc. The extension will give us time to finalize it all.

Enclosed is a copy of the Reply FINAL. Since you want to file the CD, it might be best for me to mail everything out together from my end.


Take care,
Christie

P.S- Claim 1.3 - your question of rephrasing? "No, it's fine. It's ineffective assistance of counsel. Do not get caught up w/ titles."

- I have enclosed 2 signature pages for you to sign. One is April & the other May - depending on how long the judge gives you an extension for.

Ex. "AAA"

Exhibit "BBB"

April 28, 2023 letter

from Christiane to Ball

April 28, 2023

Hi Billy,

I have enclosed the FINAL Motion for Discovery, as well as the substitution of counsel update.

More to come..


Take care,

Christie

Ex. "BBB"

Exhibit "CCC"

May 9, 2023 letter

from Christiane to Ball

May 9, 2023

Hi Billy,

I hope you are well. He is working with Brian on the interrogatories. Once they are complete, I will send
to you.

Take care,
Christie

Ex. "CCC"

Exhibit "DDD"

Draft interrogatories

Exhibit "5"


Interrogatories


Ex. "DDD"

Exhibit "5-A"

Interrogatories for

Nicholas Anderson

Ex. "DDD"

## Interrogatories for HSI Agent Nicholas Anderson

1. How long have you worked for Homeland Security Investigations?

2. Prior to working for HSI, what experience did you have working with law enforcement?

3. In total, how much of your law enforcement experience relates to child sexual abuse or trafficking cases?

4. What programs or training have you received in the area of undercover operations?

5. What programs or training have you received regarding the handling of child sexual abuse and trafficking cases?

6. To what degree were you involved in the "Cruise to Nowhere" operation of January and February of 2018——the operation in which William Ball was apprehended?

7. 
8. Were you advised at any point in the operation, by your Supervisor or the U.S. Attorneys Office, to offer or provide Ball with legal sexual conduct with a minor in international waters? If so, what advice were you given?

9. To what extent did your Supervisor or the USAO advise you with regards to offering Ball opportunities to enhance his criminal activity? (i.e., production of child pornography, offering a second 'victim').

10. To what extent did your Supervisor or the USAO advise you with regards to assuaging Ball's concerns of being apprehended prior to reaching international waters? (i.e., being stopped at Customs or by the Coast Guard)

11. 
12. On February 14, 2018, at approximately 3:00 p.m., HSI agents met Ball in front of the Huly Bay Club on Tyson Road in Tampa. After agents cuffed you and Ball, a staged arrest between you and several agents commenced. Was this staged arrest planned or improvised? Once the staged arrest began, to what extent were you advised or directed to struggle with the agents making the arrest?

13. To what extent were you directed to display signs of pain or anguish during the staged arrest and struggle?

14. Were you aware of the reason behind creating the struggle to restrain you as it was happening?

15. If you were not aware of the reason for this struggle, at what point afterwards did you become aware of it?

Exhibit "5-B"


Interrogatories for

Tavey Garcia


Ex. "DDD"

## Interrogatories for HSI Agent Tavey Garcia

1. How long have you worked for Homeland Security Investigations?

2. Prior to working for HSI, what experience did you have working with law enforcement?

3. In total, how much of your law enforcement experience relates to child sexual abuse and trafficking cases?

4. What programs or training have you received regarding the handling of child sexual abuse and trafficking cases?

5. To what degree were you involved in the "Cruise to Nowhere" operation of January and February of 2018——the operation in which William Ball was apprehended?

6. Are you the designated Lead Agent in Ball's case?

7. What programs or training have you received regarding being the Lead Agent of an undercover operation?

8. When HSI designates an Agent to be the Lead Agent in a case, what extra duties does this designation confer in the management of a suspect's case?

9. To what extent does a Lead Agent designation confer supervisory authority over the actions of coordinate or subordinate agents in either the handling of a case or the execution of an operation?

10. Once you were informed that Ball lived overseas, did you reach out to your Supervisor or USAO for legal advice regarding how to proceed in the handling of Ball's case?

11. To the extent you answered Topic 10 in the affirmative, what information did you provide to Agents Anderson, Albritton, or any other coordinate or subordinate Agents regarding how to proceed with Ball's case, given his location?

12. Had Ball not traveled to the United States after your team offered him sexual conduct, would you have asked your Supervisor or the USAO to pursue his extradition from the UAE to the United States?

13. Your team arrested Ball on February 14, 2018, at approximately 3:00 p.m.

14. Subsequent to his arrest, you interviewed Ball, and he requested counsel. Why did you not immediately cease questioning? Did your Supervisor direct or advise you to continue the interrogation?

15. To what extent were you aware Ball witnessed the staged arrest between Agent

16. Anderson and other HSI Agents that occurred immediately after Ball requested counsel? Was this staged arrest planned or improvised?

17. To what extent were you advised about Anderson's arrest to motivate Ball to continue speaking with you?

Exhibit "5-C"

Interrogatories for

Kenneth Hysell

Ex. "DDD"

### Interrogatories for HSI Supervisory Agent Kenneth Hysell

1. How long have you worked for Homeland Security Investigations?

2. How long have you held a supervisory role at HSI?

3. Prior to working for HSI, what experience did you have working in a supervisory
4. capacity at other law enforcement agencies? What other experience do you have working with law enforcement in general?

5. Approximately how many employees and case files do you typically manage at any given time?

6. To the extent you can answer without jeopardizing ongoing investigations or law enforcement tactics, how was the plan to offer William Ball sexual conduct in international waters formed?

7. If Ball were inside the United States at the point of first contact, would you still have offered him a "Cruise to Nowhere?"

8. If not, how would the offer have changed?

9. Had Ball not traveled to the United States after your agency offered him sexual conduct, would you have reached out to the USAO or the Office of International Affairs (Criminal Division) to seek Ball's extradition?

10. The United Arab Emirates, the country Ball resided in prior to his arrest,
11. currently does not have an extradition treaty or Mutual Legal Assistance Treaty
12. (MLAT) with the United States. If the UAE had refused voluntary detention and delivery of Ball to U.S. authorities, would you have changed operation plans to have Ball travel to a third country that does have an extradition treaty or MLAT? If so, would you have extended the "Cruise to Nowhere" operation to this third country through use of either your own Agents, or in cooperation with foreign law enforcement? Or, would you simply have sought Ball's arrest for having sent child pornography to an undercover agent?

13. To what extent did you seek, or were given advice by the USAO, regarding the legality of offering Ball sexual conduct in international waters?

14. To what extent did you provide Agent Anderson advice regarding his providing Ball with additional ways to enhance his criminal exposure? (i.e., second "victim," production of child pornography).

15. To what extent did you advise Agent Anderson regarding opportunities he could provide to Ball for evading detection by law enforcement prior to reaching international waters? (i.e., Customs, Coast Guard)

16. Did you provide the management of the Hula Bay Club and surrounding businesses with advance notice of the February 14, 2018 arrest that took place in front of their establishments?

17. To what extent did you advise Agent Anderson, Albritton, and Garcia's actions during and after Ball's arrest?

Ex. "DDD"

Hysell interrogatories, cont.

────────────────

18. To what extent did you advise Agent Anderson to act out a struggle with other agents after Ball requested counsel, and while Agents Garcia and Albritton interrogated him?

19. Did you advise Agent Albritton to assist Agent Garcia with Ball's interrogation after he requested counsel?

20. Does your office require written confessions if an interrogation has been
21. recorded? What is HSI's policy regarding the use of Miranda waiver forms?
22. If a suspect signs such a waiver, does your office consider the confession to
23. have been voluntarily made? Does your office consider the confession to have been voluntarily made if a suspect refuses to sign a Miranda waiver?

Ex. "DDD"

Exhibit "5-D"

Interrogatories for

Rachael Reese

Ex. "DDD"

## Interrogatories for Rachael Reese

1. What is the scope of your current practice?

2. How long have you practiced criminal law in the Middle District of Florida?

3. Prior to your current position, what experience do you have working as a criminal defense attorney?

4. Where did you attend law school, and what degree(s) did you receive?

5. In which states are you licensed to practice criminal law? In which federal
6. District and Appellate courts have you been accepted to practice criminal law?

7. Under what circumstances did William Ball contact and hire you?

8. For whay type of proceeding(s) did Mr. Ball ask for your assistance?

9. Approximately how many telephonic and in-person meetings did you have with Mr. Ball prior to filing the requested brief?

10. At what point in the briefing phase did you receive Mr. Ball's case file from Frank Louderback?

11. At what point in the briefing phase did Mr. Ball inform you that he did not have his discovery material available to him in prison?

12. At what point in the briefing phase did Mr. Ball instruct you to send him his
13. discovery material? At what point in the briefing phase did Mr. Ball receive his discovery material?

14. Did Mr. Ball convey to you at any point in the briefing phase that there were items of his discovery material that he had not viewed before?

15. In preparation for the brief, did you personally view any of the discovery material in Mr. Ball's case file?

16. To your knowledge, had Mr. Louderback viewed any of the discovery material in Mr. Ball's case file?

17. To your knowledge, did Mr. Louderback submit any of the discovery material from Mr. Ball's case file as evidence in the district court?

18. If the answer to Topic 17 was in the negative, are you aware as to the reason(s) why Mr. Louderback did not submit any of the discovery material from Mr. Ball's case file as evidence in the district court?

19. Did Mr. Ball ask you to raise any claims in the brief based on the contents of discovery material he had not seen before?

20. If the answer to Topic 19 was in the affirmative, what specific claims did Mr. Ball ask you to raise?

Ex. "DDD"

Interrogatories for Rachael Reese, cont.

21. Did Mr. Ball isntruct you to have transcripts of any discovery material made?

22. If you answered Topic 21 in the affirmative, did Mr. Ball give you a reason as to why he wanted such transcripts made?

Ex. "DDD"

Exhibit "EEE"

May 16, 2023 letter

from Christiane to Ball

May 16, 2023

Hi Billy,

I hope you are well.

I have ordered the BNA Directory. It should arrive to you around May 24th.

He is working on the interrogatories with Brian. They do not need to be filed with the Reply. Once I have them back, I will mail to you.

I have enclosed a copy of the email communication between Thewell and Louderback. I don't have word back from him yet, if he thinks it would be beneficial to use it in the Reply.

Take care,
Christie

Ex. "EEE"

Exhibit "FFF"


May 24, 2023 mailing envelope

Christiane used to mail interrogatories

------------------

This exhibit is under seal at the following:

<u>William Brinson Ball v. United States</u>,

Case No.: 8:22-cv-02301-VMC-AAS, Doc. 25

Exhibit "GGG"


May 24, 2023 letter

from Christiane to Ball

May 24, 2023

Hi Billy,

I hope you are well.

Everything is in the mail to the courts today (May 24th). The interrogatories have been reviewed and are attached to the Motion for Discovery.

I received your May 21st letter. We can use the information regarding Louderback and your plea hearing at a later time, if necessary.

Regarding Kumi's affidavit – he does not feel it necessary to file. However, if you would like to send it in to the courts, I have listed it on the Supplemental Appendix as Exhibit "2".

Enclosed are:

- the transcripts you asked to be returned

- Crim. Docs. 30 & 33

- Email between Louderback and Thelwell (we can use this at a later time, if necessary)

Once everything has been docketed, I will print and mail you a copy.

I will be working on your FOIA request now. I'll keep you posted.

Take care,
Christie

Ex. "GGG"

Exhibit "HHH"

June 15, 2023 letter

from Christiane to Ball

June 15, 2023

Hi Billy,

I have enclosed copies of your 2255 Reply, Motion for Leave, as well as your updated docket. Once the Motion for Discovery and Notice of Filing have been docketed, I will send you copies of those.

Exhibit "1" is the Hard copy of the FOIA spreadsheet.

I spoke with the clerk at the courthouse, since the Motion for Discovery has not yet been docketed. She said they have received the motion as well as the CD. She will make sure that it gets put on the docket.

The book "Your life on the list" has been ordered. You should receive it the week of June 19th.

Take care,
Christie

| 05/25/2023 | 21 | REPLY to Response to Motion re 12 MOTION to Vacate, Set Aside or Correct Sentence (2255) Criminal Case No. 8:18-cr-69-VMC-AAS filed by William Brinson Ball. (Attachments: # 1 Mailing Envelope)(MCB) (Entered: 05/26/2023) |
| 05/25/2023 | 22 | MOTION for leave to file MOTION under seal by William Brinson Ball (Attachments: # 1 Mailing Envelope)(MCB). (Entered: 05/26/2023) |
| 06/14/2023 | 23 | MOTION for Miscellaneous Relief, specifically Requesting Confirmation of Filing by William Brinson Ball. (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 06/14/2023) |
| 06/14/2023 | 24 | **ENDORSED ORDER granting as unopposed Motion to Seal. (Doc. # 22). Mr. Ball may file the specified documents under seal. Signed by Judge Virginia M. Hernandez Covington on 6/14/2023.** (DRG) (Entered: 06/14/2023) |

Ex. "HHH"

Exhibit "III"


Docketed interrogatories

--------------------

This exhibit is under seal at the following:

<u>William Brinson Ball v. United States</u>,

Case No.: 8:22-cv-02301-VMC-AAS, Doc. 25

Exhibit "JJJ"

July 15, 2023 letter

from Christiane to Ball

(This exhibit is currently unavailable)

Exhibit "KKK"

July 19, 2023 letter

from Ball to Christiane

July 19, 2023

Hi Christie,

I'm not sure how much longer you'll be able to received mail at this address, but I've attached a copy of the Notice of Filing I would like you to attach to the CD-ROM, when you send copies to the court and the United States.

I will assume that by the time you receive this letter, you have already read the court's July 13 order regarding sending you back the CD-ROM, making a copy of it, and serving a copy to the counsel for the USA, and resubmitting a copy back to the clerk for resubmission.    (Civ. Doc. 29)

Judge Covington gave us until the 10th---3 weeks. I asked for 4. I hope this is enough time given your move and new address, etc. I hope the CD-ROM doesn't get lost in the shuffle, but I didn't have your new address ......

Thank you and I hope everything is well.

B3

Ex. "KKK"

Exhibit "LLL"

July 20, 2023 returned envelope

from Ball to Christiane

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

TAMPA FL 335
SAINT PETERSBURG FL
20 JUL 2023   PM 4  L



Christiane Davis
P.O. Box 262752
Tampa, FL
33685

NTXTF        339    SE  1          0709/11/23
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

_. 9400922474245260

BC:  33521103131        *2574-07174-11-42

Exhibit "MMM"

July 23, 2023 letter

from Ball to Christiane

July 23, 2023

Hi Christie,

I am in receipt of your July 17 letter. Thank you for handling the CD-ROM.
If you receive this letter before sending the CD-ROM, please attached the renewed
Notice of Filing (attached). Also, please copy and send the attached ICE letter.
The ICE letter was not submitted with the renewed Reply.

Now that you have settled, I have a few follow-up requests, and I've resent some
items that I sent to your old address after the 15th::
------------------

1.  Can you please give an update on the status of hiring a PI? I've attached an autho-
    rization letter to the bank, allowing you to send them the invoices. Now that the
    court has directed the USA to respond to the discovery request, I'd like to pursue
    this. Please refer to the updated scope of work. Based on the current timeline,
    the PI would have about 45 days to finish the work.

    ---------------

2.  Please send any updates you have regarding the Third-Party FOIA request, and send
    me any documentation generated thus far. I can use it in response to the USA's
    July Status Report to help compel ICE to release documents they've been holding.
    ------------------

3.  Please send me a complete 2255 docket, entries 1-29.
    ---------------

4.  Please download and send me copies of Civ. Doc. 23 and 27 from the 2255 docket.
    I would like to confirm all attachments are present with the Motion for Discovery,
    and since that motion is sealed, this is the only way to confirm.
    ------------------

5.  I have started my Paralegal Certificate coursework with Blackstone. However, they
    require GED or university transcripts within 60 days. Please email or call William
    Carey University in Hattiesburg, Mississippi, and order my uni transcript to be
    sent directly to Blackstone. WCU's website is wmcarey.edu. I graduated in 2001 with
    a BFA in K-12 Instrumental Music Education. Paper-based (sealed) transcripts may
    be sent to: Blackstone Career Institute, P.O. Box 3717, Allentown, PA, 18106.
    Digital transcripts may be sent via email to info@blackstone.edu. Please make
    sure to include my Prospect Number (517301) with any correspondence.

Thank you for your help and take care -- B3


                              Ex. "MMM"

Exhibit "NNN"

July 30, 2023 letter
from Ball to Trustmark

July 30, 2023

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Trustmark National Bank
William B. Ball IMA
248 E. Capitol Street, Suite 1000
Jackson, MS 39201

Cc: Linda Britt
Re: Suspension of payment

To Whom it may Concern.

Upon receipt of this letter, please suspend the standard $6.250.00 monthly payment to
Christiane Davis. In the event this payment has been disbursed, please recall the
disbursement.

Details regarding the termination of Mrs. Davis's services are outlined in the attached
letter and documents.

Thank you for your time.

Regards.

William B. Ball

Ex. "NNN"

Exhibit "OOO"

August 7, 2023 letters from
Christiane to Trustmark and to
district court (MDFL/DDC)

August 7, 2023

Dear Clerk,

As of August 1, 2023, I am no longer the designee/Power of Attorney for William Brinson Ball.
All further correspondences will be handled directly by Mr. Ball, and communications must be
directed to the prison address where he is located.

Case No: 8-2022-cv-02301

Thank you for your time and attention to this matter.

Sincerely,
Christiane Davis

Christian Davis 8/7/23

Ex "OOO"

Case 5:25-cv-00123-TPB-PRL   Document 1-1   Filed 02/20/25   Page 236 of 389 PageID
243
Case 1:21-cv-01949-JEB   Document 50   Filed 08/14/23   Page 1 of 1

The Court GRANTS leave to file.
Signed by Chief Judge James E. Boasberg on 8/14/2023

August 7, 2023

Dear Clerk,

As of August 1, 2023, I am no longer the designee/Power of Attorney for William Brinson Ball.
All further correspondences will be handled directly by Mr. Ball, and communications must be
directed to the prison address on file with the court, where he is located.

Case No: 1:21-cv-01949

Thank you for your time and attention to this matter.

Sincerely,

Christiane Davis   8/7/23

RECEIVED
Mail Room

AUG - 9 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Ex. "000"

Exhibit "PPP"

August 17, 2023 letter

from Trustmark to Ball



Post Office Box 1071
Hattiesburg, MS 39403
(601) 544-8100 PHONE
(601) 583-5264 FAX
www.trustmark.com

August 17, 2023

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Dear Billy,

We are in receipt of your letters dated July 30, 2023, and dated August 10, 2023 regarding payments to Christianne Davis.  On August 7, 2023, we received an email from Christianne Davis, terminating the contract effective immediately.  We did not issue payment based on that email.   Your letter today seems to indicate we should pay her $5,000 a month for August and September for a total of $10,000.

Because we are the investment agent, we can only take written instructions from you, and they need to be clear and without any stipulations for us.   Before we issue any additional payments, we need you to give us clear instructions to pay Ms. Davis $5,000 per month for August and September, for a total of $10,000.

Finally, I submitted for review to our legal department, the Power of Attorney, you submitted naming Kumi Ball attorney-in-fact.  The Trustmark legal department will not approve a non-durable Power of Attorney.   Therefore, we will not be able to accept instructions from Kumi.  We will continue to receive written instructions from you as the owner of the account.  You are welcome to submit a Durable Power of Attorney, which is subject to review and approval by Trustmark legal department.

Regards,

Dennis Fiveash
First Vice President and Trust Officer

Ex. "PPP"

*People you trust.*
*Advice that works.*

Trustmark Wealth Management is a division of Trustmark National Bank.

Exhibit "QQQ"

August 23, 2023 letter

from Ball to ICE

August 23, 2023

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

U.S. Immigration and Customs Enforcement
Office of Information Governance and Policy
U.S. Department of Homeland Security
500 12th Street, S.W.
Washington, D.C. 20536

Re: Request for Duplicates of CD-ROM in Production No.: 2021-ICFO-35384

Dear FOIA Officer,

On September 1, 2022, your office produced a CD-ROM in the above-styled FOIA request.
This CD-ROM contained 14 Excel spreadsheets. After receiving this CD-ROM, I sent it
to an outside designee, as I cannot possess digital media in prison.

Since then, the contents of the CD-ROM have become an important component of litiga-
tion. See Ball v. United States, Case No.: 8:22-cv-02301-VMC-AAS (M.D. Fla. 2022),
Civ. Doc. Nos. 23-32. However, due to extenuating circumstances, the CD-ROM went mis-
sing before it could be properly served on the parties.

I respectfully request two duplicates of this CD-ROM be sent to the below addresses.
In accordance with 6 C.F.R. § 5.11(b)92), I will pay for any "[d]irect costs ... ex-
pend[ed] in ... duplication," as well as any "[d]uplication fees ... [f]or copies of
records produced on tapes, disks, or other media." 6 C.F.R. § 5.11(c); also accord
6 C.F.R. §§ 1001.2 and 1001.10 (definitions). To verify my identity, I have attached
a DOJ-361 Certification of Identity Form.

Ordinarily, I can "neither receive nor mail electronic media to individuals or par-
ties."/1 As such, I respectfully request your office mail the CD-ROM duplicates di-
rectly to the following:

| | |
|---|---|
| United States District Court<br>Office of the Clerk<br>Re: Case No.: 8:22-cv-02301-VMC-AAS<br>801 North Florida Avenue<br>Tampa, FL 33602 | United States Attorneys Office<br>Attn: Ilyssa Spergel<br>Re: Case No.: 8:22-cv-02301-VMC-AAS<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602 |

Thank you for your time and attention to this matter.

Regards,

William B. Ball

William B. Ball                                7022 2410 0002 7640 6399

Sent under USPS Certified Mail, Tracking No.: 7022 2410 0002 7640 6399

_____/
1/ Bureau of Prisons Program Statement 1237.16, § 14.3 (Information Security)

Ex. "QQQ"

Exhibit "RRR"

August 29, 2023 letter

from Christiane to Ball

August 29, 2023

Billy,

I am in receipt of your letters, dated 8/21/23, where you are asking for me to continue to assist you, even though you have withheld payment for work that I have already done.

I don't know how you'll be successful without my help, considering the continued work that is necessary on your cases.

If you will drop the workload down to ⅓ of what you had me doing the last several years, I would be able to assist you for a very reduced price of $3500.00 per month.

If you are no longer interested in my help, please send me the address to where I can mail your documents to. The postage will need to be prepaid in order for me to ship everything out.


Thank you,
Christie Davis

Ex. "RRR"

Exhibit "SSS"

September 7, 2023 letter

from Ball to Christiane

September 7, 2023

Christie,

You claim to have done work that I've withheld payments for. I've paid for work that
was never done. We apear to be at an impasse. I am open to considering reasonable
options to resolve the matter.

In order to prevent future issues, I am willing to consider using your services going
forward, but on a more limited, hourly-based rate. I would also request that such
work be invoiced. Please submit a quote for your services that would be consistent
with going rates, and I will get back to you.

Regards,


William B. Ball

Ex. "SSS"

Exhibit "TTT"

September 19, 2023 letter
from Ball to Christiane

September 19, 2023

Billy,

In regards to your letter, dated 9/7/23, I would be willing to work at an hourly rate of $45.00 per hour, to be invoiced once per month and paid upon receipt of invoice.

If this is acceptable, please inform Trustmark of our terms, as to not delay in any payment.

Thank you,
Christie Davis

Ex. "TTT"

Exhibit "UUU"

October 2, 2023 letter
from Christiane to Ball

October 2, 2023

Billy,

Several people had approached me regarding doing work for them. Since I was working for you full time, I declined to do work for them so that I could focus solely on what you needed.

Since your abrupt termination of my contract, I reached out to them to see if they still needed help. It just so happened that they did and I will be working full time and will no longer be able to do any work for you.

I have enclosed 2 copies of the FOIA letter you requested.

Please send me the address of where to send all of your other documents. Once I receive the address, I will let you know how much it will cost to ship everything. Once postage is paid, I will mail everything and send you the tracking number.

Christie Davis

Ex. "UUU"

Exhibit "VVV"

November 21, 2023

EPS Receipt

☆ *EPS* ☆
MEMO/INVOICE

Date: _Nov 21_

To: _William_

From: _Bob_

Ex. "VVV"

Subject: Greetings. enclosed is requested Pacer Docket Sheet.

Total: 5.00
– (7.25)
$2.25 Balance

Thanks!

Exhibit "WWW"

December 28, 2023

EPS Receipt

☆ *EPS* ☆

MEMO/INVOICE



Date: _Dec 28_

To: _William_

From: _Bob_

Ex. "WWW"

Subject: Greetings~ the following has been Processed for you.    Total: 7.50 Call to Phipps

15.00 - 3 price srchs

10.00 - 3 Statute Srchs

5.00 - Privilege srch.

2.75 - sk

_____

40.25

- (250.00)

$209.75 Balance

thanks!

Exhibit "XXX"

December 28, 2023 email

from EPS to A Very Private Eye

Ball case / Criminal defense investigator referral

From: ollie@averyprivateeye.com

To: eliteparalegalsvs@yahoo.com

Cc: ghinvestigations@gmail.com

Date: Thursday, December 28, 2023 at 01:39 PM CST

*[handwritten: Phipps is not interested. He recommended]*

Contact Gil Hernandez, who specializes in criminal defense. I copied him on this email. His mobile is (407) 873-4835. Good luck!

*[handwritten: G.H. Investigations, LLC  733 W. Colonial Drive  Orlando, FC 32804]*

Oliver W. "Ollie" Phipps
Licensed investigator
AVPE LLC, *a veteran owned firm in Orlando*
**Helping the Florida legal community win cases since 1996**
407.273.6646 main (no text / 24 hours)
866.687.8880 fax
www.AVeryPrivateEye.com
Member:
Orange County Bar Association
International Intelligence Network
Florida Association of Private Investigators (President's Award recipient – July 2023)
National Council of Investigative and Security Services

*[handwritten box: 3956 TO TOUN Center  Blvd  32837]*

*Electronic Message Disclaimer: The information contained in this message is intended only for the use of the individual or entity to which it is addressed and may be privileged, confidential, proprietary, or otherwise protected from disclosure under applicable law. If you are not the intended recipient, or the person responsible for delivering the message to the intended recipient, you are hereby notified that disclosing, distributing, copying, or in any way using this message is strictly prohibited. If you have received this communication in error, please notify the sender and destroy and delete any copies you may have received. Thank you.*

*[handwritten:]*
Town Loop?        Blvd
Towne Place?     Blvd
Township Square?  Blvd
Town Center   X  Blvd

Ex. "xxx"

Exhibit "YYY"

EPS Price Quote:

Blue Book

All | bluebook of citations

EN ▾  Hello, Christy
Account & Lists ▾   Returns & Orders   0

Deliver to Christy
Kaukauna 54130

All   Rufus   Same-Day Delivery   Medical Care ▾   Amazon Basics   Today's Deals   Buy Again   Amazon Home   Keep Shopping For   NBA League Pass: Watch live games

Books   Kindle Rewards   Advanced Search   New Releases   Best Sellers & More   Categories ▾   Amazon Book Clubs   Children's Books   Textbooks   Best Books of the Month   Your Books

‹ Back to results

Sponsored



Roll over image to zoom in

# The Bluebook: A Uniform System of Citation

## 21st Edition

by Columbia Law Review (Compiler), Harvard Law Review (Compiler), & 2 more

4.7 ★★★★☆   1,575 ratings

3.1 on Goodreads 679 ratings

#1 Best Seller ✕ in Legal Reference

See all formats and editions

The Bluepages, Twentieth Edition, is a how-to guide providing easy-to-comprehend instruction for the everyday citation needs of first-year law students, summer associates, law clerks, practicing lawyers, and other legal professionals. The examples used throughout the Bluepages employ simple typeface conventions common in the legal profession. The Bluepages supplants the Practitioners' Notes section of previous editions.

Report an issue with this product or seller

| ISBN-10 | ISBN-13 | Edition | |
|---|---|---|---|
| 0578666154 | 978-0578666150 | 21st | Clai |

Sponsored

## Frequently bought together

 +  + 

Total price: $191.54

Add all 3 to Cart

Some of these items ship sooner than the others. Show details

**This item:** The Bluebook: A Uniform System of Citation
$54⁵⁰

Understanding and Mastering The Bluebook: A Guide for Students and...
$31⁰⁶

The Legal Writing Handbook: Analysis, Research, and Writing...
$105⁹⁸

More items to explore

Sponsored

Spiral-bound
$52.95 - $54.50

Other Used and New from $24.99

Delivery | Pickup

$54⁵⁰

Overnight
FREE Returns

FREE delivery **Overnight 4 AM - 8 AM**. Order within 8 hrs 3 mins

Deliver to Christy - Kaukauna 54130

## In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   mediaus
Returns   30-day refund/replacement
Gift wrap   Add at checkout
˅ See more

Add to List

**Other sellers on Amazon**

New & Used (50) from $24⁹⁹

Is it a comprehensive guide ...

Ex. "YYY"

Exhibit "ZZZ"

EPS Price Quote:

Georgetown Law Journal



**The Georgetown Law Journal; Volume 11**
Paperback

3 ratings

New
$31³¹     Add to Cart
FREE delivery Monday, December 2.
Details

See more

‹ Back to results



**The Georgetown Law Journal; Volume 11** Pape
by Georgetown University School of Law (Creator), Georgetown University La
4.3     3 ratings

This work has been selected by scholars as being culturally important, and is
civilization as we know it.

This work is in the "public domain in the United States of America, and possib
States, you may freely copy and distribute this work, as no entity (individual c
body of the work.

Scholars believe, and we concur, that this work is important enough to be pre
generally available to the public. We appreciate your support of the preservat
an important part of keeping this knowledge alive and relevant.

Report an issue with this product or seller

| Print length | Language | Publisher |
|---|---|---|
| 380 pages | English | Legare Street Press |



The Amazon Book Review
Book recommendations, author interviews, editors' picks, and m

Roll over image to zoom in



### Frequently bought together

 + 

Total price: $89.75
Total Points: 31 pt

Add both to Cart

These items are shipped from and sold by
different sellers.
Show details

**This item:** The Georgetown Law
Journal; Volume 11
$30⁶⁰
31 pts

Prisoners' Self-Help Litigation
Manual
$59¹⁵

### Similar items that may deliver to you quickly



Northwestern Law
Review, Volume 1
. Northwestern University...
Paperback
$25⁰⁹
26 pts
Get it as soon as Monday, Nov
25
FREE Shipping on orders over
$35 shipped by Amazon

### Products related to this item
Sponsored ⓘ

---

**8 other options**
sorted by price + delivery: low to high     Filter

**Used - Good**
$14⁹⁴     $5.69 delivery November 21 - 25.     Add to Cart
Details

| Condition | Somewhat damaged. May have bumped corner, torn or missing dust cover, folded pages, light dust soil, re... More |
|---|---|
| Ships from | plumcircle |
| Sold by | plumcircle |
| | (229738 ratings) |
| | 98% positive over last 12 months |

**Used - Very Good**
$19¹⁹     $5.69 delivery November 21 - 25.     Add to Cart
Details

| Condition | May have remainder mark / minor shelfwear. 99% of orders arrive in 4-10 days. |
|---|---|
| Ships from | plumcircle |
| Sold by | plumcircle |
| | (229738 ratings) |
| | 98% positive over last 12 months |

**New**
$26⁶⁰     $3.99 delivery November 29 -     Add to Cart
December 5. Details

| Ships from | ---SuperBookDeals |
|---|---|
| Sold by | ---SuperBookDeals |
| | (490248 ratings) |
| | 75% positive over last 12 months |
| Help from | ---SuperBookDeals |

**New**
$30⁶⁰     FREE delivery November 29 -     Add to Cart
December 10. Details
... More

| Ships from | All Time Fans |
|---|---|
| Sold by | All Time Fans |
| | (791 ratings) |
| | 80% positive over last 12 months |
| Help from | All Time Fans |

**New**
$27⁹⁷     $3.99 delivery November 29 -     Add to Cart
December 4. Details
... More

| Ships from | MegaBook Co |
|---|---|
| Sold by | MegaBook Co |
| | (1683 ratings) |
| | 84% positive over last 12 months |
| Help from | MegaBook Co |

**Used - Like New**
$30⁹³     $3.99 delivery November 29 -     Add to Cart
December 5. Details

| Condition | Unread book in perfect condition. |
|---|---|
| Ships from | ---SuperBookDeals |
| Sold by | ---SuperBookDeals |
| | (490248 ratings) |
| | 75% positive over last 12 months |

**Used - Like New**
$29⁹⁴     $4.99 delivery November 27 -     Add to Cart
December 3. Details

| Condition | Special order direct from the distributor |
|---|---|
| Ships from | RussellBooks |
| Sold by | RussellBooks |
| | (10416 ratings) |
| | 86% positive over last 12 months |

**New**
$35⁵³     $3.99 delivery December 4 - 19.     Add to Cart
Details

Ex.  "ZZZ"

Exhibit "AAAA"


EPS Price Quote:

Black's Law Dictionary

Deliver to Christy
Kaukauna 54130

All ▾    black law dictionary 11th edition

EN ▾    Hello, Christy
Account & Lists ▾    Returns
& Orders    0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Today's Deals    Buy Again    Amazon Home    Keep Shopping For    NBA League Pass: Watch live games

Books    Kindle Rewards    Advanced Search    New Releases    Best Sellers & More    Categories ▾    Amazon Book Clubs    Children's Books    Textbooks    Best Books of the Month    Your Books

‹ Back to results

## Black's Law Dictionary, 11th Edition (BLACK'S LAW DICTIONARY (STANDARD EDITION)) Hardcover

– June 10, 2019

by Bryan A. Garner (Author)

4.8    2,775 ratings

4.4 on Goodreads 893 ratings

See all formats and editions

For nearly 130 years, *Black's Law Dictionary* has been the gold standard for the language of the law.

The greatly expanded 11th edition, with new material on every page, is at once the most practical, comprehensive, scholarly, and authoritative law dictionary ever published. With clarity and rigor, it defines more than 55,000 law-related words and phrases, recording their historical and present-day nuances. This edition introduces 3,500 new terms, including accountability, anticipatory self-defense, cyber force, Islamic law, Jewish law, legal moralism, legal reasoning, moral equality, peacekeeping, remotely piloted warfare, right to rebel, and umbrella clause.

More than 900 Latin maxims have been added, newly translated, and carefully indexed for this edition, making *Black's Law Dictionary* the most thorough and reliable

⌄ Read more

Report an issue with this product or seller

| Print length | Language | Publisher | Pub |
|---|---|---|---|
| 2110 pages | English | Thomson Reuters | Ju |

Sponsored

Hardcover
from $146.17

Other Used from $146.17

Deliver to Christy - Kaukauna 54130

See All Buying Options

Add to List

Sponsored

Roll over image to zoom in

Follow the author

Bryan A. Garner    Follow

Sponsored

More items to explore



Master Legal Vocabulary & Terminology- Legal...
› Marc Roche
608
Paperback
$13⁴⁵
14 pts
FREE Delivery
**Monday, Oct 28**



Meet Your Strawman: And Whatever You Wan...
› David E. Robinson
9,320
Paperback
$5⁵⁰
6 pts
FREE One-Day Get it
**Tomorrow, Oct 27**



Black's Law Dictionary, 12th Edition
› Bryan A. Garner
27
Hardcover
#1 Best Seller in Law Dictionaries & Terminology
-5% $85⁴⁵
List: $89.95



The UCC Connection: How To Free Yourself...
› David E. Robinson
6,928
Paperback
$5⁰⁰
5 pts
FREE One-Day Get it
**Tomorrow, Oct 27**



Black's Law Dictionary, 1st Edition
› Henry C. Black
323
Hardcover
-5% $61⁷⁵
List: $65.00
FREE Delivery
**Monday, Oct 28**



Common Law Handboo..
› David E. Robinson
4,877
Paperback
#1 Best Seller in Juries
$5⁰⁰
5 pts
FREE One-Day Get it
**Tomorrow, Oct 27**

lso viewed

Are there examples provide...

Ex. "AAAA"

Exhibit "BBBB"


March 24, 2022

District Court Opinion

**UNITED STATES OF AMERICA v. GREGORY ALLEN WILLIAMSON**
**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION**
**2022 U.S. Dist. LEXIS 53397**
**Case No. 8:21-cr-355-WFJ-CPT**
**March 24, 2022, Decided**
**March 24, 2022, Filed**

**Editorial Information: Subsequent History**

Magistrate's recommendation at United States v. Williamson, 2023 U.S. Dist. LEXIS 108371 (M.D. Fla., Feb. 10, 2023)Magistrate's recommendation at United States v. Williamson, 2020 U.S. Dist. LEXIS 272051 (M.D. Fla., Dec. 1, 2020)

**Counsel**          {2022 U.S. Dist. LEXIS 1}For Gregory Allen Williamson, also known as, Vlad Vlad, Defendant: Gus M. Centrone, LEAD ATTORNEY, Kynes, Markman & Felman, PA, Tampa, FL.

For USA, Plaintiff: Erin Claire Favorit, LEAD ATTORNEY, Tampa, FL USA; Suzanne C. Nebesky, US Attorney's Office - FLM, Tampa, FL.
**Judges:** HONORABLE CHRISTOPHER P. TUITE, United States Magistrate Judge.

**Opinion**

**Opinion by:**          CHRISTOPHER P. TUITE

**Opinion**

**ORDER**

Before the Court is Defendant Gregory Allen Williamson's *Motion for Use of Forensic Computer Consultant*. (Doc. 40). A hearing was held on the matter on March 22, 2022. For the reasons discussed below, Mr. Williamson's motion is granted.

I.

Mr. Williamson stands charged in an indictment with producing, possessing, and distributing child pornography, as well as enticing or coercing a minor to engage in sexual activity. (Doc. 1). Mr. Williamson was initially represented by an Assistant Federal Public Defender, who withdrew from the case at Mr. Williamson's request. (Docs. 30, 34). The Court then appointed attorney Gus Centrone pursuant to the Criminal Justice Act (CJA) to serve as Mr. Williamson's counsel. (Doc. 35).

By way of the instant motion, Mr. Williamson now seeks authorization to pay a computer forensics expert, **Richard Connor** of ESI Consulting, up to $2,500{2022 U.S. Dist. LEXIS 2} to assist him with his defense.1 (Doc. 40). Mr. Williamson represents in his motion and reiterated at the March 22 hearing that Mr. Connor's services are necessary to analyze the contents of several electronic devices seized from Mr. Williamson, to help Mr. Williamson in determining any possible defenses, and potentially to have Mr. Connor testify at trial. Mr. Centrone also advised at the hearing that, based on his ample experience as a defense attorney, he believes such services are required to provide Mr. Williamson with an adequate defense. For its part, the government stated at the hearing

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Ex. "BBBB"

that it does not object to Mr. Williamson's motion.

II.

The CJA provides, in pertinent part:

> Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain{2022 U.S. Dist. LEXIS 3} the services.18 U.S.C. § 3006A(e)(1).

As reflected by the above language, a court may authorize expert services under the CJA if a defendant demonstrates that (1) he is financially unable to obtain such services, and (2) such services are "necessary for [his] adequate representation." *United States v. Hernandez*, 743 F.3d 812, 815 (11th Cir. 2014) (per curiam) (quoting 18 U.S.C. § 3006A(e)(3)). Even if a defendant makes this showing, however, payment for such work is generally limited to $2,700 per expert.2 18 U.S.C. § 3006A(e)(1).

After careful consideration of the matter, the Court finds that Mr. Williamson's request to expend up to $2,500 for Mr. Connor's expert services is sufficiently supported. To begin, Mr. Williamson is financially unable to secure the desired services and-as noted above-is represented by appointed counsel. (Doc. 35). Moreover, for the reasons stated by Mr. Williamson in his motion and at the March 22 hearing, the sought-after work appears to be necessary to his defense. 18 U.S.C. § 3006A(e)(3).

III.

In light of the above, Mr. Williamson's *Motion for Use of Forensic Computer Consultant* (Doc. 40) is granted, and Mr. Williamson is authorized to expend up to $2,500 for Mr. Connor's services.

SO ORDERED in Tampa, Florida, this 24th day of March 2022.

/s/ Christopher P. Tuite

HONORABLE CHRISTOPHER P. TUITE

United States Magistrate{2022 U.S. Dist. LEXIS 4} Judge

## Footnotes

1

Mr. Williamson represents in his motion that Mr. Connor charges $150/hour and that Mr. Connor estimates he will need roughly fifteen hours to perform the necessary work. (Doc. 40). Mr. Williamson stated at the March 22 hearing that he elected to ask for approval to expend $2,500 (which equates to slightly more than fifteen hours at the $150 hourly rate) in case Mr. Connor should require additional time to complete his work.

2

The $2,700 sum takes into account the inflationary adjustments provided for under CJA Guideline § 310.20.10.

© 2025 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Ex. "BBBB"

Exhibit "CCCC"


Typing and Copying supplies

Demanded by Defendants

March 12, 2019 to February 8, 2021

Exhibit "CCCC" -- itemized list of costs
----------------------------------------

| Date: | Amount: | Date: | Amount: |
|-------|---------|-------|---------|
| March 12, 2019 | $18.15 | January 3, 2020 | $21.25 |
| March 18, 2019 | $20.10 | January 6, 2020 | $37.00 |
| April 2, 2019 | $53.00 | January 13, 2020 | $17.50 |
| April 9, 2019 | $47.80 | January 21, 2020 | $17.50 |
| April 16, 2019 | $19.20 | January 27, 2020 | $ 8.80 |
| May 7, 2019 | $17.50 | February 10, 2020 | $12.35 |
| May 14, 2019 | $38.70 | February 20, 2020 | $20.70 |
| May 21, 2019 | $12.05 | February 24, 2020 | $25.70 |
| June 4, 2019 | $26.10 | March 9, 2020 | $22.60 |
| June 18, 2019 | $43.50 | March 16, 2020 | $50.65 |
| July 10, 2019 | $25.95 | March 30, 2020 | $33.00 |
| July 17, 2019 | $28.50 | April 8, 2020 | $23.15 |
| July 24, 2019 | $63.35 | April 20, 2020 | $18.15 |
| July 31, 2019 | $50.60 | April 28, 2020 | $11.00 |
| August 7, 2019 | $46.25 | May 6, 2020 | $15.30 |
| August 21, 2019 | $18.20 | May 13, 2020 | $17.30 |
| August 28, 2019 | $20.90 | May 20, 2020 | $12.15 |
| September 5, 2019 | $39.10 | May 28, 2020 | $13.85 |
| September 11, 2019 | $55.55 | June 8, 2020 | $12.15 |
| October 3, 2019 | $53.00 | June 17, 2020 | $12.05 |
| October 10, 2019 | $10.15 | June 24, 2020 | $17.05 |
| October 17, 2019 | $55.75 | July 1, 2020 | $15.30 |
| October 24, 2019 | $11.00 | July 13, 2020 | $11.05 |
| October 31, 2019 | $43.50 | August 5, 2020 | $22.10 |
| November 21, 2019 | $16.25 | August 19, 2020 | $18.20 |
| November 25, 2019 | $39.35 | August 31, 2020 | $10.90 |
| December 5, 2019 | $44.65 | January 11, 2021 | $12.25 |
| December 12, 2019 | $45.80 | January 27, 2021 | $12.25 |
| December 19, 2019 | $11.00 | February 8, 2021 | $12.25 |
| December 27, 2019 | $18.15 | | |

----------------------------

Total typing & copying costs demanded by Defendants:          $1,529.45

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information -

Coleman FCC
LOW
ACCOUNT No. 70048018          TF55514
BALL, WILLIAM BRINSON
03/12/19 Time 13:41:01      TX ID 22719217
                                      Receipt# 56

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,800.96

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | **DNO** PARA COFFEE CREAMER | $1.25 |
| 3 | **DNO** HONEY PEPPER TURKEY | $5.40 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.10 |
| 2 | **DNO**HERSEY'S GOLD | $0.50 |
| 1 | **DNO**KAOPECTATE | $6.95 |
| 3 | **DNO**KEEFE JALAPENO CHEESE | $6.30 |
| 5 | **DNO**OATMEAL CREME PIE | $11.50 |
| 1 | **DNO**ROLAIDS (3PK) | $2.30 |
| 1 | **DNO**S/F JUICY RED HAW PUNCH | $1.40 |
| 1 | **DNO**SOCCER SOCKS | $2.95 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 1 | BATTERY AAA | $2.20 |
| 4 | CHIK.SOUP | $1.20 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | COFFEE, TASTER'S CHOICE | $9.45 |
| 2 | FOLGERS TRAD ROAST | $7.00 |
| 1 | FOREVER BOOK | $11.00 |
| 4 | LONG GRAIN RICE | $4.60 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 5 | ROAST/ SALTED PNUTS | $2.50 |
| 4 | SOUP CHILI (BULK*2880*) | $1.20 |
| 4 | SOUP SHRIMP **2880-PALLET** | $1.20 |
| 4 | SOUP TEXAS BEEF**2880-PALLET** | $1.20 |
| 1 | SUPER C **12* | $1.50 |
| 5 | SWEET & SALTY ALMND BAR(36) | $3.25 |
| 1 | VANILLA CARAMELS (CAMP) | $0.65 |
|  | # ITEMS SOLD: 66 | |
|  | CHARGE   70048018 | $117.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,683.41

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF45386
BALL, WILLIAM BRINSON
03/18/19 Time 14:02:38     TX ID 22749940
                           Receipt# 2

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,623.41

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 5 | **DNO** CHOC CREME OREO | $3.00 |
| 5 | **DNO** DUPLEX CREMES | $3.00 |
| 4 | **DNO** HONEY PEPPER TURKEY | $7.20 |
| 1 | **DNO** TOOTHPASTE COLGATE | $3.00 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 4 | **DNO**OATMEAL CREME PIE | $9.20 |
| 1 | **DNO**ROLAIDS (3PK) | $2.30 |
| 1 | **DNO**SOCCER SOCKS | $4.30 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | BATTERY AAA | $4.40 |
| 3 | CHIK.SOUP | $0.90 |
| 1 | CHLORASEPTIC | $4.55 |
| 5 | COCONUT MACAROONS | $5.75 |
| 1 | COFFEE, TASTER'S CHOICE | $9.45 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | DNO NASALCROM | $10.20 |
| 2 | FOLGERS TRAD ROAST | $7.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 4 | LONG GRAIN RICE | $4.60 |
| 1 | PEN REFILLS**144* | $0.90 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 20 | SINGLE STAMPS | $11.00 |
| 3 | SOUP CHILI  (BULK*2880*) | $0.90 |
| 3 | SOUP SHRIMP **2880-PALLET** | $0.90 |
| 3 | SOUP TEXAS BEEF**2880-PALLET** | $0.90 |
| 1 | SUPER C **12* | $1.50 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | VITAMIN E 100 CT | $5.15 |
| 1 | WYLER'S S/F RASPBERRY | $1.40 |
|  | # ITEMS SOLD: 81 |  |
|  | CHARGE  70048018 | $124.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,498.86

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information 1.1
Coleman FCC
LOW
ACCOUNT No. 70048018          TF45386
BALL, WILLIAM BRINSON
04/02/19 Time 18:21:59      TX ID 22811116
                            Receipt# 117

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,916.17

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 2 | **DNO** HONEY PEPPER TURKEY | $3.60 |
| 1 | **DNO** JOLLY RANCHER MIX | $1.30 |
| 5 | **DNO** ORIENTAL RICE | $3.25 |
| 1 | **DNO** PURPLE SMASH HAW PUNCH | $1.40 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**L GILDAN T SHIRTS | $5.70 |
| 1 | **DNO**ROLAIDS (3PK) | $2.30 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 2 | BUFFALO HOT WING PRETZ | $1.50 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 5 | CHIK.SOUP | $1.50 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | COTTON SWAB | $1.10 |
| 1 | CRUNCHY CHEETOS | $1.95 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | DNO NASALCROM | $10.20 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HOT BEEF SUMMER SAUSAGE | $3.90 |
| 1 | M GRAY THERMAL BOTTOMS | $9.10 |
| 1 | M GRT MEN BOXER BRIEF | $7.65 |
| 1 | MIRROR, ACRYLIC | $2.60 |
| 1 | NON-ASPIRIN REG | $2.25 |
| 1 | OMEPRAZOLE (PRILOSEC) | $12.65 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 5 | SOUP CALIF. VEG 4**1320PALLET* | $3.00 |
| 5 | SOUP CHILI (BULK*2880*) | $1.50 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | WHITE ENVELOPE | $1.30 |

# ITEMS SOLD: 61
CHARGE   70048018     $160.95

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF55514
BALL, WILLIAM BRINSON
04/09/19 Time 19:01:52        TX ID 22849224
                              Receipt# 177

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,755.22

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 2 | **DNO** PARA COFFEE CREAMER | $2.50 |
| 1 | **DNO** HONEY PEPPER TURKEY | $1.80 |
| 1 | **DNO** TEA, CELE HERBAL | $3.35 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | **DNO**JOLLY RANCHER(W.MELON) | $1.30 |
| 4 | **DNO**OATMEAL CREME PIE | $9.20 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $4.85 |
| 1 | BEEF SUMMER SAUSAGE (REG.) | $1.95 |
| 1 | BLACK BEANS W/SPICE **24** | $2.15 |
| 3 | CALIFORNIA GOLD | $7.80 |
| 1 | CHLORASEPTIC | $4.55 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | DNO NASALCROM | $10.20 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | JVC- SP EAR BUDS | $16.50 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | LOUIS HOT SAUCE**12** | $0.95 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 1 | OMEPRAZOLE (PRILOSEC) | $12.65 |
| 2 | PHOTO TICKET | $2.00 |
| 5 | ROAST/ SALTED PNUTS | $2.50 |
| 5 | SNICKERS**384** | $4.50 |
| 3 | SOUP CALIF. VEG 4**1320PALLET* | $1.80 |
| 5 | SOUP SHRIMP **2880-PALLET** | $1.50 |
| 5 | SOUP TEXAS BEEF**2880-PALLET** | $1.50 |
| 1 | ST # 817 FILLER PAPER | $2.60 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| | # ITEMS SOLD: 58 | |
| | CHARGE  70048018 | $150.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,605.07

Fingerprint Verified

Signature

..................................................................        Ex.  "CCCC"

***********************************************************
***          COUPON          ***
***********************************************************

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018          TF55514
BALL, WILLIAM BRINSON
04/16/19 Time 18:27:20        TX ID 22879286
                              Receipt# 163

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $1,590.07

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 2 | **DNO** CHOC CREME OREO | $1.20 |
| 1 | **DNO** DIET MIST TWIST | $4.85 |
| 5 | **DNO** M&M | $4.75 |
| 1 | **DNO** NUTTY BARS | $2.00 |
| 2 | **DNO** PNUT BUTTR COOKIE | $1.20 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | **DNO**JOLLY RANCHER(W.MELON) | $1.30 |
| 5 | CHIK.SOUP | $1.50 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COCONUT MACAROONS | $2.30 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | GREY TOWEL -53688010G | $6.80 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | ICED OATMEAL COOKIES | $2.30 |
| 1 | JVC- SP EAR BUDS | $16.50 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | M GRT MEN BOXER BRIEF | $7.65 |
| 1 | MINI PHOTO ALBUM | $3.90 |
| 3 | RANCH DRESSING**84** | $1.65 |
| 1 | SMOKED BABY CLAMS | $1.20 |
| 5 | SOUP TEXAS BEEF**2880-PALLET** | $1.50 |
| 1 | WYLER'S S/F RASPBERRY | $1.40 |
| 1 | ZEBRA CAKES | $2.00 |
| | # ITEMS SOLD: 46 | |
| | CHARGE   70048018 | $102.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,487.92

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC LOW

ACCOUNT No. 70048018     TF55514
BALL, WILLIAM BRINSON
05/07/19 Time 13:10:59    TX ID 22969217
               Receipt# 88

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,090.37

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | **DNO** PARA COFFEE CREAMER | $2.50 |
| 10 | **DNO** HONEY PEPPER TURKEY | $18.00 |
| 2 | **DNO** MESQUITE BBQ | $3.50 |
| 1 | **DNO** NUTTY BARS | $2.00 |
| 1 | **DNO** SRIRACHA CHILI SAUCE | $2.20 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**CK1 GOLD (U) | $5.00 |
| 2 | **DNO**PEPSI 12PK | $9.70 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATTERY AA | $2.20 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COPYCARDS/50 | $6.50 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | FLOSS LOOPS | $2.55 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 10 | MACKREL**24** | $12.00 |
| 1 | ML SHABANG CHIPS | $1.45 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 3 | RANCH DRESSING**84** | $1.65 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 1 | SALT & PEPPER | $1.70 |
| 2 | SMOKED BABY CLAMS | $2.40 |
| 1 | SOUP CALIF. VEG 4**1320PALLET* | $0.60 |
| 2 | SOUR CREAM & ONION | $2.90 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | ULTRA CALCIUM PLUS VITAMIN D | $4.25 |

# ITEMS SOLD: 55
    CHARGE 70048018    $121.95

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $968.42

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018　　　TF55520
BALL, WILLIAM BRINSON
05/14/19 Time 12:49:28　　TX ID 22997271
　　　　　　　　　　　　　　Receipt# 61

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $908.42

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 2 | **DNO** PARA COFFEE CREAMER | $2.50 |
| 2 | **DNO** CHOC CREME OREO | $1.20 |
| 2 | **DNO** DUPLEX CREMES | $1.20 |
| 4 | **DNO** HONEY PEPPER TURKEY | $7.20 |
| 2 | **DNO** MESQUITE BBQ | $3.50 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $4.85 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | BATTERY AAA | $4.40 |
| 5 | BUFFALO HOT WING PRETZ | $3.75 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COCONUT MACAROONS | $2.30 |
| 3 | COPYCARDS/50 | $19.50 |
| 5 | FLOUR TORTILLA | $7.00 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 4 | LONG GRAIN RICE | $4.60 |
| 10 | MACKREL**24** | $12.00 |
| 2 | ML SHABANG CHIPS | $2.90 |
| 2 | NACHO CHEESE | $3.70 |
| 1 | NAPROXEN | $4.15 |
| 1 | NON-ASPIRIN REG | $2.25 |
| 5 | ROAST/ SALTED PNUTS | $2.50 |
| 1 | S/F HONEY | $3.30 |
| 1 | SAZON CULANTRO**36** | $1.70 |
| 2 | SOUR CREAM & ONION | $2.90 |
| 2 | WHITE CHEDDAR POPCORN | $2.40 |

# ITEMS SOLD: 67
CHARGE　70048018　　$128.60

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $779.82

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF55514
BALL, WILLIAM BRINSON
05/21/19 Time 12:37:24    TX ID 23028570
                          Receipt# 47

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,249.82

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 4 | **DNO** HONEY PEPPER TURKEY | $7.20 |
| 1 | **DNO** NUTTY BARS | $2.00 |
| 1 | **DNO** PURPLE SMASH HAW PUNCH | $1.40 |
| 1 | **DNO** SOAP, COCOA BUTTER | $2.20 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**OATMEAL CREME PIE | $2.30 |
| 1 | **DNO**PEPSI 12PK | $4.85 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 2 | **DNO**VEGETABLE FLAKES | $2.40 |
| 3 | **DNO**YOGURT TRAILMIX | $2.55 |
| 1 | **NEW**TOOTH BRUSH HOLDER | $0.50 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 2 | CALIFORNIA GOLD | $5.20 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEE, TASTER'S CHOICE | $9.45 |
| 1 | DNO FIBER CAPLETS | $10.40 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | FLOUR TORTILLA | $1.40 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | LOTION, COCOA BUTTER | $4.85 |
| 2 | MOZZARELLA CHEESE | $3.60 |
| 1 | NAPROXEN | $4.15 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 2 | SMOKED BABY CLAMS | $2.40 |
| 2 | SNICKERS**384** | $1.80 |
| 1 | SOUP CALIF. VEG 4**1320PALLET* | $0.60 |
| 1 | SUGAR TWIN | $1.65 |
| 4 | SWEET & SALTY ALMND BAR(36) | $2.60 |
| 1 | SWISS MISS W/ M.MALLOW**12** | $1.55 |
| 1 | UNSALTED MIXED NUTS | $3.60 |

# ITEMS SOLD: 46
CHARGE  70048018      $114.75

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,135.07

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF55520
BALL, WILLIAM BRINSON
06/04/19 Time 11:54:07        TX ID 23090273
                              Receipt# 10

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,446.37

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | **DNO** PARA COFFEE CREAMER | $2.50 |
| 5 | **DNO** CHOC CREME OREO | $3.00 |
| 3 | **DNO** CHOCOLATE CHIP COOKIES | $3.45 |
| 2 | **DNO** HONEY PEPPER TURKEY | $3.60 |
| 1 | **DNO** JOLLY RANCHER MIX | $1.30 |
| 5 | **DNO** M&M | $4.75 |
| 1 | **DNO** MESQUITE BBQ | $1.75 |
| 5 | **DNO** PNUT BUTTR COOKIE | $3.00 |
| 5 | **DNO** POWDERED DONUT | $3.50 |
| 1 | **DNO** PURPLE SMASH HAW PUNCH | $1.40 |
| 1 | **DNO** TOOTHPASTE COLGATE | $3.00 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.10 |
| 2 | **DNO**HONEY NUT CEREAL | $5.80 |
| 1 | **DNO**JOLLY RANCHER(W.MELON) | $1.30 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 2 | BATTERY AAA | $4.40 |
| 2 | CA TORTILLA CHP**12** | $3.90 |
| 2 | CHIK.SOUP | $0.60 |
| 3 | COCONUT MACAROONS | $3.45 |
| 1 | COFFEE, KEEFE | $3.40 |
| 2 | COPYCARDS/50 | $13.00 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 2 | FLOUR TORTILLA | $2.80 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | NACHO CHEESE | $3.70 |
| 1 | PHOTO TICKET | $1.00 |
| 4 | ROAST/ SALTED PNUTS | $2.00 |
| 2 | SOUP CHILI (BULK*2880*) | $0.60 |
| 2 | SOUP SHRIMP **2880-PALLET** | $0.60 |
| 2 | SOUP TEXAS BEEF**2880-PALLET** | $0.60 |

Ex. "CCCC"

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018              TF55520
BALL, WILLIAM BRINSON
06/18/19 Time 17:55:10      TX ID 23161473
                            Receipt# 13

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,139.67

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 5 | **DNO** HONEY PEPPER TURKEY | $9.00 |
| 1 | **DNO**CLEAR  BOWL | $4.30 |
| 1 | **DNO**PEPSI  12PK | $4.85 |
| 2 | **DNO**S/F JUICY RED HAW PUNCH | $2.80 |
| 1 | **DNO**TEK TOOTHBRUSH PRO SOFT | $0.50 |
| 1 | **DNO*CHARMIN ULTRA SOFT (NEW) | $5.45 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | BATTERY AA | $4.40 |
| 1 | BATTERY AAA | $2.20 |
| 3 | BUFFALO HOT WING PRETZ | $2.25 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, TASTER'S CHOICE | $9.45 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | GREY WASHCLOTH | $1.10 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | M GRT MEN BOXER BRIEF | $7.65 |
| 1 | NAPROXEN | $4.15 |
| 1 | PALM BRUSH | $0.50 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | S/F HONEY | $3.30 |
| 1 | SOCCER SOCKS | $4.30 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | VITAMIN E 100 CT | $5.15 |
| 1 | WYLER'S S/F RASPBERRY | $1.40 |
| 2 | ZEBRA CAKES | $4.00 |
|  | # ITEMS SOLD:  43 | |
|  | CHARGE   70048018 | $141.00 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,998.67

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018              TF46919
BALL, WILLIAM BRINSON
07/10/19 Time 19:18:28     TX ID 23260702
                            Receipt# 85

**BEGINNING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $2,562.47

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 2 | **DNO** LEMON BERRY HAW PUNCH | $2.80 |
| 2 | **DNO** PARA COFFEE CREAMER | $2.50 |
| 2 | **DNO** M&M | $1.90 |
| 4 | **DNO** PURPLE SMASH HAW PUNCH | $5.60 |
| 2 | **DNO** S/F ORANGE HAW PUNC | $2.80 |
| 1 | **DNO** SRIRACHA CHILI SAUCE | $2.20 |
| 2 | **DNO** TUSSIN COUGH SYRUP | $4.90 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 2 | **DNO**S/F JUICY RED HAW PUNCH | $2.80 |
| 2 | **DNO**VEGETABLE FLAKES | $2.40 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATTERY AAA | $2.20 |
| 2 | BEEF SUMMER SAUSAGE (REG.) | $3.90 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | CHOCOLATE PUDDING**12** | $1.85 |
| 2 | COFFEE, KEEFE | $6.80 |
| 2 | COPYCARDS/50 | $13.00 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 4 | HONEY PEPPER TURKEY | $7.20 |
| 2 | HOT BEEF SUMMER SAUSAGE | $3.90 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | PARAMOUNT DRY MILK | $4.10 |
| 1 | PEN REFILLS**144* | $0.90 |
| 1 | PRO SHAVE CRM | $1.65 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 1 | SALT & PEPPER | $1.70 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | SPANISH OLIVES | $1.25 |
| 1 | SWEET & SALTY ALMND BAR(36) | $0.65 |
| 5 | THAI NOODLE**24** | $4.25 |
| 3 | TURKEY & SWISS CHEESE COMBO | $3.90 |

Ex. "CCCC"

SALES INVOICE 25 Personal Inmate Information RL
Coleman FCC LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
07/17/19 Time 19:46:28     TX ID 23286896
                           Receipt# 85

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,576.87

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 1 | **DNO** M&M | $0.95 |
| 1 | **DNO** MILK OF MAGNESIA | $2.35 |
| 1 | **DNO** SRIRACHA CHILI SAUCE | $2.20 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 10 | **DNO**KEEFE JALAPENO CHEESE | $21.00 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | **DNO**PEPSI 12PK | $4.85 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $4.85 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATTERY AAA | $2.20 |
| 1 | BUTTER PECAN ICE CREAM | $1.95 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 2 | COPYCARDS/50 | $13.00 |
| 1 | COTTON SWAB | $1.10 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 4 | HONEY PEPPER TURKEY | $7.20 |
| 1 | ICED OATMEAL COOKIES | $1.15 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 3 | LONG GRAIN RICE | $3.45 |
| 1 | NAPROXEN | $4.15 |
| 1 | NUKOTE 86TL COR RIB | $0.80 |
| 1 | PEN REFILLS**144* | $0.90 |
| 3 | PHOTO TICKET | $3.00 |
| 3 | RANCH DRESSING**84** | $1.65 |
| 1 | SOCCER SOCKS | $4.30 |
| 1 | SUGAR TWIN | $1.65 |
| 1 | XM-64 OZ JUGS | $8.75 |

# ITEMS SOLD: 53
CHARGE  70048018      $134.00

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,442.87

Fingerprint Verified

Signature

Ex. "CCCC"

............................................................................

**********************************************************

SALES INVOICE 25-Personal Inmate Information
Coleman FCC
LOW
ACCOUNT No. 70048018            TF48715
BALL, WILLIAM BRINSON
07/24/19 Time 17:19:47          TX ID 23313575
                                Receipt# 88

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,415.37

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | B192/R5110 IBM -L | $14.30 |
| 2 | **DNO* BLUE TYPHOON | $2.80 |
| 1 | **DNO** JALAPENO PRETZEL | $1.00 |
| 1 | **DNO** PNUT BUTTR COOKIE | $0.60 |
| 1 | **DNO** TRIPLE ANTIBIOTIC | $2.65 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**EMERY BOARD | $0.45 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | **DNO**PEPSI 12PK | $4.85 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $4.85 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BAND AID CLEAR**20** | $3.45 |
| 2 | BATTERY AA | $4.40 |
| 1 | BODY PUFF SCRUNGE | $1.15 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, TASTER'S CHOICE | $9.45 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | FINGERNAIL CLIPPERS | $0.90 |
| 1 | FLOUR TORTILLA | $1.40 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HONEY PEPPER TURKEY | $3.60 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LOTION, COCOA BUTTER | $4.85 |
| 1 | LOUIS HOT SAUCE**12** | $0.95 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 1 | NEW COLGATE TOOTHPASTE | $3.00 |
| 1 | OHM LORATADINE | $3.15 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | SALT & PEPPER | $1.70 |
| 1 | SQUARE TWEEZR | $0.60 |
| 2 | SUPREME MINCED ONION**12** | $2.60 |
| 1 | TOE NAIL CLIPPER ( NO USP) | $1.15 |
| 2 | TWIN BLADE 10-PACK | $4.50 |

# ITEMS SOLD: 46
CHARGE  70048018        $144.50

Ex. "CCCC"

ACCOUNT No. 70048018          TF46919
BALL, WILLIAM BRINSON
07/31/19 Time 17:28:17        TX ID 23343212
                              Receipt# 91

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,260.07

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 1 | **DNO** HOT FRIES | $2.00 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO** POWDERED DONUT | $0.70 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 2 | **DNO**HONEY NUT CEREAL | $5.80 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 2 | **DNO**PEPSI 12PK | $9.70 |
| 0 | 192LT/R5111 LIFT OFF TAPE | $0.00 |
| 1 | ADOBA PEPPER | $1.95 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | BATTERY AAA | $4.40 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 3 | COPYCARDS/50 | $19.50 |
| 1 | EC800 TYPE RIBBON | $9.10 |
| 3 | FISH STEAK CHLI **24** | $3.00 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | GREY TOWEL -53688010G | $6.80 |
| 0 | GREY WASHCLOTH | $0.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HONEY PEPPER TURKEY | $3.60 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 4 | LONG GRAIN RICE | $4.60 |
| 1 | OHM LORATADINE | $3.15 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 3 | RANCH DRESSING**84** | $1.65 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 3 | SOUP CHILI  (BULK*2880*) | $0.90 |
| 1 | SUGAR TWIN | $1.65 |
| 1 | SUPREME GARLIC POWER | $1.55 |
| | # ITEMS SOLD: 49 CHARGE   70048018 | $133.00 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,127.07

Fingerprint Verified

Ex.  "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
08/07/19 Time 13:36:20          TX ID 23369842
                                Receipt# 39

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,115.07

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 3 | **DNO** BANANA MOON PIE | $1.80 |
| 1 | **DNO** JOLLY RANCHER MIX | $1.30 |
| 2 | **DNO** M&M | $1.90 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**BRUSH NO HNDLE | $2.90 |
| 1 | **DNO**CLEAR BOWL | $4.30 |
| 1 | **DNO**DATEX CALCULATOR | $6.50 |
| 1 | **DNO**SOFT SOAP DISH SOAP | $1.15 |
| 2 | **DNO*BROWN SUGAR CINN POPTART | $1.90 |
| 1 | **NEW**TOOTH BRUSH HOLDER | $0.50 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 1 | BRITA WATER FILTER | $8.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | COTTON SWAB | $1.10 |
| 1 | DIET PEPSI | $4.85 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | FRESH CATCH TUNA**48** | $2.80 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HONEY PEPPER TURKEY | $3.60 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 1 | NAPROXEN | $4.15 |
| 1 | OHM LORATADINE | $3.15 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | PLANTAIN CHIPS (SEA SALT) | $1.90 |
| 1 | PRO AFTER SHAVE GEL | $1.70 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 1 | SOFT HAIRFOD | $2.70 |
| 1 | SWEET PLANTAIN CHIPS | $1.90 |

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018      TF48715
BALL, WILLIAM BRINSON
08/21/19 Time 12:24:48    TX ID 23425320
                     Receipt# 66

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,892.92

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | **DNO** HOT FRIES | $2.00 |
| 1 | **DNO** JALAPENO PRETZEL | $1.00 |
| 1 | **DNO** M&M | $0.95 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 1 | DIET DR. PEPPER 12PK | $4.85 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | FOREVER BOOK | $11.00 |
| 3 | FRESH CATCH TUNA**48** | $4.20 |
| 1 | ICED OATMEAL COOKIES | $1.15 |
| 1 | JALAPENO SLICES **300** | $0.40 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LONG GRAIN RICE | $1.15 |
| 2 | MOZZARELLA CHEESE | $3.60 |
| 1 | MP3 SPORTS PROTECTIVE COVERS | $3.60 |
| 1 | MURRAY'S BLACK BEESWAX | $2.55 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 1 | NOTEBOOK 80 | $1.60 |
| 1 | PRO SHAVE CRM | $1.65 |
| 1 | REESE PIECES | $1.20 |
| 1 | ROLLED OATS **12** | $1.95 |
| 2 | STRAWBERRY CREAM COOKIES | $1.20 |
| 1 | SWEET PLANTAIN CHIPS | $1.90 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 2 | VANILLA CREAM COOKIES | $1.20 |

# ITEMS SOLD: 35
    CHARGE  70048018    $72.30

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,820.62

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF48715
BALL, WILLIAM BRINSON
08/28/19 Time 14:16:46     TX ID 23451277
                           Receipt# 53

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,779.62

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 2 | **DNO** CHOCOLATE CHIP COOKIES | $2.30 |
| 2 | **DNO** M&M | $1.90 |
| 1 | **DNO** MESQUITE BBQ | $1.75 |
| 1 | **DNO** OREO BROWNIE | $1.10 |
| 2 | **DNO** POWDERED DONUT | $1.40 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**HONEY NUT CEREAL | $2.90 |
| 1 | **DNO**KEEFE JALAPENO CHEESE | $2.10 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 2 | BEEF SUMMER SAUSAGE (REG.) | $3.90 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | COFFEE, KEEFE | $3.40 |
| 2 | DEEP FRIED CATFISH | $3.00 |
| 1 | FLOUR TORTILLA | $1.40 |
| 2 | FRESH CATCH TUNA**48** | $2.80 |
| 2 | HERSHEY W/ALMDS | $1.80 |
| 2 | HONEY PEPPER TURKEY | $3.60 |
| 1 | HOT PEPPER MIX | $2.30 |
| 1 | ICED OATMEAL COOKIES | $1.15 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | MAYONNAISE | $3.30 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 2 | MOZZARELLA CHEESE | $3.60 |
| 2 | REESE PIECES | $2.40 |
| 1 | ROAD RUNNER RASPBERRY | $1.95 |
| 1 | S/F ICED TEA/W PEACH | $1.40 |
| 20 | SINGLE STAMPS | $11.00 |
| 2 | STRAWBERRY CREAM COOKIES | $1.20 |
| 2 | VANILLA CREAM COOKIES | $1.20 |
|  | # ITEMS SOLD: 63 CHARGE 70048018 | $82.40 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,697.22

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
09/05/19 Time 17:31:40     TX ID 23480009
                           Receipt# 120

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,640.22

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** CHIK.SOUP | $0.30 |
| 1 | **DNO** HERSHEY DARK BAR | $0.95 |
| 1 | **DNO** MESQUITE BBQ | $1.75 |
| 3 | **DNO** POWDERED DONUT | $2.10 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.10 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | **DNO**KEEFE JALAPENO CHEESE | $2.10 |
| 1 | **DNO**SEASON GROUND BEEF | $2.60 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 2 | **DNO**YOGURT TRAILMIX | $1.70 |
| 1 | **DNO*BROWN SUGAR CINN POPTART | $0.95 |
| 1 | ASPRIN | $1.45 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CHILI W/ BEAN**48** | $1.60 |
| 4 | COPYCARDS/50 | $26.00 |
| 1 | DIET MT. DEW 12PK | $4.85 |
| 2 | FLOUR TORTILLA | $2.80 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | GILDA CRACKERS | $2.30 |
| 2 | HANGER ( NO USP) | $0.60 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LONG GRAIN RICE | $1.15 |
| 1 | MACKREL**24** | $1.20 |
| 1 | ML SHABANG CHIPS | $1.45 |
| 1 | NAPROXEN | $4.15 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 1 | PEPPERONI**24** | $2.20 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | RITZ SANDWICH CRKRS**112** | $0.35 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | S/F HONEY | $3.30 |
| 1 | SAZON CULANTRO**36** | $1.70 |
| 1 | SEASONED PORK | $4.20 |
| 1 | SEASONED SHREDDED BEEF | $4.80 |
| 1 | SLICED SALAMI**24** | $2.20 |
| 1 | SOUR CREAM & ONION | $1.45 |
| 1 | SPANISH OLIVES | $1.25 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | SUPREME MINCED ONION**12** | $1.30 |

Ex. "CCCC"

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018          TF48715
BALL, WILLIAM BRINSON
09/11/19 Time 15:30:40      TX ID 23510873
                            Receipt# 103

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,414.92

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 2 | **DNO** CHEESY RICE | $3.70 |
| 5 | **DNO** CHIK.SOUP | $1.50 |
| 2 | **DNO** CHOCOLATE CHIP COOKIES | $2.30 |
| 1 | **DNO** JALAPENO PRETZEL | $1.00 |
| 5 | **DNO** SOUP CHILI | $1.50 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.10 |
| 1 | **DNO**HONEY NUT CEREAL | $2.90 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | DOUBLE FILLED CHOCO (NO USP) | $2.25 |
| 1 | FLOSS LOOPS | $2.55 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HONEY OATS CLUSTERS**12** | $3.25 |
| 2 | ICED OATMEAL COOKIES | $2.30 |
| 1 | JALAPENO SLICES **300** | $0.40 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 1 | PARAMOUNT DRY MILK | $4.10 |
| 2 | REESE PIECES | $2.40 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | ROLLED OATS **12** | $1.95 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 5 | SOUP SHRIMP **2880-PALLET** | $1.50 |
| 5 | SOUP TEXAS BEEF**2880-PALLET** | $1.50 |
| 2 | STRAWBERRY CREAM COOKIES | $1.20 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | SWEET PLANTAIN CHIPS | $1.90 |
| 1 | SWISS MISS W/ | $1.55 |

Ex. "CCCC"

SALES INVOICE 25-Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
10/03/19 Time 12:16:43        TX ID 23570452
                              Receipt# 29

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,098.57

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** CHEESY RICE | $1.85 |
| 2 | **DNO** CHOCOLATE CHIP COOKIES | $2.30 |
| 1 | **DNO** DOCUSATE 100MG STOOL | $2.70 |
| 1 | **DNO** JOLLY RANCHER MIX | $1.30 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | **DNO**HONEY NUT CEREAL | $2.90 |
| 1 | **DNO**KEEFE JALAPENO CHEESE | $2.10 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 1 | **DNO*BROWN SUGAR CINN POPTART | $0.95 |
| 2 | **NEW UPC** M&M | $1.90 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.05 |
| 1 | BUTTER PECAN ICE CREAM | $1.95 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | COTTON SWAB | $1.10 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 2 | DOUBLE FILLED CHOCO (NO USP) | $4.50 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HERSHEY W/ALMDS | $1.90 |
| 2 | HONEY PEPPER TURKEY | $3.60 |
| 1 | JALAPENO SLICES **300** | $0.40 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 2 | KF BROWN RICE | $2.60 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | NAPROXEN | $4.15 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 1 | OHM LORATADINE | $3.15 |

Ex. "CCCC"

| 1 | PINK STOMACH RELIEF | $3.05 |
|---|---|---|
| 1 | RANCH DRESSING**84** | $0.55 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | ROLLED OATS **12** | $1.95 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | VITAMIN B CMPLX | $5.15 |
| 1 | WHITE CHICKEN | $2.95 |
| 1 | WHITE ENVELOPE | $1.30 |
| | # ITEMS SOLD: 78 | |
| | CHARGE   70048018 | $148.65 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $949.92

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information
Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
10/10/19 Time 18:22:41       TX ID 23601556
                             Receipt# 152

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,804.92

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 5 | **DNO** CHIK.SOUP | $1.50 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.05 |
| 1 | **DNO**CHEX MIX**OLD UPC** | $3.15 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO*BROWN SUGAR CINN POPTART | $0.95 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BAND AID CLEAR**20** | $3.45 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | EC800 TYPE RIBBON | $9.10 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LONG GRAIN RICE | $1.15 |
| 1 | NAPROXEN | $4.15 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 2 | RICE KRISPIE TREAT | $1.30 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | SARDINES IN OIL CHICK OF SEA | $1.00 |
| 2 | SNICKERS**384** | $2.00 |
| 5 | SOUP CALIF. VEG 4**1320PALLET* | $3.00 |
| 1 | SUPREME MINCED ONION**12** | $1.30 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | ULTRA CALCIUM PLUS VITAMIN D | $4.25 |
| 1 | VITAMIN B CMPLX | $5.15 |
| 1 | VITAMIN C-500 | $3.15 |
| 1 | VITAMIN E 100 CT | $5.15 |
| | # ITEMS SOLD: 40 | |
| | CHARGE  70048018 | $78.70 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,726.22

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
10/17/19 Time 15:21:29      TX ID 23624342
                            Receipt# 124

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,656.22

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** HOT FRIES | $2.00 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO** TEA, CELE HERBAL | $3.35 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.30 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $5.00 |
| 2 | **DNO**SPANISH RICE | $1.30 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEE, TASTER'S CHOICE | $9.70 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 5 | COPYCARDS/50 | $32.50 |
| 3 | DEEP FRIED CATFISH | $4.50 |
| 1 | DELUXE ADDRESS BOOK | $2.40 |
| 1 | DEODOR, DEGREE MEN **12** | $2.50 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 2 | DOUBLE FILLED CHOCO (NO USP) | $4.50 |
| 2 | FLOUR TORTILLA | $2.80 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | MUSCLE RUB | $2.45 |
| 1 | NAPROXEN | $4.15 |
| 1 | OHM LORATADINE | $3.15 |
| 1 | PEN REFILLS**144* | $0.90 |
| 2 | REESE PIECES | $2.40 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 1 | SPANISH OLIVES | $1.25 |
| 1 | ST # 817 FILLER PAPER | $2.60 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | VITAMIN E 100 CT | $5.15 |
|  | # ITEMS SOLD: 52 | |
|  | CHARGE   70048018 | $145.80 |

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF46919
BALL, WILLIAM BRINSON
10/24/19 Time 18:11:52      TX ID 23648923
                             Receipt# 73

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,457.42

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** FLOSS PICK | $1.40 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 1 | **DNO** TEA BAGS**24** | $1.95 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | **DNO**FRESH CATCH TUNA**48** | $1.40 |
| 1 | **DNO**HONEY NUT CEREAL | $2.90 |
| 2 | **DNO**YOGURT TRAILMIX | $1.70 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BUTTER PECAN ICE CREAM | $1.95 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEE, TASTER'S CHOICE | $9.70 |
| 1 | COTTON SWAB | $1.10 |
| 2 | DIAL ANTIBAC SOAP NEW | $1.60 |
| 2 | FISH STEAK CHLI **24** | $2.00 |
| 2 | FLOUR TORTILLA | $2.80 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | HONEY PEPPER TURKEY | $3.80 |
| 1 | JALAPENO SLICES **300** | $0.40 |
| 2 | KAISER DILL PICKLE | $1.60 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | LOTION, COCOA BUTTER | $4.85 |
| 1 | LOUIS HOT SAUCE**12** | $0.95 |
| 1 | MAYONNAISE | $3.30 |
| 1 | NAPROXEN | $4.15 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 1 | OHM LORATADINE | $3.15 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | PLANTAIN CHIPS (SEA SALT) | $1.90 |
| 1 | RANCH DRESSING**84** | $0.55 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | ROLLED OATS **12** | $1.95 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 1 | SALT & PEPPER | $1.70 |
| 1 | SAZON CULANTRO**36** | $1.70 |
| 1 | SEWING KIT | $1.90 |
| 1 | SOCCER SOCKS | $4.30 |
| 2 | SOUP CALIF. VEG 4**1320PALLET* | $1.20 |
| 1 | SUPREME MINCED ONION**12** | $1.30 |
| 1 | TM-20 INSULATED MUG | $3.40 |

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information –

Coleman FCC
LOW
ACCOUNT No. 70048018          TF46919
BALL, WILLIAM BRINSON
10/31/19 Time 14:39:35         TX ID 23671525
                               Receipt# 138

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,335.77

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO** SHABANG EXTREME KETTLE | $2.10 |
| 1 | **DNO**KAOPECTATE | $6.95 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 1 | 10 NIKE RUN ALL DAY | $69.95 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHLORASEPTIC | $4.55 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | FRESHMINT UNWAXED FLOSS | $1.60 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | NAPROXEN | $4.15 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 1 | ORAL PAIN RELIEF | $1.50 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | SUAVE LOTION | $2.85 |
| 1 | SUPREME GARLIC POWER | $1.55 |
| 1 | VITAMIN C-500 | $3.15 |
| | # ITEMS SOLD: 45 | |
| | CHARGE  70048018 | $157.20 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $5,178.57

Fingerprint Verified

Signature

Ex. "CCCC'

SALES INVOICE -- Personal Inmate Information --

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
11/21/19 Time 13:30:56     TX ID 23753609
                              Receipt# 22

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,677.02

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 1 | **DNO**BIGELOW VARIETY TEA | $3.50 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.75 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.15 |
| 5 | CHIK.SOUP | $1.50 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 1 | EC800 TYPE RIBBON | $9.10 |
| 2 | FISH STEAK CHLI **24** | $2.00 |
| 1 | HONEY OATS CLUSTERS**12** | $3.25 |
| 4 | HONEY PEPPER TURKEY | $7.60 |
| 4 | LONG GRAIN RICE | $4.60 |
| · 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 2 | REESE PIECES | $2.40 |
| 2 | ROLLED OATS **12** | $3.90 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 5 | SOUP CHILI (BULK*2880*) | $1.50 |
| 5 | SOUP TEXAS BEEF**2880-PALLET** | $1.50 |
| 1 | SOUR CREAM & ONION | $1.45 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | SUGAR TWIN | $1.65 |
| 1 | SWEET & SALTY ALMND BAR(36) | $0.65 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |
| | # ITEMS SOLD: 56 | |
| | CHARGE  70048018 | $87.40 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,589.62

Fingerprint Verified

Signature

.

Ex. "CCCC"

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
11/25/19 Time 14:12:27    TX ID 23767662
                          Receipt# 50

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,589.62

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | B192/R5110 IBM -L | $7.15 |
| 2 | **DNO** LEMON POWDERED DONUTS | $2.10 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 1 | **DNO**BIGELOW VARIETY TEA | $3.50 |
| 2 | **DNO**CAPPUCCINO-FRENCH VAN | $3.10 |
| 1 | **DNO**COSMETIC BAG CLEAR | $6.00 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 2 | **DNO**YOGURT TRAILMIX | $1.70 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 3 | COPYCARDS/50 | $19.50 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | HONEY PEPPER TURKEY | $3.80 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 2 | KAISER DILL PICKLE | $1.60 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 3 | QTR CHIP DOR SPICY SWEET | $5.55 |
| 1 | REESE PIECES | $1.20 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 2 | SALSA**12** | $3.80 |
| 1 | SARDINES IN OIL CHICK OF SEA | $1.00 |
| 1 | SAZON CULANTRO**36**· | $1.70 |
| 1 | SLICED SALAMI**24** | $2.20 |
| 2 | SPANISH OLIVES | $2.50 |
| 1 | SUGAR TWIN | $1.65 |
| 1 | XM-64 OZ JUGS | $8.75 |
| | # ITEMS SOLD: 44 | |
| | CHARGE  70048018 | $105.20 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,484.42

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE --Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018          TF56689
BALL, WILLIAM BRINSON
12/05/19 Time 14:26:47          TX ID 23809911
                                Receipt# 26

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,402.42

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** BLACK AMBI SOAP | $1.80 |
| 1 | **DNO** CEREAL BAR | $0.65 |
| 5 | **DNO** CHOCOLATE CHIP COOKIES | $5.75 |
| 1 | **DNO** HESHEY MINIATURES | $2.35 |
| 1 | **DNO** LAUGHING COW CHEESE | $4.05 |
| 1 | **DNO** NUTELLA | $4.95 |
| 1 | **DNO** PB&J | $4.30 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 2 | **DNO**CAPPUCCINO-FRENCH VAN | $3.10 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.50 |
| 1 | **DNO**FRENCH VAN. CREAMER | $3.85 |
| 1 | **DNO**HERSHEY KISS ALMONDS | $2.35 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | **NEW** GOUDA CHEESE | $2.30 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BAND AID CLEAR**20** | $3.45 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CHEWY CHOC. CHIP COOKIES | $2.10 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | DNO MANGO MANDRIN BDYWSH | $3.05 |
| 1 | DOUBLE FILLED CHOCO (NO USP) | $2.25 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | GREY WASHCLOTH | $1.10 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | IMITATION CRABMEAT | $1.50 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 1 | LORATADINE**36** | $3.15 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 1 | PEPPERONI**24** | $2.20 |
| 3 | QTR CHIP DOR SPICY SWEET | $5.55 |
| 4 | ROAST/ SALTED PNUTS | $2.00 |
| 1 | SALT & PEPPER | $1.70 |
| 8 | SARDINES IN OIL CHICK OF SEA | $8.00 |
| 1 | SMOKED BABY CLAMS | $1.35 |
| 1 | SMOKED OYSTERS | $1.45 |
| 1 | SPAM**12** | $1.50 |
| 1 | SPORK YELLOW | $0.40 |

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
12/12/19 Time 13:34:48      TX ID 23845245
                            Receipt# 12

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $4,178.72

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO**VEGGIE CRACKERS | $1.70 |
| 1 | **DNO** BRUSHY CREEK HAM | $3.60 |
| 2 | **DNO** CHOCOLATE CHIP COOKIES | $2.30 |
| 1 | **DNO** COMBO LOCK (NO USP) | $7.05 |
| 1 | **DNO** GOLDEN PUFF CEREAL | $3.00 |
| 1 | **DNO** JALAPENO PRETZEL | $1.00 |
| 1 | **DNO** LAUGHING COW CHEESE | $4.05 |
| 2 | **DNO** NUTTY BARS | $4.00 |
| 1 | **DNO** SOAP, M-15 BLACK (C) | $1.40 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.30 |
| 1 | **DNO**FRENCH VAN. CREAMER | $3.85 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $5.00 |
| 1 | **DNO**TASTER HAZELNUT STICKS | $4.80 |
| 2 | **DNO**VEGETABLE FLAKES | $2.40 |
| 1 | **DNO**YOGURT PRETZELS | $1.45 |
| 5 | **DNO**YOGURT TRAILMIX | $4.25 |
| 1 | **NEW** GOUDA CHEESE | $2.30 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CHEWY CHOC. CHIP COOKIES | $2.10 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | DOUBLE FILLED CHOCO (NO USP) | $2.25 |
| 3 | FISH STEAK CHLI **24** | $3.00 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | L GRAY THERMAL TOP | $10.15 |
| 1 | LORATADINE**36** | $3.15 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 5 | ROAST/ SALTED PNUTS | $2.50 |
| 2 | SALSA**12** | $3.80 |
| 5 | SMOKED BABY CLAMS | $6.75 |
| 3 | SNICKERS**384** | $3.00 |

Ex. "CCCC"

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018          TF46919
BALL, WILLIAM BRINSON
12/19/19 Time 17:43:28     TX ID 23875458
                           Receipt# 158

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,980.77

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO**VEGGIE CRACKERS | $1.70 |
| 2 | **DNO** LAUGHING COW CHEESE | $8.10 |
| 1 | **DNO** PB&J | $4.30 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**CARAMEL MACCHIATO | $4.65 |
| 1 | **DNO**CHILI GARLIC SAUCE | $2.00 |
| 1 | **DNO**CREST TOOTHPASTE WHITE | $1.80 |
| 1 | **DNO**FRENCH VAN. CREAMER | $3.85 |
| 1 | **DNO**KAOPECTATE | $6.95 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 2 | **DNO**VEGETABLE FLAKES | $2.40 |
| 2 | **DNO**YOGURT PRETZELS | $2.90 |
| 4 | **DNO**YOGURT TRAILMIX | $3.40 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CHLORASEPTIC | $4.55 |
| 5 | COCONUT MACAROONS | $5.75 |
| 1 | COTTON SWAB | $1.10 |
| 1 | DIAL ANTIBAC SOAP NEW | $0.80 |
| 3 | FISH STEAK CHLI **24** | $3.00 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 1 | LORATADINE**36** | $3.15 |
| 3 | MOZZARELLA CHEESE | $5.40 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | SUPREME GARLIC POWER | $1.55 |
| 4 | THAI NOODLE**24** | $3.40 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| | # ITEMS SOLD: 53 | |
| | CHARGE  70048018 | $98.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,881.87

Fingerprint Verified

Signature

Ex. "CCCC"

**SALES INVOICE – Personal Inmate Information –**

Coleman FCC
LOW
ACCOUNT No. 70048018　　　　　TF46919
BALL, WILLIAM BRINSON
12/27/19 Time 11:55:26　　　TX ID 23907244
　　　　　　　　　　　　　　　　Receipt# 35

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,839.87

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | B192/R5110 IBM -L | $7.15 |
| 5 | **DNO** M&M | $4.75 |
| 1 | **DNO**CARAMEL MACCHIATO | $4.65 |
| 1 | **DNO**LEVER 2000 2PK | $2.30 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $5.00 |
| 1 | **NEW** GOUDA CHEESE | $2.30 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | BATTERY AA | $4.40 |
| 2 | BATTERY AAA | $4.40 |
| 2 | CHEWY CHOC. CHIP COOKIES | $4.20 |
| 1 | CHLORASEPTIC | $4.55 |
| 3 | COFFEE, KEEFE | $10.20 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 1 | DOUBLE FILLED CHOCO (NO USP) | $2.25 |
| 3 | FLOUR TORTILLA | $4.20 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 2 | KEEBLER CLUB CRACKERS | $2.40 |
| 2 | MOZZARELLA CHEESE | $3.60 |
| 3 | NAT VALLEY OATS N HONEY | $1.50 |
| 4 | ROAST/ SALTED PNUTS | $2.00 |
| 1 | SMOKED BABY CLAMS | $1.35 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 2 | TURKEY & SWISS CHEESE COMBO | $2.80 |
| 1 | VANILLA CREAM COOKIES | $0.60 |
| 3 | ZEBRA CAKES | $6.00 |
| | # ITEMS SOLD: 51 | |
| | CHARGE　70048018 | $110.65 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,729.22

　　　　　Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE -- Personal Inmate Information --

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
01/03/20 Time 09:04:38    TX ID 23932768
                         Receipt# 20

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $3,671.22

| QTY | DESCRIPTION | PRICE |
|-----|------------|-------|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | **DNO** MILK OF MAGNESIA | $2.35 |
| 1 | **DNO** NUTELLA | $4.95 |
| 1 | **DNO** SOAP, COCOA BUTTER | $2.20 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.30 |
| 1 | **DNO**CARAMEL MACCHIATO | $4.65 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.50 |
| 1 | **DNO**CLEAR  BOWL | $4.30 |
| 1 | **DNO**FRENCH VAN. CREAMER | $3.85 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 2 | **DNO**VEGETABLE FLAKES | $2.40 |
| 1 | **NEW**TOOTH BRUSH HOLDER | $0.50 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 4 | CALIFORNIA GOLD | $10.40 |
| 1 | CEREAL BOWL W/ LID *BULK 288* | $0.85 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | CLEAR SOAP DISH | $0.70 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 5 | NAT VALLEY OATS N HONEY | $2.50 |
| 1 | NUKOTE 86TL COR RIB | $0.80 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | REESE PIECES | $1.20 |
| 1 | ROLLED OATS **12** | $1.95 |
| 4 | SARDINES IN OIL CHICK OF SEA | $4.00 |
| 1 | SMOKED BABY CLAMS | $1.35 |
| 1 | SMOKED OYSTERS | $1.45 |
| 2 | SOUP CALIF. VEG 4**1320PALLET* | $1.20 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 2 | SUPREME GARLIC POWER | $3.10 |
| 5 | THAI NOODLE**24** | $4.25 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |
|  | # ITEMS SOLD: 56 |  |
|  | CHARGE  70048018 | $113.60 |

Ex.  "CCCC"

SALES INVOICE -- Personal Inmate Information --
Coleman FCC
LOW
ACCOUNT No. 70048018            TF51151
BALL, WILLIAM BRINSON
01/06/20 Time 14:50:39      TX ID 23944853
Receipt# 127

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,557.62

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** MILK OF MAGNESIA | $2.35 |
| 1 | **DNO** NUTELLA | $4.95 |
| 2 | **DNO** SHABANG EXTREME KETTLE | $4.20 |
| 1 | **DNO**AFRICAN HOT SIX OIL | $5.95 |
| 1 | **DNO**CARAMEL MACCHIATO | $4.65 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.50 |
| 1 | **DNO**FRENCH VAN. CREAMER | $3.85 |
| 1 | **DNO**SHOWER SHOE TAN MED | $3.25 |
| 1 | **DNO**SOAP, DOVE | $1.80 |
| 2 | **DNO**VEGETABLE FLAKES | $2.40 |
| 1 | **NEW** GOUDA CHEESE | $2.30 |
| 1 | ALLERGY TABS | $1.55 |
| 5 | CA TORTILLA CHP**12** | $9.75 |
| 1 | CHLORASEPTIC | $4.55 |
| 3 | COFFEE, KEEFE | $10.20 |
| 1 | COFFEEMATE CREAMER**12** | $2.90 |
| 4 | COPYCARDS/50 | $26.00 |
| 1 | FOLGERS TRAD ROAST | $3.50 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | GRAY BASEBALL CAP | $5.20 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LORATADINE**36** | $3.15 |
| 1 | ROAST/ SALTED PNUTS | $0.50 |
| 1 | SOCCER SOCKS | $4.30 |
| 4 | SOUP CALIF. VEG 4**1320PALLET* | $2.40 |
| 2 | SPAM**12** | $3.00 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 2 | SUPREME GARLIC POWER | $3.10 |
| 1 | SWISS MISS W/ M.MALLOW**12** | $1.55 |
| 4 | THAI NOODLE**24** | $1.00 |
| | # ITEMS SOLD: 52 | |
| | CHARGE   70048018 | $140.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,416.67

Fingerprint Verified

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
01/13/20 Time 14:49:31     TX ID 23976820
                           Receipt# 120

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,380.67

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** SALTINES**12** | $2.80 |
| 1 | **DNO** SOAP, COCOA BUTTER | $2.20 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.90 |
| 1 | **DNO**CLEAR BOWL | $4.30 |
| 3 | **DNO**FRESH CATCH TUNA**48** | $4.20 |
| 2 | **NEW** GOUDA CHEESE | $4.60 |
| 2 | BATTERY AAA | $4.40 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COPYCARDS/50 | $6.50 |
| 3 | FISH STEAK CHLI **24** | $3.00 |
| 1 | GREY WASHCLOTH | $1.10 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | LORATADINE**36** | $3.15 |
| 1 | M GRAY THERMAL BOTTOMS | $10.15 |
| 3 | MACKREL**24** | $3.60 |
| 1 | NAPROXEN | $4.15 |
| 2 | QTR CHIP DOR SPICY SWEET | $3.70 |
| 2 | REESE PIECES | $2.40 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 2 | S/F FRUIT CANDY | $1.30 |
| 1 | S/F HONEY | $3.30 |
| 2 | SALT & PEPPER | $3.40 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 1 | SAZON CULANTRO**36** | $1.70 |
| 20 | SINGLE STAMPS | $11.00 |
| 3 | SMOKED BABY CLAMS | $4.05 |
| 2 | SPAM**12** | $3.00 |
| 2 | SUPREME GARLIC POWER | $3.10 |
| 1 | SWISS MISS W/ M.MALLOW**12** | $1.55 |
| 1 | VITAMIN C-500 | $3.15 |
|  | # ITEMS SOLD: 73 | |
|  | CHARGE  70048018 | $113.85 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,266.82

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information –

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
01/21/20 Time 18:34:01    TX ID 24008433
                          Receipt# 209

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,189.82

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 5 | **DNO** SHABANG EXTREME KETTLE | $10.50 |
| 1 | **DNO** SOAP, COCOA BUTTER | $2.20 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.90 |
| 1 | **DNO**COSMETIC BAG CLEAR | $6.00 |
| 2 | **DNO**YOGURT TRAILMIX | $1.70 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATH/ SHW PWDR | $2.10 |
| 2 | BEEF SUMMER SAUSAGE (REG.) | $4.20 |
| 5 | CA TORTILLA CHP**12** | $9.75 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | COPYCARDS/50 | $6.50 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | HONEY PEPPER TURKEY | $3.80 |
| 1 | HONEY TOASTED PEANUTS | $1.60 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 5 | LONG GRAIN RICE | $5.75 |
| 1 | LORATADINE**36** | $3.15 |
| 2 | QTR CHIP DOR SPICY SWEET | $3.70 |
| 5 | RITZ SANDWICH CRKRS**112** | $1.75 |
| 2 | ROAST/ SALTED PNUTS | $1.00 |
| 1 | ROLLED OATS **12** | $1.95 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 4 | SARDINES IN OIL CHICK OF SEA | $4.00 |
| 5 | SOUR CREAM & ONION | $7.25 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 2 | SUPREME GARLIC POWER | $3.10 |
| 1 | SWEET PLANTAIN CHIPS | $1.90 |
|  | # ITEMS SOLD: 61 | |
|  | CHARGE   70048018 | $119.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,070.27

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
01/27/20 Time 15:47:24     TX ID 24031535
                           Receipt# 142

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is  $2,991.27

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** SALTINES**12** | $2.80 |
| 2 | **DNO** SHABANG EXTREME KETTLE | $4.20 |
| 1 | **DNO** SOAP, COCOA BUTTER | $2.20 |
| 6 | **DNO** SOUP CHILI | $1.80 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.30 |
| 1 | **DNO**BIGELOW VARIETY TEA | $3.50 |
| 1 | **DNO**CHILI GARLIC SAUCE | $1.95 |
| 1 | **DNO**MICONAZOLE | $3.25 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATTERY AAA | $2.20 |
| 1 | BUTTER PECAN ICE CREAM | $1.95 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 1 | COPYCARDS/50 | $6.50 |
| 2 | DIAL ANTIBAC SOAP NEW | $1.60 |
| 6 | FISH STEAK CHLI **24** | $6.00 |
| 1 | HONEY OATS CLUSTERS**12** | $3.25 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 2 | LONG GRAIN RICE | $2.30 |
| 1 | LORATADINE**36** | $3.15 |
| 3 | MACKREL**24** | $3.60 |
| 3 | MOZZARELLA CHEESE | $5.40 |
| 1 | NAPROXEN | $4.15 |
| 2 | QTR CHIP DOR SPICY SWEET | $3.70 |
| 5 | RITZ SANDWICH CRKRS**112** | $1.75 |
| 1 | ROLLED OATS **12** | $1.95 |
| 8 | SARDINES IN OIL CHICK OF SEA | $8.00 |
| 1 | SOCCER SOCKS | $4.30 |
| 1 | SOUR CREAM & ONION | $1.45 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |

# ITEMS SOLD: 63
CHARGE   70048018    $100.25

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,891.02

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
02/10/20 Time 15:13:49        TX ID 24083451
                              Receipt# 142

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,784.81

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** LEMON BERRY HAW PUNCH | $1.40 |
| 2 | **DNO** S/F ORANGE HAW PUNC | $2.80 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 6 | **DNO** SOUP CHILI | $1.80 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**CAP KNIT GREY | $3.25 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.90 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 1 | **DNO**OATMEAL CREME PIE | $2.30 |
| 1 | **DNO**S/F JUICY RED HAW PUNCH | $1.40 |
| 3 | **DNO**YOGURT TRAILMIX | $2.55 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | COPYCARDS/50 | $6.50 |
| 5 | FISH STEAK CHLI **24** | $5.00 |
| 5 | FLOUR TORTILLA | $7.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | HONEY OATS CLUSTERS**12** | $3.25 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LONG GRAIN RICE | $1.15 |
| 1 | LOUIS HOT SAUCE**12** | $0.95 |
| 6 | MACKREL**24** | $7.20 |
| 1 | NUKOTE 86TL COR RIB | $0.80 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 1 | SARDINES IN OIL CHICK OF SEA | $1.00 |
| 5 | SMOKED BABY CLAMS | $6.75 |
| 1 | SOUP CALIF. VEG 4**1320PALLET* | $0.60 |
| 1 | ST # 817 FILLER PAPER | $2.60 |
| 1 | SUPREME GARLIC POWER | $1.55 |
| 1 | SWEET & SALTY ALMND BAR(36) | $0.65 |
| 1 | WHITE ENVELOPE | $1.30 |
| 1 | WYLER'S S/F RASPBERRY | $1.40 |

# ITEMS SOLD: 63
   CHARGE  70048018        $93.55

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
02/20/20 Time 14:37:26        TX ID 24120789
                              Receipt# 35

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,670.26

| QTY | DESCRIPTION | PRICE |
|-----|------------|-------|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** BLACK AMBI SOAP | $1.80 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.30 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.90 |
| 1 | **DNO**KEEFE JALAPENO CHEESE | $2.10 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 2 | **DNO**YOGURT TRAILMIX | $1.70 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | CA TORTILLA CHP**12** | $3.90 |
| 1 | CHLORASEPTIC | $4.55 |
| 3 | COFFEE, KEEFE | $10.20 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 1 | COPYCARDS/50 | $6.50 |
| 1 | FOREVER BOOK | $11.00 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 6 | LONG GRAIN RICE | $6.90 |
| 1 | LORATADINE**36** | $3.40 |
| 2 | LOUIS HOT SAUCE**12** | $1.90 |
| 1 | PEN REFILLS**144* | $0.90 |
| 3 | PHOTO TICKET | $3.00 |
| 1 | REESE PIECES | $1.20 |
| 2 | ROLLED OATS **12** | $3.90 |
| 2 | S/F FRUIT CANDY | $1.30 |
| 8 | SARDINES IN OIL CHICK OF SEA | $8.00 |
| 1 | SAZON CULANTRO**36** | $1.70 |
| 4 | SMOKED BABY CLAMS | $5.40 |
| 3 | SOUP CALIF. VEG 4**1320PALLET* | $1.80 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 2 | SUPREME GARLIC POWER | $3.10 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | VITAMIN B CMPLX | $5.15 |
|  | # ITEMS SOLD: 65 |  |
|  | CHARGE  70048018 | $116.70 |

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information –
Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
02/24/20 Time 13:28:31        TX ID 24132993
                              Receipt# 75

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,553.56

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** CHIK.SOUP | $0.30 |
| 1 | **DNO** MILK OF MAGNESIA | $2.35 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 2 | **DNO**CHILI GARLIC SAUCE | $3.90 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 1 | **DNO**KAOPECTATE | $6.95 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 4 | **DNO**YOGURT TRAILMIX | $3.40 |
| 20 | .05 CENT STAMPS | $1.00 |
| 1 | A&D OINTMENT **6** | $2.95 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ANTI FUNGAL CREAM | $1.75 |
| 1 | ARTIFICIAL TEARS | $2.25 |
| 1 | ASIAN SWEET & HOT SAUCE | $2.15 |
| 1 | ASPRIN | $1.45 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CHLORASEPTIC | $4.55 |
| 3 | COFFEE, KEEFE | $10.20 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 1 | COPYCARDS/50 | $6.50 |
| 1 | COTTON SWAB | $1.10 |
| 1 | CRUNCHY CHEETOS | $1.95 |
| 1 | DIET MT. DEW 12PK | $5.00 |
| 1 | DNO NASALCROM | $10.20 |
| 3 | FISH STEAK CHLI **24** | $3.00 |
| 2 | FLOUR TORTILLA | $2.80 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 1 | IBUPROFEN 50TBLTS | $2.65 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 2 | KAISER DILL PICKLE | $1.60 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LORATADINE**36** | $3.40 |
| 1 | MAYONNAISE | $3.30 |
| 1 | ML SHABANG CHIPS | $1.45 |
| 1 | MUSCLE RUB | $2.45 |
| 1 | NAPROXEN | $4.15 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 1 | NON-ASPIRIN REG | $2.25 |

Ex. "CCCC"

| 1 | OMEPRAZOLE (PRILOSEC) | $12.90 |
| 1 | ORAL PAIN RELIEF | $1.50 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 2 | REESE PIECES | $2.40 |
| 4 | ROAST/ SALTED PNUTS | $2.00 |
| 2 | S/F FRUIT CANDY | $1.30 |
| 1 | SALINE NASAL SPRAY | $2.00 |
| 2 | SALT & PEPPER | $3.40 |
| 18 | SINGLE STAMPS | $9.90 |
| 5 | SMOKED BABY CLAMS | $6.75 |
| 4 | SOUP CALIF. VEG 4**1320PALLET* | $2.40 |
| 1 | SPAM**12** | $1.50 |
| 1 | SPANISH OLIVES | $1.25 |
| 1 | SUPER C **12* | $1.50 |
| 2 | SUPREME GARLIC POWER | $3.10 |

# ITEMS SOLD: 118
CHARGE   70048018        $178.10

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,375.46

Fingerprint Verified ___

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
03/02/20 Time 14:41:02      TX ID 24160765
                            Receipt# 37

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,375.46          ✓

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 3 | **DNO**YOGURT TRAILMIX | $2.55 |
| 1 | **NEW UPC** M&M | $0.95 |
| 1 | **NEW**TOOTH BRUSH HOLDER | $0.50 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CA TORTILLA CHP**12** | $1.95 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHEWY CHOC. CHIP COOKIES | $2.10 |
| 1 | CHLORASEPTIC | $4.55 |
| 2 | COFFEE, KEEFE | $6.80 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 1 | DIET MT. DEW 12PK | $5.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | JALAPENO SLICES **300** | $0.80 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | LORATADINE**36** | $3.40 |
| 1 | LOTION, COCOA BUTTER | $4.85 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 1 | ML SHABANG CHIPS | $1.45 |
| 2 | NAT VALLEY OATS N HONEY | $1.00 |
| 1 | RANCH DRESSING**84** | $0.55 |
| 1 | REESE PIECES | $1.20 |
| 5 | ROAST/ SALTED PNUTS | $2.50 |
| 2 | SPANISH OLIVES | $2.50 |
| 1 | SWEET & SALTY ALMND BAR(36) | $0.65 |
| 1 | SWISS MISS W/ M.MALLOW**12** | $1.55 |

# ITEMS SOLD: 40
           CHARGE   70048018       $68.50
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,306.96

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018                    TF59320
BALL, WILLIAM BRINSON
03/09/20 Time 12:31:22         TX ID 24195190
                                Receipt# 31

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,199.96

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | **DNO** PB&J | $8.60 |
| 2 | **DNO**10 X13 ENVELOPE WHITE | $2.30 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $5.00 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BLACK BEANS W/SPICE **24** | $2.15 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 3 | COPYCARDS/50 | $19.50 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 3 | MOZZARELLA CHEESE | $5.40 |
| 1 | NUKOTE 86TL COR RIB | $0.80 |
| 2 | POKER CARDS | $5.10 |
| 3 | ROAST/ SALTED PNUTS | $1.50 |
| 2 | STRAWBERRY CREAM COOKIES | $1.20 |
| 3 | VANILLA CREAM COOKIES | $1.80 |
|  | # ITEMS SOLD: 28 CHARGE  70048018 | $70.35 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,129.61

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE – Personal Inmate Information
Coleman FCC
LOW
ACCOUNT No. 70048018          TF56689
BALL, WILLIAM BRINSON
03/16/20 Time 17:26:50        TX ID 24227804
                              Receipt# 40

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,924.61

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 5 | **DNO** CHOCOLATE CHIP COOKIES | $5.75 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 2 | **DNO** SOUP CHILI | $0.60 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | **DNO**VEGETABLE FLAKES | $1.20 |
| 5 | **DNO**YOGURT TRAILMIX | $4.25 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATH/ SHW PWDR | $2.10 |
| 1 | CHLORASEPTIC | $4.55 |
| 3 | COFFEE, KEEFE | $10.20 |
| 5 | COPYCARDS/50 | $32.50 |
| 1 | COTTON SWAB | $1.10 |
| 4 | FISH STEAK CHLI **24** | $4.00 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HONEY OATS CLUSTERS**12** | $6.50 |
| 5 | ICED OATMEAL COOKIES | $5.75 |
| 2 | KEEBLER CLUB CRACKERS | $2.40 |
| 3 | LONG GRAIN RICE | $3.45 |
| 4 | MACKREL**24** | $4.80 |
| 1 | NOTEBOOK 80 | $1.60 |
| 1 | ROLLED OATS **12** | $1.95 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 4 | SARDINES IN OIL CHICK OF SEA | $4.00 |
| 20 | SINGLE STAMPS | $11.00 |
| 2 | SOUP SHRIMP **2880-PALLET** | $0.60 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| | # ITEMS SOLD: 82 | |
| | CHARGE   70048018 | $136.60 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,788.01

Fingerprint Verified

Signature

Ex. "CCCC"

**SALES INVOICE - Personal Inmate Information**
Coleman FCC
LOW
ACCOUNT No. 70048018      TF51151
BALL, WILLIAM BRINSON
03/30/20 Time 15:13:38    TX ID 24281848
                   Receipt# 33

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,800.31

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | PETER PAN PNUT BUTTER | $5.40 |
| 1 | **DNO** CHARMIN SOFT TISSUE | $5.45 |
| 1 | **DNO** SALTINES NO SALT**12** | $2.70 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**SOCCER SOCKS | $4.30 |
| 4 | **DNO**YOGURT TRAILMIX | $3.40 |
| 20 | .05 CENT STAMPS | $1.00 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ARTIFICIAL TEARS | $2.25 |
| 3 | CALIFORNIA GOLD | $7.80 |
| 1 | CHLORASEPTIC | $4.55 |
| 3 | COFFEE, KEEFE | $10.20 |
| 2 | COPYCARDS/50 | $13.00 |
| 1 | EC800 TYPE RIBBON | $9.10 |
| 1 | HALLS CHERRY BAG**48** | $2.50 |
| 2 | HONEY OATS CLUSTERS**12** | $6.50 |
| 2 | HONEY PEPPER TURKEY | $3.80 |
| 2 | ICED OATMEAL COOKIES | $2.30 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | LONG GRAIN RICE | $1.15 |
| 1 | LORATADINE**36** | $3.40 |
| 2 | ROLLED OATS **12** | $3.90 |
| 1 | S/F FRUIT CANDY | $0.65 |
| 18 | SINGLE STAMPS | $9.90 |
| 3 | SUPER C **12* | $4.50 |
| | # ITEMS SOLD: 78 | |
| | CHARGE 70048018 | $123.00 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,677.31

Fingerprint Verified

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF46919
BALL, WILLIAM BRINSON
04/08/20 Time 10:48:08        TX ID 24311219
                              Receipt# 34

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,677.31

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO** MILK OF MAGNESIA | $2.35 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 1 | 192LT/R5111 LIFT OFF TAPE | $5.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | CHEST RUB | $2.05 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | ICED OATMEAL COOKIES | $1.15 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 1 | MAYONNAISE | $3.30 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | TUCK'S PADS | $5.30 |
| 1 | WHITE CHICKEN | $2.95 |
| | # ITEMS SOLD: 36 | |
| | CHARGE   70048018 | $57.35 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,619.96

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018                    TF46919
BALL, WILLIAM BRINSON
04/08/20 Time 15:08:57          TX ID 24312555
                                Receipt# 105

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,625.16

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | B192/R5110 IBM -L | $7.15 |
| | # ITEMS SOLD: 1 | |
| | CHARGE 70048018 | $7.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,618.01

Fingerprint Verified

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018     TF59320
BALL, WILLIAM BRINSON
04/20/20 Time 21:52:29    TX ID 24340098
Receipt# 73

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,618.01

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 1 | **DNO** MILK OF MAGNESIA | $2.35 |
| 1 | **DNO** TRIPLE ANTIBIOTIC | $2.65 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**COAST SOAP 2PK | $1.50 |
| 1 | **DNO**CREST TOOTHPASTE WHITE | $1.80 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 2 | **DNO**SOCCER SOCKS | $8.60 |
| 1 | **DNO**YOGURT TRAILMIX | $0.85 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ANTI FUNGAL CREAM | $1.75 |
| 1 | BATTERY AAA | $2.20 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | DIAL ANTIBAC SOAP NEW | $0.80 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 1 | ML SHABANG CHIPS | $1.45 |
| 1 | MUSCLE RUB | $2.45 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | SUGAR TWIN | $1.65 |
| 3 | SUPER C **12* | $4.50 |
| 1 | ULTRA FIT PNUT BUTTER CRUNC | $1.80 |
| 1 | WHITE CHEDDAR POPCORN | $1.20 |
| | # ITEMS SOLD: 28 | |
| | CHARGE 70048018 | $73.85 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,544.16

Signature

Ex. "CCCC"

SALES INVOICE — Personal inmate information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
04/28/20 Time 19:51:51     TX ID 24356193
                            Receipt# 305

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,544.16

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO**CREST TOOTHPASTE WHITE | $1.80 |
| 1 | **DNO**LEVER 2000  2PK | $2.30 |
| 1 | **DNO**ROLAIDS (3PK) | $2.90 |
| 4 | **DNO**YOGURT TRAILMIX | $3.40 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | CALIFORNIA GOLD | $5.20 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COTTON SWAB | $1.10 |
| 1 | DIAL DEODOR | $1.40 |
| 1 | DIET PEPSI | $5.00 |
| 1 | FRESHMINT UNWAXED FLOSS | $1.60 |
| 1 | HALLS CHERRY BAG**48** | $2.75 |
| 1 | PRO SHAVE CRM | $1.65 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 3 | SUPER C **12* | $4.50 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |
| | # ITEMS SOLD: 45 | |
| | CHARGE   70048018 | $62.20 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,481.96

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
05/06/20 Time 10:07:18    TX ID 24371390
                          Receipt# 44

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,441.96

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 2 | **DNO**YOGURT TRAILMIX | $1.70 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 3 | CALIFORNIA GOLD | $7.80 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COOL WAVE FLOSSER | $1.40 |
| 1 | L GRAY THERMAL TOP | $10.15 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 1 | M GRT MEN BOXER BRIEF | $7.65 |
| 1 | MEDIUM PT BLK PEN**144** | $1.70 |
| 1 | NOTEBOOK 80 | $1.60 |
| 1 | RUBBER BANDS | $1.05 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | ST # 817 FILLER PAPER | $2.60 |
| 1 | WHITE ENVELOPE | $1.30 |
| | # ITEMS SOLD: 39 | |
| | CHARGE  70048018 | $63.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,378.41

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
05/13/20 Time 10:16:32    TX ID 24388225
                          Receipt# 58

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,401.20

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** BLACK AMBI SOAP | $1.80 |
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**SIERRA MIST TWIST 12PK | $5.00 |
| 1 | 3 RING BINDER CLEAR | $4.25 |
| 1 | ALLERGY TABS | $1.55 |
| 3 | CALIFORNIA GOLD | $7.80 |
| 4 | CLEAR PRTECTRS | $1.40 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | M GRT MEN BOXER BRIEF | $7.65 |
| 1 | PEN REFILLS**144* | $0.90 |
| 1 | RUFFLES CHEDDAR/SOUR**15** | $2.15 |
| 20 | SINGLE STAMPS | $11.00 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |

# ITEMS SOLD: 39
CHARGE  70048018    $53.75

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,347.45

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW

ACCOUNT No. 70048018      TF51151
BALL, WILLIAM BRINSON
05/20/20 Time 09:15:45     TX ID 24401020
                               Receipt# 27

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,337.45

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **NEW**TOOTH BRUSH HOLDER | $0.50 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | CALIFORNIA GOLD | $5.20 |
| 4 | CLEAR PRTECTRS | $1.40 |
| 1 | CLEAR SOAP DISH | $0.70 |
| 1 | COLGATE TOOTHB FULL HEAD | $0.95 |
| 1 | COTTON SWAB | $1.10 |
| 3 | PHOTO TICKET | $3.00 |
| 1 | ROLLED OATS **12** | $1.95 |
| 1 | RUFFLES CHEDDAR/SOUR**15** | $2.15 |
| 2 | S/F FRUIT CANDY | $1.30 |
| 3 | SARDINES IN OIL CHICK OF SEA | $3.00 |
| 20 | SINGLE STAMPS | $11.00 |
| 2 | SMOKED BABY CLAMS | $2.70 |

# ITEMS SOLD: 44
     CHARGE  70048018     $37.65

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,299.80

Signature

.................................................................

**************************************************************
***             COUPON          ***
**************************************************************

.................................................................

**************************************************************
***             COUPON          ***
**************************************************************

.................................................................

**************************************************************
***             COUPON          ***
**************************************************************

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
05/28/20 Time 11:23:36        TX ID 24416440
                              Receipt# 114

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,284.80

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 1 | **DNO** HERSHEY DARK BAR | $0.95 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**BIGELOW VARIETY TEA | $3.50 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATH/ SHW PWDR | $2.10 |
| 2 | CALIFORNIA GOLD | $5.20 |
| 4 | CLEAR PRTECTRS | $1.40 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | HONEY OATS CLUSTERS**12** | $3.25 |
| 1 | KF BROWN RICE | $1.30 |
| 4 | MACKREL**24** | $4.80 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 5 | SUPER C **12* | $7.50 |
| 1 | SWEET & SALTY ALMND BAR(36) | $0.65 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |
|  | # ITEMS SOLD: 29 |  |
|  | CHARGE  70048018 | $57.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,227.00

Signature

Ex. "CCCC"

SALES INVOICE 25   Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018              TF59320
BALL, WILLIAM BRINSON
06/08/20 Time 14:43:42        TX ID 24434933
                              Receipt# 22

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,248.00

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO** BLACK AMBI SOAP | $1.80 |
| 1 | **DNO** BABY SHAMPOO | $1.30 |
| 4 | **DNO** CHOCOLATE CHIP COOKIES | $4.60 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | BATTERY AA | $2.20 |
| 1 | FOREVER BOOK | $11.00 |
| 4 | HERSHEY W/ALMDS | $3.80 |
| 1 | IBUPROFEN 50TBLTS | $2.65 |
|  | # ITEMS SOLD: 14 | |
|  | CHARGE   70048018 | $28.50 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,219.50

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018        TF51151
BALL, WILLIAM BRINSON
06/17/20 Time 11:43:09      TX ID 24451897
                            Receipt# 106

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,219.50

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO** TRIPLE ANTIBIOTIC | $0.75 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 2 | **DNO**FRESH CATCH TUNA**48** | $2.80 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 20 | .05 CENT STAMPS | $1.00 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ANTI FUNGAL CREAM | $1.75 |
| 2 | BATTERY AA | $4.40 |
| 1 | BATTERY AAA | $2.20 |
| 1 | BLACK BEANS W/SPICE **24** | $2.15 |
| 1 | BODY PUFF SCRUNGE | $1.15 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEE, TASTER'S CHOICE | $9.70 |
| 1 | FUNGAL POWDER | $2.60 |
| 2 | PHOTO TICKET | $2.00 |
| 1 | RUFFLES CHEDDAR/SOUR**15** | $2.15 |
| 18 | SINGLE STAMPS | $9.90 |
| 4 | SUPER C **12* | $6.00 |
| 1 | TOOTHPASTE CLOSE UP | $2.75 |
| 1 | TWIN BLADE 10-PACK | $2.25 |

# ITEMS SOLD: 63
CHARGE   70048018        $67.25

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,152.25

Signature

......................................................................

*************************************************************
***              COUPON              ***
*************************************************************

......................................................................

*************************************************************
***              COUPON              ***
*************************************************************

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018      TF46919
BALL, WILLIAM BRINSON
06/24/20 Time 14:03:49    TX ID 24466076
                  Receipt# 45

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,140.85

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 3 | **DNO** BABY RUTH | $2.85 |
| 1 | **DNO**NO SHOW SOCKS | $1.30 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATTERY AAA | $2.20 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | JALAPENO SLICES **300** | $0.40 |
| 1 | RAW ALMONDS 3.5 OZ | $1.95 |
| 2 | S/F FRUIT CANDY | $1.30 |
| 2 | S/F ICED TEA/W PEACH | $2.80 |
| 18 | SINGLE STAMPS | $9.90 |
| 2 | SUPER C **12* | $3.00 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | VELVEETA CHEDDAR CHEESE | $3.15 |
| 2 | WATER, BOTTLED | $1.30 |
| 2 | WYLER'S BLUE OCEAN BREEZE | $2.80 |
| 2 | WYLER'S RADICAL LEMON BERRY | $2.80 |
| 2 | WYLER'S S/F RASPBERRY | $2.80 |
| | # ITEMS SOLD: 46 | |
| | CHARGE 70048018 | $60.50 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,080.35

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW

ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
07/01/20 Time 17:18:18        TX ID 24478981
                              Receipt# 114

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,040.35

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**DORITOS COOL RANCH | $1.85 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**SOCCER SOCKS | $4.30 |
| 1 | 3 RING BINDER CLEAR | $4.25 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | FLOUR TORTILLA | $1.40 |
| 1 | KAISER DILL PICKLE | $0.80 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | ROLLED OATS **12** | $1.95 |
| 1 | S/F ICED TEA/W PEACH | $1.40 |
| 18 | SINGLE STAMPS | $9.90 |
| 1 | SNICKERS**384** | $1.00 |
| 1 | STRAWBERRY CREAM COOKIES | $0.60 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 6 | SUPER C **12* | $9.00 |
| 1 | TWIX BAR**360** | $1.00 |
| 1 | VANILLA CREAM COOKIES | $0.60 |
| 1 | WYLER'S ISLAND FRUIT PUNCH | $1.40 |
| 1 | WYLER'S RADICAL LEMON BERRY | $1.40 |
| 1 | WYLER'S S/F RASPBERRY | $1.40 |
| | # ITEMS SOLD: 44 CHARGE  70048018 | $59.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $981.20

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information
Coleman FCC
LOW
ACCOUNT No. 70048018                TF51151
BALL, WILLIAM BRINSON
07/13/20 Time 15:53:38          TX ID 24497774
                                 Receipt# 19

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $960.00

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**CREST TOOTHPASTE WHITE | $1.80 |
| 1 | **DNO**LEVER 2000 2PK | $2.30 |
| 1 | **DNO**RIGHT GUARD DEO | $3.45 |
| 1 | **NEW UPC** M&M | $0.95 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATTERY AA | $2.20 |
| 4 | CALIFORNIA GOLD | $10.40 |
| 1 | HERSHEY W/ALMDS | $0.95 |
| 2 | ICED OATMEAL COOKIES | $2.30 |
| 1 | REESE PIECES | $1.20 |
| 18 | SINGLE STAMPS | $9.90 |
| 1 | SNICKERS**384** | $1.00 |
| 1 | STRAWBERRY CREAM COOKIES | $0.60 |
| 1 | VANILLA CREAM COOKIES | $0.60 |
|  | # ITEMS SOLD: 36 CHARGE 70048018 | $40.35 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $919.65

Signature

Ex. "CCCC"

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
08/05/20 Time 13:17:24        TX ID 24528509
                              Receipt# 44

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $829.10

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | B192/R5110 IBM -L | $7.15 |
| 5 | **DNO** CHIK.SOUP | $1.50 |
| 1 | **DNO** DOCUSATE 100MG STOOL | $2.70 |
| 1 | **DNO** TRIPLE ANTIBIOTIC | $3.65 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**COAST SOAP 2PK | $1.50 |
| 1 | **DNO**KAOPECTATE | $6.95 |
| 1 | **DNO**MICONAZOLE | $1.50 |
| 1 | **DNO**MULTI-PURPOSE PAPER | $2.80 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | A&D OINTMENT **6** | $2.95 |
| 1 | ADV.ULTRX PLUS | $4.20 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | BATH/ SHW PWDR | $2.10 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 2 | COFFEE, TASTER'S CHOICE | $19.40 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | FUNGAL POWDER | $2.60 |
| 1 | HYDROCORTISONE | $1.05 |
| 1 | IBUPROFEN 50TBLTS | $2.65 |
| 1 | LORATADINE**36** | $3.40 |
| 1 | MUSCLE RUB | $2.45 |
| 1 | NAPROXEN | $4.15 |
| 1 | NON-ASPIRIN REG | $2.25 |
| 1 | ORAL PAIN RELIEF | $1.50 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 1 | ROLLED OATS **12** | $1.95 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 1 | TOOTHPASTE HERBAL | $2.00 |
| 1 | ULTRA CALCIUM PLUS VITAMIN D | $4.25 |
| 1 | VITAMIN B CMPLX | $5.15 |
| 1 | VITAMIN C-500 | $3.25 |
| | # ITEMS SOLD: 39 | |
| | CHARGE   70048018 | $126.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $702.20

Ex. "CCCC"

Signature

SALES INVOICE - Personal Inmate Information

Coleman FCC
LOW
ACCOUNT No. 70048018          TF59320
BALL, WILLIAM BRINSON
08/19/20 Time 14:00:32        TX ID 24550884
                              Receipt# 36

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $750.99

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | B192/R5110 IBM -L | $7.15 |
| 5 | **DNO** CHIK.SOUP | $1.50 |
| 1 | **DNO** MOUTHWASH AIM | $2.35 |
| 1 | **DNO** TRIPLE ANTIBIOTIC | $3.65 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.15 |
| 1 | **DNO**COAST SOAP 2PK | $1.50 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 1 | **DNO**ROLAIDS (3PK) | $3.00 |
| 1 | **DNO**SOAP, DOVE | $1.80 |
| 20 | .05 CENT STAMPS | $1.00 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ANTI FUNGAL CREAM | $1.75 |
| 1 | CALIFORNIA GOLD | $2.60 |
| 2 | COFFEE, TASTER'S CHOICE | $19.40 |
| 1 | COTTON SWAB | $1.10 |
| 1 | HALLS CHERRY BAG**48** | $2.75 |
| 1 | HYDROCORTISONE | $1.05 |
| 1 | KEEBLER CLUB CRACKERS | $1.20 |
| 1 | PINK STOMACH RELIEF | $3.05 |
| 18 | SINGLE STAMPS | $9.90 |
| 1 | SUGAR TWIN | $1.65 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | WHITE ENVELOPE | $1.30 |
| | # ITEMS SOLD: 64 CHARGE  70048018 | $77.65 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $673.34

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
08/31/20 Time 15:41:26          TX ID 24568475
Receipt# 68

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $643.34

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | **DNO** DIAL BAR SOAP | $0.85 |
| 1 | **DNO** HERSHEY DARK BAR | $0.95 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**COAST SOAP 2PK | $1.50 |
| 1 | **DNO**PEPSI 12PK | $5.00 |
| 20 | .05 CENT STAMPS | $1.00 |
| 1 | ALLERGY TABS | $1.55 |
| 2 | CALIFORNIA GOLD | $5.20 |
| 2 | COFFEE, TASTER'S CHOICE | $19.40 |
| 1 | IBUPROFEN 50TBLTS | $2.65 |
| 1 | LED BOOK LIGHT | $12.95 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 5 | MACKREL**24** | $6.00 |
| 1 | NAPROXEN | $4.15 |
| 18 | SINGLE STAMPS | $9.90 |
| 1 | SUGAR TWIN | $1.65 |
|  | # ITEMS SOLD: 58 CHARGE  70048018 | $77.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $565.79

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
01/11/21 Time 16:29:51      TX ID 24781066
                            Receipt# 156

**BEGINNING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,733.30

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 3 | **DNO** CHIK.SOUP | $0.90 |
| 1 | **DNO** DIAL BAR SOAP | $0.85 |
| 3 | **DNO** SOUP CHILI | $0.90 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.25 |
| 1 | **DNO**CREMEY CURL HONEYBUN | $0.90 |
| 1 | **DNO**PEPSI 12PK | $5.15 |
| 1 | **DNO**REESES PRETZEL | $2.60 |
| 1 | **DNO**SHAMPOO, PANTENE | $6.65 |
| 1 | **DNO**SOAP, DOVE | $1.80 |
| 1 | **DNO**TSHIRT DK GREY LG | $6.50 |
| 4 | CLEAR PRTECTRS | $1.40 |
| 1 | COFFEE, TASTER'S CHOICE | $9.85 |
| 1 | DNO-ORAL MOUTHWASH RINSE | $2.35 |
| 1 | FUNGAL POWDER | $2.60 |
| 3 | MIKE & IKE ORIGINAL FRUITS | $4.80 |
| 1 | ROAST/ SALTED PNUTS | $0.50 |
| 1 | RUFFLES CHEDDAR/SOUR**15** | $2.15 |
| 20 | SINGLE STAMPS | $11.00 |
| 3 | SOUP SHRIMP **2880-PALLET** | $0.90 |
| 2 | SOUP TEXAS BEEF**2880-PALLET** | $0.60 |
| 1 | TOOTHPASTE HERBAL | $2.00 |
| 1 | TWIN BLADE 10-PACK | $2.25 |
| 1 | VITAMIN B CMPLX | $5.15 |
| | # ITEMS SOLD: 54 CHARGE  70048018 | $73.05 |

**ENDING BALANCES:**
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,660.25

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF51151
BALL, WILLIAM BRINSON
01/27/21 Time 13:30:18     TX ID 24804592
                          Receipt# 53

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,632.85

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | PORK GRINDS**12** | $1.45 |
| 3 | **DNO** CHIK.SOUP | $0.90 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.25 |
| 1 | **DNO**HONEY NUT CEREAL | $2.90 |
| 1 | **DNO**LAX TAB | $1.70 |
| 1 | **DNO**OATMEAL CREME PIE | $2.30 |
| 1 | **DNO**PEPSI 12PK | $5.15 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | COFFEE, TASTER'S CHOICE | $9.85 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 1 | M GRAY THERMAL BOTTOMS | $10.15 |
| 5 | MACKREL**24** | $6.00 |
| 1 | MIKE & IKE ORIGINAL FRUITS | $1.60 |
| 1 | RITZ CRACKERS**12** | $3.60 |
| 1 | RUBBER BANDS | $1.05 |
| 3 | SOUP SHRIMP **2880-PALLET** | $0.90 |
| 3 | SOUP TEXAS BEEF**2880-PALLET** | $0.90 |
| 2 | THAI NOODLE**24** | $1.70 |
| 1 | TUMS PEPPERMINT | $0.90 |
| | # ITEMS SOLD: 31 | |
| | CHARGE   70048018 | $67.20 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,565.65

Signature

Ex. "CCCC"

Coleman FCC
LOW
ACCOUNT No. 70048018          TF57487
BALL, WILLIAM BRINSON
02/08/21 Time 15:18:11     TX ID 24827568
                            Receipt# 80

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,590.13

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | PETER PAN PNUT BUTTER | $2.70 |
| 2 | **DNO** CHIK.SOUP | $0.60 |
| 5 | **DNO** SOUP CHILI | $1.50 |
| 1 | **DNO** TUSSIN COUGH SYRUP | $2.45 |
| 1 | **DNO**10 X13 ENVELOPE WHITE | $1.25 |
| 1 | **DNO**COAST SOAP 2PK | $1.50 |
| 1 | **DNO**PEPSI 12PK | $5.15 |
| 1 | ALLERGY TABS | $1.55 |
| 1 | ARTIFICIAL TEARS | $2.25 |
| 1 | BABY SHAMPOO | $1.30 |
| 1 | BAND AID CLEAR**20** | $3.45 |
| 1 | BATH/ SHW PWDR | $2.10 |
| 1 | BATTERY AAA | $2.20 |
| 1 | CHEST RUB | $2.05 |
| 1 | CHLORASEPTIC | $4.55 |
| 1 | COFFEE, KEEFE | $3.40 |
| 1 | COFFEE, TASTER'S CHOICE | $9.70 |
| 1 | DEBROX EAR WAX | $6.80 |
| 1 | FOREVER BOOK | $11.00 |
| 1 | FUNGAL POWDER | $2.60 |
| 1 | L GRAY THERMAL TOP | $10.15 |
| 1 | LEMON HONEY COUGH DROPS | $2.35 |
| 1 | LORATADINE**36** | $3.40 |
| 2 | MIKE & IKE ORIGINAL FRUITS | $3.20 |
| 1 | NON-ASPIRIN REG | $2.25 |
| 5 | SOUP SHRIMP **2880-PALLET** | $1.50 |
| 3 | SOUP TEXAS BEEF**2880-PALLET** | $0.90 |
| 1 | SUAVE WATERFALL MIST SHAMPOO | $1.70 |
| 2 | THAI NOODLE**24** | $1.70 |
| 1 | TUMS PEPPERMINT | $0.90 |
| | # ITEMS SOLD: 43 | |
| | CHARGE  70048018 | $96.15 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,493.98

Signature

Ex. "CCCC"

Exhibit "DDDD"


Print Fees

Demanded by Defendants

Exhibit "DDDD" -- itemized list of costs
----------------------------------------

| Month: | TRUUnits Used: | x $0.05 ea: | Total: |
|---|---|---|---|
| December 2018 | 1738 TRU Units | x $0.05 | $ 86.90 |
| January 2019 | 840  TRU Units | x $0.05 | $ 42.00 |
| February 2019 | 3030 TRU Units | x $0.05 | $151.50 |
| March 2019 | 2952 TRU Units | x $0.05 | $147.60 |
| April 2019 | 2052 TRU Units | x $0.05 | $102.60 |
| May 2019 | 3756 TRU Units | x $0.05 | $187.50 |
| June 2019 | 1431 TRU Units | x $0.05 | $ 71.55 |
| July 2019 | 333  TRU Units | x $0.05 | $ 16.65 |
| August 2019 | 1155 TRU Units | x $0.05 | $ 57.75 |
| September 2019 | 1542 TRU Units | x $0.05 | $ 77.10 |
| October 2019 | 3843 TRU Units | x $0.05 | $192.15 |
| November 2019 | 1548 TRU Units | x $0.05 | $ 77.40 |
| December 2019 | 2628 TRU Units | x $0.05 | $131.40 |
| January 2020 | 1329 TRU Units | x $0.05 | $ 66.45 |
| February 2020 | 1293 TRU Units | x $0.05 | $ 64.65 |
| March 2020 | 1599 TRU Units | x $0.05 | $ 79.95 |
| April 2020 | 393  TRU Units | x $0.05 | $ 19.65 |
| May 2020 | 1119 TRU Units | x $0.05 | $ 55.95 |
| June 2020 | 807  TRU Units | x $0.05 | $ 40.35 |
| July 2020 | 351  TRU Units | x $0.05 | $ 17.55 |
| August 2020 | 1146 TRU Units | x $0.05 | $ 57.30 |
| September 2020 | 1914 TRU Units | x $0.05 | $ 95.70 |
| October 2020 | 417  TRU Units | x $0.05 | $ 20.85 |
| November 2020 | 750 TRU Units | x $0.05 | $ 37.50 |
| December 2020 | 1035 TRU Units | x $0.05 | $ 51.75 |
| January 2021 | 1557 TRU Units | x $0.05 | $ 77.85 |
| February 2021 | 393  TRU Units | x $0.05 | $ 19.65 |
| March 2021 | 1645 TRU Units | x $0.05 | $ 82.25 |
| April 2021 | 844  TRU Units | x $0.05 | $ 42.20 |

| Totals: | 41,490 TRU Units | x $0.05 | $2,074.50 |

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 12/6/2018 9:41:20 AM | Print Fee | 103 | -51 | | 52 |
| 12/4/2018 1:42:07 PM | Print Fee | 157 | -54 | | 103 |
| 12/4/2018 11:33:56 AM | Inmate Purchase | 117 | 40 | | 157 |
| 12/4/2018 9:24:00 AM | Print Fee | 228 | -111 | | 117 |
| 12/4/2018 9:21:26 AM | Inmate Purchase | 128 | 100 | | 228 |
| 12/3/2018 1:43:34 PM | Print Fee | 188 | -60 | | 128 |
| 12/3/2018 1:42:49 PM | Inmate Purchase | 88 | 100 | | 188 |
| 12/3/2018 9:22:27 AM | Print Fee | 286 | -198 | | 88 |
| 12/3/2018 9:21:29 AM | Inmate Purchase | 186 | 100 | | 286 |
| 12/1/2018 2:03:40 PM | Inmate Purchase | 86 | 100 | | 186 |
| 12/1/2018 1:29:31 PM | Print Fee | 146 | -60 | | 86 |
| 12/1/2018 9:15:51 AM | Inmate Purchase | 46 | 100 | | 146 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                Available Balance: 9098

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------:|----------:|---------------------|------------:|
| 12/29/2018 1:51:06 PM | Print Fee | 54 | -6 | | 48 |
| 12/29/2018 1:46:55 PM | Print Fee | 78 | -24 | | 54 |
| 12/29/2018 1:46:08 PM | Inmate Purchase | 38 | 40 | | 78 |
| 12/28/2018 9:39:12 AM | Print Fee | 44 | -6 | | 38 |
| 12/28/2018 9:39:05 AM | Inmate Purchase | 4 | 40 | | 44 |
| 12/28/2018 9:38:22 AM | Print Fee | 37 | -33 | | 4 |
| 12/27/2018 9:29:41 AM | Print Fee | 130 | -93 | | 37 |
| 12/26/2018 1:38:19 PM | Print Fee | 142 | -12 | | 130 |
| 12/22/2018 11:29:08 AM | Inmate Purchase | 42 | 100 | | 142 |
| 12/21/2018 3:08:03 PM | Print Fee | 57 | -15 | | 42 |
| 12/19/2018 9:28:38 AM | Print Fee | 81 | -24 | | 57 |
| 12/19/2018 9:24:31 AM | Inmate Purchase | 41 | 40 | | 81 |
| 12/18/2018 4:18:20 PM | Print Fee | 53 | -12 | | 41 |
| 12/17/2018 1:06:51 PM | Print Fee | 59 | -6 | | 53 |
| 12/14/2018 9:26:00 AM | Print Fee | 77 | -18 | | 59 |
| 12/14/2018 9:25:12 AM | Inmate Purchase | 37 | 40 | | 77 |
| 12/13/2018 7:30:45 PM | Print Fee | 70 | -33 | | 37 |
| 12/13/2018 9:37:36 AM | Print Fee | 88 | -18 | | 70 |
| 12/12/2018 8:24:43 PM | Print Fee | 178 | -90 | | 88 |
| 12/12/2018 9:53:51 AM | Print Fee | 193 | -15 | | 178 |
| 12/11/2018 7:26:57 PM | Print Fee | 208 | -15 | | 193 |
| 12/11/2018 4:58:35 PM | Inmate Purchase | 108 | 100 | | 208 |
| 12/11/2018 2:44:17 PM | Print Fee | 114 | -6 | | 108 |
| 12/11/2018 9:27:19 AM | Print Fee | 201 | -87 | | 114 |
| 12/11/2018 8:30:06 AM | Print Fee | 222 | -21 | | 201 |
| 12/10/2018 3:00:55 PM | Print Fee | 459 | -237 | | 222 |
| 12/10/2018 9:22:26 AM | Print Fee | 510 | -51 | | 459 |
| 12/7/2018 1:38:30 PM | Print Fee | 735 | -225 | | 510 |
| 12/7/2018 1:37:23 PM | Inmate Purchase | 135 | 600 | | 735 |
| 12/7/2018 12:03:14 PM | Inmate Purchase | 95 | 40 | | 135 |
| 12/7/2018 9:22:20 AM | Print Fee | 152 | -57 | | 95 |
| 12/6/2018 6:18:38 PM | Inmate Purchase | 52 | 100 | | 152 |

Ex. "DDDD"

Date: 01/30/2025
Time: 10:26:49 AM

Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018  Inmate Name: BALL, WILLIAM BRINSON    Available Balance: 9098

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------:|----------:|:-------------------:|------------:|
| 1/30/2019 7:41:03 PM | Transfer | 7 | -7 | | 0 |
| 1/29/2019 6:03:18 PM | Print Fee | 76 | -69 | | 7 |
| 1/29/2019 11:31:17 AM | Print Fee | 100 | -24 | | 76 |
| 1/29/2019 7:32:58 AM | Inmate Purchase | 0 | 100 | | 100 |
| 1/27/2019 8:25:33 AM | Transfer | 33 | -33 | | 0 |
| 1/25/2019 2:11:28 PM | Print Fee | 180 | -147 | | 33 |
| 1/25/2019 2:11:09 PM | Inmate Purchase | 140 | 40 | | 180 |
| 1/25/2019 9:33:17 AM | Inmate Purchase | 100 | 40 | | 140 |
| 1/25/2019 9:32:07 AM | Print Fee | 223 | -123 | | 100 |
| 1/25/2019 9:00:31 AM | Print Fee | 277 | -54 | | 223 |
| 1/25/2019 9:00:13 AM | Print Fee | 301 | -24 | | 277 |
| 1/24/2019 5:04:39 PM | Inmate Purchase | 201 | 100 | | 301 |
| 1/24/2019 5:04:00 PM | Print Fee | 252 | -51 | | 201 |
| 1/24/2019 5:02:49 PM | Print Fee | 282 | -30 | | 252 |
| 1/24/2019 4:35:55 PM | Print Fee | 324 | -42 | | 282 |
| 1/24/2019 4:34:40 PM | Print Fee | 336 | -12 | | 324 |
| 1/24/2019 4:33:58 PM | Print Fee | 387 | -51 | | 336 |
| 1/24/2019 4:33:22 PM | Print Fee | 390 | -3 | | 387 |
| 1/24/2019 1:47:08 PM | Print Fee | 480 | -90 | | 390 |
| 1/24/2019 1:43:56 PM | Print Fee | 600 | -120 | | 480 |
| 1/24/2019 11:05:16 AM | Inmate Purchase | 0 | 600 | | 600 |
| 1/23/2019 12:05:21 PM | Transfer | 8 | -8 | | 0 |
| 1/23/2019 10:36:53 AM | Transfer | 48 | -40 | | 8 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 2/6/2019 9:27:45 AM | Print Fee | 1842 | -99 | | 1743 |
| 2/5/2019 7:03:03 PM | Print Fee | 1875 | -33 | | 1842 |
| 2/5/2019 9:25:33 AM | Print Fee | 1983 | -108 | | 1875 |
| 2/4/2019 6:49:04 PM | Print Fee | 2013 | -30 | | 1983 |
| 2/4/2019 1:11:00 PM | Print Fee | 2118 | -105 | | 2013 |
| 2/4/2019 1:06:23 PM | Print Fee | 2271 | -153 | | 2118 |
| 2/4/2019 1:05:22 PM | Print Fee | 2295 | -24 | | 2271 |
| 2/4/2019 1:04:01 PM | Print Fee | 2352 | -57 | | 2295 |
| 2/4/2019 9:19:31 AM | Print Fee | 2394 | -42 | | 2352 |
| 2/3/2019 10:40:19 AM | Inmate Purchase | 1794 | 600 | | 2394 |
| 2/3/2019 9:41:24 AM | Inmate Purchase | 1194 | 600 | | 1794 |
| 2/3/2019 8:12:31 AM | Inmate Purchase | 594 | 600 | | 1194 |
| 2/3/2019 7:38:47 AM | Print Fee | 600 | -6 | | 594 |
| 2/3/2019 7:36:06 AM | Inmate Purchase | 0 | 600 | | 600 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**                        **Available Balance: 9098**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 2/28/2019 9:19:53 AM | Print Fee | 2661 | -291 | | 2370 |
| 2/27/2019 7:23:16 PM | Print Fee | 2736 | -75 | | 2661 |
| 2/27/2019 1:47:42 PM | Print Fee | 2814 | -78 | | 2736 |
| 2/27/2019 1:47:06 PM | Inmate Purchase | 2214 | 600 | | 2814 |
| 2/27/2019 9:31:59 AM | Print Fee | 2220 | -6 | | 2214 |
| 2/26/2019 3:35:56 PM | Inmate Purchase | 1620 | 600 | | 2220 |
| 2/26/2019 2:32:19 PM | Inmate Purchase | 1020 | 600 | | 1620 |
| 2/26/2019 9:16:47 AM | Print Fee | 1215 | -195 | | 1020 |
| 2/25/2019 12:50:16 PM | Print Fee | 1245 | -30 | | 1215 |
| 2/25/2019 9:21:59 AM | Print Fee | 1281 | -36 | | 1245 |
| 2/23/2019 12:53:42 PM | Print Fee | 1365 | -84 | | 1281 |
| 2/22/2019 1:51:49 PM | Print Fee | 1392 | -27 | | 1365 |
| 2/22/2019 9:19:02 AM | Print Fee | 1413 | -21 | | 1392 |
| 2/22/2019 7:32:23 AM | Inmate Purchase | 813 | 600 | | 1413 |
| 2/21/2019 6:32:19 PM | Print Fee | 1011 | -198 | | 813 |
| 2/20/2019 7:21:07 PM | Print Fee | 1020 | -9 | | 1011 |
| 2/20/2019 7:02:44 PM | Print Fee | 1023 | -3 | | 1020 |
| 2/20/2019 9:25:01 AM | Print Fee | 1200 | -177 | | 1023 |
| 2/19/2019 6:44:51 PM | Print Fee | 1287 | -87 | | 1200 |
| 2/19/2019 9:20:36 AM | Print Fee | 1506 | -219 | | 1287 |
| 2/16/2019 1:53:24 PM | Print Fee | 1689 | -183 | | 1506 |
| 2/16/2019 11:29:59 AM | Inmate Purchase | 1089 | 600 | | 1689 |
| 2/14/2019 6:03:27 PM | Print Fee | 1092 | -3 | | 1089 |
| 2/14/2019 2:53:35 PM | Print Fee | 1128 | -36 | | 1092 |
| 2/14/2019 9:10:52 AM | Print Fee | 1146 | -18 | | 1128 |
| 2/13/2019 9:24:20 AM | Print Fee | 1260 | -114 | | 1146 |
| 2/12/2019 2:09:51 PM | Print Fee | 1422 | -162 | | 1260 |
| 2/12/2019 8:51:06 AM | Print Fee | 1437 | -15 | | 1422 |
| 2/11/2019 1:30:30 PM | Print Fee | 1509 | -72 | | 1437 |
| 2/8/2019 1:48:46 PM | Print Fee | 1584 | -75 | | 1509 |
| 2/8/2019 8:56:39 AM | Print Fee | 1632 | -48 | | 1584 |
| 2/7/2019 9:29:57 AM | Print Fee | 1743 | -111 | | 1632 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 3/4/2019 9:21:43 AM | Print Fee | 2034 | -30 | | 2004 |
| 3/2/2019 2:04:18 PM | Print Fee | 2166 | -132 | | 2034 |
| 3/1/2019 9:20:09 AM | Print Fee | 2370 | -204 | | 2166 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON          Available Balance: 9098

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/29/2019 9:29:36 AM | Print Fee | 1923 | -105 | | 1818 |
| 3/28/2019 6:12:34 PM | Print Fee | 2046 | -123 | | 1923 |
| 3/28/2019 11:31:46 AM | Print Fee | 2082 | -36 | | 2046 |
| 3/27/2019 9:28:31 AM | Print Fee | 2097 | -15 | | 2082 |
| 3/26/2019 4:22:39 PM | Print Fee | 2100 | -3 | | 2097 |
| 3/26/2019 11:42:42 AM | Print Fee | 2250 | -150 | | 2100 |
| 3/26/2019 9:20:47 AM | Print Fee | 2382 | -132 | | 2250 |
| 3/25/2019 2:46:32 PM | Print Fee | 2574 | -192 | | 2382 |
| 3/25/2019 2:04:11 PM | Inmate Purchase | 1974 | 600 | | 2574 |
| 3/25/2019 9:11:47 AM | Print Fee | 1989 | -15 | | 1974 |
| 3/21/2019 4:58:09 PM | Inmate Purchase | 1389 | 600 | | 1989 |
| 3/20/2019 9:22:47 AM | Print Fee | 1401 | -12 | | 1389 |
| 3/19/2019 6:21:00 PM | Print Fee | 1557 | -156 | | 1401 |
| 3/18/2019 5:30:38 PM | Print Fee | 1698 | -141 | | 1557 |
| 3/18/2019 3:12:02 PM | Print Fee | 1764 | -66 | | 1698 |
| 3/18/2019 10:24:12 AM | Print Fee | 1842 | -78 | | 1764 |
| 3/18/2019 9:08:52 AM | Print Fee | 2013 | -171 | | 1842 |
| 3/18/2019 8:47:00 AM | Inmate Purchase | 1413 | 600 | | ? 3 |
| 3/18/2019 8:44:01 AM | Print Fee | 1584 | -171 | | |
| 3/16/2019 1:28:44 PM | Print Fee | 1722 | -138 | | 1584 |
| 3/16/2019 12:57:38 PM | Inmate Purchase | 1122 | 600 | | 1722 |
| 3/14/2019 8:53:42 PM | Print Fee | 1125 | -3 | | 1122 |
| 3/14/2019 7:28:32 PM | Print Fee | 1224 | -99 | | 1125 |
| 3/14/2019 6:23:11 PM | Print Fee | 1254 | -30 | | 1224 |
| 3/13/2019 8:18:08 PM | Print Fee | 1257 | -3 | | 1254 |
| 3/12/2019 7:39:04 PM | Print Fee | 1497 | -240 | | 1257 |
| 3/8/2019 9:23:24 AM | Print Fee | 1599 | -102 | | 1497 |
| 3/6/2019 8:53:13 AM | Print Fee | 1722 | -123 | | 1599 |
| 3/5/2019 9:28:00 PM | Print Fee | 1827 | -105 | | 1722 |
| 3/5/2019 12:07:17 PM | Print Fee | 1866 | -39 | | 1827 |
| 3/5/2019 8:57:12 AM | Print Fee | 1971 | -105 | | 1866 |
| 3/4/2019 12:52:55 PM | Print Fee | 2004 | -33 | | 1971 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 4/5/2019 2:03:20 PM | Print Fee | 1560 | -6 | | 1554 |
| 4/5/2019 2:02:51 PM | Print Fee | 1566 | -6 | | 1560 |
| 4/4/2019 2:51:59 PM | Print Fee | 1572 | -6 | | 1566 |
| 4/4/2019 2:05:31 PM | Print Fee | 1740 | -168 | | 1572 |
| 4/4/2019 2:04:12 PM | Print Fee | 1803 | -63 | | 1740 |
| 4/3/2019 8:55:07 AM | Print Fee | 1809 | -6 | | 1803 |
| 4/2/2019 9:26:43 AM | Print Fee | 1818 | -9 | | 1809 |

Ex. "DDDD"

Date: 01/30/2025
Time: 07:56:19 PM
Location: COA

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**          **Available Balance: 8861**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------:|----------:|---------------------|------------:|
| 4/29/2019 8:50:45 AM | Print Fee | 675 | -9 | | 666 |
| 4/27/2019 9:10:42 AM | Print Fee | 768 | -93 | | 675 |
| 4/26/2019 12:56:59 PM | Print Fee | 885 | -117 | | 768 |
| 4/26/2019 12:56:46 PM | Inmate Purchase | 585 | 300 | | 885 |
| 4/26/2019 8:50:33 AM | Print Fee | 648 | -63 | | 585 |
| 4/25/2019 8:58:06 AM | Print Fee | 675 | -27 | | 648 |
| 4/24/2019 9:20:00 AM | Print Fee | 753 | -78 | | 675 |
| 4/22/2019 6:32:10 PM | Print Fee | 780 | -27 | | 753 |
| 4/22/2019 6:31:03 PM | Inmate Purchase | 480 | 300 | | 780 |
| 4/22/2019 8:52:57 AM | Print Fee | 588 | -108 | | 480 |
| 4/18/2019 1:44:22 PM | Print Fee | 669 | -81 | | 588 |
| 4/17/2019 1:50:49 PM | Print Fee | 777 | -108 | | 669 |
| 4/17/2019 9:22:24 AM | Print Fee | 879 | -102 | | 777 |
| 4/16/2019 9:32:27 AM | Print Fee | 909 | -30 | | 879 |
| 4/15/2019 9:23:22 AM | Print Fee | 1050 | -141 | | 909 |
| 4/15/2019 9:05:26 AM | Print Fee | 1098 | -48 | | 1050 |
| 4/12/2019 2:17:02 PM | Print Fee | 1140 | -42 | | 1098 |
| 4/12/2019 2:15:19 PM | Print Fee | 1221 | -81 | | 1140 |
| 4/12/2019 2:15:00 PM | Inmate Purchase | 921 | 300 | | 1221 |
| 4/11/2019 1:41:43 PM | Print Fee | 1035 | -114 | | 921 |
| 4/11/2019 1:41:15 PM | Print Fee | 1050 | -15 | | 1035 |
| 4/10/2019 7:22:55 PM | Print Fee | 1080 | -30 | | 1050 |
| 4/10/2019 9:22:20 AM | Print Fee | 1152 | -72 | | 1080 |
| 4/9/2019 8:58:01 AM | Print Fee | 1170 | -18 | | 1152 |
| 4/8/2019 8:28:23 PM | Print Fee | 1221 | -51 | | 1170 |
| 4/8/2019 8:27:57 PM | Print Fee | 1245 | -24 | | 1221 |
| 4/8/2019 7:16:52 PM | Print Fee | 1344 | -99 | | 1245 |
| 4/6/2019 2:24:35 PM | Print Fee | 1431 | -87 | | 1344 |
| 4/6/2019 2:23:04 PM | Print Fee | 1488 | -57 | | 1431 |
| 4/6/2019 2:21:44 PM | Print Fee | 1542 | -54 | | 1488 |
| 4/5/2019 2:22:24 PM | Print Fee | 1548 | -6 | | 1542 |
| 4/5/2019 2:21:47 PM | Print Fee | 1554 | -6 | | 1548 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 5/13/2019 7:16:23 PM | Print Fee | 1536 | -12 | | 1524 |
| 5/13/2019 9:23:37 AM | Print Fee | 1587 | -51 | | 1536 |
| 5/13/2019 9:22:26 AM | Print Fee | 1650 | -63 | | 1587 |
| 5/13/2019 9:21:29 AM | Print Fee | 1689 | -39 | | 1650 |
| 5/12/2019 10:46:38 AM | Inmate Purchase | 1089 | 600 | | 1689 |
| 5/11/2019 12:37:51 PM | Print Fee | 1134 | -45 | | 1089 |
| 5/11/2019 8:56:07 AM | Print Fee | 1143 | -9 | | 1134 |
| 5/11/2019 8:34:29 AM | Print Fee | 1266 | -123 | | 1143 |
| 5/11/2019 8:32:53 AM | Print Fee | 1329 | -63 | | 1266 |
| 5/11/2019 8:31:49 AM | Print Fee | 1368 | -39 | | 1329 |
| 5/10/2019 9:30:51 AM | Print Fee | 1410 | -42 | | 1368 |
| 5/10/2019 9:30:42 AM | Inmate Purchase | 810 | 600 | | 1410 |
| 5/10/2019 9:27:15 AM | Print Fee | 882 | -72 | | 810 |
| 5/10/2019 9:25:56 AM | Print Fee | 933 | -51 | | 882 |
| 5/8/2019 8:51:44 AM | Print Fee | 1026 | -93 | | 933 |
| 5/8/2019 8:50:46 AM | Print Fee | 1068 | -42 | | 1026 |
| 5/6/2019 2:15:55 PM | Print Fee | 1149 | -81 | | 1068 |
| 5/6/2019 2:13:34 PM | Print Fee | 1227 | -78 | | 1149 |
| 5/6/2019 2:11:22 PM | Print Fee | 1311 | -84 | | 1227 |
| 5/6/2019 2:10:31 PM | Print Fee | 1338 | -27 | | 1311 |
| 5/5/2019 7:09:43 PM | Inmate Purchase | 738 | 600 | | 1338 |
| 5/4/2019 7:38:30 PM | Print Fee | 816 | -78 | | 738 |
| 5/3/2019 3:05:33 PM | Print Fee | 861 | -45 | | 816 |
| 5/3/2019 1:52:38 PM | Print Fee | 915 | -54 | | 861 |
| 5/3/2019 10:52:00 AM | Inmate Purchase | 315 | 600 | | 915 |
| 5/2/2019 6:22:23 PM | Print Fee | 441 | -126 | | 315 |
| 5/2/2019 6:20:41 PM | Print Fee | 531 | -90 | | 441 |
| 5/1/2019 12:56:09 PM | Print Fee | 552 | -21 | | 531 |
| 5/1/2019 9:33:56 AM | Print Fee | 666 | -114 | | 552 |

Ex. "DDDD"

Date: 01/30/2025
Time: 08:30:52 PM
Location: COA

## Federal Bureau of Prisons
### TRULINCS Account Transactions - TRULINCS
#### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------|-----------|---------------------|-------------|
| 5/23/2019 12:50:57 PM | Inmate Purchase | 1251 | 100 | | 1351 |
| 5/23/2019 9:28:39 AM | Print Fee | 1278 | -27 | | 1251 |
| 5/22/2019 6:17:16 PM | Print Fee | 1347 | -69 | | 1278 |
| 5/22/2019 9:17:11 AM | Inmate Purchase | 747 | 600 | | 1347 |
| 5/22/2019 9:15:08 AM | Print Fee | 861 | -114 | | 747 |
| 5/22/2019 9:14:15 AM | Print Fee | 894 | -33 | | 861 |
| 5/22/2019 9:13:11 AM | Print Fee | 933 | -39 | | 894 |
| 5/22/2019 9:11:54 AM | Print Fee | 978 | -45 | | 933 |
| 5/22/2019 9:09:39 AM | Print Fee | 1029 | -51 | | 978 |
| 5/21/2019 5:59:02 PM | Print Fee | 1077 | -48 | | 1029 |
| 5/21/2019 9:27:28 AM | Print Fee | 1185 | -108 | | 1077 |
| 5/21/2019 9:26:20 AM | Print Fee | 1215 | -30 | | 1185 |
| 5/20/2019 9:26:25 AM | Print Fee | 1266 | -51 | | 1215 |
| 5/20/2019 9:25:25 AM | Print Fee | 1302 | -36 | | 1266 |
| 5/20/2019 9:24:01 AM | Print Fee | 1362 | -60 | | 1302 |
| 5/18/2019 2:08:11 PM | Print Fee | 1422 | -60 | | 1362 |
| 5/18/2019 2:05:13 PM | Print Fee | 1452 | -30 | | 1422 |
| 5/18/2019 2:04:12 PM | Print Fee | 1491 | -39 | | 1452 |
| 5/18/2019 2:03:17 PM | Print Fee | 1536 | -45 | | 1491 |
| 5/17/2019 2:52:39 PM | Inmate Purchase | 936 | 600 | | 1536 |
| 5/17/2019 2:50:40 PM | Print Fee | 1044 | -108 | | 936 |
| 5/17/2019 2:48:53 PM | Print Fee | 1107 | -63 | | 1044 |
| 5/17/2019 2:47:43 PM | Print Fee | 1149 | -42 | | 1107 |
| 5/16/2019 6:15:05 PM | Print Fee | 1227 | -78 | | 1149 |
| 5/16/2019 8:54:54 AM | Print Fee | 1269 | -42 | | 1227 |
| 5/16/2019 8:53:55 AM | Print Fee | 1317 | -48 | | 1269 |
| 5/15/2019 5:44:48 PM | Print Fee | 1380 | -63 | | 1317 |
| 5/15/2019 5:44:25 PM | Print Fee | 1389 | -9 | | 1380 |
| 5/15/2019 10:20:20 AM | Print Fee | 1407 | -18 | | 1389 |
| 5/15/2019 10:19:45 AM | Print Fee | 1416 | -9 | | 1407 |
| 5/15/2019 10:18:56 AM | Print Fee | 1437 | -21 | | 1416 |
| 5/15/2019 9:33:25 AM | Print Fee | 1473 | -36 | | 1437 |
| 5/15/2019 9:32:11 AM | Print Fee | 1524 | -51 | | 1473 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                Available Balance: 8861

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 5/31/2019 2:06:45 PM | Inmate Purchase | 9210 | 600 | | 9810 |
| 5/31/2019 2:06:26 PM | Inmate Purchase | 8610 | 600 | | 9210 |
| 5/31/2019 2:06:05 PM | Inmate Purchase | 8010 | 600 | | 8610 |
| 5/31/2019 2:05:44 PM | Inmate Purchase | 7410 | 600 | | 8010 |
| 5/31/2019 2:05:25 PM | Inmate Purchase | 6810 | 600 | | 7410 |
| 5/31/2019 2:04:58 PM | Inmate Purchase | 6210 | 600 | | 6810 |
| 5/31/2019 2:04:37 PM | Inmate Purchase | 5610 | 600 | | 6210 |
| 5/31/2019 2:04:15 PM | Inmate Purchase | 5010 | 600 | | 5610 |
| 5/31/2019 2:03:02 PM | Print Fee | 5061 | -51 | | 5010 |
| 5/31/2019 2:01:56 PM | Print Fee | 5109 | -48 | | 5061 |
| 5/31/2019 2:01:05 PM | Print Fee | 5142 | -33 | | 5109 |
| 5/31/2019 2:00:49 PM | Inmate Purchase | 4542 | 600 | | 5142 |
| 5/31/2019 1:12:26 PM | Inmate Purchase | 3942 | 600 | | 4542 |
| 5/31/2019 11:49:06 AM | Inmate Purchase | 3342 | 600 | | 3942 |
| 5/31/2019 10:42:39 AM | Inmate Purchase | 2742 | 600 | | 3342 |
| 5/31/2019 10:26:55 AM | Inmate Purchase | 2142 | 600 | | 2742 |
| 5/31/2019 9:16:15 AM | Inmate Purchase | 1542 | 600 | | 2142 |
| 5/31/2019 7:36:06 AM | Inmate Purchase | 942 | 600 | | 1542 |
| 5/30/2019 9:26:07 AM | Print Fee | 1053 | -111 | | 942 |
| 5/30/2019 9:06:22 AM | Inmate Purchase | 853 | 200 | | 1053 |
| 5/29/2019 8:52:30 AM | Print Fee | 961 | -108 | | 853 |
| 5/29/2019 8:52:02 AM | Print Fee | 982 | -21 | | 961 |
| 5/29/2019 8:51:33 AM | Print Fee | 1000 | -18 | | 982 |
| 5/29/2019 8:50:39 AM | Print Fee | 1027 | -27 | | 1000 |
| 5/28/2019 6:54:38 PM | Print Fee | 1045 | -18 | | 1027 |
| 5/28/2019 8:52:51 AM | Print Fee | 1057 | -12 | | 1045 |
| 5/24/2019 2:07:49 PM | Print Fee | 1093 | -36 | | 1057 |
| 5/24/2019 2:06:49 PM | Print Fee | 1111 | -18 | | 1093 |
| 5/24/2019 2:05:24 PM | Print Fee | 1150 | -39 | | 1111 |
| 5/24/2019 8:57:12 AM | Print Fee | 1207 | -57 | | 1150 |
| 5/24/2019 8:54:20 AM | Print Fee | 1324 | -117 | | 1207 |
| 5/24/2019 8:53:31 AM | Print Fee | 1351 | -27 | | 1324 |

Ex. "DDDD"

## Federal Bureau of Prisons
### TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 6/4/2019 8:50:30 AM | Print Fee | 9948 | -48 | | 9900 |
| 6/3/2019 6:30:08 PM | Print Fee | 9987 | -39 | | 9948 |
| 6/3/2019 6:29:27 PM | Print Fee | 9990 | -3 | | 9987 |
| 6/3/2019 6:28:57 PM | Inmate Purchase | 9950 | 40 | | 9990 |
| 6/3/2019 6:08:06 PM | Inmate Purchase | 9910 | 40 | | 9950 |
| 6/3/2019 5:49:16 PM | Inmate Purchase | 9810 | 100 | | 9910 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                    Available Balance: 8861**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 6/29/2019 12:05:40 PM | Print Fee | 9611 | -12 | | 9599 |
| 6/28/2019 12:45:09 PM | Print Fee | 9662 | -51 | | 9611 |
| 6/28/2019 12:43:19 PM | Print Fee | 9734 | -72 | | 9662 |
| 6/28/2019 12:42:32 PM | Print Fee | 9761 | -27 | | 9734 |
| 6/27/2019 12:48:03 PM | Print Fee | 9797 | -36 | | 9761 |
| 6/27/2019 9:30:31 AM | Print Fee | 9818 | -21 | | 9797 |
| 6/26/2019 1:50:42 PM | Print Fee | 9911 | -93 | | 9818 |
| 6/26/2019 11:45:39 AM | Inmate Purchase | 9311 | 600 | | 9911 |
| 6/24/2019 2:51:43 PM | Print Fee | 9338 | -27 | | 9311 |
| 6/24/2019 12:50:56 PM | Print Fee | 9425 | -87 | | 9338 |
| 6/24/2019 8:54:19 AM | Print Fee | 9485 | -60 | | 9425 |
| 6/20/2019 9:44:10 AM | Print Fee | 9491 | -6 | | 9485 |
| 6/20/2019 9:43:38 AM | Print Fee | 9512 | -21 | | 9491 |
| 6/17/2019 9:22:45 AM | Print Fee | 9518 | -6 | | 9512 |
| 6/13/2019 7:25:53 PM | Print Fee | 9548 | -30 | | 9518 |
| 6/12/2019 9:26:53 AM | Print Fee | 9584 | -36 | | 9548 |
| 6/11/2019 8:35:08 PM | Print Fee | 9815 | -231 | | 9584 |
| 6/11/2019 6:27:18 PM | Print Fee | 9836 | -21 | | 9815 |
| 6/11/2019 6:26:06 PM | Print Fee | 9878 | -42 | | 9836 |
| 6/10/2019 9:29:27 AM | Print Fee | 9932 | -54 | | 9878 |
| 6/10/2019 8:53:58 AM | Print Fee | 9956 | -24 | | 9932 |
| 6/10/2019 8:53:33 AM | Print Fee | 9968 | -12 | | 9956 |
| 6/9/2019 1:20:41 PM | Inmate Purchase | 9928 | 40 | | 9968 |
| 6/7/2019 9:32:36 AM | Inmate Purchase | 9628 | 300 | | 9928 |
| 6/7/2019 9:31:58 AM | Print Fee | 9655 | -27 | | 9628 |
| 6/6/2019 6:40:41 PM | Print Fee | 9751 | -96 | | 9655 |
| 6/6/2019 8:53:16 AM | Print Fee | 9829 | -78 | | 9751 |
| 6/6/2019 8:51:22 AM | Print Fee | 9892 | -63 | | 9829 |
| 6/6/2019 8:49:53 AM | Print Fee | 9949 | -57 | | 9892 |
| 6/5/2019 9:40:07 AM | Print Fee | 9961 | -12 | | 9949 |
| 6/4/2019 9:25:22 AM | Print Fee | 10000 | -39 | | 9961 |
| 6/4/2019 8:51:28 AM | Inmate Purchase | 9900 | 100 | | 10000 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                    Available Balance: 8861

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 7/31/2019 1:18:07 PM | Media Fee | 2464 | -24 | | 2440 |
| 7/29/2019 9:33:54 AM | Print Fee | 2512 | -48 | | 2464 |
| 7/28/2019 4:50:56 PM | Media Fee | 2567 | -55 | | 2512 |
| 7/26/2019 9:48:40 AM | Media Fee | 2598 | -31 | | 2567 |
| 7/25/2019 6:55:32 PM | Print Fee | 2676 | -78 | | 2598 |
| 7/24/2019 3:47:39 PM | Media Fee | 2700 | -24 | | 2676 |
| 7/23/2019 9:25:24 AM | Print Fee | 2724 | -24 | | 2700 |
| 7/22/2019 9:33:29 AM | Print Fee | 2742 | -18 | | 2724 |
| 7/20/2019 6:49:45 PM | Transfer | 2892 | -150 | | 2742 |
| 7/19/2019 12:39:29 PM | Print Fee | 2913 | -21 | | 2892 |
| 7/18/2019 2:16:53 PM | Print Fee | 2949 | -36 | | 2913 |
| 7/18/2019 8:52:57 AM | Print Fee | 3000 | -51 | | 2949 |
| 7/17/2019 4:28:37 PM | Transfer | 3755 | -755 | | 3000 |
| 7/17/2019 6:54:36 AM | Media Fee | 4065 | -310 | | 3755 |
| 7/16/2019 6:56:59 PM | Transfer | 4665 | -600 | | 4065 |
| 7/16/2019 9:00:29 AM | Print Fee | 4671 | -6 | | 4665 |
| 7/16/2019 6:52:07 AM | Media Fee | 4881 | -210 | | 4671 |
| 7/15/2019 12:20:21 PM | Print Fee | 4914 | -33 | | 4881 |
| 7/15/2019 6:52:02 AM | Media Fee | 5000 | -86 | | 4914 |
| 7/14/2019 7:56:38 PM | Transfer | 5096 | -96 | | 5000 |
| 7/14/2019 5:36:59 PM | Transfer | 5796 | -700 | | 5096 |
| 7/14/2019 8:25:38 AM | Media Fee | 5982 | -186 | | 5796 |
| 7/13/2019 9:05:54 AM | Media Fee | 6185 | -203 | | 5982 |
| 7/12/2019 9:14:49 PM | Transfer | 7185 | -1000 | | 6185 |
| 7/12/2019 8:07:49 AM | Media Fee | 7529 | -344 | | 7185 |
| 7/11/2019 8:56:08 AM | Print Fee | 7535 | -6 | | 7529 |
| 7/11/2019 7:17:11 AM | Media Fee | 7951 | -416 | | 7535 |
| 7/10/2019 7:18:01 AM | Media Fee | 8402 | -451 | | 7951 |
| 7/9/2019 9:29:20 AM | Print Fee | 8414 | -12 | | 8402 |
| 7/9/2019 6:48:41 AM | Media Fee | 8841 | -427 | | 8414 |
| 7/8/2019 10:18:58 AM | Media Fee | 9263 | -422 | | 8841 |
| 7/8/2019 9:22:50 AM | Inmate Purchase | 9063 | 200 | | 9263 |

Ex. "DDDD"

## Federal Bureau of Prisons
### TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 8/3/2019 2:52:38 PM | Print Fee | 2386 | -24 | | 2362 |
| 8/2/2019 3:25:54 PM | Print Fee | 2398 | -12 | | 2386 |
| 8/2/2019 10:40:07 AM | Print Fee | 2413 | -15 | | 2398 |
| 8/1/2019 2:18:47 PM | Print Fee | 2440 | -27 | | 2413 |

Ex. "DDDD"

Inmate #: 70048018

Date:  01/31/2025                                                              Location: COA
Time:  09:02:53 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018  Inmate Name: BALL, WILLIAM BRINSON          Available Balance: 8861

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 8/31/2019 8:17:46 AM | Inmate Purchase | 951 | 300 | | 1251 |
| 8/30/2019 1:11:14 PM | Print Fee | 978 | -27 | | 951 |
| 8/29/2019 7:03:56 PM | Print Fee | 1047 | -69 | | 978 |
| 8/29/2019 2:32:01 PM | Media Fee | 1143 | -96 | | 1047 |
| 8/29/2019 12:54:45 PM | Inmate Purchase | 543 | 600 | | 1143 |
| 8/28/2019 1:37:31 PM | Media Fee | 671 | -128 | | 543 |
| 8/27/2019 1:36:29 PM | Media Fee | 1036 | -365 | | 671 |
| 8/27/2019 9:26:06 AM | Inmate Purchase | 436 | 600 | | 1036 |
| 8/26/2019 9:24:32 PM | Media Fee | 787 | -351 | | 436 |
| 8/26/2019 9:30:52 AM | Print Fee | 817 | -30 | | 787 |
| 8/23/2019 1:09:47 PM | Print Fee | 997 | -180 | | 817 |
| 8/22/2019 6:40:21 PM | Print Fee | 1021 | -24 | | 997 |
| 8/22/2019 6:36:54 PM | Print Fee | 1045 | -24 | | 1021 |
| 8/21/2019 7:07:15 PM | Print Fee | 1048 | -3 | | 1045 |
| 8/21/2019 9:36:21 AM | Print Fee | 1060 | -12 | | 1048 |
| 8/20/2019 6:21:52 PM | Print Fee | 1081 | -21 | | 1060 |
| 8/20/2019 5:05:03 PM | Transfer | 1681 | -600 | | 1081 |
| 8/20/2019 9:38:35 AM | Print Fee | 1702 | -21 | | 1681 |
| 8/19/2019 9:27:32 AM | Print Fee | 1747 | -45 | | 1702 |
| 8/17/2019 12:42:43 PM | Print Fee | 1759 | -12 | | 1747 |
| 8/9/2019 2:23:29 PM | Print Fee | 1768 | -9 | | 1759 |
| 8/9/2019 12:29:35 PM | Print Fee | 1831 | -63 | | 1768 |
| 8/8/2019 9:28:43 AM | Print Fee | 1924 | -93 | | 1831 |
| 8/6/2019 1:52:30 PM | Print Fee | 2059 | -135 | | 1924 |
| 8/6/2019 1:12:13 PM | Print Fee | 2104 | -45 | | 2059 |
| 8/6/2019 1:09:19 PM | Print Fee | 2167 | -63 | | 2104 |
| 8/6/2019 1:08:27 PM | Print Fee | 2197 | -30 | | 2167 |
| 8/6/2019 9:43:01 AM | Print Fee | 2203 | -6 | | 2197 |
| 8/5/2019 9:29:55 AM | Print Fee | 2221 | -18 | | 2203 |
| 8/4/2019 5:28:15 PM | Print Fee | 2224 | -3 | | 2221 |
| 8/3/2019 2:54:13 PM | Print Fee | 2317 | -93 | | 2224 |
| 8/3/2019 2:53:15 PM | Print Fee | 2362 | -45 | | 2317 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 9/16/2019 9:29:12 AM | Print Fee | 242 | -9 | | 233 |
| 9/16/2019 9:27:38 AM | Print Fee | 308 | -66 | | 242 |
| 9/16/2019 9:25:02 AM | Print Fee | 413 | -105 | | 308 |
| 9/16/2019 9:24:03 AM | Print Fee | 449 | -36 | | 413 |
| 9/14/2019 2:23:43 PM | Print Fee | 482 | -33 | | 449 |
| 9/14/2019 2:22:50 PM | Print Fee | 515 | -33 | | 482 |
| 9/14/2019 2:21:14 PM | Print Fee | 572 | -57 | | 515 |
| 9/13/2019 11:06:12 AM | Print Fee | 593 | -21 | | 572 |
| 9/13/2019 11:05:45 AM | Print Fee | 602 | -9 | | 593 |
| 9/13/2019 11:05:10 AM | Print Fee | 614 | -12 | | 602 |
| 9/13/2019 11:04:35 AM | Print Fee | 626 | -12 | | 614 |
| 9/13/2019 11:03:06 AM | Print Fee | 662 | -36 | | 626 |
| 9/13/2019 11:02:36 AM | Print Fee | 671 | -9 | | 662 |
| 9/13/2019 10:15:23 AM | Print Fee | 797 | -126 | | 671 |
| 9/13/2019 9:34:17 AM | Print Fee | 917 | -120 | | 797 |
| 9/13/2019 9:31:47 AM | Print Fee | 1016 | -99 | | 917 |
| 9/13/2019 7:34:02 AM | Inmate Purchase | 416 | 600 | | 1016 |
| 9/12/2019 12:20:41 PM | Print Fee | 437 | -21 | | 416 |
| 9/12/2019 12:19:49 PM | Print Fee | 458 | -21 | | 437 |
| 9/11/2019 9:45:31 PM | Print Fee | 473 | -15 | | 458 |
| 9/11/2019 11:22:44 AM | Print Fee | 494 | -21 | | 473 |
| 9/10/2019 2:01:57 PM | Print Fee | 554 | -60 | | 494 |
| 9/10/2019 2:00:51 PM | Print Fee | 611 | -57 | | 554 |
| 9/8/2019 8:32:58 AM | Media Fee | 704 | -93 | | 611 |
| 9/7/2019 6:26:13 PM | Media Fee | 900 | -196 | | 704 |
| 9/7/2019 1:46:33 PM | Print Fee | 906 | -6 | | 900 |
| 9/5/2019 1:57:41 PM | Print Fee | 921 | -15 | | 906 |
| 9/4/2019 9:41:07 PM | Media Fee | 1100 | -179 | | 921 |
| 9/3/2019 2:08:50 PM | Media Fee | 1248 | -148 | | 1100 |
| 9/3/2019 10:32:54 AM | Print Fee | 1251 | -3 | | 1248 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                Available Balance: 8798

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|---|---|---|---|---|---|---|
| 9/30/2019 1:38:38 PM | Print Fee | 660 | -30 | | | 630 |
| 9/30/2019 1:37:42 PM | Print Fee | 708 | -48 | | | 660 |
| 9/30/2019 9:18:49 AM | Print Fee | 738 | -30 | | | 708 |
| 9/30/2019 9:18:05 AM | Print Fee | 762 | -24 | | | 738 |
| 9/29/2019 9:03:52 AM | Media Fee | 958 | -196 | | | 762 |
| 9/27/2019 3:30:26 PM | Media Fee | 1130 | -172 | | | 958 |
| 9/26/2019 7:07:53 PM | Print Fee | 1169 | -39 | | | 1130 |
| 9/26/2019 6:41:50 PM | Print Fee | 1193 | -24 | | | 1169 |
| 9/26/2019 9:31:41 AM | Print Fee | 1196 | -3 | | | 1193 |
| 9/25/2019 2:56:41 PM | Print Fee | 1199 | -3 | | | 1196 |
| 9/25/2019 9:27:35 AM | Print Fee | 1244 | -45 | | | 1199 |
| 9/24/2019 11:44:37 AM | Media Fee | 1337 | -93 | | | 1244 |
| 9/24/2019 9:25:06 AM | Print Fee | 1346 | -9 | | | 1337 |
| 9/24/2019 9:24:40 AM | Inmate Purchase | 1046 | 300 | | | 1346 |
| 9/23/2019 2:05:38 PM | Print Fee | 1073 | -27 | | | 1046 |
| 9/23/2019 9:32:52 AM | Print Fee | 1085 | -12 | | | 1073 |
| 9/22/2019 8:53:03 PM | Media Fee | 1116 | -31 | | | 1085 |
| 9/20/2019 8:47:09 AM | Media Fee | 1357 | -241 | | | 1116 |
| 9/20/2019 8:36:54 AM | Inmate Purchase | 757 | 600 | | | 1357 |
| 9/19/2019 6:14:16 PM | Print Fee | 769 | -12 | | | 757 |
| 9/19/2019 3:47:13 PM | Print Fee | 802 | -33 | | | 769 |
| 9/19/2019 9:26:35 AM | Print Fee | 832 | -30 | | | 802 |
| 9/19/2019 9:25:36 AM | Print Fee | 865 | -33 | | | 832 |
| 9/19/2019 9:24:32 AM | Print Fee | 904 | -39 | | | 865 |
| 9/18/2019 6:52:21 PM | Print Fee | 922 | -18 | | | 904 |
| 9/18/2019 2:03:18 PM | Print Fee | 931 | -9 | | | 922 |
| 9/18/2019 1:38:00 PM | Inmate Purchase | 731 | 200 | | | 931 |
| 9/18/2019 1:37:20 PM | Print Fee | 758 | -27 | | | 731 |
| 9/18/2019 10:41:22 AM | Print Fee | 776 | -18 | | | 758 |
| 9/18/2019 10:39:55 AM | Print Fee | 812 | -36 | | | 776 |
| 9/17/2019 9:25:53 AM | Print Fee | 833 | -21 | | | 812 |
| 9/16/2019 4:55:25 PM | Inmate Purchase | 233 | 600 | | | 833 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 10/2/2019 6:08:14 PM | Print Fee | 1113 | -33 | | 1080 |
| 10/2/2019 12:59:28 PM | Print Fee | 1119 | -6 | | 1113 |
| 10/2/2019 12:58:32 PM | Print Fee | 1128 | -9 | | 1119 |
| 10/2/2019 12:57:52 PM | Print Fee | 1137 | -9 | | 1128 |
| 10/1/2019 10:16:13 AM | Print Fee | 1140 | -3 | | 1137 |
| 10/1/2019 9:27:53 AM | Inmate Purchase | 540 | 600 | | 1140 |
| 10/1/2019 9:27:14 AM | Print Fee | 570 | -30 | | 540 |
| 10/1/2019 9:26:29 AM | Print Fee | 609 | -39 | | 570 |
| 10/1/2019 9:25:50 AM | Print Fee | 630 | -21 | | 609 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 10/10/2019 1:09:53 PM | Print Fee | 1220 | -42 | | 1178 |
| 10/8/2019 9:24:41 AM | Print Fee | 1268 | -48 | | 1220 |
| 10/8/2019 9:23:29 AM | Print Fee | 1310 | -42 | | 1268 |
| 10/7/2019 1:50:40 PM | Print Fee | 1373 | -63 | | 1310 |
| 10/7/2019 9:24:33 AM | Print Fee | 1505 | -132 | | 1373 |
| 10/7/2019 9:22:32 AM | Print Fee | 1610 | -105 | | 1505 |
| 10/7/2019 9:17:43 AM | Print Fee | 1649 | -39 | | 1610 |
| 10/6/2019 7:56:06 PM | Media Fee | 1680 | -31 | | 1649 |
| 10/6/2019 12:00:22 PM | Inmate Purchase | 1380 | 300 | | 1680 |
| 10/6/2019 8:54:50 AM | Media Fee | 1490 | -110 | | 1380 |
| 10/5/2019 9:18:47 AM | Media Fee | 1686 | -196 | | 1490 |
| 10/5/2019 9:17:02 AM | Inmate Purchase | 1086 | 600 | | 1686 |
| 10/4/2019 2:43:24 PM | Inmate Purchase | 486 | 600 | | 1086 |
| 10/4/2019 1:49:16 PM | Print Fee | 525 | -39 | | 486 |
| 10/4/2019 9:26:48 AM | Print Fee | 573 | -48 | | 525 |
| 10/4/2019 9:25:45 AM | Print Fee | 600 | -27 | | 573 |
| 10/4/2019 9:24:41 AM | Print Fee | 633 | -33 | | 600 |
| 10/4/2019 9:21:07 AM | Print Fee | 777 | -144 | | 633 |
| 10/4/2019 9:20:37 AM | Print Fee | 792 | -15 | | 777 |
| 10/4/2019 9:17:34 AM | Print Fee | 912 | -120 | | 792 |
| 10/4/2019 9:17:21 AM | Inmate Purchase | 612 | 300 | | 912 |
| 10/3/2019 9:15:27 AM | Print Fee | 630 | -18 | | 612 |
| 10/3/2019 9:14:21 AM | Print Fee | 669 | -39 | | 630 |
| 10/3/2019 9:12:40 AM | Print Fee | 735 | -66 | | 669 |
| 10/3/2019 9:11:36 AM | Print Fee | 774 | -39 | | 735 |
| 10/3/2019 9:11:21 AM | Inmate Purchase | 174 | 600 | | 774 |
| 10/3/2019 6:51:21 AM | Media Fee | 401 | -227 | | 174 |
| 10/2/2019 7:19:34 PM | Media Fee | 669 | -268 | | 401 |
| 10/2/2019 6:27:04 PM | Print Fee | 831 | -162 | | 669 |
| 10/2/2019 6:24:39 PM | Print Fee | 921 | -90 | | 831 |
| 10/2/2019 6:14:08 PM | Print Fee | 990 | -69 | | 921 |
| 10/2/2019 6:10:57 PM | Print Fee | 1047 | -57 | | 990 |
| 10/2/2019 6:08:59 PM | Print Fee | 1080 | -33 | | 1047 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**                              **Available Balance: 8813**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 10/31/2019 1:51:46 PM | Media Fee | 320 | -254 | | 66 |
| 10/31/2019 9:25:58 AM | Print Fee | 464 | -144 | | 320 |
| 10/30/2019 2:52:12 PM | Print Fee | 500 | -36 | | 464 |
| 10/30/2019 10:31:07 AM | Media Fee | 723 | -223 | | 500 |
| 10/29/2019 2:18:46 PM | Print Fee | 840 | -117 | | 723 |
| 10/29/2019 2:08:16 PM | Inmate Purchase | 540 | 300 | | 840 |
| 10/27/2019 11:42:06 AM | Media Fee | 691 | -151 | | 540 |
| 10/25/2019 9:39:55 AM | Print Fee | 925 | -234 | | 691 |
| 10/25/2019 9:38:29 AM | Print Fee | 931 | -6 | | 925 |
| 10/25/2019 9:37:58 AM | Print Fee | 937 | -6 | | 931 |
| 10/25/2019 9:37:29 AM | Print Fee | 943 | -6 | | 937 |
| 10/24/2019 9:31:03 AM | Print Fee | 967 | -24 | | 943 |
| 10/24/2019 7:30:31 AM | Inmate Purchase | 367 | 600 | | 967 |
| 10/23/2019 9:24:38 AM | Print Fee | 397 | -30 | | 367 |
| 10/22/2019 1:30:04 PM | Print Fee | 460 | -63 | | 397 |
| 10/22/2019 9:33:45 AM | Print Fee | 553 | -93 | | 460 |
| 10/21/2019 9:20:55 AM | Print Fee | 667 | -114 | | 553 |
| 10/18/2019 2:52:20 PM | Print Fee | 802 | -135 | | 667 |
| 10/18/2019 9:42:15 AM | Media Fee | 898 | -96 | | 802 |
| 10/17/2019 6:35:17 PM | Print Fee | 925 | -27 | | 898 |
| 10/17/2019 9:31:13 AM | Print Fee | 958 | -33 | | 925 |
| 10/16/2019 2:52:59 PM | Print Fee | 1036 | -78 | | 958 |
| 10/16/2019 9:19:19 AM | Inmate Purchase | 436 | 600 | | 1036 |
| 10/15/2019 1:26:13 PM | Print Fee | 544 | -108 | | 436 |
| 10/15/2019 1:18:22 PM | Print Fee | 628 | -84 | | 544 |
| 10/15/2019 1:15:20 PM | Print Fee | 712 | -84 | | 628 |
| 10/15/2019 1:14:32 PM | Print Fee | 742 | -30 | | 712 |
| 10/15/2019 1:13:29 PM | Print Fee | 778 | -36 | | 742 |
| 10/13/2019 8:21:21 AM | Media Fee | 974 | -196 | | 778 |
| 10/11/2019 2:27:03 PM | Print Fee | 1040 | -66 | | 974 |
| 10/11/2019 9:21:08 AM | Print Fee | 1121 | -81 | | 1040 |
| 10/10/2019 1:11:36 PM | Print Fee | 1178 | -57 | | 1121 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 11/4/2019 9:22:02 AM | Print Fee | 1075 | -123 | | 952 |
| 11/4/2019 8:33:42 AM | Inmate Purchase | 475 | 600 | | 1075 |
| 11/3/2019 3:31:01 PM | Inmate Purchase | 175 | 300 | | 475 |
| 11/2/2019 5:42:02 PM | Media Fee | 299 | -124 | | 175 |
| 11/1/2019 5:27:28 PM | Media Fee | 612 | -313 | | 299 |
| 11/1/2019 2:41:20 PM | Print Fee | 666 | -54 | | 612 |
| 11/1/2019 2:40:25 PM | Inmate Purchase | 66 | 600 | | 666 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**                    **Available Balance: 8798**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|-----------|----------|--------------:|----------:|:-------------|:-------|------------:|
| 11/30/2019 9:12:54 AM | Media Fee | 300 | -62 | | | 238 |
| 11/29/2019 2:08:52 PM | Print Fee | 357 | -57 | | | 300 |
| 11/29/2019 1:14:48 PM | Inmate Purchase | 57 | 300 | | | 357 |
| 11/29/2019 11:33:14 AM | Media Fee | 322 | -265 | | | 57 |
| 11/28/2019 3:20:35 PM | Media Fee | 511 | -189 | | | 322 |
| 11/27/2019 12:14:34 PM | Print Fee | 523 | -12 | | | 511 |
| 11/20/2019 2:58:48 PM | Print Fee | 526 | -3 | | | 523 |
| 11/20/2019 9:27:34 AM | Print Fee | 601 | -75 | | | 526 |
| 11/20/2019 9:26:44 AM | Print Fee | 637 | -36 | | | 601 |
| 11/20/2019 8:56:19 AM | Inmate Purchase | 37 | 600 | | | 637 |
| 11/14/2019 9:23:40 AM | Print Fee | 262 | -225 | | | 37 |
| 11/13/2019 6:10:55 PM | Print Fee | 319 | -57 | | | 262 |
| 11/13/2019 6:09:47 PM | Print Fee | 376 | -57 | | | 319 |
| 11/13/2019 6:07:49 PM | Print Fee | 433 | -57 | | | 376 |
| 11/13/2019 6:05:17 PM | Print Fee | 517 | -84 | | | 433 |
| 11/13/2019 6:05:04 PM | Inmate Purchase | 317 | 200 | | | 517 |
| 11/12/2019 6:43:22 PM | Print Fee | 377 | -60 | | | 317 |
| 11/11/2019 4:52:02 PM | Media Fee | 408 | -31 | | | 377 |
| 11/11/2019 4:41:03 PM | Inmate Purchase | 208 | 200 | | | 408 |
| 11/7/2019 7:21:37 PM | Media Fee | 480 | -272 | | | 208 |
| 11/6/2019 9:28:14 PM | Media Fee | 604 | -124 | | | 480 |
| 11/6/2019 9:23:55 PM | Inmate Purchase | 304 | 300 | | | 604 |
| 11/6/2019 2:58:18 PM | Print Fee | 409 | -105 | | | 304 |
| 11/6/2019 12:18:36 PM | Print Fee | 424 | -15 | | | 409 |
| 11/5/2019 1:49:24 PM | Print Fee | 478 | -54 | | | 424 |
| 11/5/2019 8:48:04 AM | Print Fee | 580 | -102 | | | 478 |
| 11/4/2019 2:44:41 PM | Print Fee | 595 | -15 | | | 580 |
| 11/4/2019 2:44:12 PM | Print Fee | 598 | -3 | | | 595 |
| 11/4/2019 9:30:09 AM | Print Fee | 727 | -129 | | | 598 |
| 11/4/2019 9:28:57 AM | Print Fee | 772 | -45 | | | 727 |
| 11/4/2019 9:26:01 AM | Print Fee | 892 | -120 | | | 772 |
| 11/4/2019 9:24:28 AM | Print Fee | 952 | -60 | | | 892 |

Ex. "DDDD"

## Federal Bureau of Prisons
### TRULINCS Account Transactions - TRULINCS
#### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------:|----------:|--------------------:|------------:|
| 12/11/2019 12:15:44 PM | Inmate Purchase | 175 | 600 | | 775 |
| 12/11/2019 7:07:26 AM | Media Fee | 640 | -465 | | 175 |
| 12/11/2019 6:41:15 AM | Inmate Purchase | 340 | 300 | | 640 |
| 12/10/2019 1:59:50 PM | Inmate Purchase | 140 | 200 | | 340 |
| 12/10/2019 12:51:40 PM | Media Fee | 388 | -248 | | 140 |
| 12/9/2019 12:04:51 PM | Print Fee | 403 | -15 | | 388 |
| 12/7/2019 2:46:52 PM | Print Fee | 571 | -168 | | 403 |
| 12/7/2019 2:44:33 PM | Print Fee | 664 | -93 | | 571 |
| 12/7/2019 2:43:30 PM | Print Fee | 703 | -39 | | 664 |
| 12/6/2019 2:45:35 PM | Print Fee | 712 | -9 | | 703 |
| 12/6/2019 2:44:32 PM | Print Fee | 766 | -54 | | 712 |
| 12/5/2019 7:15:48 PM | Print Fee | 817 | -51 | | 766 |
| 12/5/2019 7:14:47 PM | Print Fee | 856 | -39 | | 817 |
| 12/4/2019 2:27:43 PM | Print Fee | 868 | -12 | | 856 |
| 12/4/2019 2:26:06 PM | Print Fee | 931 | -63 | | 868 |
| 12/4/2019 2:24:53 PM | Print Fee | 973 | -42 | | 931 |
| 12/4/2019 2:22:43 PM | Print Fee | 1060 | -87 | | 973 |
| 12/4/2019 2:21:09 PM | Print Fee | 1120 | -60 | | 1060 |
| 12/4/2019 2:20:44 PM | Print Fee | 1138 | -18 | | 1120 |
| 12/2/2019 6:48:01 AM | Inmate Purchase | 838 | 300 | | 1138 |
| 12/2/2019 6:21:45 AM | Inmate Purchase | 238 | 600 | | 838 |

Ex. "DDDD"

Date:   02/01/2025                                                                    Location: COA
Time:   11:30:02 AM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                 Available Balance: 8717

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|---|---|---|---|---|---|---|
| 12/31/2019 1:34:39 PM | Print Fee | 526 | -36 | | | 490 |
| 12/31/2019 1:33:29 PM | Print Fee | 592 | -66 | | | 526 |
| 12/31/2019 1:32:38 PM | Print Fee | 637 | -45 | | | 592 |
| 12/31/2019 1:30:52 PM | Print Fee | 721 | -84 | | | 637 |
| 12/31/2019 1:29:43 PM | Print Fee | 775 | -54 | | | 721 |
| 12/31/2019 1:28:53 PM | Inmate Purchase | 575 | 200 | | | 775 |
| 12/28/2019 2:36:10 PM | Print Fee | 623 | -48 | | | 575 |
| 12/27/2019 2:05:04 PM | Print Fee | 725 | -102 | | | 623 |
| 12/27/2019 1:36:47 PM | Inmate Purchase | 125 | 600 | | | 725 |
| 12/23/2019 6:59:50 PM | Print Fee | 221 | -96 | | | 125 |
| 12/23/2019 1:39:51 PM | Print Fee | 260 | -39 | | | 221 |
| 12/20/2019 9:26:56 AM | Print Fee | 308 | -48 | | | 260 |
| 12/20/2019 9:26:01 AM | Print Fee | 356 | -48 | | | 308 |
| 12/20/2019 9:24:15 AM | Print Fee | 395 | -39 | | | 356 |
| 12/20/2019 9:23:49 AM | Inmate Purchase | 195 | 200 | | | 395 |
| 12/19/2019 6:18:53 PM | Print Fee | 324 | -129 | | | 195 |
| 12/19/2019 6:16:23 PM | Inmate Purchase | 124 | 200 | | | 324 |
| 12/18/2019 7:49:22 PM | Print Fee | 190 | -66 | | | 124 |
| 12/18/2019 9:33:37 AM | Print Fee | 238 | -48 | | | 190 |
| 12/18/2019 9:32:15 AM | Print Fee | 313 | -75 | | | 238 |
| 12/18/2019 9:31:25 AM | Print Fee | 355 | -42 | | | 313 |
| 12/18/2019 8:04:14 AM | Inmate Purchase | 155 | 200 | | | 355 |
| 12/16/2019 9:28:27 AM | Print Fee | 242 | -87 | | | 155 |
| 12/16/2019 9:27:55 AM | Inmate Purchase | 42 | 200 | | | 242 |
| 12/13/2019 2:51:12 PM | Print Fee | 60 | -18 | | | 42 |
| 12/13/2019 9:26:35 AM | Print Fee | 117 | -57 | | | 60 |
| 12/12/2019 6:52:46 AM | Media Fee | 334 | -217 | | | 117 |
| 12/11/2019 12:50:51 PM | Print Fee | 415 | -81 | | | 334 |
| 12/11/2019 12:23:38 PM | Print Fee | 502 | -87 | | | 415 |
| 12/11/2019 12:20:52 PM | Print Fee | 613 | -111 | | | 502 |
| 12/11/2019 12:18:35 PM | Print Fee | 703 | -90 | | | 613 |
| 12/11/2019 12:16:41 PM | Print Fee | 775 | -72 | | | 703 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 1/9/2020 9:22:21 AM | Print Fee | 277 | -27 | | 250 |
| 1/9/2020 9:21:46 AM | Print Fee | 301 | -24 | | 277 |
| 1/8/2020 2:52:30 PM | Print Fee | 382 | -81 | | 301 |
| 1/3/2020 8:19:48 PM | Print Fee | 388 | -6 | | 382 |
| 1/2/2020 1:55:03 PM | Print Fee | 490 | -102 | | 388 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON      Available Balance: 8798

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 1/31/2020 2:57:53 PM | Print Fee | 480 | -63 | | 417 |
| 1/31/2020 7:46:45 AM | Print Fee | 489 | -9 | | 480 |
| 1/31/2020 7:46:31 AM | Print Fee | 498 | -9 | | 489 |
| 1/31/2020 7:46:03 AM | Print Fee | 513 | -15 | | 498 |
| 1/28/2020 7:20:20 PM | Print Fee | 543 | -30 | | 513 |
| 1/27/2020 8:48:59 AM | Print Fee | 639 | -96 | | 543 |
| 1/25/2020 2:27:16 PM | Print Fee | 660 | -21 | | 639 |
| 1/25/2020 1:02:57 PM | Print Fee | 723 | -63 | | 660 |
| 1/25/2020 1:01:01 PM | Print Fee | 783 | -60 | | 723 |
| 1/25/2020 12:58:58 PM | Print Fee | 885 | -102 | | 783 |
| 1/25/2020 12:52:45 PM | Print Fee | 945 | -60 | | 885 |
| 1/25/2020 12:45:28 PM | Inmate Purchase | 345 | 600 | | 945 |
| 1/24/2020 8:03:45 AM | Media Fee | 610 | -265 | | 345 |
| 1/23/2020 2:37:10 PM | Inmate Purchase | 10 | 600 | | 610 |
| 1/23/2020 11:00:57 AM | Media Fee | 165 | -155 | | 10 |
| 1/23/2020 8:45:05 AM | Print Fee | 183 | -18 | | 165 |
| 1/18/2020 2:36:51 PM | Print Fee | 264 | -81 | | 183 |
| 1/18/2020 2:35:36 PM | Inmate Purchase | 164 | 100 | | 264 |
| 1/17/2020 2:48:36 PM | Print Fee | 170 | -6 | | 164 |
| 1/16/2020 9:19:21 AM | Print Fee | 254 | -84 | | 170 |
| 1/16/2020 9:18:36 AM | Inmate Purchase | 54 | 200 | | 254 |
| 1/15/2020 2:25:20 PM | Print Fee | 66 | -12 | | 54 |
| 1/15/2020 2:04:57 PM | Print Fee | 87 | -21 | | 66 |
| 1/15/2020 2:03:54 PM | Print Fee | 135 | -48 | | 87 |
| 1/15/2020 2:03:13 PM | Print Fee | 153 | -18 | | 135 |
| 1/15/2020 2:01:47 PM | Print Fee | 225 | -72 | | 153 |
| 1/15/2020 2:01:04 PM | Print Fee | 246 | -21 | | 225 |
| 1/15/2020 1:59:51 PM | Print Fee | 300 | -54 | | 246 |
| 1/13/2020 1:31:28 PM | Media Fee | 424 | -124 | | 300 |
| 1/13/2020 8:50:29 AM | Print Fee | 514 | -90 | | 424 |
| 1/13/2020 8:50:20 AM | Inmate Purchase | 214 | 300 | | 514 |
| 1/10/2020 10:17:37 AM | Print Fee | 250 | -36 | | 214 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 2/5/2020 7:18:44 PM | Print Fee | 110 | -54 | | 56 |
| 2/5/2020 7:07:36 PM | Print Fee | 215 | -105 | | 110 |
| 2/5/2020 7:06:50 PM | Print Fee | 248 | -33 | | 215 |
| 2/5/2020 2:53:07 PM | Print Fee | 368 | -120 | | 248 |
| 2/5/2020 2:52:27 PM | Print Fee | 398 | -30 | | 368 |
| 2/5/2020 2:52:13 PM | Inmate Purchase | 98 | 300 | | 398 |
| 2/4/2020 6:59:44 PM | Print Fee | 122 | -24 | | 98 |
| 2/4/2020 6:59:37 PM | Inmate Purchase | 22 | 100 | | 122 |
| 2/4/2020 6:58:45 PM | Print Fee | 94 | -72 | | 22 |
| 2/4/2020 2:49:59 PM | Print Fee | 127 | -33 | | 94 |
| 2/4/2020 11:11:23 AM | Media Fee | 282 | -155 | | 127 |
| 2/4/2020 9:28:11 AM | Print Fee | 300 | -18 | | 282 |
| 2/4/2020 7:38:13 AM | Print Fee | 321 | -21 | | 300 |
| 2/3/2020 12:51:14 PM | Print Fee | 399 | -78 | | 321 |
| 2/3/2020 9:10:54 AM | Print Fee | 417 | -18 | | 399 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Inmate No: 70048018 | Inmate Name: BALL, WILLIAM BRINSON | | | Available Balance: 8798 | |
|---|---|---|---|---|---|
| **Date/Time** | **Activity** | **Begin Balance** | **TRU-Units** | **Session Date Refund** | **End Balance** |
| 2/27/2020 1:12:47 PM | Print Fee | 84 | -15 | | 69 |
| 2/27/2020 1:12:03 PM | Print Fee | 99 | -15 | | 84 |
| 2/27/2020 1:11:21 PM | Print Fee | 114 | -15 | | 99 |
| 2/26/2020 9:28:40 AM | Print Fee | 162 | -48 | | 114 |
| 2/25/2020 1:51:51 PM | Print Fee | 183 | -21 | | 162 |
| 2/24/2020 9:29:45 AM | Print Fee | 189 | -6 | | 183 |
| 2/20/2020 9:30:45 AM | Print Fee | 198 | -9 | | 189 |
| 2/14/2020 2:51:27 PM | Print Fee | 273 | -75 | | 198 |
| 2/11/2020 7:50:11 AM | Print Fee | 300 | -27 | | 273 |
| 2/10/2020 9:25:01 AM | Print Fee | 309 | -9 | | 300 |
| 2/10/2020 8:07:12 AM | Inmate Purchase | 109 | 200 | | 309 |
| 2/9/2020 5:28:30 PM | Print Fee | 115 | -6 | | 109 |
| 2/9/2020 2:46:58 PM | Print Fee | 124 | -9 | | 115 |
| 2/9/2020 12:13:46 PM | Print Fee | 136 | -12 | | 124 |
| 2/9/2020 11:22:19 AM | Print Fee | 148 | -12 | | 136 |
| 2/9/2020 11:21:54 AM | Print Fee | 151 | -3 | | 148 |
| 2/9/2020 11:21:20 AM | Print Fee | 166 | -15 | | 151 |
| 2/7/2020 5:00:35 PM | Print Fee | 178 | -12 | | 166 |
| 2/7/2020 1:37:32 PM | Print Fee | 190 | -12 | | 178 |
| 2/7/2020 12:19:10 PM | Print Fee | 208 | -18 | | 190 |
| 2/7/2020 12:01:57 PM | Print Fee | 226 | -18 | | 208 |
| 2/7/2020 12:01:25 PM | Print Fee | 268 | -42 | | 226 |
| 2/7/2020 11:55:13 AM | Inmate Purchase | 68 | 200 | | 268 |
| 2/7/2020 9:28:12 AM | Print Fee | 80 | -12 | | 68 |
| 2/6/2020 6:53:58 PM | Print Fee | 143 | -63 | | 80 |
| 2/6/2020 6:49:56 PM | Print Fee | 200 | -57 | | 143 |
| 2/6/2020 6:49:12 PM | Print Fee | 242 | -42 | | 200 |
| 2/6/2020 6:46:46 PM | Inmate Purchase | 142 | 100 | | 242 |
| 2/6/2020 2:52:57 PM | Print Fee | 196 | -54 | | 142 |
| 2/6/2020 9:48:33 AM | Print Fee | 208 | -12 | | 196 |
| 2/6/2020 9:23:53 AM | Inmate Purchase | 8 | 200 | | 208 |
| 2/5/2020 7:20:06 PM | Print Fee | 56 | -48 | | 8 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/9/2020 2:41:10 PM | Print Fee | 1955 | -51 | | 1904 |
| 3/9/2020 2:40:47 PM | Inmate Purchase | 1855 | 100 | | 1955 |
| 3/9/2020 9:43:40 AM | Print Fee | 1873 | -18 | | 1855 |
| 3/7/2020 2:11:28 PM | Inmate Purchase | 1833 | 40 | | 1873 |
| 3/7/2020 1:51:36 PM | Inmate Purchase | 1733 | 100 | | 1833 |
| 3/7/2020 1:31:32 PM | Print Fee | 1784 | -51 | | 1733 |
| 3/7/2020 1:31:15 PM | Inmate Purchase | 1184 | 600 | | 1784 |
| 3/7/2020 1:30:05 PM | Print Fee | 1241 | -57 | | 1184 |
| 3/7/2020 1:29:36 PM | Inmate Purchase | 641 | 600 | | 1241 |
| 3/7/2020 12:56:34 PM | Inmate Purchase | 41 | 600 | | 641 |
| 3/7/2020 12:55:48 PM | Print Fee | 77 | -36 | | 41 |
| 3/7/2020 12:55:07 PM | Print Fee | 113 | -36 | | 77 |
| 3/7/2020 12:54:02 PM | Print Fee | 167 | -54 | | 113 |
| 3/6/2020 3:46:54 PM | Print Fee | 179 | -12 | | 167 |
| 3/6/2020 3:46:04 PM | Print Fee | 194 | -15 | | 179 |
| 3/6/2020 3:45:20 PM | Print Fee | 215 | -21 | | 194 |
| 3/6/2020 3:44:32 PM | Print Fee | 224 | -9 | | 215 |
| 3/6/2020 3:44:18 PM | Inmate Purchase | 24 | 200 | | 224 |
| 3/4/2020 12:59:34 PM | Print Fee | 45 | -21 | | 24 |
| 3/3/2020 9:30:41 AM | Print Fee | 69 | -24 | | 45 |

Ex. "DDDD"

Inmate #: 70048018

Date:   01/31/2025                                                          Location: COA
Time:   06:18:39 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                Available Balance: 8798

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/31/2020 3:05:04 PM | Print Fee | 500 | -36 | | 464 |
| 3/26/2020 2:37:24 PM | Transfer | 746 | -246 | | 500 |
| 3/25/2020 4:42:22 PM | Print Fee | 755 | -9 | | 746 |
| 3/24/2020 9:30:09 AM | Print Fee | 824 | -69 | | 755 |
| 3/24/2020 9:28:15 AM | Print Fee | 929 | -105 | | 824 |
| 3/24/2020 9:27:03 AM | Print Fee | 974 | -45 | | 929 |
| 3/23/2020 10:10:42 AM | Print Fee | 1007 | -33 | | 974 |
| 3/23/2020 10:10:11 AM | Print Fee | 1013 | -6 | | 1007 |
| 3/23/2020 10:09:45 AM | Print Fee | 1025 | -12 | | 1013 |
| 3/19/2020 2:51:53 PM | Print Fee | 1085 | -60 | | 1025 |
| 3/19/2020 2:51:36 PM | Print Fee | 1094 | -9 | | 1085 |
| 3/19/2020 9:25:47 AM | Print Fee | 1118 | -24 | | 1094 |
| 3/19/2020 9:24:57 AM | Print Fee | 1163 | -45 | | 1118 |
| 3/18/2020 2:37:03 PM | Print Fee | 1178 | -15 | | 1163 |
| 3/18/2020 9:19:43 AM | Print Fee | 1256 | -78 | | 1178 |
| 3/18/2020 9:18:41 AM | Print Fee | 1295 | -39 | | 1256 |
| 3/18/2020 9:17:36 AM | Print Fee | 1355 | -60 | | 1295 |
| 3/16/2020 6:52:34 PM | Print Fee | 1373 | -18 | | 1355 |
| 3/14/2020 1:34:54 PM | Print Fee | 1409 | -36 | | 1373 |
| 3/13/2020 2:49:20 PM | Print Fee | 1463 | -54 | | 1409 |
| 3/13/2020 9:21:57 AM | Print Fee | 1466 | -3 | | 1463 |
| 3/12/2020 6:18:36 PM | Print Fee | 1499 | -33 | | 1466 |
| 3/12/2020 6:17:14 PM | Print Fee | 1553 | -54 | | 1499 |
| 3/12/2020 6:16:24 PM | Print Fee | 1592 | -39 | | 1553 |
| 3/12/2020 2:28:13 PM | Print Fee | 1613 | -21 | | 1592 |
| 3/12/2020 2:27:45 PM | Print Fee | 1634 | -21 | | 1613 |
| 3/12/2020 2:27:09 PM | Print Fee | 1655 | -21 | | 1634 |
| 3/10/2020 2:16:09 PM | Print Fee | 1697 | -42 | | 1655 |
| 3/10/2020 2:11:28 PM | Print Fee | 1772 | -75 | | 1697 |
| 3/10/2020 2:09:32 PM | Print Fee | 1826 | -54 | | 1772 |
| 3/10/2020 2:08:35 PM | Print Fee | 1871 | -45 | | 1826 |
| 3/9/2020 2:42:25 PM | Print Fee | 1904 | -33 | | 1871 |

Ex. "DDDD"

Date:   01/31/2025                                                                                    Location: COA
Time:   06:41:33 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON                     Available Balance: 8798

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 4/30/2020 8:51:03 PM | Print Fee | 79 | -39 | | 40 |
| 4/30/2020 8:50:11 PM | Print Fee | 97 | -18 | | 79 |
| 4/30/2020 8:48:32 PM | Print Fee | 142 | -45 | | 97 |
| 4/30/2020 3:01:42 PM | Print Fee | 151 | -9 | | 142 |
| 4/28/2020 9:04:01 PM | Print Fee | 193 | -42 | | 151 |
| 4/25/2020 1:10:11 PM | Print Fee | 196 | -3 | | 193 |
| 4/24/2020 3:10:31 PM | Print Fee | 205 | -9 | | 196 |
| 4/24/2020 12:08:26 PM | Media Fee | 236 | -31 | | 205 |
| 4/21/2020 6:58:41 PM | Print Fee | 332 | -96 | | 236 |
| 4/17/2020 12:33:03 PM | Print Fee | 338 | -6 | | 332 |
| 4/16/2020 8:40:45 PM | Print Fee | 419 | -81 | | 338 |
| 4/11/2020 8:23:39 PM | Print Fee | 464 | -45 | | 419 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|---|---|---|---|---|---|---|
| 5/6/2020 8:38:48 AM | Print Fee | 104 | -39 | | | 65 |
| 5/5/2020 7:29:25 PM | Print Fee | 164 | -60 | | | 104 |
| 5/5/2020 7:29:14 PM | Inmate Purchase | 64 | 100 | | | 164 |
| 5/5/2020 7:18:25 PM | Print Fee | 73 | -9 | | | 64 |
| 5/5/2020 7:17:57 PM | Print Fee | 109 | -36 | | | 73 |
| 5/5/2020 2:23:09 PM | Print Fee | 118 | -9 | | | 109 |
| 5/5/2020 10:54:22 AM | Print Fee | 130 | -12 | | | 118 |
| 5/4/2020 1:16:37 PM | Print Fee | 253 | -123 | | | 130 |
| 5/4/2020 1:16:04 PM | Print Fee | 268 | -15 | | | 253 |
| 5/4/2020 1:15:52 PM | Inmate Purchase | 68 | 200 | | | 268 |
| 5/4/2020 9:43:58 AM | Print Fee | 95 | -27 | | | 68 |
| 5/3/2020 8:58:47 PM | Print Fee | 134 | -39 | | | 95 |
| 5/3/2020 2:46:31 PM | Print Fee | 197 | -63 | | | 134 |
| 5/3/2020 2:43:50 PM | Print Fee | 266 | -69 | | | 197 |
| 5/3/2020 2:43:37 PM | Inmate Purchase | 66 | 200 | | | 266 |
| 5/3/2020 11:35:32 AM | Print Fee | 78 | -12 | | | 66 |
| 5/2/2020 8:11:57 PM | Print Fee | 102 | -24 | | | 78 |
| 5/2/2020 11:42:43 AM | Print Fee | 171 | -69 | | | 102 |
| 5/2/2020 11:41:58 AM | Print Fee | 228 | -57 | | | 171 |
| 5/2/2020 11:41:33 AM | Print Fee | 237 | -9 | | | 228 |
| 5/2/2020 11:40:55 AM | Inmate Purchase | 37 | 200 | | | 237 |
| 5/2/2020 9:36:35 AM | Print Fee | 40 | -3 | | | 37 |

Ex. "DDDD"

Date: 01/31/2025                                                          Location: COA
Time: 06:57:09 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**          **Available Balance: 8798**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 5/31/2020 2:29:06 PM | Print Fee | 107 | -30 | | 77 |
| 5/31/2020 2:28:53 PM | Inmate Purchase | 7 | 100 | | 107 |
| 5/28/2020 7:56:17 AM | Media Fee | 79 | -72 | | 7 |
| 5/27/2020 3:29:12 PM | Media Fee | 165 | -86 | | 79 |
| 5/27/2020 3:22:44 PM | Inmate Purchase | 65 | 100 | | 165 |
| 5/25/2020 8:35:51 AM | Print Fee | 77 | -12 | | 65 |
| 5/24/2020 3:07:38 PM | Print Fee | 128 | -51 | | 77 |
| 5/24/2020 3:06:46 PM | Print Fee | 134 | -6 | | 128 |
| 5/24/2020 3:06:39 PM | Inmate Purchase | 34 | 100 | | 134 |
| 5/24/2020 3:06:13 PM | Print Fee | 61 | -27 | | 34 |
| 5/23/2020 6:20:52 PM | Media Fee | 85 | -24 | | 61 |
| 5/21/2020 6:49:34 PM | Print Fee | 133 | -48 | | 85 |
| 5/21/2020 6:49:06 PM | Inmate Purchase | 33 | 100 | | 133 |
| 5/20/2020 12:06:22 PM | Print Fee | 45 | -12 | | 33 |
| 5/17/2020 6:22:20 PM | Print Fee | 48 | -3 | | 45 |
| 5/16/2020 3:33:00 PM | Print Fee | 105 | -57 | | 48 |
| 5/15/2020 8:49:40 AM | Print Fee | 108 | -3 | | 105 |
| 5/15/2020 8:49:33 AM | Inmate Purchase | 8 | 100 | | 108 |
| 5/15/2020 8:49:12 AM | Print Fee | 29 | -21 | | 8 |
| 5/14/2020 2:16:14 PM | Media Fee | 91 | -62 | | 29 |
| 5/14/2020 11:12:59 AM | Print Fee | 130 | -39 | | 91 |
| 5/14/2020 11:12:39 AM | Print Fee | 136 | -6 | | 130 |
| 5/14/2020 11:11:28 AM | Print Fee | 163 | -27 | | 136 |
| 5/14/2020 11:10:30 AM | Print Fee | 172 | -9 | | 163 |
| 5/14/2020 11:10:12 AM | Print Fee | 184 | -12 | | 172 |
| 5/14/2020 9:29:11 AM | Print Fee | 217 | -33 | | 184 |
| 5/13/2020 3:05:48 PM | Inmate Purchase | 117 | 100 | | 217 |
| 5/13/2020 3:05:35 PM | Print Fee | 123 | -6 | | 117 |
| 5/13/2020 3:05:15 PM | Print Fee | 141 | -18 | | 123 |
| 5/13/2020 3:05:00 PM | Print Fee | 153 | -12 | | 141 |
| 5/10/2020 9:06:14 AM | Print Fee | 165 | -12 | | 153 |
| 5/6/2020 8:39:19 AM | Inmate Purchase | 65 | 100 | | 165 |

Ex. "DDDD"

Date:   01/30/2025                                                                    Location: COA
Time:   12:54:27 PM

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON   Available Balance: 9098

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|---|---|---|---|---|---|---|
| 6/30/2020 10:02:04 AM | Print Fee | 281 | -183 | | | 98 |
| 6/30/2020 10:01:44 AM | Inmate Purchase | 81 | 200 | | | 281 |
| 6/29/2020 5:29:19 PM | Print Fee | 126 | -45 | | | 81 |
| 6/29/2020 5:27:33 PM | Print Fee | 171 | -45 | | | 126 |
| 6/29/2020 5:26:00 PM | Print Fee | 207 | -36 | | | 171 |
| 6/28/2020 9:28:11 PM | Print Fee | 228 | -21 | | | 207 |
| 6/28/2020 7:48:51 PM | Print Fee | 231 | -3 | | | 228 |
| 6/28/2020 7:48:38 PM | Print Fee | 240 | -9 | | | 231 |
| 6/28/2020 11:39:02 AM | Print Fee | 243 | -3 | | | 240 |
| 6/27/2020 6:26:01 PM | Print Fee | 255 | -12 | | | 243 |
| 6/27/2020 5:39:29 PM | Print Fee | 282 | -27 | | | 255 |
| 6/27/2020 5:38:51 PM | Print Fee | 297 | -15 | | | 282 |
| 6/27/2020 10:20:52 AM | Print Fee | 309 | -12 | | | 297 |
| 6/27/2020 10:20:34 AM | Print Fee | 324 | -15 | | | 309 |
| 6/27/2020 10:20:08 AM | Print Fee | 351 | -27 | | | 324 |
| 6/26/2020 3:53:06 PM | Print Fee | 366 | -15 | | | 351 |
| 6/26/2020 12:30:14 PM | Inmate Purchase | 66 | 300 | | | 366 |
| 6/26/2020 9:38:40 AM | Print Fee | 87 | -21 | | | 66 |
| 6/25/2020 6:04:19 PM | Print Fee | 111 | -24 | | | 87 |
| 6/25/2020 6:03:58 PM | Inmate Purchase | 11 | 100 | | | 111 |
| 6/25/2020 1:50:38 PM | Print Fee | 38 | -27 | | | 11 |
| 6/25/2020 10:46:29 AM | Print Fee | 56 | -18 | | | 38 |
| 6/24/2020 11:39:22 AM | Print Fee | 86 | -30 | | | 56 |
| 6/24/2020 9:31:21 AM | Print Fee | 113 | -27 | | | 86 |
| 6/24/2020 9:30:13 AM | Print Fee | 137 | -24 | | | 113 |
| 6/24/2020 9:29:49 AM | Print Fee | 146 | -9 | | | 137 |
| 6/24/2020 9:29:13 AM | Inmate Purchase | 46 | 100 | | | 146 |
| 6/23/2020 8:01:21 PM | Print Fee | 55 | -9 | | | 46 |
| 6/23/2020 5:29:22 PM | Print Fee | 100 | -45 | | | 55 |
| 6/23/2020 5:25:36 PM | Inmate Purchase | 0 | 100 | | | 100 |
| 6/21/2020 4:42:43 PM | Transfer | 172 | -172 | | | 0 |
| 6/18/2020 1:42:44 PM | Print Fee | 205 | -33 | | | 172 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 6/18/2020 1:42:12 PM | Inmate Purchase | 5 | 200 | | 205 |
| 6/11/2020 8:10:52 AM | Media Fee | 29 | -24 | | 5 |
| 6/10/2020 10:47:52 AM | Media Fee | 77 | -48 | | 29 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 7/3/2020 7:21:36 PM | Inmate Purchase | 51 | 100 | | 151 |
| 7/3/2020 6:57:40 PM | Print Fee | 72 | -21 | | 51 |
| 7/2/2020 9:15:56 PM | Media Fee | 475 | -403 | | 72 |
| 7/2/2020 8:53:08 PM | Inmate Purchase | 175 | 300 | | 475 |
| 7/2/2020 7:43:38 PM | Print Fee | 190 | -15 | | 175 |
| 7/1/2020 3:50:27 PM | Print Fee | 241 | -51 | | 190 |
| 7/1/2020 3:50:21 PM | Inmate Purchase | 41 | 200 | | 241 |
| 7/1/2020 3:49:38 PM | Print Fee | 98 | -57 | | 41 |

Ex. "DDDD'

Date:  01/31/2025
Time:  07:13:29 PM

Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**                     **Available Balance: 8798**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|---|---|---|---|---|---|---|
| 7/29/2020 12:54:22 PM | Media Fee | 512 | -203 | | | 309 |
| 7/29/2020 7:53:28 AM | Inmate Purchase | 312 | 200 | | | 512 |
| 7/29/2020 7:00:38 AM | Inmate Purchase | 12 | 300 | | | 312 |
| 7/27/2020 4:55:24 PM | Print Fee | 39 | -27 | | | 12 |
| 7/25/2020 5:18:18 PM | Print Fee | 51 | -12 | | | 39 |
| 7/25/2020 5:18:12 PM | Inmate Purchase | 11 | 40 | | | 51 |
| 7/24/2020 9:03:04 PM | Print Fee | 14 | -3 | | | 11 |
| 7/22/2020 8:52:16 PM | Print Fee | 23 | -9 | | | 14 |
| 7/21/2020 7:52:15 AM | Media Fee | 274 | -251 | | | 23 |
| 7/20/2020 7:47:42 PM | Print Fee | 277 | -3 | | | 274 |
| 7/20/2020 10:51:47 AM | Media Fee | 604 | -327 | | | 277 |
| 7/20/2020 10:38:19 AM | Inmate Purchase | 4 | 600 | | | 604 |
| 7/15/2020 8:53:03 PM | Media Fee | 190 | -186 | | | 4 |
| 7/15/2020 8:47:11 PM | Inmate Purchase | 150 | 40 | | | 190 |
| 7/15/2020 10:43:54 AM | Inmate Purchase | 50 | 100 | | | 150 |
| 7/14/2020 2:59:12 PM | Media Fee | 205 | -155 | | | 50 |
| 7/14/2020 2:58:15 PM | Inmate Purchase | 5 | 200 | | | 205 |
| 7/13/2020 7:16:08 PM | Media Fee | 191 | -186 | | | 5 |
| 7/13/2020 7:13:27 PM | Inmate Purchase | 151 | 40 | | | 191 |
| 7/13/2020 3:42:27 PM | Transfer | 251 | -100 | | | 151 |
| 7/13/2020 1:30:54 PM | Print Fee | 257 | -6 | | | 251 |
| 7/12/2020 4:50:15 PM | Print Fee | 314 | -57 | | | 257 |
| 7/10/2020 8:50:15 AM | Inmate Purchase | 14 | 300 | | | 314 |
| 7/9/2020 12:20:10 PM | Media Fee | 303 | -289 | | | 14 |
| 7/8/2020 12:06:46 PM | Inmate Purchase | 3 | 300 | | | 303 |
| 7/8/2020 12:06:26 PM | Media Fee | 89 | -86 | | | 3 |
| 7/7/2020 6:54:25 PM | Print Fee | 98 | -9 | | | 89 |
| 7/6/2020 6:21:51 PM | Print Fee | 107 | -9 | | | 98 |
| 7/6/2020 6:21:44 PM | Inmate Purchase | 7 | 100 | | | 107 |
| 7/5/2020 9:09:11 PM | Media Fee | 79 | -72 | | | 7 |
| 7/5/2020 2:06:47 PM | Print Fee | 94 | -15 | | | 79 |
| 7/3/2020 7:21:59 PM | Print Fee | 151 | -57 | | | 94 |

Ex. "DDDD"

## Federal Bureau of Prisons
### TRULINCS Account Transactions - TRULINCS
#### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|--------------:|----------:|:-------------------:|------------:|
| 8/6/2020 1:59:33 PM | Print Fee | 28 | -9 | | 19 |
| 8/6/2020 12:05:55 PM | Print Fee | 31 | -3 | | 28 |
| 8/5/2020 3:25:03 PM | Print Fee | 34 | -3 | | 31 |
| 8/4/2020 5:55:29 PM | Print Fee | 151 | -117 | | 34 |
| 8/4/2020 5:55:18 PM | Print Fee | 157 | -6 | | 151 |
| 8/4/2020 8:30:28 AM | Media Fee | 277 | -120 | | 157 |
| 8/2/2020 8:58:37 PM | Media Fee | 600 | -323 | | 277 |
| 8/2/2020 8:47:47 PM | Inmate Purchase | 0 | 600 | | 600 |
| 8/2/2020 11:39:30 AM | Transfer | 179 | -179 | | 0 |
| 8/1/2020 6:57:43 PM | Transfer | 309 | -130 | | 179 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 8/18/2020 10:29:49 AM | Inmate Purchase | 117 | 300 | | 417 |
| 8/17/2020 8:42:50 PM | Media Fee | 284 | -167 | | 117 |
| 8/17/2020 8:28:44 PM | Inmate Purchase | 84 | 200 | | 284 |
| 8/17/2020 3:07:24 PM | Print Fee | 102 | -18 | | 84 |
| 8/17/2020 2:03:25 PM | Print Fee | 114 | -12 | | 102 |
| 8/17/2020 2:02:47 PM | Inmate Purchase | 14 | 100 | | 114 |
| 8/17/2020 10:15:24 AM | Print Fee | 20 | -6 | | 14 |
| 8/17/2020 9:14:00 AM | Print Fee | 29 | -9 | | 20 |
| 8/16/2020 1:34:11 PM | Print Fee | 35 | -6 | | 29 |
| 8/16/2020 1:11:10 PM | Print Fee | 53 | -18 | | 35 |
| 8/16/2020 12:11:34 PM | Print Fee | 68 | -15 | | 53 |
| 8/15/2020 6:31:59 PM | Media Fee | 326 | -258 | | 68 |
| 8/15/2020 6:18:28 PM | Inmate Purchase | 26 | 300 | | 326 |
| 8/15/2020 5:59:51 PM | Print Fee | 89 | -63 | | 26 |
| 8/15/2020 2:41:40 PM | Print Fee | 95 | -6 | | 89 |
| 8/15/2020 12:22:29 PM | Print Fee | 107 | -12 | | 95 |
| 8/15/2020 12:22:06 PM | Inmate Purchase | 7 | 100 | | 107 |
| 8/15/2020 11:43:31 AM | Print Fee | 10 | -3 | | 7 |
| 8/14/2020 8:38:36 PM | Media Fee | 106 | -96 | | 10 |
| 8/14/2020 11:11:16 AM | Print Fee | 109 | -3 | | 106 |
| 8/12/2020 6:57:12 PM | Print Fee | 118 | -9 | | 109 |
| 8/12/2020 11:23:33 AM | Print Fee | 124 | -6 | | 118 |
| 8/11/2020 7:36:58 PM | Print Fee | 175 | -51 | | 124 |
| 8/11/2020 6:40:05 PM | Print Fee | 211 | -36 | | 175 |
| 8/11/2020 6:39:54 PM | Inmate Purchase | 11 | 200 | | 211 |
| 8/11/2020 11:44:57 AM | Media Fee | 121 | -110 | | 11 |
| 8/9/2020 7:39:38 PM | Print Fee | 166 | -45 | | 121 |
| 8/9/2020 7:39:23 PM | Print Fee | 181 | -15 | | 166 |
| 8/9/2020 7:38:00 PM | Print Fee | 307 | -126 | | 181 |
| 8/9/2020 7:37:48 PM | Inmate Purchase | 107 | 200 | | 307 |
| 8/7/2020 7:26:23 PM | Print Fee | 116 | -9 | | 107 |
| 8/7/2020 2:58:56 PM | Media Fee | 319 | -203 | | 116 |
| 8/7/2020 2:45:21 PM | Inmate Purchase | 19 | 300 | | 319 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON          Available Balance: 8798

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 8/30/2020 5:54:42 PM | Print Fee | 31 | -6 | | 25 |
| 8/30/2020 1:08:32 PM | Print Fee | 37 | -6 | | 31 |
| 8/29/2020 12:57:46 PM | Print Fee | 43 | -6 | | 37 |
| 8/28/2020 8:01:41 PM | Print Fee | 67 | -24 | | 43 |
| 8/28/2020 1:56:59 PM | Print Fee | 91 | -24 | | 67 |
| 8/28/2020 11:15:50 AM | Print Fee | 94 | -3 | | 91 |
| 8/28/2020 10:01:47 AM | Print Fee | 118 | -24 | | 94 |
| 8/27/2020 7:38:39 PM | Print Fee | 121 | -3 | | 118 |
| 8/26/2020 8:25:22 PM | Print Fee | 145 | -24 | | 121 |
| 8/26/2020 8:24:42 PM | Print Fee | 163 | -18 | | 145 |
| 8/26/2020 8:24:04 PM | Print Fee | 181 | -18 | | 163 |
| 8/26/2020 8:23:22 PM | Print Fee | 199 | -18 | | 181 |
| 8/26/2020 8:22:55 PM | Print Fee | 205 | -6 | | 199 |
| 8/26/2020 8:22:22 PM | Print Fee | 211 | -6 | | 205 |
| 8/26/2020 8:21:54 PM | Inmate Purchase | 11 | 200 | | 211 |
| 8/26/2020 3:46:28 PM | Print Fee | 110 | -99 | | 11 |
| 8/26/2020 1:48:29 PM | Inmate Purchase | 10 | 100 | | 110 |
| 8/25/2020 7:19:52 PM | Print Fee | 37 | -27 | | 10 |
| 8/25/2020 12:01:18 PM | Print Fee | 79 | -42 | | 37 |
| 8/25/2020 11:02:08 AM | Print Fee | 106 | -27 | | 79 |
| 8/22/2020 6:29:34 PM | Print Fee | 166 | -60 | | 106 |
| 8/22/2020 2:40:38 PM | Media Fee | 324 | -158 | | 166 |
| 8/22/2020 2:30:16 PM | Inmate Purchase | 24 | 300 | | 324 |
| 8/21/2020 1:47:21 PM | Print Fee | 39 | -15 | | 24 |
| 8/21/2020 8:57:38 AM | Media Fee | 156 | -117 | | 39 |
| 8/20/2020 3:14:01 PM | Print Fee | 177 | -21 | | 156 |
| 8/19/2020 12:15:47 PM | Print Fee | 210 | -33 | | 177 |
| 8/19/2020 10:38:29 AM | Inmate Purchase | 10 | 200 | | 210 |
| 8/19/2020 10:38:12 AM | Media Fee | 189 | -179 | | 10 |
| 8/19/2020 9:58:41 AM | Print Fee | 204 | -15 | | 189 |
| 8/18/2020 12:07:03 PM | Media Fee | 390 | -186 | | 204 |
| 8/18/2020 10:45:01 AM | Print Fee | 417 | -27 | | 390 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|-----------|----------|---------------|-----------|---------------------|-------------|
| 9/2/2020 7:49:55 PM | Inmate Purchase | 8 | 200 | | 208 |
| 9/2/2020 3:00:19 PM | Print Fee | 116 | -108 | | 8 |
| 9/2/2020 2:59:34 PM | Inmate Purchase | 16 | 100 | | 116 |
| 9/1/2020 8:43:59 PM | Print Fee | 25 | -9 | | 16 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 9/16/2020 3:10:59 PM | Print Fee | 110 | -72 | | 38 |
| 9/16/2020 12:17:54 PM | Print Fee | 122 | -12 | | 110 |
| 9/16/2020 11:26:21 AM | Print Fee | 158 | -36 | | 122 |
| 9/12/2020 3:07:25 PM | Print Fee | 215 | -57 | | 158 |
| 9/12/2020 3:07:13 PM | Inmate Purchase | 15 | 200 | | 215 |
| 9/12/2020 12:44:06 PM | Print Fee | 27 | -12 | | 15 |
| 9/11/2020 8:39:51 PM | Print Fee | 87 | -60 | | 27 |
| 9/11/2020 8:39:44 PM | Inmate Purchase | 47 | 40 | | 87 |
| 9/11/2020 7:50:14 PM | Print Fee | 71 | -24 | | 47 |
| 9/11/2020 7:49:36 PM | Inmate Purchase | 31 | 40 | | 71 |
| 9/11/2020 6:47:28 PM | Print Fee | 94 | -63 | | 31 |
| 9/11/2020 6:47:08 PM | Print Fee | 103 | -9 | | 94 |
| 9/11/2020 10:46:54 AM | Print Fee | 145 | -42 | | 103 |
| 9/11/2020 10:45:31 AM | Inmate Purchase | 45 | 100 | | 145 |
| 9/10/2020 8:30:26 PM | Print Fee | 129 | -84 | | 45 |
| 9/10/2020 8:29:00 PM | Print Fee | 165 | -36 | | 129 |
| 9/10/2020 8:27:03 PM | Print Fee | 216 | -51 | | 165 |
| 9/10/2020 8:25:22 PM | Print Fee | 261 | -45 | | 216 |
| 9/10/2020 8:23:45 PM | Print Fee | 306 | -45 | | 261 |
| 9/10/2020 8:23:12 PM | Inmate Purchase | 106 | 200 | | 306 |
| 9/9/2020 6:16:31 PM | Print Fee | 121 | -15 | | 106 |
| 9/9/2020 6:16:10 PM | Inmate Purchase | 21 | 100 | | 121 |
| 9/9/2020 5:07:42 PM | Print Fee | 51 | -30 | | 21 |
| 9/9/2020 12:14:54 PM | Print Fee | 66 | -15 | | 51 |
| 9/7/2020 7:15:20 PM | Print Fee | 126 | -60 | | 66 |
| 9/7/2020 12:09:35 PM | Print Fee | 195 | -69 | | 126 |
| 9/7/2020 12:07:41 PM | Print Fee | 261 | -66 | | 195 |
| 9/7/2020 12:06:17 PM | Inmate Purchase | 61 | 200 | | 261 |
| 9/7/2020 12:05:36 PM | Print Fee | 115 | -54 | | 61 |
| 9/5/2020 10:57:10 AM | Print Fee | 163 | -48 | | 115 |
| 9/4/2020 8:37:56 PM | Print Fee | 184 | -21 | | 163 |
| 9/3/2020 7:38:34 PM | Print Fee | 187 | -3 | | 184 |
| 9/2/2020 7:50:16 PM | Print Fee | 208 | -21 | | 187 |

Ex. "DDDD"

Date:   01/31/2025
Time:   08:19:43 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

**Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON**          **Available Balance: 8798**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 9/26/2020 6:42:21 PM | Print Fee | 1839 | -105 | | 1734 |
| 9/26/2020 6:40:10 PM | Print Fee | 1857 | -18 | | 1839 |
| 9/26/2020 6:39:13 PM | Print Fee | 1896 | -39 | | 1857 |
| 9/26/2020 6:37:48 PM | Print Fee | 1947 | -51 | | 1896 |
| 9/26/2020 6:36:43 PM | Print Fee | 1971 | -24 | | 1947 |
| 9/26/2020 6:36:28 PM | Inmate Purchase | 1771 | 200 | | 1971 |
| 9/26/2020 12:35:46 PM | Print Fee | 1783 | -12 | | 1771 |
| 9/26/2020 10:53:40 AM | Print Fee | 1819 | -36 | | 1783 |
| 9/26/2020 9:23:31 AM | Inmate Purchase | 1219 | 600 | | 1819 |
| 9/24/2020 3:50:48 PM | Print Fee | 1240 | -21 | | 1219 |
| 9/21/2020 10:48:12 AM | Inmate Purchase | 640 | 600 | | 1240 |
| 9/21/2020 10:47:47 AM | Media Fee | 912 | -272 | | 640 |
| 9/21/2020 9:22:26 AM | Print Fee | 927 | -15 | | 912 |
| 9/20/2020 3:29:54 PM | Print Fee | 942 | -15 | | 927 |
| 9/20/2020 2:48:47 PM | Print Fee | 975 | -33 | | 942 |
| 9/20/2020 12:50:17 PM | Print Fee | 978 | -3 | | 975 |
| 9/20/2020 12:49:43 PM | Print Fee | 993 | -15 | | 978 |
| 9/20/2020 11:46:21 AM | Print Fee | 1074 | -81 | | 993 |
| 9/20/2020 11:45:23 AM | Media Fee | 1239 | -165 | | 1074 |
| 9/20/2020 11:42:57 AM | Inmate Purchase | 639 | 600 | | 1239 |
| 9/20/2020 11:13:18 AM | Print Fee | 690 | -51 | | 639 |
| 9/20/2020 10:32:28 AM | Inmate Purchase | 90 | 600 | | 690 |
| 9/19/2020 8:49:31 PM | Print Fee | 120 | -30 | | 90 |
| 9/19/2020 1:42:25 PM | Print Fee | 150 | -30 | | 120 |
| 9/19/2020 9:30:46 AM | Media Fee | 370 | -220 | | 150 |
| 9/19/2020 9:18:56 AM | Inmate Purchase | 70 | 300 | | 370 |
| 9/18/2020 8:21:02 PM | Print Fee | 142 | -72 | | 70 |
| 9/18/2020 7:11:20 PM | Print Fee | 154 | -12 | | 142 |
| 9/18/2020 6:52:19 PM | Print Fee | 190 | -36 | | 154 |
| 9/18/2020 6:51:51 PM | Print Fee | 223 | -33 | | 190 |
| 9/18/2020 6:51:17 PM | Inmate Purchase | 23 | 200 | | 223 |
| 9/17/2020 3:38:13 PM | Print Fee | 38 | -15 | | 23 |

Ex. "DDDD"

Date:   01/31/2025                                                                                Location: COA
Time:   08:53:37 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 10/14/2020 8:49:47 AM | Inmate Purchase | 7 | 600 | | 607 |
| 10/14/2020 8:48:50 AM | Media Fee | 379 | -372 | | 7 |
| 10/13/2020 9:35:12 AM | Media Fee | 782 | -403 | | 379 |
| 10/11/2020 8:51:08 AM | Media Fee | 1188 | -406 | | 782 |
| 10/10/2020 2:01:24 PM | Media Fee | 1591 | -403 | | 1188 |
| 10/9/2020 1:35:27 PM | Print Fee | 1600 | -9 | | 1591 |
| 10/9/2020 1:14:11 PM | Print Fee | 1609 | -9 | | 1600 |
| 10/6/2020 7:30:28 PM | Print Fee | 1639 | -30 | | 1609 |
| 10/6/2020 10:40:59 AM | Print Fee | 1654 | -15 | | 1639 |
| 10/5/2020 7:31:53 PM | Print Fee | 1666 | -12 | | 1654 |
| 10/3/2020 4:20:29 PM | Print Fee | 1672 | -6 | | 1666 |
| 10/3/2020 3:48:48 PM | Print Fee | 1699 | -27 | | 1672 |
| 10/1/2020 11:36:51 AM | Print Fee | 1774 | -75 | | 1699 |
| 10/1/2020 9:24:53 AM | Inmate Purchase | 1734 | 40 | | 1774 |

Ex. "DDDD"

Inmate #: 70048018

Date:   01/31/2025                                                                                          Location: COA
Time:   08:53:37 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018  Inmate Name: BALL, WILLIAM BRINSON**          **Available Balance: 8798**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|-----------|----------|--------------:|----------:|--------------|--------|------------:|
| 10/31/2020 2:44:28 PM | Inmate Purchase | 39 | 300 | | | 339 |
| 10/29/2020 2:37:01 PM | Print Fee | 54 | -15 | | | 39 |
| 10/29/2020 1:14:54 PM | Print Fee | 96 | -42 | | | 54 |
| 10/25/2020 9:10:41 AM | Print Fee | 117 | -21 | | | 96 |
| 10/25/2020 9:10:31 AM | Inmate Purchase | 17 | 100 | | | 117 |
| 10/24/2020 1:12:55 PM | Print Fee | 20 | -3 | | | 17 |
| 10/24/2020 12:01:16 PM | Print Fee | 35 | -15 | | | 20 |
| 10/24/2020 12:00:23 PM | Print Fee | 56 | -21 | | | 35 |
| 10/24/2020 10:59:22 AM | Print Fee | 71 | -15 | | | 56 |
| 10/24/2020 8:55:52 AM | Media Fee | 229 | -158 | | | 71 |
| 10/23/2020 6:00:35 PM | Print Fee | 241 | -12 | | | 229 |
| 10/23/2020 5:14:56 PM | Print Fee | 259 | -18 | | | 241 |
| 10/23/2020 4:50:06 PM | Media Fee | 407 | -148 | | | 259 |
| 10/23/2020 4:49:22 PM | Inmate Purchase | 207 | 200 | | | 407 |
| 10/23/2020 2:50:05 PM | Print Fee | 216 | -9 | | | 207 |
| 10/23/2020 2:49:57 PM | Inmate Purchase | 16 | 200 | | | 216 |
| 10/23/2020 12:40:53 PM | Print Fee | 22 | -6 | | | 16 |
| 10/23/2020 10:13:20 AM | Print Fee | 28 | -6 | | | 22 |
| 10/19/2020 9:15:08 AM | Print Fee | 58 | -30 | | | 28 |
| 10/19/2020 7:40:25 AM | Media Fee | 213 | -155 | | | 58 |
| 10/18/2020 8:09:30 PM | Print Fee | 219 | -6 | | | 213 |
| 10/18/2020 9:53:56 AM | Media Fee | 608 | -389 | | | 219 |
| 10/17/2020 9:38:15 AM | Inmate Purchase | 8 | 600 | | | 608 |
| 10/17/2020 9:38:02 AM | Media Fee | 225 | -217 | | | 8 |
| 10/16/2020 7:51:29 AM | Media Fee | 669 | -444 | | | 225 |
| 10/16/2020 7:40:22 AM | Inmate Purchase | 69 | 600 | | | 669 |
| 10/15/2020 2:16:15 PM | Print Fee | 72 | -3 | | | 69 |
| 10/15/2020 12:37:46 PM | Print Fee | 78 | -6 | | | 72 |
| 10/15/2020 11:52:57 AM | Print Fee | 81 | -3 | | | 78 |
| 10/15/2020 8:09:53 AM | Media Fee | 511 | -430 | | | 81 |
| 10/14/2020 5:26:14 PM | Print Fee | 514 | -3 | | | 511 |
| 10/14/2020 11:21:16 AM | Media Fee | 607 | -93 | | | 514 |

Ex. "DDDD"

## Federal Bureau of Prisons
### TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 11/8/2020 8:50:59 AM | Print Fee | 135 | -90 | | 45 |
| 11/7/2020 1:20:55 PM | Print Fee | 180 | -45 | | 135 |
| 11/7/2020 12:28:15 PM | Print Fee | 195 | -15 | | 180 |
| 11/7/2020 11:48:27 AM | Print Fee | 210 | -15 | | 195 |
| 11/6/2020 3:11:10 PM | Transfer | 560 | -350 | | 210 |
| 11/5/2020 9:05:35 PM | Print Fee | 608 | -48 | | 560 |
| 11/5/2020 6:35:54 PM | Print Fee | 614 | -6 | | 608 |
| 11/3/2020 7:36:49 PM | Print Fee | 620 | -6 | | 614 |
| 11/3/2020 7:55:09 AM | Print Fee | 629 | -9 | | 620 |
| 11/1/2020 11:36:36 AM | Media Fee | 939 | -310 | | 629 |
| 11/1/2020 11:27:59 AM | Inmate Purchase | 339 | 600 | | 939 |

Ex. "DDDD"

Date: 01/31/2025
Time: 09:15:07 PM

Location: COA

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON   Available Balance: 8798

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 11/23/2020 1:13:20 PM | Print Fee | 32 | -3 | | 29 |
| 11/23/2020 1:13:06 PM | Print Fee | 35 | -3 | | 32 |
| 11/23/2020 1:12:49 PM | Print Fee | 38 | -3 | | 35 |
| 11/22/2020 5:13:35 PM | Print Fee | 41 | -3 | | 38 |
| 11/22/2020 5:13:09 PM | Print Fee | 47 | -6 | | 41 |
| 11/18/2020 8:13:36 PM | Print Fee | 50 | -3 | | 47 |
| 11/18/2020 8:13:21 PM | Print Fee | 53 | -3 | | 50 |
| 11/18/2020 8:13:10 PM | Print Fee | 56 | -3 | | 53 |
| 11/18/2020 8:12:57 PM | Print Fee | 59 | -3 | | 56 |
| 11/18/2020 8:12:45 PM | Print Fee | 62 | -3 | | 59 |
| 11/18/2020 8:12:29 PM | Print Fee | 65 | -3 | | 62 |
| 11/18/2020 8:12:13 PM | Print Fee | 68 | -3 | | 65 |
| 11/18/2020 8:10:55 PM | Print Fee | 89 | -21 | | 68 |
| 11/18/2020 7:41:50 PM | Print Fee | 107 | -18 | | 89 |
| 11/15/2020 9:13:34 PM | Print Fee | 182 | -75 | | 107 |
| 11/15/2020 9:13:22 PM | Inmate Purchase | 82 | 100 | | 182 |
| 11/13/2020 12:38:59 PM | Print Fee | 88 | -6 | | 82 |
| 11/12/2020 7:26:32 PM | Print Fee | 97 | -9 | | 88 |
| 11/10/2020 10:50:13 AM | Print Fee | 103 | -6 | | 97 |
| 11/9/2020 8:20:59 PM | Print Fee | 109 | -6 | | 103 |
| 11/9/2020 8:20:49 PM | Inmate Purchase | 9 | 100 | | 109 |
| 11/9/2020 7:33:11 PM | Print Fee | 48 | -39 | | 9 |
| 11/9/2020 4:55:34 PM | Print Fee | 111 | -63 | | 48 |
| 11/9/2020 12:26:43 PM | Print Fee | 168 | -57 | | 111 |
| 11/9/2020 11:58:08 AM | Print Fee | 186 | -18 | | 168 |
| 11/9/2020 8:54:18 AM | Print Fee | 225 | -39 | | 186 |
| 11/9/2020 8:21:25 AM | Inmate Purchase | 25 | 200 | | 225 |
| 11/8/2020 7:37:10 PM | Print Fee | 52 | -27 | | 25 |
| 11/8/2020 5:33:40 PM | Print Fee | 79 | -27 | | 52 |
| 11/8/2020 2:45:50 PM | Print Fee | 115 | -36 | | 79 |
| 11/8/2020 1:12:13 PM | Print Fee | 145 | -30 | | 115 |
| 11/8/2020 1:12:03 PM | Inmate Purchase | 45 | 100 | | 145 |

Ex. "DDDD"

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 12/8/2020 10:56:51 AM | Print Fee | 109 | -54 | | 55 |
| 12/8/2020 10:56:13 AM | Print Fee | 136 | -27 | | 109 |
| 12/8/2020 10:55:53 AM | Print Fee | 157 | -21 | | 136 |
| 12/8/2020 10:55:45 AM | Inmate Purchase | 57 | 100 | | 157 |
| 12/8/2020 10:55:15 AM | Print Fee | 93 | -36 | | 57 |
| 12/6/2020 6:41:26 PM | Print Fee | 117 | -24 | | 93 |
| 12/6/2020 6:41:20 PM | Inmate Purchase | 17 | 100 | | 117 |
| 12/6/2020 5:55:20 PM | Print Fee | 71 | -54 | | 17 |
| 12/5/2020 9:31:31 AM | Transfer | 221 | -150 | | 71 |
| 12/2/2020 2:50:50 PM | Print Fee | 254 | -33 | | 221 |
| 12/2/2020 2:50:23 PM | Print Fee | 281 | -27 | | 254 |
| 12/2/2020 2:49:43 PM | Print Fee | 323 | -42 | | 281 |
| 12/2/2020 2:48:55 PM | Print Fee | 365 | -42 | | 323 |
| 12/2/2020 2:48:45 PM | Inmate Purchase | 65 | 300 | | 365 |
| 12/2/2020 9:35:21 AM | Print Fee | 98 | -33 | | 65 |
| 12/2/2020 9:34:41 AM | Print Fee | 131 | -33 | | 98 |
| 12/2/2020 9:33:53 AM | Print Fee | 176 | -45 | | 131 |
| 12/2/2020 9:33:10 AM | Print Fee | 215 | -39 | | 176 |
| 12/2/2020 9:32:41 AM | Print Fee | 239 | -24 | | 215 |
| 12/2/2020 9:31:56 AM | Print Fee | 287 | -48 | | 239 |
| 12/2/2020 9:31:25 AM | Print Fee | 317 | -30 | | 287 |
| 12/2/2020 9:30:45 AM | Print Fee | 326 | -9 | | 317 |
| 12/2/2020 9:30:28 AM | Print Fee | 329 | -3 | | 326 |
| 12/1/2020 6:44:00 PM | Inmate Purchase | 29 | 300 | | 329 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Inmate No: 70048018 | Inmate Name: BALL, WILLIAM BRINSON | | | Available Balance: 8798 | |
|---|---|---|---|---|---|
| **Date/Time** | **Activity** | **Begin Balance** | **TRU-Units** | **Session Date Refund** | **End Balance** |
| 12/29/2020 2:20:23 PM | Print Fee | 75 | -9 | | 66 |
| 12/29/2020 8:22:15 AM | Print Fee | 141 | -66 | | 75 |
| 12/29/2020 8:22:10 AM | Inmate Purchase | 41 | 100 | | 141 |
| 12/29/2020 8:21:51 AM | Print Fee | 59 | -18 | | 41 |
| 12/25/2020 12:49:43 PM | Media Fee | 90 | -31 | | 59 |
| 12/25/2020 11:31:12 AM | Media Fee | 121 | -31 | | 90 |
| 12/20/2020 7:07:51 PM | Print Fee | 127 | -6 | | 121 |
| 12/20/2020 7:05:40 PM | Inmate Purchase | 27 | 100 | | 127 |
| 12/20/2020 12:40:07 PM | Print Fee | 45 | -18 | | 27 |
| 12/18/2020 10:06:29 AM | Print Fee | 75 | -30 | | 45 |
| 12/18/2020 10:06:06 AM | Print Fee | 90 | -15 | | 75 |
| 12/18/2020 10:05:43 AM | Print Fee | 102 | -12 | | 90 |
| 12/16/2020 12:40:19 PM | Inmate Purchase | 2 | 100 | | 102 |
| 12/16/2020 12:18:53 PM | Print Fee | 38 | -36 | | 2 |
| 12/16/2020 10:16:12 AM | Print Fee | 56 | -18 | | 38 |
| 12/15/2020 9:15:55 PM | Print Fee | 92 | -36 | | 56 |
| 12/15/2020 4:37:01 PM | Print Fee | 110 | -18 | | 92 |
| 12/15/2020 4:36:35 PM | Inmate Purchase | 10 | 100 | | 110 |
| 12/15/2020 8:22:38 AM | Media Fee | 475 | -465 | | 10 |
| 12/15/2020 8:00:46 AM | Inmate Purchase | 175 | 300 | | 475 |
| 12/12/2020 9:00:38 PM | Print Fee | 187 | -12 | | 175 |
| 12/12/2020 8:59:41 AM | Print Fee | 217 | -30 | | 187 |
| 12/12/2020 8:59:27 AM | Inmate Purchase | 17 | 200 | | 217 |
| 12/11/2020 8:01:40 AM | Print Fee | 23 | -6 | | 17 |
| 12/10/2020 6:27:14 PM | Print Fee | 35 | -12 | | 23 |
| 12/10/2020 10:18:18 AM | Print Fee | 38 | -3 | | 35 |
| 12/8/2020 8:25:24 PM | Print Fee | 47 | -9 | | 38 |
| 12/8/2020 8:25:16 PM | Inmate Purchase | 7 | 40 | | 47 |
| 12/8/2020 2:18:15 PM | Print Fee | 31 | -24 | | 7 |
| 12/8/2020 2:18:00 PM | Print Fee | 37 | -6 | | 31 |
| 12/8/2020 2:17:46 PM | Print Fee | 46 | -9 | | 37 |
| 12/8/2020 2:17:29 PM | Print Fee | 55 | -9 | | 46 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 1/10/2021 2:57:21 PM | Print Fee | 211 | -51 | | 160 |
| 1/10/2021 2:56:58 PM | Inmate Purchase | 11 | 200 | | 211 |
| 1/10/2021 1:11:32 PM | Print Fee | 32 | -21 | | 11 |
| 1/10/2021 1:11:15 PM | Print Fee | 50 | -18 | | 32 |
| 1/9/2021 7:31:41 PM | Print Fee | 68 | -18 | | 50 |
| 1/9/2021 4:41:18 PM | Print Fee | 104 | -36 | | 68 |
| 1/9/2021 2:56:11 PM | Print Fee | 128 | -24 | | 104 |
| 1/9/2021 2:55:44 PM | Inmate Purchase | 28 | 100 | | 128 |
| 1/8/2021 9:43:57 AM | Print Fee | 55 | -27 | | 28 |
| 1/8/2021 8:37:32 AM | Print Fee | 61 | -6 | | 55 |
| 1/7/2021 9:42:05 AM | Print Fee | 136 | -75 | | 61 |
| 1/7/2021 9:40:33 AM | Print Fee | 187 | -51 | | 136 |
| 1/7/2021 9:39:06 AM | Print Fee | 262 | -75 | | 187 |
| 1/7/2021 9:38:44 AM | Print Fee | 277 | -15 | | 262 |
| 1/7/2021 9:38:29 AM | Inmate Purchase | 77 | 200 | | 277 |
| 1/7/2021 8:38:30 AM | Print Fee | 113 | -36 | | 77 |
| 1/7/2021 8:37:52 AM | Print Fee | 158 | -45 | | 113 |
| 1/7/2021 8:37:08 AM | Print Fee | 242 | -84 | | 158 |
| 1/7/2021 8:36:43 AM | Print Fee | 269 | -27 | | 242 |
| 1/7/2021 8:35:49 AM | Inmate Purchase | 69 | 200 | | 269 |
| 1/6/2021 2:17:07 PM | Print Fee | 72 | -3 | | 69 |
| 1/6/2021 11:10:46 AM | Print Fee | 114 | -42 | | 72 |
| 1/5/2021 5:27:05 PM | Print Fee | 129 | -15 | | 114 |
| 1/5/2021 4:31:58 PM | Print Fee | 135 | -6 | | 129 |
| 1/5/2021 2:16:36 PM | Print Fee | 144 | -9 | | 135 |
| 1/5/2021 2:16:12 PM | Print Fee | 159 | -15 | | 144 |
| 1/5/2021 2:15:30 PM | Print Fee | 195 | -36 | | 159 |
| 1/5/2021 2:14:44 PM | Print Fee | 228 | -33 | | 195 |
| 1/5/2021 2:14:29 PM | Inmate Purchase | 28 | 200 | | 228 |
| 1/2/2021 6:36:07 PM | Print Fee | 118 | -90 | | 28 |
| 1/1/2021 12:06:39 PM | Inmate Purchase | 18 | 100 | | 118 |
| 1/1/2021 11:46:57 AM | Print Fee | 66 | -48 | | 18 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Inmate No: 70048018 | Inmate Name: BALL, WILLIAM BRINSON | | | Available Balance: 8717 | |
|---|---|---|---|---|---|
| **Date/Time** | **Activity** | **Begin Balance** | **TRU-Units** | **Session Date Refund** | **End Balance** |
| 1/31/2021 5:16:06 PM | Print Fee | 142 | -33 | | 109 |
| 1/31/2021 5:14:58 PM | Inmate Purchase | 42 | 100 | | 142 |
| 1/29/2021 11:33:56 AM | Print Fee | 48 | -6 | | 42 |
| 1/29/2021 10:06:17 AM | Print Fee | 75 | -27 | | 48 |
| 1/29/2021 10:05:55 AM | Print Fee | 90 | -15 | | 75 |
| 1/26/2021 9:46:56 AM | Print Fee | 108 | -18 | | 90 |
| 1/25/2021 6:42:35 PM | Print Fee | 156 | -48 | | 108 |
| 1/25/2021 6:42:02 PM | Print Fee | 183 | -27 | | 156 |
| 1/25/2021 6:41:27 PM | Print Fee | 225 | -42 | | 183 |
| 1/25/2021 6:40:52 PM | Inmate Purchase | 25 | 200 | | 225 |
| 1/21/2021 5:41:17 PM | Print Fee | 28 | -3 | | 25 |
| 1/21/2021 11:03:10 AM | Print Fee | 31 | -3 | | 28 |
| 1/21/2021 8:53:16 AM | Print Fee | 58 | -27 | | 31 |
| 1/20/2021 7:36:25 PM | Print Fee | 70 | -12 | | 58 |
| 1/18/2021 11:11:54 AM | Print Fee | 76 | -6 | | 70 |
| 1/17/2021 9:23:05 AM | Print Fee | 94 | -18 | | 76 |
| 1/15/2021 11:21:51 AM | Print Fee | 124 | -30 | | 94 |
| 1/15/2021 11:21:45 AM | Inmate Purchase | 24 | 100 | | 124 |
| 1/15/2021 11:21:31 AM | Print Fee | 33 | -9 | | 24 |
| 1/14/2021 6:32:48 PM | Print Fee | 48 | -15 | | 33 |
| 1/14/2021 12:00:14 PM | Print Fee | 99 | -51 | | 48 |
| 1/13/2021 2:55:12 PM | Print Fee | 135 | -36 | | 99 |
| 1/13/2021 7:25:54 AM | Inmate Purchase | 35 | 100 | | 135 |
| 1/12/2021 7:45:31 PM | Print Fee | 65 | -30 | | 35 |
| 1/12/2021 5:46:48 PM | Print Fee | 71 | -6 | | 65 |
| 1/12/2021 5:03:26 PM | Print Fee | 110 | -39 | | 71 |
| 1/12/2021 5:02:40 PM | Print Fee | 140 | -30 | | 110 |
| 1/12/2021 5:02:34 PM | Inmate Purchase | 40 | 100 | | 140 |
| 1/12/2021 10:55:57 AM | Print Fee | 58 | -18 | | 40 |
| 1/12/2021 8:44:29 AM | Print Fee | 124 | -66 | | 58 |
| 1/11/2021 2:14:20 PM | Print Fee | 136 | -12 | | 124 |
| 1/11/2021 11:16:32 AM | Print Fee | 160 | -24 | | 136 |

Ex. "DDDD"

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

**Inmate No: 70048018**    **Inmate Name: BALL, WILLIAM BRINSON**        **Available Balance: 8717**

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 2/16/2021 7:41:12 AM | Transfer | 56 | -50 | | 6 |
| 2/9/2021 10:39:07 AM | Transfer | 177 | -121 | | 56 |
| 2/8/2021 9:16:26 AM | Print Fee | 198 | -21 | | 177 |
| 2/7/2021 1:03:28 PM | Print Fee | 207 | -9 | | 198 |
| 2/7/2021 1:01:49 PM | Inmate Purchase | 7 | 200 | | 207 |
| 2/7/2021 11:03:06 AM | Print Fee | 10 | -3 | | 7 |
| 2/6/2021 8:14:15 PM | Print Fee | 40 | -30 | | 10 |
| 2/6/2021 8:07:19 PM | Inmate Purchase | 0 | 40 | | 40 |
| 2/6/2021 6:47:43 PM | Print Fee | 3 | -3 | | 0 |
| 2/6/2021 6:47:26 PM | Print Fee | 21 | -18 | | 3 |
| 2/6/2021 1:06:36 PM | Print Fee | 27 | -6 | | 21 |
| 2/6/2021 1:06:05 PM | Print Fee | 33 | -6 | | 27 |
| 2/6/2021 1:05:38 PM | Print Fee | 39 | -6 | | 33 |
| 2/6/2021 9:17:59 AM | Print Fee | 57 | -18 | | 39 |
| 2/5/2021 5:17:25 PM | Print Fee | 66 | -9 | | 57 |
| 2/5/2021 5:16:45 PM | Print Fee | 90 | -24 | | 66 |
| 2/5/2021 5:16:05 PM | Print Fee | 111 | -21 | | 90 |
| 2/5/2021 5:10:16 PM | Print Fee | 147 | -36 | | 111 |
| 2/5/2021 5:10:06 PM | Inmate Purchase | 47 | 100 | | 147 |
| 2/5/2021 7:56:30 AM | Print Fee | 53 | -6 | | 47 |
| 2/4/2021 4:46:07 PM | Print Fee | 74 | -21 | | 53 |
| 2/4/2021 4:45:41 PM | Print Fee | 89 | -15 | | 74 |
| 2/4/2021 3:36:46 PM | Print Fee | 110 | -21 | | 89 |
| 2/4/2021 3:36:40 PM | Inmate Purchase | 10 | 100 | | 110 |
| 2/3/2021 2:17:40 PM | Print Fee | 52 | -42 | | 10 |
| 2/3/2021 11:58:25 AM | Print Fee | 79 | -27 | | 52 |
| 2/3/2021 11:58:00 AM | Print Fee | 94 | -15 | | 79 |
| 2/3/2021 8:58:32 AM | Print Fee | 109 | -15 | | 94 |

Ex. "DDDD"

Date: 02/01/2025                                                                    Location: COA
Time: 03:16:17 PM

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|-----------|----------|---------------|-----------|--------------|--------|-------------|
| 3/8/2021 8:43:59 PM | Print Fee | 85 | -18 | | | 67 |
| 3/8/2021 8:43:25 PM | Print Fee | 115 | -30 | | | 85 |
| 3/8/2021 8:42:49 PM | Inmate Purchase | 15 | 100 | | | 115 |
| 3/8/2021 7:39:06 PM | Print Fee | 33 | -18 | | | 15 |
| 3/8/2021 10:57:47 AM | Print Fee | 60 | -27 | | | 33 |
| 3/8/2021 10:57:20 AM | Print Fee | 78 | -18 | | | 60 |
| 3/7/2021 9:36:34 PM | Print Fee | 132 | -54 | | | 78 |
| 3/7/2021 9:36:27 PM | Inmate Purchase | 32 | 100 | | | 132 |
| 3/7/2021 8:20:49 PM | Print Fee | 74 | -42 | | | 32 |
| 3/6/2021 12:08:34 PM | Print Fee | 86 | -12 | | | 74 |
| 3/5/2021 7:11:30 PM | Print Fee | 116 | -30 | | | 86 |
| 3/5/2021 7:10:48 PM | Print Fee | 146 | -30 | | | 116 |
| 3/5/2021 7:10:35 PM | Inmate Purchase | 46 | 100 | | | 146 |
| 3/5/2021 3:40:06 PM | Print Fee | 52 | -6 | | | 46 |
| 3/4/2021 10:02:45 AM | Print Fee | 64 | -12 | | | 52 |
| 3/3/2021 1:02:57 PM | Print Fee | 85 | -21 | | | 64 |
| 3/3/2021 9:51:51 AM | Print Fee | 100 | -15 | | | 85 |
| 3/3/2021 9:51:14 AM | Inmate Purchase | 0 | 100 | | | 100 |
| 3/1/2021 3:05:18 PM | Transfer | 6 | -6 | | | 0 |

Ex. "DDDD"

Inmate #: 70048018

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date | Refund | End Balance |
|---|---|---|---|---|---|---|
| 3/20/2021 9:51:43 AM | Print Fee | 134 | -18 | | | 116 |
| 3/20/2021 9:51:18 AM | Print Fee | 164 | -30 | | | 134 |
| 3/20/2021 9:50:30 AM | Print Fee | 194 | -30 | | | 164 |
| 3/20/2021 9:27:46 AM | Inmate Purchase | 94 | 100 | | | 194 |
| 3/18/2021 9:19:58 PM | Print Fee | 136 | -42 | | | 94 |
| 3/18/2021 9:19:52 PM | Inmate Purchase | 36 | 100 | | | 136 |
| 3/18/2021 8:56:44 PM | Print Fee | 48 | -12 | | | 36 |
| 3/18/2021 8:54:53 PM | Print Fee | 69 | -21 | | | 48 |
| 3/18/2021 8:54:12 PM | Print Fee | 87 | -18 | | | 69 |
| 3/18/2021 11:49:45 AM | Print Fee | 102 | -15 | | | 87 |
| 3/18/2021 11:49:39 AM | Inmate Purchase | 2 | 100 | | | 102 |
| 3/18/2021 8:45:15 AM | Print Fee | 44 | -42 | | | 2 |
| 3/17/2021 9:33:51 PM | Print Fee | 50 | -6 | | | 44 |
| 3/17/2021 3:42:24 PM | Print Fee | 65 | -15 | | | 50 |
| 3/17/2021 3:15:15 PM | Print Fee | 74 | -9 | | | 65 |
| 3/17/2021 2:01:51 PM | Print Fee | 122 | -48 | | | 74 |
| 3/17/2021 2:01:34 PM | Inmate Purchase | 22 | 100 | | | 122 |
| 3/17/2021 10:27:06 AM | Print Fee | 49 | -27 | | | 22 |
| 3/17/2021 10:26:48 AM | Print Fee | 70 | -21 | | | 49 |
| 3/16/2021 8:46:34 PM | Print Fee | 79 | -9 | | | 70 |
| 3/16/2021 7:32:46 PM | Print Fee | 91 | -12 | | | 79 |
| 3/16/2021 7:32:27 PM | Print Fee | 112 | -21 | | | 91 |
| 3/16/2021 7:32:16 PM | Inmate Purchase | 12 | 100 | | | 112 |
| 3/14/2021 6:34:31 PM | Media Fee | 84 | -72 | | | 12 |
| 3/13/2021 9:08:06 PM | Print Fee | 111 | -27 | | | 84 |
| 3/13/2021 9:07:39 PM | Inmate Purchase | 11 | 100 | | | 111 |
| 3/13/2021 5:05:36 PM | Media Fee | 83 | -72 | | | 11 |
| 3/13/2021 3:42:52 PM | Print Fee | 92 | -9 | | | 83 |
| 3/11/2021 7:30:09 PM | Print Fee | 110 | -18 | | | 92 |
| 3/9/2021 1:37:27 PM | Print Fee | 116 | -6 | | | 110 |
| 3/9/2021 8:04:40 AM | Inmate Purchase | 16 | 100 | | | 116 |
| 3/8/2021 9:23:37 PM | Print Fee | 46 | -30 | | | 16 |
| 3/8/2021 8:44:53 PM | Print Fee | 67 | -21 | | | 46 |

Ex. "DDDD"

Inmate #: 70048018

Date:  02/01/2025
Time:  03:16:17 PM
Location: COA

## Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
## Personal Inmate Information

Inmate No: 70048018   Inmate Name: BALL, WILLIAM BRINSON          Available Balance: 8702

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 3/30/2021 8:37:46 PM | Print Fee | 139 | -27 | | 112 |
| 3/30/2021 8:37:38 PM | Inmate Purchase | 39 | 100 | | 139 |
| 3/28/2021 7:53:54 PM | Print Fee | 84 | -45 | | 39 |
| 3/28/2021 2:40:12 PM | Print Fee | 87 | -3 | | 84 |
| 3/28/2021 11:13:29 AM | Print Fee | 105 | -18 | | 87 |
| 3/27/2021 12:11:32 PM | Print Fee | 114 | -9 | | 105 |
| 3/26/2021 9:09:31 PM | Print Fee | 129 | -15 | | 114 |
| 3/26/2021 7:16:46 PM | Print Fee | 243 | -114 | | 129 |
| 3/26/2021 7:15:37 PM | Print Fee | 306 | -63 | | 243 |
| 3/26/2021 7:15:27 PM | Inmate Purchase | 6 | 300 | | 306 |
| 3/26/2021 7:13:30 PM | Print Fee | 33 | -27 | | 6 |
| 3/26/2021 7:12:52 PM | Print Fee | 93 | -60 | | 33 |
| 3/26/2021 7:12:20 PM | Print Fee | 141 | -48 | | 93 |
| 3/26/2021 7:11:31 PM | Print Fee | 183 | -42 | | 141 |
| 3/26/2021 7:10:21 PM | Print Fee | 246 | -63 | | 183 |
| 3/26/2021 7:10:09 PM | Inmate Purchase | 46 | 200 | | 246 |
| 3/26/2021 1:49:05 PM | Print Fee | 70 | -24 | | 46 |
| 3/26/2021 10:13:26 AM | Print Fee | 79 | -9 | | 70 |
| 3/26/2021 9:28:26 AM | Print Fee | 115 | -36 | | 79 |
| 3/26/2021 9:28:14 AM | Inmate Purchase | 15 | 100 | | 115 |
| 3/25/2021 8:57:46 PM | Print Fee | 24 | -9 | | 15 |
| 3/25/2021 7:22:48 PM | Print Fee | 69 | -45 | | 24 |
| 3/25/2021 4:54:15 PM | Print Fee | 93 | -24 | | 69 |
| 3/25/2021 2:57:38 PM | Print Fee | 111 | -18 | | 93 |
| 3/25/2021 2:57:27 PM | Inmate Purchase | 11 | 100 | | 111 |
| 3/23/2021 8:26:08 PM | Print Fee | 17 | -6 | | 11 |
| 3/23/2021 6:48:14 PM | Print Fee | 23 | -6 | | 17 |
| 3/23/2021 8:55:47 AM | Print Fee | 26 | -3 | | 23 |
| 3/21/2021 7:49:25 PM | Print Fee | 56 | -30 | | 26 |
| 3/20/2021 8:07:59 PM | Print Fee | 71 | -15 | | 56 |
| 3/20/2021 3:53:21 PM | Print Fee | 104 | -33 | | 71 |
| 3/20/2021 3:50:19 PM | Print Fee | 116 | -12 | | 104 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 4/8/2021 3:14:47 PM | Inmate Purchase | 8 | 40 | | 48 |
| 4/7/2021 7:42:58 PM | Print Fee | 14 | -6 | | 8 |
| 4/6/2021 3:15:28 PM | Print Fee | 89 | -75 | | 14 |
| 4/6/2021 2:45:39 PM | Print Fee | 113 | -24 | | 89 |
| 4/6/2021 2:45:27 PM | Inmate Purchase | 13 | 100 | | 113 |
| 4/3/2021 4:46:24 PM | Print Fee | 52 | -39 | | 13 |
| 4/2/2021 6:36:41 AM | Print Fee | 58 | -6 | | 52 |
| 4/1/2021 10:44:30 AM | Print Fee | 112 | -54 | | 58 |

Ex. "DDDD"

Inmate #: 70048018

# Federal Bureau of Prisons
## TRULINCS Account Transactions - TRULINCS
### Personal Inmate Information

| Inmate No: 70048018 Inmate Name: BALL, WILLIAM BRINSON | | | | Available Balance: 8702 | |
|---|---|---|---|---|---|

| Date/Time | Activity | Begin Balance | TRU-Units | Session Date Refund | End Balance |
|---|---|---|---|---|---|
| 4/30/2021 8:51:22 AM | Print Fee | 112 | -36 | | 76 |
| 4/30/2021 8:51:07 AM | Print Fee | 127 | -15 | | 112 |
| 4/30/2021 8:50:09 AM | Inmate Purchase | 27 | 100 | | 127 |
| 4/28/2021 8:22:16 PM | Print Fee | 36 | -9 | | 27 |
| 4/28/2021 11:12:47 AM | Print Fee | 54 | -18 | | 36 |
| 4/27/2021 5:48:32 PM | Print Fee | 69 | -15 | | 54 |
| 4/24/2021 7:31:13 PM | Print Fee | 72 | -3 | | 69 |
| 4/24/2021 7:30:57 PM | Print Fee | 75 | -3 | | 72 |
| 4/23/2021 6:37:55 PM | Print Fee | 93 | -18 | | 75 |
| 4/23/2021 6:00:20 PM | Print Fee | 96 | -3 | | 93 |
| 4/23/2021 3:20:01 PM | Print Fee | 99 | -3 | | 96 |
| 4/23/2021 2:33:37 PM | Print Fee | 117 | -18 | | 99 |
| 4/23/2021 2:33:29 PM | Inmate Purchase | 17 | 100 | | 117 |
| 4/23/2021 9:10:50 AM | Print Fee | 56 | -39 | | 17 |
| 4/23/2021 9:09:49 AM | Print Fee | 110 | -54 | | 56 |
| 4/23/2021 9:09:35 AM | Inmate Purchase | 10 | 100 | | 110 |
| 4/21/2021 8:06:46 PM | Print Fee | 16 | -6 | | 10 |
| 4/21/2021 8:48:55 AM | Print Fee | 73 | -57 | | 16 |
| 4/20/2021 2:40:56 PM | Print Fee | 76 | -3 | | 73 |
| 4/17/2021 5:52:25 PM | Print Fee | 91 | -15 | | 76 |
| 4/17/2021 1:51:03 PM | Print Fee | 100 | -9 | | 91 |
| 4/17/2021 11:14:57 AM | Print Fee | 109 | -9 | | 100 |
| 4/16/2021 3:52:32 PM | Print Fee | 115 | -6 | | 109 |
| 4/16/2021 10:30:25 AM | Print Fee | 127 | -12 | | 115 |
| 4/15/2021 8:31:17 AM | Transfer | 144 | -17 | | 127 |
| 4/15/2021 8:30:14 AM | Inmate Purchase | 104 | 40 | | 144 |
| 4/13/2021 8:06:56 PM | Inmate Purchase | 64 | 40 | | 104 |
| 4/13/2021 11:33:13 AM | Print Fee | 91 | -27 | | 64 |
| 4/12/2021 10:16:18 AM | Print Fee | 112 | -21 | | 91 |
| 4/10/2021 8:32:40 AM | Inmate Purchase | 12 | 100 | | 112 |
| 4/9/2021 5:20:55 PM | Print Fee | 21 | -9 | | 12 |
| 4/8/2021 3:14:53 PM | Print Fee | 48 | -27 | | 21 |

Ex. "DDDD"