UNITED STATES POSTAL SERVICE®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 52[illegible] 747 4518 93

958[illegible]

PS Form

PRIORITY MA[IL]

POSTAGE REQ[UIRED]

IOR[ITY]

MAIL

specified

™ include

tinations.

onal insur

.

nline.

nationally.

be requir

Retail

33602

RDC 03

U.S. POSTAGE PAID
PM
COLEMAN, FL 33521
FEB 18, 2025

$0.00

S2324H505202-02

FROM:

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

Screened by USMS

TO:

United States District Court
Office of the Clerk

IORITY®
MAIL

S00000000013

EP14 Oct 2018
OD: 11 5/8 x 15 1/8

ıly. * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.