UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

William B. Ball,

    Plaintiff,

v.                                              Case No.: 5:25-cv-00123-TPB-PRL

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.

_____/

NOTICE OF FAILURE OF SERVICE

    William B. Ball, Plaintiff, proceeding pro se, respectfully provides notice to this Court and to all Defendants[1] of the failure of Defendant Christiane to serve in the above-styled civil action.

    Plaintiff provides the following in support of his notice:

    1. On September 3, 2025, this Court directed the U.S. Marshals ("USMS") to serve copies of the Complaint on the above-listed Defendants. See Doc. 33.

    2. On September 11, 2025, USMS served Defendant Christiane.[2] See Doc. 38.

    3. On September 29, 2025, Defendant Christiane submitted a Motion to Dismiss in this Court. Doc. 39.

    4. Pursuant to this Court's September 3, 2025 Order, "Plaintiff shall have 45 days to file his response." Doc. 33 at 3. As such, Plaintiff avers that his deadline to respond to Christiane's Motion to Dismiss to be on or about November 12, 2025.

_____/

1/ At the time of filing this Notice, all Defendants have been served in this action. See Doc. 37, 38, 43.

2/ As two Defendants share the same last name, Plaintiff will refer to them by their first names to avoid confusion amongst the parties.

5. Plaintiff has submitted the instant Notice on October 8, 2025, <u>See</u> Signature Page, <u>infra</u>, and within this 10-day period, Plaintiff has yet to receive a copy of Christiane's Motion to Dismiss.

6. Christiane lives in Palm Bay, Florida. <u>See</u> Doc. 1 at 2; <u>see also</u> Doc. 38. Palm Bay is less than 100 miles from FCC Coleman Low, where Plaintiff is incarcerated. Therefore, Plaintiff avers any timely-mailed copies of the Motion to Dismiss should have reached Plaintiff by now.

7. Pursuant to Fed. R. Civ. P. 5(a)(1)(B), Defendants have a duty to serve all "pleading[s] filed after the original complaint"; <u>see also</u> <u>Signature Fin. LLC v. Motorcoach Class "A" Trans.</u>, 2022 U.S. Dist. LEXIS 47265 *3 (M.D. Fla. 2022)("Rule 5(a)(1)(B) states that a pleading filed after the original complaint must be served on every party unless ordered otherwise by the court."). At the time of filing this Notice, Christiane has yet to receive leave from this Court to not serve every party.

8. Plaintiff respectfully requests that this Court direct Defendant Christiane to serve Plaintiff with a copy of the September 29, 2025 Motion to Dismiss at Doc. 39, within 14 days, so that Plaintiff can properly respond.

9. In order to ensure compliance of service, Plaintiff further requests that this Court direct Christiane provide service of the Motion to Dismiss via USPS Certified Mail, so that the prison's legal mail system can create a record of completion of service.

Wherefore Plaintiff respectfully requests this Court to direct Defendant Christiane to serve Plaintiff with a copy of her Motion to Dismiss at Doc. 39.

Respectfully prepared and submitted by William B. Ball on this 8th day of October, 2025:

                                                                  */s/ William B. Ball*
William B. Ball, pro se
Reg. No.: 70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

### CERTIFICATE OF SERVICE

This notice was presented to the prison mailing authorities on the same day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original notice was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Ocala Division, Office of the Clerk at 207 N.W. Second Street, Ocala, Florida, 34475. Copies of this notice were sent via United States First Class Mail to the following Defendants:

Christiane Davis  
3326 Verdi Circle, S.E.  
Palm Bay, FL 32909

Frank L. Amodeo  
6129 Lost Tree Court  
Orlando, FL 32808

In accordance with 28 C.F.R. § 540.17, Plaintiff served a copy to Defendant Donovan G. Davis, Jr., at the following correctional institution:

> Donovan G. Davis, Jr., #60439-018  
> Federal Medical Center  
> Old North Carolina Highway 75  
> Butner, NC 27509

                                                                  */s/ William B. Ball*
William B. Ball

### VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this notice are true and correct to the best of my knowledge.

                                                                  */s/ William B. Ball*
William B. Ball

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

United States District Court
Office of the Clerk
207 N.W. Second Street
Ocala, FL
34475

SCREENED By USMS

34475-666687

