UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM B. BALL,**

    **Plaintiff,**

v.     Case No: 5:25-cv-123-TPB-PRL

**DONOVAN G. DAVIS, JR.,
CHRISTIANE DAVIS and FRANK L.
AMODEO,**

    **Defendants.**

## ORDER

Plaintiff William Ball, an inmate of the federal penal system, is proceeding in this action on a pro se complaint pursuant to 18 U.S.C. §1964(c) for violations of the Racketeer Influenced and Corrupt Organization Act. (Doc. 1). Before the Court now is Plaintiff's "Notice of Failure of Service" (Doc. 46), wherein he states he has not been served a copy of Defendant Christiane Davis's Motion to Dismiss which is preventing him from being able to timely file a response. Accordingly, Defendant Christiane Davis is hereby directed to send Plaintiff a copy of the Motion to Dismiss (Doc. 39) within **14 DAYS** of the date of this Order. Further, if Plaintiff requires additional time within which to file his response to Defendant's Motion to Dismiss, he may file the appropriate motion at that time.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 17th day of October 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties