UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

William B. Ball,

    Plaintiff,

v.                                    Case No.: 5:25-cv-00123-TPB-PRL

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.
_____/

### MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO CHRISTIANE'S MOTION TO DISMISS (DOC. 39)

William B. Ball, Plaintiff, proceeding pro se, requests an extension of time from this Court to respond to Defendant Christiane Davis''s Motion to Dismiss in the above-styled civil action. Doc. 39.

On September 29, 2025, Christiane filed a Motion to Dismiss in response to Plaintiff's Complaint. See Doc. 39. Plaintiff has been given 45 days to respond. See Doc. 33. However, Christiane failed to serve Plaintiff with a copy of the Motion to Dismiss. See Doc. 46. On October 17, 2025, this Court directed Christiane to serve a copy of the Motion within "14 days," which is October 31, 2025. At the time of filing this motion, Plaintiff has yet to receive a copy of the Motion to Dismiss.

This Court's order at Doc. 47 permits Plaintiff to request an extension of time. As such, Plaintiff respectfully requests an additional 46 days, up to and including Monday, December 29, 2025, with which to respond to the Motion to Dismiss at Doc. 39.

Respectfully prepared and submitted by William B. Ball on this 26th day of October, 2025:

                                                  /s/ William B. Ball
                                                  William B. Ball
                                                  Reg. No.: 70048-018
                                                  Federal Correctional Complex
                                                  Unit B-1 (Low Custody)
                                                  P.O. Box 1031
                                                  Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

This motion was presented to the prison mailing authorities on the sme day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Ocala Division, Office of the Clerk at 207 N.W. Second Street, Ocala, FLorida, 34475. Copies of this motion were sent via United States First Class Mail to Defendants at the following addresses:

Donovan G. Davis, Jr., #60439-018
Federal Medical Center, Butner
P.O. Box 1600
Butner, North Carolina
27509

Frank L. Amodeo
6129 Lost Tree Court
Orlando, Florida
32808

Christiane Davis
3326 Verdi Circle, S.E.
Palm Bay, Florida
32909

                                                  /s/ William B. Ball
                                                  William B. Ball

## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

                                                  /s/ William B. Ball
                                                  William B. Ball



William B. Ball, #70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

United States District Court
Office of the Clerk
207 N.W. Second Street
Ocala, FL
34475

SCREENED
By USMS

TAMPA FL 335
SAINT PETERSBURG FL
28 OCT 2025 PM 7 L

