UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

William R. Ball,

    Plaintiff,

v.                                          Case No.: 5:25-cv-00123-TPB-PRL

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.

_____/

## MOTION REQUESTING RETURN OF SERVICE

William R. Ball, Plaintiff, proceeding pro se, respectfully requests copies of service from the U.S. Marshals Service ("USMS") following serice of the Complaints upon Defendants in the above-styled civil action. See Doc. 33.

On September 28, 2025, Plaintiff requested an extension of time with which to serve Defendants Donovan. See Doc. 40. On October 8, 2025, this Court denied PLaintiff's request, stating that "the United States Marshals Service served Defendant [Donovan] on October 1, 2025." Doc. 44. As such, Plaintiff avers that all Defendants have been served in this action.

At the time of filing this motion, Plaintiff has yet to receive copies of the return receipts of service from USMS. In particular, Plaintiff has yet to receive the invoice for the fees associated with the service. In order that PLaintiff may quickly and efficiently pay the fees associated with service, he respectfully requests that this Court direct USMS to provide Plaintiff with copies of the return receipt, and the invoice for services provided, in accordance with 28 U.S.C. § 1921(a)(1).

Respectfully prepared and submitted by William B. Ball on this 26th day of October, 2025:

William B. Ball
Reg. No.: 70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

This motion was presented to the prison mailing authorities on the same day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Ocala Division, Office of the Clerk at 207 N.W. Second Street, Ocala, Florida, 34475.

Copies of this motion were sent via United States First Class Mail to the Defendants at the following addresses:

Donovan G. Davis, Jr., #60439-018
Federal Medical Center, Butner
P.O. Box 1600
Butner, North Carolina
27509

Christiane Davis
3326 Verdi Circle, S.E.
Palm Bay, Florida
32909

Frank L. Amodeo
6129 Lost Tree Court
Orlando, Florida
32808

William B. Ball

## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

William B. Ball

William B. Rall, #70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

TAMPA FL 335
SAINT PETERSBURG FL
28 OCT 2025 PM 7 L

United States District Court
Office of the Clerk
207 N.W. Second Street
Ocala, FL
34475

SCREENED
By USMS