**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

WILLIAM B. BALL,

Plaintiff,

v.                                                                  Case No. 5:25-cv-123-TPB-PRL

DONOVAN G. DAVIS, JR.;
CHRISTIANE DAVIS; FRANK L.
AMODEO,

Defendants.

_____/

**NOTICE OF SERVICE**

In compliance with this court's October 17, 2025, order, Defendant Christiane Davis provides this notice informing that another copy of the motion to dismiss was *resent* to Plaintiff on October 25, 2025, as instructed. Davis would also like to inform this court that due to Plaintiff's current state of incarceration, Plaintiff is subject to communications screening by the Bureau of Prisons (BOP). *See* 28 C.F.R. § 540.14. Therefore, any delay in service that Plaintiff may be experiencing was not caused by a lack of service on Davis's part.

It is also worth noting that this court issued an order stating that "Defendants shall have 60 days from the date of service of process in which to answer or otherwise respond to the Complaint." Dkt. 33 at 1. And, that Davis was served the Complaint on September 11, 2025. *See* Dkt. 38. Therefore, Davis has until November 9, 2025, to file a response. *See* Dkt. 33 at 1.

Against this backdrop, Plaintiff's NOTICE OF FAILURE OF SERVICE was filed prematurely. Aside from the fact that the time allowed for Davis to respond to the Complaint has yet to expire, Plaintiff failed to show that the motion to dismiss is *not* in his facility's possession and undergoing screening. Moreover, the BOP's staff shortages and current government shutdown

could also play a part in any delay in service. Without taking any of this into consideration, Plaintiff accuses Davis of non-service and supports his argument with mere speculation: "the Motion to Dismiss should have reached Plaintiff by now." Dkt. 46.

At any rate, Davis ensures this court that the motion to dismiss was sent to Plaintiff on the day specified in the Certificate of Service. Dkt. 39. And another copy of the motion to dismiss has now been resent to Plaintiff as directed by this court.

Respectfully submitted on this 26th day of October 2025 by:

Christiane Davis
3326 Verdi Cir. SE
Palm Bay, FL 32909

## CERTIFICATE OF SERVICE

I, Christiane Davis, certify that a copy of this motion sent, via U.S. mail, to Plaintiff at FCC Coleman Low, P.O. Box 1031, Coleman, Florida 33521. A copy of this motion was also sent to Donovan Davis, Jr., at FMC Butner, P.O. Box 1600, Butner, North Carolina, 27509, and to Frank Amodeo, at 6129 Lost Tree Court, Orlando, FL, 32808.

Christiane Davis

## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

Christiane Davis

2

# PRIORITY MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

326 Verdi Ct SE
Plm Bay FL 32909

SCREENED
By USMS

*Retail*

U.S. POSTAGE PAID
PM
PALM BAY, FL 32907
OCT 28, 2025

34475

$11.90

RDC 03        0 Lb 1.30 Oz        S2324H504106-16

U.S. District Court MDFL Ocala
207 Northwest Second St.
Ocala, FL 34475

EXPECTED DELIVERY DAY: 10/31/25

USPS TRACKING® #



9505 5129 9146 5301 8525 83

EP14H February 2024 Outer Dimension: 10 x 5



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

PRESS FIRMLY TO SEAL

PRIORITY MAIL

PRIORITY MAIL

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



## TRACKED ■ INSURED

EP14H February 2024
OD: 10 x 5



PS00001000064

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

C. Davis
3326 Verdi Cir SE
Palm Bay, FL 32909

U.S. District Court MDFL Ocala
207 Northwest Second St.
Ocala, FL 34475

