OCT 31 2025 am10:41
FILED - USDC - FLMD - OCA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

WILLIAM B. BALL,

Plaintiff,

v.                                                          Case No. 5:25-cv-123-TPB-PRL

DONOVAN G. DAVIS, JR.;
CHRISTIANE DAVIS; FRANK L.
AMODEO,

Defendant,

_____/

### MOTION FOR ELECTRONIC PARTICIPATION

Christiane Davis seeks permission to participate electronically in this action due to Plaintiff's underlying criminal convictions. Therefore, for the reasons set forth below, Davis respectfully asks that this court grant this request.

### Legal Framework

"A person not represented by an attorney ... may file electronically only if allowed by court order[.]" Fed. R. Civ. P. (5)(d)(3)(B)(i).

### Argument

Plaintiff is currently serving sentences for convictions involving child enticement and pornography. *See United States v. Ball*, 835 Fed. App'x 493 (11th Cir. 2020). Plaintiff's sentence also included a lifetime term of supervised release. *See United States v. Ball*, No. 8:18-cr-69-VNC-AAS, Doc. 60 (M.D. Fla. 2018). Plaintiff is prohibited from contacting minors for the rest of his life. *Id.* In accordance with the criminal judgment, the Bureau of Prisons has prohibited Plaintiff from participating in its inmate electronic messaging system to protect the public.

As relevant here, Davis and her minor child reside at the address that Plaintiff has repeatedly mailed filings to. Therefore, out of an abundance of caution, Davis requests that she electronically receive any and all of Plaintiff's filings in this action as this will ensure that Plaintiff does not try to communicate with Davis's minor child via the United States Postal Service.

Davis is unaware of Plaintiff's position regarding this request. But, because receiving filings from Plaintiff electronically would only result in cost savings to Plaintiff (i.e. no need to reproduce and pre-pay postage), it is plausible to conclude that Plaintiff would not oppose this request.

<b>Conclusion</b>

WHEREFORE, Davis requests that this court grant this request.

Respectfully submitted this 26th day of October 2025 by:

Christiane Davis
3326 Verdi Cir. SE
Palm Bay, FL 32909

<b>CERTIFICATE OF SERVICE</b>

I, Christiane Davis, certify that a copy of this motion sent, via U.S. mail, to Plaintiff at FCC Coleman Low, P.O. Box 1031, Coleman, Florida 33521. A copy of this motion was also sent to Donovan Davis, Jr., at FMC Butner, P.O. Box 1600, Butner, North Carolina, 27509, and to Frank Amodeo, at 6129 Lost Tree Court, Orlando, FL, 32808.

Christiane Davis

<b>VERIFICATION</b>

I, Christiane Davis, swear under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the statements made in this motion are true and correct to the best of my knowledge.

Christiane Davis

2

# PRIORITY MAIL

**FLAT RATE ENVELOPE**

ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

*Retail*



U.S. POSTAGE PAID
PM
PALM BAY, FL 32907
OCT 28, 2025

34475                    $11.90

RDC 03    0 Lb 1.30 Oz    S2324H504106-16

326 Verdi Ct SE
lm Bay FL 32909

**SCREENED By USMS**

U.S. District Court MDFL Ocala
207 Northwest Second St.
Ocala, FL 34475

EXPECTED DELIVERY DAY: 10/31/25

## USPS TRACKING® #



9505 5129 9146 5301 8525 83

EP14H February 2024 Outer Dimension: 10 x 5



# UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL®

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



Remove From Pouch
how2recycle.info
PAPER POUCH   PLASTIC WINDOW

## TRACKED ■ INSURED

EP14H February 2024
OD: 10 x 5



PS00001000064

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14H © U.S. Postal Service; February 2024; All rights reserved.

This product is for use with Priority Mail®. Misuse may be a violation of federal law. This label is not for resale.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.

C. Davis
3326 Verde Cir SE
Palm Bay, FL 32909

U.S. District Court MDFL Ocala
207 Northwest Second St.
Ocala, FL 34475