UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

William B. Ball,

    Plaintiff,

v.     Case No.: 5:25-cv-00123-TPB-PRL

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.

_____/

## NOTICES REGARDING SERVICE

William B. Ball, plaintiff, proceeding pro se, respectfully provides this Court and Defendants with notices regarding service in the above-styled civil action.

1. On September 29, 2025, Defendant Christiane filed her Motion to Dismiss in response to Plaintiff's Complaint. See Doc. 1, 39. However, Plaintiff did not immediately receive service. See Doc. 46. This Court subsequently directed Defendant Christiane to serve Plaintiff "a copy of the [39] Motion to Dismiss with 14 days...." Doc. 47 (October 17, 2025 Order). And on October 29, 2025, Plaintiff received service of Defendant Chrisitane's Motion at Doc. 39. Based on this, Plaintiff respectfully requests that this Court's Order at Doc. 46 against Defendant Christiane be discharged as satisfied.

2. Plaintiff has recently noticed that the Court's notices he receives regarding service of Court Orders only lists Plaintiff and Defendant Christiane as the served parties. See Doc. 44 (Service receipt). As all Defendants have now been served in this action, Plaintiff respectfully requests this Court direct the Clerk to ensure all Defendants are receiving service of all Orders and Motions issued from this Court henceforth.

Respectfully prepared and submitted by William B. Ball on this 30th day of October, 2025:

*/s/ William B. Ball*
William B. Ball
Reg. No.: 70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

This motion was presented to the prison mailing authorities on the same day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Ocala Division, Office of the Clerk at 207 N.W. Second Street, Ocala, Florida, 34475.

Copies of this motion were sent via United States First Class Mail to Defendants at the following addresses:

Donovan G. Davis, Jr., #60439-018
Federal Medical Center, Butner
P.O. Box 1600
Butner, North Carolina
27509

Christiane Davis
3326 Verdi Circle, S.E.
Palm Bay, Florida
32909

Frank L. Amodeo
6129 Lost Tree Court
Orlando, Florida
32808

*/s/ William B. Ball*
William B. Ball

## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

*/s/ William B. Ball*
William B. Ball

-2-

William B. Ball  #70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031



TAMPA FL 335
SAINT PETERSBURG FL
5 NOV 2025 PM 5 L

United States District Court
Office of the Clerk
207 N.W. Second Street
Ocala, FL
34475

SCREENED
By USMS

34475-666687

