UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM B. BALL,**

     **Plaintiff,**

**v.**                        **Case No: 5:25-cv-123-TPB-PRL**

**DONOVAN G. DAVIS, JR.,**
**CHRISTIANE DAVIS and FRANK L.**
**AMODEO,**

     **Defendants.**

_____

## ORDER

     Plaintiff William Ball, an inmate of the federal penal system, is proceeding in this action on a pro se complaint pursuant to 18 U.S.C. §1964(c) for violations of the Racketeer Influenced and Corrupt Organization Act. (Doc. 1). Before the Court now is Plaintiff's motion for extension of time (Doc. 48) and motion for return of service (Doc. 49) which the Court will address in turn.

### I.   Motion for Extension of Time

     In his motion for extension of time (Doc. 48) Plaintiff seeks a 46-day extension of time within which to respond to Defendant Christiane Davis's motion to dismiss (Doc. 39), stating he has not yet received a copy of the motion.[1] Upon due consideration, Plaintiff's motion (Doc. 48) is **GRANTED** to the extent Plaintiff shall file his response to Defendant Davis's

---

[1] On October 17, 2025, the Court directed Defendant Christiane Davis to send Plaintiff a copy of the motion to dismiss. (Doc. 47). On October 31, 2025, the Court received Defendant Davis's notice of service which reflects a copy of the motion to dismiss was resent to Plaintiff on October 25, 2025. (Doc. 50).

motion to dismiss **on or before December 29, 2025**. If Plaintiff requires additional time to file his response, he may file the appropriate motion at that time.

**II.      Motion for Return of Service**

In his motion for return of service (Doc. 49), Plaintiff requests copies of the return of service receipts from the United States Marshals Service. Upon due consideration, Plaintiff's motion (Doc. 49) is **GRANTED** to the extent the Clerk is directed to send Plaintiff a copy of the docket sheet which reflects all Defendants have been served and the date they were served. Plaintiff's motion (Doc. 49) is **DENIED** in all other respects.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 7th day of November 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties