**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

WILLIAM B. BALL,

    Plaintiff,

v.                                                                             Case No: 5:25-cv-123-TPB-PRL

DONOVAN G. DAVIS, JR.,
CHRISTIANE DAVIS and FRANK L.
AMODEO,

    Defendants.
_____

**ORDER**

Plaintiff William Ball, an inmate of the federal penal system, is proceeding in this action on a pro se complaint pursuant to 18 U.S.C. §1964(c) for violations of the Racketeer Influenced and Corrupt Organization Act. (Doc. 1). Before the Court now is Defendant Christiane Davis's Motion for Electronic Participation (Doc. 51), wherein she seeks permission from the Court to participate in this action electronically. Defendant Davis asserts that Plaintiff— because of his criminal convictions—is prohibited from contacting minors and that Plaintiff has "repeatedly mailed filings" to her home where her minor child resides. (*Id.* at 2). Defendant Davis states that out of an abundance of caution, she requests to receive Plaintiff's filings electronically to ensure Plaintiff does not attempt to communicate with her minor child. (*Id.*) Upon due consideration, Defendant's motion (Doc. 51) is **DENIED without prejudice**. Based on Defendant Davis's own assertions, Plaintiff has only mailed copies of his filings to her address, which he is required to do.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 4th day of November 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties