### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**WILLIAM B. BALL,**

    **Plaintiff,**

                         **Case No. 5:25-cv-123-TPB-PRL**

**DONOVAN G. DAVIS, JR.,**
**CHRISTIANA DAVIS, and**
**FRANK L. AMODEO,**

    **Defendants.**

_____/

### NOTICE OF LIMITED APPEARANCE

Katherine Earle Yanes of Kynes, Markman & Felman, P.A. gives notice of limited appearance in this action as counsel for Defendant, Frank Amodeo for the limited purpose of filing a motion to quash service of the complaint.  Please add the undersigned to your service list.

Respectfully submitted,

/s/ *Katherine Earle Yanes*
Katherine Earle Yanes (FB# 159727)
KYNES, MARKMAN & FELMAN, P.A.
P.O. Box 3396
Tampa, FL  33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
Kyanes@kmf-law.com

*Attorneys for Defendant Frank Amodeo*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2025, a true and correct copy of this Notice was filed with the Clerk of Court through the Electronic Filing System. I further certify that on November 10, 2025, I have mailed a copy of this notice to the following parties unable to receive CM/ECF notices:

William Bell, #70048-018
FCI Coleman Low
PO Box 1031
Coleman, FL 33521

Donovan Davis, Jr., #60439-018
FMC Butner
PO Bo 1600
Butner, NC 27509

Christiane Davis
3326 Verdi Circle S.E.
Palm Bay, FL 32909
.

/s/ *Katherine Earle Yanes*
Katherine Earle Yanes