IN THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: GUARDIANSHIP OF

FRANK AMODEO

File No. 48-2008-CP-1369-O

Division

## AMENDED ORDER APPOINTING EMERGENCY TEMPORARY GUARDIAN

On the petition of Dr. Jeffrey Danziger for appointment of an emergency temporary guardian for Frank Amodeo, an alleged incapacitated person, who is represented by counsel in these proceedings, and it appearing to the court that there is an imminent danger that the physical or mental health or safety of the alleged incapacitated person will be seriously impaired or that the property of that person is in danger of being wasted, misappropriated or lost unless immediate action is taken; and the court having jurisdiction and being fully advised; it is

ADJUDGED as follows:

1. Dr. Harvey Moore, PhD is qualified to serve and is hereby appointed as plenary emergency temporary guardian of the person and property of Frank Amodeo (the Ward).

2. Upon taking the prescribed oath, filing designation of resident agent and acceptance and entering into bond in the amount of $ _none at this time_ payable to the Governor of the State of Florida and all successors in office, conditioned on the faithful performance of all duties by the guardian, letters of emergency temporary guardianship shall be issued to the plenary emergency temporary guardian granting the following powers and duties: *Plenary*.

3. The Court is not aware whether the Ward, prior to incapacity, has executed any valid advance directive under Chapter 765, Florida Statutes. If any such advance directive exists, the guardian shall exercise no authority over a health care surrogate until further order of this Court.

4. Unless further extended by order of this Court, the authority of the plenary emergency temporary guardian will expire ninety (90) days after the date of this order, or when a guardian is appointed pursuant to Section 744.344, Florida Guardianship Law, whichever occurs first.

ORDERED on _June 20_, 2008.