IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: GUARDIANSHIP OF
FRANK AMODEO

2008-CP-001369

FILED IN OPEN COURT
By _____ 6-9-15
Clerk, Cir Ct, Orange Co.

## ORDER APPOINTING GUARDIAN

THIS CAUSE having come before this Court on the Petition for Appointment of Successor Guardian for the Ward, Frank Amodeo (the "Ward"), who is represented by counsel in these proceedings and it appearing to the court that the Ward is an incapacitated adult in need of a limited guardian of the person and property. The court having jurisdiction and being fully advised;

It is ORDERED AND ADJUDGED that:

1. Charles Rahn is qualified to serve and is hereby appointed as limited guardian of the person and property of Frank Amodeo.

2. The nature of the Ward's incapacity is that he suffers from Bipolar Disorder, Type 1, most recent episode manic, moderate.

3. The powers and duties of the Guardian are:

( x ) to make and enter into contracts;
( x ) to consent to or refuse medical or other professional care, counseling, treatment or service;
( x ) to control, dispose or manage real or personal property, businesses, or income from any source;
( x ) to initiate, defend or settle lawsuits; and
( x ) to pay or collect debts.

4. The Guardian shall exercise only the rights that the Court has found the Ward incapable of exercising on his own behalf, as outlined herein above. Said rights are hereby removed from the Ward and specifically delegated to the Guardian.

5. Upon taking the prescribed oath, filing designation of resident agent and acceptance and entering into a bond in the amount of NONE payable to

the Governor of the State of Florida and to all successors in office conditioned on the faithful performance of all duties by the guardian, letters of guardianship shall be issued.

6. The Court is not aware whether the Ward, prior to incapacity, has executed any valid advance directive under Chapter 765, Florida Statutes. If any such advance directive exists, the guardian shall exercise no authority over a health care surrogate until further order of this Court.

DONE AND ORDERED in Chambers in Orlando, Orange County, Florida this _____ day of June, 2015.

HONORABLE JOSE R. RODRIGUEZ
Circuit Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that conformed copies have been furnished on this 9th day of June, 2015, to the following:

MYRA P. NICHOLSON
PINONICHOLSON, PLLC
189 SOUTH ORANGE AVE., STE. 1650
ORLANDO, FL 32806
myra@pinonicholsonlaw.com

CHARLES RAHN
4589 SOUTHFIELD AVENUE
ORLANDO, FL 328012

BRIAN D. HORWITZ
VATIC LAW
3236 LAKE GEORGE COVE DR.
ORLANDO, FL 32812
bhorwitz@vaticlaw.com

Frank Amodeo, #48883-019
FCI Coleman Low
P.O. Box 1031
Coleman, Florida 33521

Judicial Assistant/Attorney

2