IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
PROBATE DIVISION

IN RE: GUARDIANSHIP OF
FRANK AMODEO    CASE NO. 48-2008-CP-001369-O

_____/

## ORDER APPOINTING CO-GUARDIANS

**THIS CAUSE**, came to be heard upon the Guardian, Charles Rahn's, Motion for Appointment of additional co-guardians for the Ward, Frank Amodeo (the "Ward"). The Court, having jurisdiction and being fully advised.

It is ORDERED AND ADJUDGED that:

1. Deborah Milotte and Paul Rene, Jr. are qualified to serve and are hereby appointed as limited Co-Guardians, along with the current guardian Charles Rahn, of the person and property of Frank Amodeo.

2. In the event of a dispute among the guardians, the decision will be made by majority rule. The co-guardians must confer, in good faith, with one another prior to making decisions.

3. The powers and duties of the Co-Guardians are the same as those set forth in the June 9, 2015 Order appointing Charles Rahn as Guardian of the Ward, except as set forth herein.

4. No bond is due and payable to the Governor of the State of Florida and to all successors in office conditioned on the faithful performance of all duties by the guardian. Letters of Guardianship will issue forthwith.

5. The Court is not aware whether the Ward, prior to incapacity, has executed any valid DNR or advance directive under Chapter 765, Florida Statutes. If any such DNR or advance directive exits, the Co-Guardians shall exercise no authority over a health care surrogate until further order of this Court. Further, the Co-Guardians may not execute a DNR or advance directive without an Order from this Court.

**DONE AND ORDERED** in chambers in Orlando, Orange County, Florida this 5th day of April, 2021.

*eSigned by Leticia Marques  04/05/2021 10:49:03 9IbIMGZL*

Leticia J. Marques
Circuit Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by submission to the Court's ECF system to all counsel of record on this ___ day of April, 2021.