FILED
2015 Aug-21  AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BALCH AND BINGHAM, LLP,  )
)
   Plaintiff,  )
)
v.  )  Case Number: 2:14-cv-02041-JHE
)
UNITED STATES OF AMERICA, et al.,  )
)
   Defendants.  )

## ORDER

On August 17, 2015, *Pro Se* Defendant Frank Amodeo moved to allow his guardian to appear as personal representative under Rule 17(c). (Doc. 25). The motion included documentation showing that, on June 9, 2015, he was adjudicated incompetent to initiate, defend, or settle lawsuits by the Probate Division of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. (*Id.* at 5-10). That court appointed Charles Rahn as guardian for such purposes. (*Id.* at 5).

Under the Federal Rules of Civil Procedure, "a general guardian . . . or a like fiduciary" "may sue or defend on behalf of . . . an incompetent person." FED. R. CIV. P. 17(c)(1). Accordingly, Amodeo's motion, (doc. 25), is **GRANTED**. Pursuant to Rule 17(c) and the Florida court order appointing him as guardian for purposes of defending lawsuits, Charles Rahn may appear in this action to represent Amodeo's interests as his personal representative. A telephone status conference will be set by separate order.

The Clerk is **DIRECTED** to serve a copy of this order upon Charles Rahn at 4589 Southfield Avenue, Orlando, Florida 32812. The Clerk is further **DIRECTED** to **TERM** documents 14 and 25.

1

DONE this 21st day of August 2015.

                                                                 _____  
                                                                 **JOHN H. ENGLAND, III**  
                                                                 UNITED STATES MAGISTRATE JUDGE