UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

William B. Ball,

    Plaintiff,

v.                            Case No.: 5:25-cv-00123-TPB-PRL

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.

_____/

MOTION TO SUBSTITUTE PROPER PARTY AND FOR
EXTENSION OF TIME TO EFFECT SERVICE

William B. Ball, Plaintiff, proceeding pro se, respectfully requests leave from this Court to substitute the proper party, and for an extension of time to serve such party, in the above-styled civil action.

In support of his Motion, Plaintiff states the following:

1. On November 10, 2025, counsel for Defendant Amodeo made an appearance in this case. (D.E. 55).

2. On the same day, counsel for Defendant Amodeo filed a Motion to Quash Service of Process. (D.E. 56).

3. In this Motion, counsel for Defendant Amodeo stated that Mr. Charles Rahn is Mr. Amodeo's legal guardian, and represents Mr. Amodeo on his behalf in legal matters. (D.E. 56).

4. Counsel for Defendant Amodeo attached several exhibits, including Affidavits and orders from both State of Florida court and the Middle District, verifying the guardianship. (D.E. 56).

5. Plaintiff has conferred with counsel for Defendant Amodeo, and she responded with an ambiguous statement regarding their position in the matter.

6.  Plaintiff respectfully requests leave from this Court to substitute "Charles Rahn as Guardian for Frank L. Amodeo" in place of "Frank L. Amodeo." [1]

7.  Plaintiff respectfully requests a 60-day extension of time to allow the U.S. Marshals Service to effectuate service on Mr. Rahn on behalf of Mr. Amodeo, and leave to use the U.S. Marshals to effect service of process on Charles Rahn as guardian for Frank L. Amodeo.

8.  Plaintiff further requests that this Court direct the Clerk to send to him a USM-285 form, so that he may serve the new information to the U.S. Marshals.

9.  Upon this Court granting the Motion, Plaintiff respectfully requests that this Court direct counsel for Amodeo to provide Plaintiff with the current mailing address for Mr. Rahn for accurate service.

10. Wherefore Plaintiff requests that this Court grant the above-stated requests.

---

[1] To the extent this Court considers the defenses put forward in Defendant Amodeo's Motion to Quash, Plaintiff opposes all defenses, and, out of an abundance of caution, has separately requested additional time to brief said defenses should this Court deny the Motion to Quash.

Respectfully prepared and submitted by William B. Ball on this 16th day of December, 2025:

William B. Ball, pro se
Reg. No.: 70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

This motion was presented to the prison mailing authorities on the same day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Ocala Division, Office of the Clerk at 207 N.W. Second Street, Ocala, Florida, 34475.

Copies of this motion were sent via United States First Class Mail to Defendants at the following addresses:

Donovan G. Davis, Jr., #60439-018
Federal Medical Center
P.O. Box 1600
Butner, North Carolina
27509

Christiane Davis
3326 Verdi Circle, S.E.
Palm Bay, Florida
32909

Katherine Earle Yanes, Esq.
Counsel for Frank L. Amodeo
Kynes Markman & Felman PA
P.O. Box 3369
Tampa, Florida
33601-3369

William B. Ball

## VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

William B. Ball

-3-

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

TAMPA FL 335
SAINT PETERSBURG FL
18 DEC 2025  PM 3  L




United States District Court
Office of the Clerk
207 N.W. Second Street
Ocala, FL
34475

SCREENED
By USMS

34475-666687