UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

William B. Ball,

    Plaintiff,

v.                                   Case No.: 5:25-cv-00123-TPB-PRL

Donovan G. Davis, Jr.,
Christiane Davis,
Frank L. Amodeo,

    Defendants.
_____/

## NOTICE OF REJECTED SERVICE

William B. Ball, Plaintiff, proceeding pro se, respectfully provides to this Court and the parties notice of rejected service to Defendant Donovan G. Davis, Jr., in the above-styled civil action.

1. On or about December 11, 2025, Plaintiff sent a Motion to this Court and to the parrties requesting an extension of time to respond to Defendant Mr. Davis's Motion to Dismiss. (D.E. 59).

2. The copy of the Motion Plaintiff sent to Mr. Davis left the Tampa Post Office on December 12, 2025. See Exhibit "1" (Cancelled envelope).

3. On December 18, 2025, prison staff at FMC Butner rejected Plaintiff's Motion, stating "No Authorized Correspondence Approval." Exhibit "2" (December 18, 2025 Rejection letter from FMC Butner).

4. Plaintiff avers that while 28 C.F.R. § 540.17 does permit inmate-to-inmate correspondence between inmates that "are parties to the same legal action," he also understands that such "restriction passe[s] muster because of [the] legitimate security concerns" faced by a prison. Desciv v. Budz, 730 F.3d 1291, 1299 (11th Cir. 2013)(quoting Turner v. Safely, 482 U.S. 78 (1987)).

5. Plaintiff understands that to be granted authorized correspondence appro-

val, he would have to receive permission from the Wardens of both institutions: FCC Coleman Low and FMC Butner. See 28 C.F.R. § 540.17(b)(2).

6. Plaintiff does not have the ability to communicate with the Warden of FMC Butner Low, and as such, is unsure as to how he can proceed with receiving the authorization required by the Regulation.

7. Nevertheless, Plaintiff understands that he still has a duty to serve Mr. Davis, as a party to this action. To that end, Plaintiff respectfully requests that this court direct the Warden of FMC Butner to permit Plaintiff to serve Mr. Davis with copies of his motions and briefs in the instant action./1

8. Should Plaintiff's request supra amount to a conflict of interest, or raise potential separation of powers issues, see generally Edwards v. Lester, 2022 U.S. Dist. LEXIS 210806 *7-8 (M.D. Fla. 2022)(Barber, J.), Plaintiff seeks alternative relief in the form of having the Clerk send a copy of Plaintiff's motions and briefs to Mr. Davis on Plaintiff's behalf./2

9. Wherefore Plaintiff respectfully requests relief, or an alternative form of service, in order that Mr. Davis may receive the necessary motions and briefs in this action.

---

1/ In order to avoid possible sanctions from the prison, Plaintiff did not attempt to send Mr. Davis a copy of the instant motion. As PLaintiff has now been placed on notice, further infractions could lead to possible disciplinary action.

2/ Were this Court to grant alternative relief, Plaintiff would ensure that he sends two copies of each motion and brief to the Clerk: one for docketing on CM/ECF, and one for forwarding to Mr. Davis.

Respectfully prepared and submitted by William B. Ball on this 29th day of December, 2025:

*William B. Ball*
William B. Ball, pro se
Reg. No.: 70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

### CERTIFICATE OF SERVICE

This motion was presented to the prison mailing authorities on the same day as signed, and placed inside a postage-prepaid, properly addressed envelope. The original motion was delivered via United States First Class Mail to the United States District Court for the Middle District of Florida, Ocala Division, Office of the Clerk at 207 N.W. Second Street, Ocala, Florida, 34475.

Copies of this motion were sent via United States First Class Mail to the following parties:

Christiane Davis
3326 Verdi Circle, S.E.
Palm Bay, Florida
32909

Katherine Earle Yanes, Esq.
Counsel for Frank L. Amodeo
Kynes Markman & Felman, PA
P.O. Box 3369
Tampa, Florida
33601-3369

Due to current restrictions, Plaintiff was unable to serve the following Defendants:

Donovan G. Davis, Jr., #60439-018
Federal Medical Center
P.O. Box 1600
Butner, North Carolina
27509

*William B. Ball*
William B. Ball

### VERIFICATION

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I hereby declare that the factual allegations and factual statements contained in this motion are true and correct to the best of my knowledge.

*William B. Ball*
William B. Ball

Exhibit "1"

Cancelled envelope

of service to Mr. Davis

William B. Ball, #70048-018
Federal Correctional Complex
Unit B-1 (Low Custody)
P.O. Box 1031
Coleman, FL 3352-1031



TAMPA FL 335
SAINT PETERSBURG FL
12 DEC 2025  PM 9  L

Donovan G. Davis, Jr., #60439-018
Federal Medical Center
P.O. Box 1600
Butner, NC
27509

27509-460000

Exhibit "2"

December 18, 2025

Rejection Letter from FMC Butner

| BP-A0328 | STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER | CDFRM |
|---|---|---|
| APR 11 | | |
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU OF PRISONS |

| TO: (Sender - See Return Address) William B. Ball 70048-018 Federal Correctional Complex P.O Box 1031, Coleman FL 33521 | FROM: (Institution) FMC BUTNER PO BOX 1600 BUTNER, NC. 27509 | |
|---|---|---|
| INMATE'S NAME: DAVIS, DONOVAN | REGISTER NUMBER: 60439-018 | DATE: 12-18-2025 |

Check all that apply:

| Material Rejected and Returned | | Package Refused and Returned | |
|---|---|---|---|
| Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons  Post Office Box 474701 Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | Stationary/Blank Greeting Cards | | |
| | Plant Shavings | | |
| | Sexually Explicit Personal Photos | | |
| ✓ | Other (specify below) | | |
| | The following material cannot be inspected without damage: | | |
| | Electronic Musical Greeting Card | | |
| | Padded Card | | |
| | Double Faced Polaroid Photos | | |
| | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | |

Specific Material Returned:

NO AUTHORIZED CORRESPONDENCE APPROVAL.

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
J. ROBERTS, CSO / *[signature]*

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                                    Prescribed by P5800              Replaces BP-328.058 of APR 94

William B. Ball, #70048-018
Federal Correctional Complex
Unit A-1 (Low Custody)
P.O. Box 1031
Coleman, FL 33521-1031

TAMPA FL 335
SAINT PETERSBURG FL
31 DEC 2025 PM 4 L

United States District Court
Office of the Clerk
207 N.W. Second Street
Ocala, FL
34475

SCREENED
By USMS

34475-866687