**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**WILLIAM B. BALL,**

**Plaintiff,**

**v.** **Case No: 5:25-cv-123-TPB-PRL**

**DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO,**

**Defendants.**

---

## ORDER

Plaintiff William Ball, an inmate of the federal penal system, is proceeding in this action on a pro se complaint pursuant to 18 U.S.C. §1964(c) for violations of the Racketeer Influenced and Corrupt Organization Act. (Doc. 1). Before the Court now are the following related motions, which the Court will address in turn: Defendant Frank Amodeo's motion to quash service of process (Doc. 56), Plaintiff's motion for extension of time to respond to Defendant Amodeo's motion (Doc. 59), and Plaintiff's motion to substitute proper party and extension of time to effect service (Doc. 60).

**Motion to Quash Service**

In the motion (Doc. 56), counsel for Defendant Frank Amodeo moves to quash service of process of the Complaint (Doc. 1) on Amodeo, stating he has been determined to be incapacitated under Florida law. (Doc. 56 at 1, 5). Counsel asserts Amodeo has court appointed guardians who are charged with handling his personal and financial affairs, and service of process in any action must be made upon his guardians. (*Id.*)

Upon due consideration, Defendant's motion (Doc. 56) is **GRANTED** to the extent service of process on Defendant Frank Amodeo is hereby **QUASHED**. Counsel for Defendant Amodeo is **ORDERED** to provide the name and address of Amodeo's guardians within **14 DAYS** of the date of this order so that proper service may be effectuated.

**Motion to Substitute**

In Plaintiff's motion to substitute (Doc. 60), Plaintiff seeks to substitute Charles Rahn as Guardian for Frank Amodeo in place of Defendant Amodeo and asks for an extension of time to allow the United States Marshal Service time to serve Mr. Rahn. Upon due consideration, Plaintiff's motion (Doc. 60) is **DENIED without prejudice.** The Court has ordered Counsel for Defendant Amodeo to provide the name and address for Defendant Amodeo's guardian. Upon receipt of this information, the Court will direct the United States Marshal Service to effect service upon the guardian provided.

**Motion for Extension of Time**

Plaintiff also filed a motion for extension of time (Doc. 59) wherein he asks the Court for an additional 60-days to respond to Defendant Amodeo's motion to quash (Doc. 56). Based on the Court's rulings herein, Plaintiff's motion (Doc. 59) is **DENIED as moot**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 11th day of February 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record