UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM B. BALL,**

**Plaintiff,**

**v.** **Case No: 5:25-cv-123-TPB-PRL**

**DONOVAN G. DAVIS, JR., CHRISTIANE DAVIS, and FRANK L. AMODEO,**

**Defendants.**

---

# ORDER

Plaintiff William Ball, an inmate of the federal penal system, is proceeding in this action on a pro se complaint pursuant to 18 U.S.C. §1964(c) for violations of the Racketeer Influenced and Corrupt Organization Act. (Doc. 1). Before the Court now is Plaintiff's motion for clarification (Doc. 67) wherein he requests the Court to order Defendants Donovan Davis, Jr. and Christiane Davis to file a notice of change of address. Plaintiff asserts these two defendants now appear to be using different addresses than those at which they were originally served, but neither has provided notice to the Court of any updates in their address. It is the responsibility of pro se defendants to keep the Court apprised of any change in their address. Accordingly, Plaintiff's motion (Doc. 67) is **GRANTED**. Defendants Donovan Davis, Jr. and Christiane Davis are hereby **ORDERED** to file notices providing the Court and Plaintiff with their current mailing addresses.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 11th day of February 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record