UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM B. BALL,**

   **Plaintiff,**

                        Case No. 5:25-cv-123-TPB-PRL

**DONOVAN G. DAVIS, JR.,
CHRISTIANA DAVIS, and
FRANK L. AMODEO,**

   **Defendants.**

_____/

**NOTICE OF DISCLOSURE OF GUARDIANS
FOR DEFENDANT FRANK AMODEO**

Pursuant to this Court's order, Doc. 69, Defendant, Frank Amodeo, files this notice informing the parties of the names and contact information[1] of his guardians.

Charles Rahn

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Orlando, Fl 32812

Paul Rene

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Ocala, FL 34471

Deborah Milotte

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Merritt Island, FL 32953

---

[1] Because this notice includes home addresses of non-parties, per Federal Rule of Criminal Procedure 49.1, this notice has been filed in the Court record in redacted form. The unredacted version of this notice is being served on the Parties and the US Marshals service.

Respectfully submitted,

/s/ *Katherine Earle Yanes*
Katherine Earle Yanes (FB# 159727)
KYNES, MARKMAN & FELMAN, P.A.
P.O. Box 3396
Tampa, FL  33601-3396
Telephone: (813) 229-1118
Facsimile: (813) 221-6750
Kyanes@kmf-law.com

*Attorneys for Defendant Frank Amodeo*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2026, a true and correct copy of this Notice was filed with the Clerk of Court through the Electronic Filing System.  I further certify that on February 25, 2026, I have mailed an unredacted copy of this notice to the following parties and agency:

William Bell, #70048-018
FCI Coleman Low
PO Box 1031
Coleman, FL 33521

Donovan Davis, Jr.
Christiane Davis
218 Davis Lane
Palm Bay, FL 32909

U.S. Marshals Service
401 W. Central Blvd., Suite 2300
Orlando, FL 32801

/s/ *Katherine Earle Yanes*
Katherine Earle Yanes