UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**WILLIAM B. BALL,**

**Plaintiff,** **Case No.: 5:25-cv-00123-TPB-PRL**

**v.**

**DONOVAN G. DAVIS JR., CHRISTIANE DAVIS, FRANK L. AMODEO,**

**Defendants.**
___________________________________/

## ORDER TO ANSWER AND NOTICE TO PLAINTIFF

This case is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff has paid the filing fee in this case and has been granted leave to use the United States Marshal Service to serve the defendants. (Doc. 18 at 5). This Order directs service of the Complaint on Plaintiff's behalf upon Defendant Frank Amodeo via his court appointed guardians.[1]

Accordingly, it is **ORDERED:**

1) The United States Marshal or a Deputy United States Marshal shall serve copy of the Complaint (Doc. 1), and this Order upon **Defendant, Frank Amodeo** via his **Guardians: Charles Rahn, Paul Rene,** and **Deborah Milotte** at the addresses provided by Counsel for Defendant Amodeo within **30 DAYS** from the date of this Order. All costs of service shall be advanced by the United States.

2) The **Clerk of Court** shall provide the U.S. Marshal's Office with a sealed USM-

[1] Based on the Court's directives herein, Plaintiff's Motion Requesting Clarification (Doc. 77) is **DENIED as moot**.

285 form and a copy of the Defendants notice (Doc. 73) for its use in perfecting service on Defendant Amodeo's Guardians. The server must complete and sign the USM-285 forms for the Defendant Amodeo's Guardians and return them to the Court as proof of service. The completed USM-285 forms shall be filed *in camera*.

3) Guardians for Defendant Frank Amedeo shall have **SIXTY (60) DAYS** from the date of service of process in which to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, on April 13, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Party, Counsel of Record