**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**WILLIAM B. BALL,**

**Plaintiff,**

**v.** **Case No: 5:25-cv-123-TPB-PRL**

**DONOVAN G. DAVIS, JR.,**
**CHRISTIANE DAVIS, and**
**FRANK L. AMODEO,**

**Defendants.**

---

# ORDER

Plaintiff William Ball, an inmate of the federal penal system, is proceeding in this action pro se on a complaint pursuant to 18 U.S.C. § 1964(c) for violations of the Racketeer Influenced and Corrupt Organization Act. (Doc. 1). On September 22, 2026, the Court dismissed the complaint without prejudice providing Plaintiff with 21 days to file an amended complaint in accordance with the Court's order. (Doc. 93). Before the Court now is Plaintiff's motion for extension of time (Doc. 94) wherein he seeks a 30-day extension to file an amended complaint as directed. Upon due consideration, Plaintiff's motion (Doc. 94) is **GRANTED** to the extent he shall file an amended complaint on **or before November 5, 2026**. **Plaintiff's failure to file an amended complaint within the time allotted will result in the dismissal of this action without further notice.**

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 7th day of October 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record